**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| **STACEY BAILEY, *et al.*,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE NFL PLAYER DISABILITY &**<br>**SURVIVOR BENEFIT PLAN, *et al.*,**<br><br>**Defendants.** | Case No. 1:23-cv-02661-JRR |

**JOINT MOTION FOR A 90-DAY STAY**

Plaintiffs, Stacey Bailey and Eric Curry, on behalf of the putative class ("Plaintiffs"), and Defendants, The NFL Player Disability & Survivor Benefit Plan, The Disability Board of the NFL Player Disability & Survivor Benefit Plan, The Disability Initial Claims Committee of the NFL Payer Disability & Survivor Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Disability Initial Claims Committee of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The 88 Plan and The 88 Board (collectively, "Defendants" and jointly the "Parties") respectfully move this honorable Court to stay the present action styled above for 90 days (calculated from December 11, 2023), with such stay extending up to and including March 10, 2024. The Parties represent the following:

1.      Plaintiffs filed their Complaint in the above-captioned matter on September 29, 2023. Defendants subsequently waived service and have not yet responded to the Complaint, which is otherwise due on December 11, 2023.

2.      Since filing their complaint, counsel for the Parties have conducted several video conferences, as well as in-person meetings, in order to facilitate open discussion of issues set forth in the Complaint and the Parties' required Planning Report.

3.      Counsel request a stay as to this action for 90 days, to be followed by the Parties' submission of a report to advise the Court as to the status of the Parties' discussions.

4.      The Parties represent that this motion is not to cause delay, but rather constitutes an effort by the Parties to engage in open dialogue regarding the matters at issue in the Complaint, and to enable the Parties to prepare their required Planning Reports.

5.      The granting of this motion will preserve judicial resources.

Therefore, with the above premises considered, the Parties respectfully request this Court grant their joint motion and enter the order attached hereto as Exhibit A.

Respectfully submitted this 4th day of December, 2023.

/s/ Christopher T. Nace
Christopher T. Nace (16442)
**PAULSON AND NACE, PLLC**
1025 Thomas Jefferson Street, NW, Suite 810
Washington, D.C. 20007
ctnace@paulsonandnace.com

W. Daniel "Dee" Miles, III (*pro hac vice)*
Leon H. Hampton, Jr. (*pro hac vice*)
Paul W. Evans (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Dee.Miles@BeasleyAllen.com
Leon.Hampton@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com
(Signed by Christopher T. Nace with the
permission of W. Daniel "Dee" Miles, III)

/s/ Edward J. Meehan
Edward J. Meehan (04775)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. N.W., Suite 1200
Washington, D.C. 20006
Telephone: (202) 857-0620
emeehan@groom.com

***Counsel for Defendants***

Rebecca Gilliland (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
301 St. Louis Street
Mobile, AL 36602
Telephone: (251) 308-1515
Facsimile: (334) 954-7555
Rebecca.Gilliland@BeasleyAllen.com
(Signed by Christopher T. Nace with the
permission of Rebecca D. Gilliland)

Thomas O. Sinclair (*pro hac vice*)
**SINCLAIR LAW FIRM, LLC**
2140 11th Ave S
Suite 212
Birmingham, Alabama 35205
Telephone: (205) 868-0818
Facsimile: (205) 868-0894
tsinclair@sinclairlawfirm.com
(Signed by Christopher T. Nace with the
permission of Thomas O. Sinclair)

***Counsel for Plaintiffs***