# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| **STACEY BAILEY,** *et al.***,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE NFL PLAYER DISABILITY &**<br>**SURVIVOR BENEFIT PLAN,** *et al.***,**<br><br>**Defendants.** | Case No. 1:23-cv-02661-JRR |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY**

Pending before this Court is Plaintiffs' Stacey Bailey and Eric Curry, on behalf of the putative class, and Defendants' The NFL Player Disability & Survivor Benefit Plan, The Disability Board of the NFL Player Disability & Survivor Benefit Plan, The Disability Initial Claims Committee of the NFL Payer Disability & Survivor Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Disability Initial Claims Committee of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The 88 Plan, and The 88 Board (jointly the "Parties") Joint Motion to Stay for 90-Days ("Motion").

For good cause shown in the Motion, the Court **GRANTS** this Motion and **HEREBY ORDERS** that the above-styled action is stayed up to and including March 10, 2024, upon which date the Parties are directed to file a joint report advising the Court as to the status of their discussions and efforts with respect to this matter.

**SO ORDERED** this ___ day of _____, 2023.

_____
The Honorable Julie R. Rubin
United States District Court Judge