**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| **STACEY BAILEY,** *et al.*,<br><br>   **Plaintiffs,**<br><br>  v.<br><br>**THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN,** *et al.*,<br><br>   **Defendants.** | Case No. 1:23-cv-02661-JRR |

**ORDER**

Pending before the court is the parties' Joint Motion for a 90-Day Stay (ECF No. 30; the "Motion"). For good cause found, it is this 5th day of December 2023, by the United States District Court for the District of Maryland:

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that this action shall be, and is hereby, administratively **STAYED** through and including March 10, 2024; and further it is

**ORDERED** that the parties shall file a joint status report on the earlier of every 30 days from the entry date of this order or settlement of this action; and, should this matter not resolve by March 10, 2024, the parties shall file a joint status report on that date as well.

/S/

_____
Julie R. Rubin
United States District Judge