# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### BALTIMORE DIVISION

| | |
|---|---|
| **STACEY BAILEY,** *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE NFL PLAYER DISABILITY &**<br>**SURVIVOR BENEFIT PLAN,** *et al.*,<br><br>**Defendants.** | Case No. 1:23-cv-02661-JRR |

## JOINT STATUS REPORT

Plaintiffs, Stacey Bailey and Eric Curry on behalf of the putative class, and Defendants, The NFL Player Disability & Survivor Benefit Plan, The Disability Board of the NFL Player Disability & Survivor Benefit Plan, The Disability Initial Claims Committee of the NFL Payer Disability & Survivor Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Disability Initial Claims Committee of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The 88 Plan, and The 88 Board (jointly the "Parties") provide the below Joint Status Report pursuant to the Court's Order granting the Parties' Joint Motion to Stay (Dkt. No. 32).

1. The Parties' legal counsel held two days of in-person meetings in Washington, DC on December 4 and 5, 2023. During such meetings, the Parties engaged in open discussions concerning the allegations and legal issues in the case, along with conceptual issues that may need to be considered in any potential resolution.

2. The Parties have drafted a Protective Order that has been approved by the Court (Dkt. No. 35), which will allow the Parties to exchange confidential information (including sensitive Personal Health Information) aimed at furthering the Parties' discussions.

3. The Parties anticipate exchanging confidential information within the upcoming weeks, and meeting and conferring thereafter to continue the Parties' discussions as to potential resolution.

4. The Parties will submit another Joint Status Report to the Court by no later than February 2, 2024, in accordance with the Court's Order (Dkt. No. 32).

Respectfully submitted this 28th day of December, 2023.

/s/ Christopher T. Nace
Christopher T. Nace (16442)
**PAULSON AND NACE, PLLC**
1025 Thomas Jefferson Street, NW, Suite 810
Washington, D.C. 20007
ctnace@paulsonandnace.com

W. Daniel "Dee" Miles, III (*pro hac vice*)
Alison D. Hawthorne (*pro hac vice*)
Leon H. Hampton, Jr. (*pro hac vice*)
Paul W. Evans (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: 334-269-2343
Facsimile: 334-954-7555
Dee.Miles@BeasleyAllen.com
Leon.Hampton@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com
(Signed by Christopher T. Nace with the permission of W. Daniel "Dee" Miles, III)

Rebecca Gilliland (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
301 St. Louis Street
Mobile, AL 36602
Telephone: 251-308-1515
Facsimile: 334-954-7555
Rebecca.Gilliland@BeasleyAllen.com
(Signed by Christopher T. Nace with the permission of Rebecca D. Gilliland)

/s/ Mark C. Nielsen
Mark C. Nielsen (30913)
Edward J. Meehan (04775)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. N.W., Suite 1200
Washington, D.C. 20006
Telephone: 202-861-5429
mnielsen@groom.com
emeehan@groom.com
(Signed by Christopher T. Nace with the permission of Mark C. Nielsen)

*Counsel for Defendants*

Thomas O. Sinclair (*pro hac vice*)
**SINCLAIR LAW FIRM, LLC**
2140 11th Ave S
Suite 212
Birmingham, Alabama 35205
Telephone: 205-868-0818
Facsimile: 205-868-0894
tsinclair@sinclairlawfirm.com
(Signed by Christopher T. Nace with the
permission of Thomas O. Sinclair)

*Counsel for Plaintiffs*