IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| STACEY BAILEY, *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN, *et al.*,<br><br>         Defendants. | Case No. 1:23-cv-02661-JRR |

## SECOND JOINT STATUS REPORT

Plaintiffs, Stacey Bailey and Eric Curry on behalf of the putative class, and Defendants, The NFL Player Disability & Survivor Benefit Plan, The Disability Board of the NFL Player Disability & Survivor Benefit Plan, The Disability Initial Claims Committee of the NFL Payer Disability & Survivor Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Disability Initial Claims Committee of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The 88 Plan, and The 88 Board (jointly the "Parties") provide this Second Joint Status Report pursuant to the Court's Order granting the Parties' Joint Motion to Stay (Dkt. No. 32).

1.      As the Parties advised in their previous Joint Status Report (Dkt. No. 36), the Parties' legal counsel held two days of in-person meetings in Washington, DC on December 4 and 5, 2023.  The meetings were productive.  The Parties engaged in open discussions concerning the allegations and legal issues in the case, along with conceptual issues that may need to be considered in any potential resolution.

1

2.      Following that meeting, the Parties drafted and submitted a proposed Protective Order to facilitate the exchange of information.  The Court approved the Protective Order on December 28, 2023 (Dkt. No. 35).

3.      On January 4, 2024, Defendants produced copies of current and historical plan documents for the various pension and welfare benefit plans implicated by Plaintiffs' claims. Plaintiffs' review of that material is ongoing.

4.      Defendants have diligently gathered and are analyzing — in consultation with their consulting expert — voluminous data and records potentially relevant to Plaintiffs' claims in the Complaint and the scope of the putative class, as Plaintiffs requested.  These data and records come from various sources (which are themselves maintained in various forms and formats) necessitating a significant amount of time and effort in terms of assembly and organization.  Defendants are working through a two-fold assessment of the gathered information: what may be potentially consistent with Plaintiffs' requests for information and what is likely to be useful for the Parties' expected upcoming further discussions about potential amicable resolution of the claims in the Complaint.

5.      The Parties remain committed to exchanging information and continuing their discussions about a potential resolution of this matter.  Counsel for the Parties anticipate meeting in the near future to discuss their progress in information gathering, what information might be pertinent to the issues in the case, and other matters regarding how best they might be able to advance this action towards resolution.

6.      The Parties will submit another Joint Status Report to the Court by no later than March 1, 2024, in accordance with the Court's Order (Dkt. No. 32).

Respectfully submitted this 2nd day of February, 2024.

*/s/ W. Daniel "Dee" Miles, III*

(Signed by Mark C. Nielsen, with the express permission of W. Daniel "Dee" Miles, III, and all counsel listed below)
W. Daniel "Dee" Miles, III (*pro hac vice*)
Alison D. Hawthorne (*pro hac vice)*
Leon H. Hampton, Jr. (*pro hac vice*)
Paul W. Evans (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: 334-269-2343
Facsimile: 334-954-7555
Dee.Miles@BeasleyAllen.com
Alison.Hawthorne@BeasleyAllen.com
Leon.Hampton@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com

Rebecca Gilliland (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
301 St. Louis Street
Mobile, AL 36602
Telephone: 251-308-1515
Facsimile: 334-954-7555
Rebecca.Gilliland@BeasleyAllen.com

Thomas O. Sinclair (*pro hac vice*)
**SINCLAIR LAW FIRM, LLC**
2140 11th Ave S
Suite 212
Birmingham, Alabama 35205
Telephone: 205-868-0818
Facsimile: 205-868-0894
tsinclair@sinclairlawfirm.com

Christopher T. Nace (16442)
**PAULSON AND NACE, PLLC**
1025 Thomas Jefferson Street, NW, Suite 810
Washington, D.C. 20007
ctnace@paulsonandnace.com

*Counsel for Plaintiffs*

*/s/ Mark C. Nielsen*

Mark C. Nielsen (30913)
Edward J. Meehan (04775)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. N.W., Suite 1200
Washington, D.C. 20006
Telephone: 202-861-5429
mnielsen@groom.com
emeehan@groom.com

*Counsel for Defendants*

3