| | |
|---|---|
| STACEY BAILEY, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **THE NFL PLAYER DISABILITY &** <br> **SURVIVOR BENEFIT PLAN, *et al.*,** <br><br> **Defendants.** | Case No. 1:23-cv-02661-JRR |

## THIRD JOINT STATUS REPORT

Plaintiffs, Stacey Bailey and Eric Curry on behalf of the putative class, and Defendants, The NFL Player Disability & Survivor Benefit Plan, The Disability Board of the NFL Player Disability & Survivor Benefit Plan, The Disability Initial Claims Committee of the NFL Payer Disability & Survivor Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Disability Initial Claims Committee of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The 88 Plan, and The 88 Board (jointly the "Parties") provide this Third Joint Status Report pursuant to the Court's Order granting the Parties' Joint Motion to Stay (Dkt. No. 32).

1.     As the Parties advised in their previous Joint Status Reports (Dkt. Nos. 36 and 37), the Parties' legal counsel held two days of in-person meetings in Washington, DC on December 4 and 5, 2023.  The meetings were productive.  The Parties engaged in open discussions concerning the allegations and legal issues in the case, along with conceptual issues that may need to be considered in any potential resolution.

1

2. Following that meeting, the Parties drafted and submitted a proposed Protective Order to facilitate the exchange of information. The Court approved the Protective Order on December 28, 2023 (Dkt. No. 35).

3. On January 4, 2024, Defendants produced copies of current and historical plan documents for the various pension and welfare benefit plans implicated by Plaintiffs' claims. Plaintiffs' review of that material is ongoing.

4. Since the date of the Parties' last Joint Status Report (Dkt. No. 37), Defendants produced extensive data to Plaintiffs' counsel, in accordance with the Court's Protective Order.

5. Plaintiffs are in the process of analyzing such data, and the Parties have agreed to an in-person meeting on March 25, 2024, to discuss the information produced and to discuss potential frameworks for resolution of the matter.

6. The Parties anticipate moving the Court for an additional 90-day stay of the case, to facilitate settlement discussions.

Respectfully submitted this 1st day of March, 2024.

*/s/ W. Daniel "Dee" Miles, III*
(Signed by Mark C. Nielsen, with the express permission of W. Daniel "Dee" Miles, III, and all counsel listed below) W. Daniel "Dee" Miles, III (*pro hac vice)*
W. Daniel "Dee" Miles, III (*pro hac vice*)
Alison D. Hawthorne (*pro hac vice)*
Leon H. Hampton, Jr. (*pro hac vice*)
Paul W. Evans (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: 334-269-2343
Facsimile: 334-954-7555
Dee.Miles@BeasleyAllen.com
Alison.Hawthorne@BeasleyAllen.com
Leon.Hampton@BeasleyAllen.com

*/s/ Mark C. Nielsen*
Mark C. Nielsen (30913)
Edward J. Meehan (04775)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. N.W., Suite 1200
Washington, D.C. 20006
Telephone: 202-861-5429
mnielsen@groom.com
emeehan@groom.com

*Counsel for Defendants*

Paul.Evans@BeasleyAllen.com

Rebecca Gilliland (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
301 St. Louis Street
Mobile, AL 36602
Telephone: 251-308-1515
Facsimile: 334-954-7555
Rebecca.Gilliland@BeasleyAllen.com

Thomas O. Sinclair (*pro hac vice*)
**SINCLAIR LAW FIRM, LLC**
2140 11th Ave S
Suite 212
Birmingham, Alabama 35205
Telephone: 205-868-0818
Facsimile: 205-868-0894
tsinclair@sinclairlawfirm.com

Christopher T. Nace (16442)
**PAULSON AND NACE, PLLC**
1025 Thomas Jefferson Street, NW, Suite 810
Washington, D.C. 20007
ctnace@paulsonandnace.com

*Counsel for Plaintiffs*