| | |
|---|---|
| **STACEY BAILEY, *et al.*,** | |
| **Plaintiffs,** | |
| v. | Case No. 1:23-cv-02661-JRR |
| **THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.*,** | |
| **Defendants.** | |

## JOINT STATUS REPORT AND MOTION FOR ADDITIONAL 90-DAY STAY

Plaintiffs Stacey Bailey and Eric Curry, on behalf of the putative class ("Plaintiffs"), and Defendants, The NFL Player Disability & Survivor Benefit Plan, The Disability Board of the NFL Player Disability & Survivor Benefit Plan, The Disability Initial Claims Committee of the NFL Payer Disability & Survivor Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Disability Initial Claims Committee of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The 88 Plan and The 88 Board ("Defendants" and jointly the "Parties") respectfully move this honorable Court to stay the present action styled above for an additional 90 days, with such stay extending up to and including June 10, 2024.[1] The Parties represent the following:

1. Plaintiffs filed their Complaint in the above-captioned matter on September 29, 2023. Defendants subsequently waived service and have not yet responded to the Complaint, which was otherwise due on December 11, 2023.

---

[1] The 90th day falls on Saturday, June 8, 2024, and the Parties respectfully request that the stay remain in effect until the next business day: Monday, June 10, 2024.

2.      After the Complaint was filed, counsel for the Parties conducted several video conferences, as well as in-person meetings, to facilitate open discussion of issues set forth in the Complaint and the Parties' required Planning Report.  Thereafter, the Parties jointly moved the Court for a 90-day stay to facilitate further discussions, and to exchange information, regarding the issues set forth in the Complaint.  Dkt. No. 30.

3.      The Court granted the requested stay, and ordered the Parties to submit Joint Status Reports every 30 days during the pendency of such stay, and to advise the Court as to the status of their discussions by no later than March 10, 2024.  Dkt. No. 32.

4.      The Parties have submitted three Joint Status Reports to the Court, detailing their ongoing discussions and their exchange of data and information concerning the matters at issue in the Complaint.  Dkt. Nos. 36-38.

5.      Plaintiffs' counsel is in the process of analyzing data and information provided – in confidence and for the limited purpose of settlement negotiations concerning this matter – by the Defendants.

6.      The Parties have scheduled an in-person meeting on March 25, 2024, to discuss the Parties' respective analyses of such data and information, as well as additional matters related to this lawsuit.

7.      To facilitate such discussions, and to avoid the Parties expending additional resources litigating this matter while they pursue means of potentially resolving this lawsuit, the Parties jointly request an additional stay, up to and including June 10, 2024, to be followed by the Parties' submission of a report to advise the Court as to the status of the Parties' discussions.

8. The Parties represent that this motion is not to cause delay, but rather constitutes an effort by the Parties to engage in further open dialogue regarding specific potential steps to resolve this matter, and to enable the Parties to prepare their required Planning Reports.

9. The granting of this motion will preserve judicial resources.

Therefore, with the above premises considered, the Parties respectfully request this Court grant their joint motion and enter the order attached hereto as Exhibit A.

Respectfully submitted this 8th day of March, 2024.

/s/ Christopher T. Nace
Christopher T. Nace (16442)
**PAULSON AND NACE, PLLC**
1025 Thomas Jefferson Street, NW, Suite 810
Washington, D.C. 20007
ctnace@paulsonandnace.com

W. Daniel "Dee" Miles, III (*pro hac vice*)
Leon H. Hampton, Jr. (*pro hac vice*)
Paul W. Evans (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: 334-269-2343
Facsimile: 334-954-7555
Dee.Miles@BeasleyAllen.com
Leon.Hampton@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com
(Signed by Christopher T. Nace with the permission of W. Daniel "Dee" Miles, III)

Rebecca Gilliland (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
301 St. Louis Street
Mobile, AL 36602
Telephone: 251-308-1515
Facsimile: 334-954-7555
Rebecca.Gilliland@BeasleyAllen.com
(Signed by Christopher T. Nace with the permission of Rebecca D. Gilliland)

/s/ Mark C. Nielsen
Mark C. Nielsen (30913)
Edward J. Meehan (04775)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. N.W., Suite 1200
Washington, D.C. 20006
Telephone: 202-861-5429
mnielsen@groom.com
emeehan@groom.com

***Counsel for Defendants***

Thomas O. Sinclair (*pro hac vice*)
**SINCLAIR LAW FIRM, LLC**
2140 11th Ave S
Suite 212
Birmingham, Alabama 35205
Telephone: 205-868-0818
Facsimile: 205-868-0894
tsinclair@sinclairlawfirm.com
(Signed by Christopher T. Nace with the
permission of Thomas O. Sinclair)

***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to all counsel of record in this matter.

*/s/ Mark C. Nielsen*
Mark C. Nielsen (30913)

**Counsel for Defendants**