**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| |
|---|
| **STACEY BAILEY,** *et al.*, |
| **Plaintiffs,** |
| v. |
| **THE NFL PLAYER DISABILITY &** **SURVIVOR BENEFIT PLAN,** *et al.*, |
| **Defendants.** |

Case No. 1:23-cv-02661-JRR

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR ADDITIONAL 90-DAY STAY

Pending before this Court is Plaintiffs' Stacey Bailey and Eric Curry on behalf of the putative class, and Defendants' The NFL Player Disability & Survivor Benefit Plan, The Disability Board of the NFL Player Disability & Survivor Benefit Plan, The Disability Initial Claims Committee of the NFL Payer Disability & Survivor Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Disability Initial Claims Committee of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The 88 Plan and The 88 Board (jointly the "Parties") Joint Motion for an Additional Stay for 90-Days ("Motion").

For good cause shown in the Motion, the Court **GRANTS** this Motion and **HEREBY ORDERS** that the above-styled action is stayed up to and including June 10, 2024, upon which date the Parties are directed to file a joint report advising the Court as to the status of their discussions and efforts with respect to this matter.

**SO ORDERED** this ___ day of _____, 2024.

_____
The Honorable Julie R. Rubin
United State District Court Judge