| | |
|---|---|
| STACEY BAILEY, *et al.*,<br><br>      **Plaintiffs,**<br><br>    v.<br><br>**THE NFL PLAYER DISABILITY &<br>SURVIVOR BENEFIT PLAN, *et al.*,**<br><br>      **Defendants.** | Case No. 1:23-cv-02661-JRR |

## FIFTH JOINT STATUS REPORT

Plaintiffs Stacey Bailey and Eric Curry, on behalf of the putative class ("Plaintiffs"), and Defendants, The NFL Player Disability & Survivor Benefit Plan, The Disability Board of the NFL Player Disability & Survivor Benefit Plan, The Disability Initial Claims Committee of the NFL Payer Disability & Survivor Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Retirement Board of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Disability Initial Claims Committee of the Bert Bell/Pete Rozelle NFL Player Retirement Plan, The 88 Plan and The 88 Board ("Defendants" and jointly the "Parties") provide this Fifth Joint Status Report.

1. Plaintiffs filed their Complaint in the above-captioned matter on September 29, 2023. Defendants subsequently waived service and have not yet responded to the Complaint, which was otherwise due on December 11, 2023.

2. After the Complaint was filed, counsel for the Parties conducted several video conferences, as well as in-person meetings, to facilitate open discussion of issues set forth in the Complaint and the Parties' required Planning Report. Thereafter, the Parties jointly moved the

Court for a 90-day stay to facilitate further discussions, and to exchange information, regarding the issues set forth in the Complaint. Dkt. No. 30.

3. The Court granted the requested stay, and ordered the Parties to submit Joint Status Reports every 30 days during the pendency of such stay, and to advise the Court as to the status of their discussions by no later than March 10, 2024. Dkt. No. 32.

4. The Parties submitted four Joint Status Reports to the Court, detailing their ongoing discussions and their exchange of data and information concerning the matters at issue in the Complaint. Dkt. Nos. 36-39.

5. On March 8, 2024, the Parties asked the Court to extend the stay for an additional 90 days to allow for further discussion amongst the Parties, and the Court granted that request. Dkt. Nos. 39-40.

6. The Parties have since conducted a second round of in-person meetings on March 25, 2024, where they discussed the status of the Parties' respective analyses of such data and information, as well as mechanisms to potentially resolve this lawsuit. The meetings were productive.

7. At this time, Plaintiffs' counsel is preparing a formal settlement proposal with a mechanism for resolution to present to Defendants based on information and ideas exchanged at the March 25 meetings. Plaintiffs believe they will soon be in position to share the settlement proposal with Defendants.

Respectfully submitted this 10th day of April, 2024.

/

/

/

/

*/s/ Christopher T. Nace*
Christopher T. Nace (16442)
**PAULSON AND NACE, PLLC**
1025 Thomas Jefferson Street, NW, Suite 810
Washington, D.C. 20007
ctnace@paulsonandnace.com

W. Daniel "Dee" Miles, III (*pro hac vice*)
Leon H. Hampton, Jr. (*pro hac vice*)
Paul W. Evans (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: 334-269-2343
Facsimile: 334-954-7555
Dee.Miles@BeasleyAllen.com
Leon.Hampton@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com
(Signed by Christopher T. Nace with the
permission of W. Daniel "Dee" Miles, III)

Rebecca Gilliland (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
301 St. Louis Street
Mobile, AL 36602
Telephone: 251-308-1515
Facsimile: 334-954-7555
Rebecca.Gilliland@BeasleyAllen.com
(Signed by Christopher T. Nace with the
permission of Rebecca D. Gilliland)

Thomas O. Sinclair (*pro hac vice*)
**SINCLAIR LAW FIRM, LLC**
2140 11th Ave S
Suite 212
Birmingham, Alabama 35205
Telephone: 205-868-0818
Facsimile: 205-868-0894
tsinclair@sinclairlawfirm.com
(Signed by Christopher T. Nace with the
permission of Thomas O. Sinclair)

***Counsel for Plaintiffs***

*/s/ Mark C. Nielsen*
Mark C. Nielsen (30913)
Edward J. Meehan (04775)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. N.W., Suite 1200
Washington, D.C. 20006
Telephone: 202-861-5429
mnielsen@groom.com
emeehan@groom.com

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to all counsel of record in this matter.

/s/ Mark C. Nielsen
Mark C. Nielsen (30913)

**Counsel for Defendants**