# EXHIBIT A



# Gerald E. Rosen

Mediator, Arbitrator, Court-Appointed Neutral
(Referee/Special Master)



## Case Manager

**Asimina Dayne**

150 West Jefferson, Suite 850
Detroit, MI 48226

T: 313-209-8861

**Gerald E. Rosen, Retired Chief Judge, US District Court for the Eastern District of Michigan,** joined JAMS in 2017 following nearly 27 years of distinguished service on the federal bench. Since coming to JAMS, the Judge's practice has focused on mediation, arbitration, and neutral evaluation of complex business/commercial disputes, complex domestic and international intellectual property disputes, Multi-District Litigation (MDL) and class action matters, False Claims Act litigation, as well as anti-trust and consumer cases. While on the bench, Judge had wide experience in facilitating settlements. Notably, he served as the Chief Judicial Mediator for the Detroit Bankruptcy case—the largest, most complex municipal bankruptcy in our nation's history—which resulted in an agreed upon, consensual plan of adjustment in just 17 months. Prior to taking the bench, Judge Rosen was a Senior Partner at the law firm of Miller, Canfield, Paddock and Stone where he was a trial lawyer specializing in commercial, employment and constitutional litigation.

## ADR Experience and Qualifications

Mr. Rosen has extensive experience in the resolution of complex disputes in the following areas:

- Antitrust
- Bankruptcy (Municipal)
- Business/Commercial
- Class Action/Mass Tort
- Consumer Matters

- Employment/FMLA
- False Claims Act (FCA) Matters
- Civil Rights/§1983
- Intellectual Property
- Real Property
- Securities
- Special Master/Discovery Referee

# Representative Matters

- **Antitrust & Competition**
  - *Cason-Merenda v. Detroit Medical Center*, No. 06-15601  (Nurse wage case)
  - *In re Northwest Airlines Corp., et al*, Antitrust Litigation, No. 96-74711 (Hidden-city ticketing case)
- **Arbitration**
  - *Quixtar Inc. v. Brady*, No. 08-14346, and *Amway Global v. Woodward*, No. 09-12946 (Addressing arbitrability of disputes and confirmation of arbitrator's award)
- **Bankruptcy**
  - *In re: City of Detroit* (Chapter 9 municipal bankruptcy)
  - *United States v. City of Detroit* (Detroit water and sewer case) (Mediated settlements)
- **Civil Rights**
  - *Cheolas v. City of Harper Woods*, No. 06-11885 (Police raid of party with underage drinking)
  - *Flagg v. City of Detroit*, No. 05-74253 (Tamara Greene case)
- **Class Action & Mass Tort**
  - *Tankersley v. Ameritech Publishing, Inc.* (FLSA collective action and Rule 23 class action)
  - *Marquis v. Tecumseh Products Co.*, No. 99-75971 (Class action alleging sexual harassment at manufacturing plant)
  - *In re Rio Hair Naturalizer Products*, MDL 1055 (Multi-district product liability action)
- **Employment Law**
  - *Redd v. Brotherhood of Maintenance of Way Employees Division of International Brotherhood of Teamsters*, No. 08-11457 (ERISA)
- **Intellectual Property**
  - *I.E.E. International Electronics & Engineering, S.A. v. TK Holdings Inc*, No. 10-13487 (Vehicle occupant sensors patent)
  - *Lear Automotive Dearborn, Inc. v. Johnson Controls, Inc*, No. 04-73461 (Remote-control garage door opener patent)
- **Real Property**
  - *United States v. Certain Land Situated in the City of Detroit* (Detroit International Bridge land condemnation case)
- **Securities**
  - *In re General Motors Corp. Securities and Derivative Litigation*, MDL No. 06-1749
  - *In re Collins & Aikman Corp. Securities Litigation*, No. 03-71173
  - *In re: Delphi Corporation Securities*, Derivative & "ERISA" Litigation, MDL 1725 (Multi-district securities fraud/ERISA action)

# Honors, Memberships, and Professional Activities

Completed Virtual ADR training conducted by the JAMS Institute, the training arm of JAMS.

- Widely published on a wide range of topics including, civil procedure, evidence, due process, criminal law, labor law and legal advertising, including:
    - Co-Author, *Federal Civil Trials and Evidence*, The Rutter Group Practice Guide, 1999-Present
    - Co-Author, *Federal Employment Litigation*, The Rutter Group Practice Guide, 2006-2016
    - Co-Author, *Michigan Civil Trials and Evidence*, The Rutter Group Michigan Practice Guide, 2008-2016
    - Contributing Editor, *Federal Civil Procedure Before Trial*, The Rutter Group Practice Guide, 2008-2016
- Michiganian of the Year, *The Detroit News*, 2015
- Co-Chair, Judicial Evaluation Committee for the U.S. District Court for the Eastern District of Michigan, 1983-1988
- Adjunct Professor, Evidence:
    - University of Michigan Law School, 2008
    - Wayne State University Law School, 1992-Present
    - University of Detroit-Mercy Law School, 1994-1996
    - Thomas M. Cooley Law School, 2004-2013
- U.S. Representative, United States Department of State's Rule of Law Program in Moscow, Russia; Tbilisi, Georgia; Beijing, China; Cairo, Egypt, Hebrew University (Jerusalem); and Malta
- Judicial Consultant, United States Departments of State and Justice missions to Thailand and the Ukraine
- Member, Sixth Circuit Judicial Council, 2009-2015
- Member, Board of Directors, Federal Judges Association, 1996-2002
- Member on the Board of Directors of several charitable organizations, including:  Focus: HOPE; the Detroit Symphony Orchestra; the Community Foundation of Southeastern Michigan and the Michigan Chapter of the Federalist Society
- Member, Board of Advisors, George Washington University Law School, 2005-Present
- Member, U.S. Judicial Conference, Committee on Criminal Law, 1995-2001
- Founding Member, Michigan Intellectual Property Inn of Court

## Selected Articles About the Detroit Bankruptcy

- *Howes: Detroit Bankruptcy Kudos Widely Shared*, Detroit News, February 26, 2015.
- *Detroit Bankruptcy Shows Mediation Can Get the Job Done*, Detroit Free Press, January 18, 2015.
- *Detroit Bankruptcy Pros Write Off Millions in Fees*, Detroit Free Press, December 11, 2014.
- *How Detroit Was Reborn*, Detroit Free Press, Special Section, November 9, 2014.
- *Judge, A Mediator in Bankruptcy, Sees Hope for Detroit*, Detroit Free Press, November 9, 2014.
- *Finding $816 Million, and Fast, to Save Detroit*, The New York Times, November 7, 2014.

- Judge Rosen's Tough Tack on Creditors Helped Speed Detroit Bankruptcy Case, Crain's Detroit Business, November 6, 2014.
- *Mediator in Detroit Bankruptcy Walks Fine Line Between City, Creditors*, The Wall Street Journal, February 14, 2014.
- *How Mediation Has Put Detroit Bankruptcy on the Road to Resolution*, Detroit Free Press, February, 2, 2014.
- *Detroit Emerges From Nation's Largest Municipal Bankruptcy*, Los Angeles Times, November 10, 2014.

# Background and Education

- United States District Judge, Eastern District of Michigan (Detroit), 1990-2017
  - Chief Judge, 2009-2015
  - Judge by Designation, United States Court of Appeals for the Sixth Circuit, Repeated Appointments
- Senior Partner, Miller, Canfield, Paddock and Stone, specializing in commercial, employment, real property, and constitutional litigation, 1979-1990
- J.D., George Washington University Law School, 1979
- Legislative Assistant, United States Senate, Sen. Robert P. Griffin (R-MI), 1974-1979
- B.A., Senior Fellow, Political Science Kalamazoo College, 1973

# Counsel Comments

*"Judge Rosen was indispensable and critical to the successful conclusion of the case. He and his fellow mediators were heroic in their commitment of time and effort in the entire process."*

**- Detroit Bankruptcy Counsel**

*"[Y]ou demonstrate[d] a keen sense of how to get parties moving together and closing deals."*

**- Financial Creditor Party, Detroit Bankruptcy**

*"We observed [Rosen's] remarkable skill as a mediator; his tenacity and perseverance under incredibly trying circumstances; and his great personal sacrifices, which included many long hours and making himself available at any time and on short notice. This was a herculean*

*effort, and without [his] steady hand and calm under pressure, the settlement would not have been achieved.”*

**– Detroit Bankruptcy Creditor Counsel**

*“Each successful case needs someone to step into the breach…, do whatever needs to be done and take on the case as if the entire success of the case rests on his or her shoulders. This is how I think of the job you did.”*

**– Financial Creditor Party, Detroit Bankruptcy**

*“Rosen was indispensable and critical to the successful resolution of the case. He and his fellow mediators were heroic in their commitment of time and effort in the entire process.”*

**– Lead Counsel for the City, Detroit Bankruptcy**

# HOME OFFICE

**Detroit, Michigan**

150 West Jefferson, Suite 850, Detroit, MI 48226

313-872-1100      Contact Us

View Location Details     https://www.jamsadr.com/detroit

# AVAILABLE TO TRAVEL

**Boston, Massachusetts**

One Boston Place, 201 Washington Street, Suite 3300, Boston, MA 02108

617-228-0200     Contact Us

View Location Details     https://www.jamsadr.com/boston

**Chicago, Illinois**

71 S. Wacker Drive Suite 2400, Chicago, IL 60606

312-655-0555     Contact Us

View Location Details     https://www.jamsadr.com/chicago

**Los Angeles, California**

555 West 5th St., 32nd Floor, Los Angeles, CA 90013

213-620-1133     Contact Us

View Location Details     https://www.jamsadr.com/losangeles

**New York, New York**

NY Times Building, 620 8th Ave, 34th Floor, New York, NY 10018

212-751-2700     Contact Us

View Location Details     https://www.jamsadr.com/newyork

**Washington, D.C.**

1155 F Street, NW, Suite 1150, Washington, DC 20004

202-942-9180     Contact Us

View Location Details     https://www.jamsadr.com/washingtondc

# NEWS

**JAMS Selected Best ADR Provider in Michigan Lawyers Weekly Survey**

https://www.jamsadr.com/news/2018/jams-selected-best-adr-provider-in-michigan-lawyers-weekly-survey

August 28, 2018

**Hon. Gerald Rosen (Ret.) Honored by American Friends of the Hebrew University**

https://www.jamsadr.com/news/2017/hon-gerald-rosen-ret-honored-by-american-friends-of-the-hebrew-university

September 11, 2017

**JAMS Launches Detroit Resolution Center with Panel of Four Respected Michigan Law Leaders**

https://www.jamsadr.com/news/2017/jams-launches-detroit-resolution-center-with-panel-of-four-respected-michigan-law-leaders

June 13, 2017


# Hon. Marina Corodemus (Ret.) and JAMS Host Mass Torts Conference

https://www.jamsadr.com/news/2017/hon-marina-corodemus-ret-and-jams-host-mass-torts-conference

March 24, 2017


# JAMS Expands to Detroit with Highly Respected Local Panel

https://www.jamsadr.com/news/2017/jams-expands-to-detroit-with-highly-respected-local-panel

February 1, 2017


# EVENTS

## Past Events

October 19 - 22, 2022
**NAWJ 44th Annual Conference**


September 30 - October 1, 2022
**2022 SBM ADR Annual Conference**


November 2, 2021
**Cocktails & Conversations with JAMS Detroit Neutrals**


February 25, 2021
**Mediation: In the Land of Zoom**


April 28, 2020
**Municipal Restructurings After COVID-19**


January 20, 2020
**Possibles – Social Innovation, Philanthropy and Public Sector**


April 11 - 13, 2019
**Academy of Court Appointed Masters 2019 Annual Meeting**

September 20, 2018
**When, Why, and How: A Crash Course to Improve Your Mediation Skills**


June 22, 2018
**JAMS Chicago Complimentary CLE Day**


April 4 - 7, 2018
**2018 ABA Section of Dispute Resolution Spring Conference**


June 20, 2017
**JAMS Detroit Opening Reception**


Thursday, June 15, 2017
**JAMS Chicago - Complimentary CLE Day**


April 3, 2017
**2017 Mass Torts Judicial Forum with Judge Corodemus & JAMS**


**Disclaimer**

This page is for general information purposes.  JAMS makes no representations or warranties regarding its accuracy or completeness.  Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. See More