**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| STACEY BAILEY, ERIC CURRY, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE DISABILITY INITIAL CLAIMS COMMITTEE OF THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE RETIREMENT BOARD OF THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE DISABILITY INITIAL CLAIMS COMMITTEE OF THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN; THE 88 PLAN and THE 88 BOARD,<br><br>          Defendants. | Case No: 1:23-cv-02661-JRR |

**JOINT MOTION FOR ENTRY OF AN ORDER PRELIMINARILY APPROVING CLASS SETTLEMENT, CONDITIONALLY CERTIFYING THE PROPOSED CLASS FOR SETTLEMENT PURPOSES ONLY, AND SCHEDULING A FINAL FAIRNESS HEARING**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Stacey Bailey and Eric Curry ("Plaintiffs") and Defendants The NFL Player Disability & Survivor Benefit Plan, The Disability Board of The NFL Player Disability & Survivor Benefit Plan, The Disability Initial Claims Committee of The NFL Player Disability & Survivor Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Retirement Board of The Bert Bell/Pete Rozelle NFL Player

Retirement Plan, The Disability Initial Claims Committee of The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The 88 Plan, and The 88 Board (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through undersigned counsel, respectfully and jointly move this Court for entry of the accompanying proposed Order Preliminarily Approving Settlement, granting the relief set forth below.  In support of this Motion, the Parties submit and incorporate herein by reference the accompanying Memorandum of Law and the exhibits thereto.

Defendants join in the relief requested herein but do not concede the allegations in the Complaint.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter the proposed Order: (a) preliminarily approving the proposed Settlement; (b) preliminarily certifying the proposed Settlement Class, as defined in the Settlement Agreement, for settlement purposes only under Federal Rules of Civil Procedure 23(a) and 23(b)(2); (c) appointing Stacey Bailey and Eric Curry as Class Representatives; (d) appointing Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Sinclair Law Firm, LLC as Class Counsel pursuant to Rule 23(g); (e) approving the proposed notice and directing that it be mailed to Settlement Class Members within thirty (30) days of entry of the Court's Order; (f) setting a Final Fairness Hearing and related pre-hearing deadlines; and (g) preliminarily enjoining all Settlement Class Members from filing, prosecuting, or maintaining any action that asserts any of the Released Claims as defined in the Settlement Agreement.

Respectfully submitted this 29th day of May, 2026.

/s/ Christopher T. Nace
**NACE LAW GROUP**
1025 Thomas Jefferson Street, NW, Suite 810
Washington, D.C. 20007
Telephone: 202-463-1999
Facsimile: 202-223-6824
ctnace@nacelawgroup.com

W. Daniel "Dee" Miles, III (pro hac vice)
Leon H. Hampton, Jr. (pro hac vice)
Paul W. Evans (pro hac vice)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Telephone: 334-269-2343
Dee.Miles@BeasleyAllen.com
Leon.Hampton@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com

Rebecca Gilliland (pro hac vice)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
301 St. Louis Street
Mobile, AL 36602
Telephone: 251-308-1515
Rebecca.Gilliland@BeasleyAllen.com

Thomas O. Sinclair (pro hac vice)
SINCLAIR LAW FIRM, LLC
2140 11th Ave S, Suite 212
Birmingham, AL 35205
Telephone: 205-868-0818
tsinclair@sinclairlawfirm.com

Counsel for Plaintiffs

/s/ Edward J. Meehan
Edward J. Meehan (04775)
Mark C. Nielsen (30913)
Jovana Vujovic (pro hac vice pending)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. N.W., Suite 1200
Washington, D.C. 20006
Telephone: 202-857-0620
emeehan@groom.com
mnielsen@groom.com
jvujovic@groom.com
(signed and submitted by Christopher T. Nace
with permission of Mr. Meehan)

Counsel for Defendants