# EXHIBIT B

D. MALCOLM SPICA, PH.D.

# Curriculum Vitae

SPICA PSYCHOLOGY, PLLC
200 Fort Sanders West Boulevard
Medical Office Building 1, Suite 107
Knoxville, Tennessee 37922
Tel. 865.531.9088
Fax.865.531.9089

Tennessee Health Service Provider License #2558
Michigan Clinical Psychologist License #6301008473

## EDUCATION

1986 — Bachelor of Science
Degree with Distinction
Major: Psychology
University of Michigan
Ann Arbor, Michigan

1991 — Master of Arts
Thesis Title:
"Detecting Late-Life Forgetfulness Using the Brief SDAT Battery."
Clinical Psychology
Michigan State University
East Lansing, Michigan

1994 — Doctor of Philosophy
Dissertation Title:
"Use of Executive Control in Accessing Episodic and Semantic Memory in Patients with Alzheimer's Dementia."
Clinical Psychology
Michigan State University
East Lansing, Michigan

## CURRENT POSITIONS

**Sept. 2001-Present** **Director/Owner - Clinical Neuropsychologist** – Spica Psychology, PLLC
Examine outpatients with a variety of neurological and psychiatric conditions and produce diagnostic reports of their neuropsychological functioning. Provide psychotherapy treatment to adults and adolescents utilizing a variety of approaches, including goal-directed time limited interventions.

**Sept 2024 - Present** **Vice Chair – Tennessee Department of Health Board of Examiners of Psychology**
Appointed by Tennessee Governor Bill Lee to oversee licensure, regulation, and ethical standards for psychologists in Tennessee; contribute to policy development, disciplinary actions, and safeguarding of public welfare through informed, evidence-based decision-making in psychology practice.

**May 2017 - Present** **Clinical Neuropsychologist – University of Tennessee Medical Center Pat Summitt Clinic**
Conduct neuropsychological evaluations of patients suspected of a variety of neurological conditions. Consult with staff and families regarding patient treatment and continued care.

**Jan. 2016 - Present** **Cognitive Rater – University of Tennessee Medical Center Cole Neuroscience Center**
Administer Clinical Dementia Rating scales to participants and family members in a longitudinal study of effectiveness of a proposed medication for the treatment of Alzheimer's disease.

**Aug. 2015 - Present** **Medical Consultant - Neuropsychology** – Disability Reinsurance Management Services, Inc Group Insurance Corporation, South Portland ME. Conduct reviews of medical records to determine neurobehavioral status of claimants in complex cases of long-term disability. Evaluate forensic evidence adduced in medico-legal cases for disability determinations/ settlements.

**Jan. 2006 - Present** **Consulting Neuropsychologist** – Catholic Diocese of Knoxville, Tennessee
Conduct screening examinations of seminary candidates to determine character and fitness to serve. Make recommendations about formation and possible follow-up treatment.

**Jan. 2005 - Present** **Medical Consultant - Neuropsychology** – Unum Group Insurance Corporation, Chattanooga TN. Conduct reviews of medical records to determine neurobehavioral status of claimants in complex cases of long-term disability. Evaluate forensic evidence adduced in medico-legal cases for disability determinations/settlements.

## CLINICAL EXPERIENCE:

**Jan. 2019 - Sept 2024** **Ethics Committee Chair – Tennessee Psychological Association**
Guide committee review of cases to determine possible violations of psychologists according to the ethical rules and guidelines issued by the American Psychological Association and the State of Tennessee.

**Nov. 2023 - Sept 2024** **Neuropsychology Committee Chair – Tennessee Psychological Association**
Facilitate committee activities to improve and advance neuropsychology in Tennessee, as well as to maintain up-to-date scientific knowledge for members of the Tennessee Neuropsychology Special Interest Group.

**Dec. 2020 - Dec 2021** **Past President - Knoxville Area Psychological Association**
Voting board of directors member of the Knoxville Area Psychological Association to advance psychology on the local and state level, as well as to enhance the effectiveness of members as scientists and practitioners in the practice of psychology.

**Aug. 2019 - Sept 2024** **Co-Chair - Tennessee Psychological Association Strategic Planning Committee**
Provide procedural structure and innovative solutions to guide the Tennessee Psychological Association to attain its short-term an long term goals. Also includes administration, data analysis, and interpretation of the periodic member assessment survey.

**Dec. 2019 - Dec. 2020** **President - Knoxville Area Psychological Association**
President and voting board of directors member of the Knoxville Area Psychological Association to advance psychology on the local and state level, as well as to enhance the effectiveness of members as scientists and practitioners in the practice of psychology.

**July 2021 - May 2023** **Clinical Neuropsychologist – University of Tennessee Medical Center University Neurology.** Conduct neuropsychological evaluations of patients suspected of a variety of neurological conditions. Consult with staff and families regarding patient treatment and continued care.

**Nov. 2012 -** **Ethics Committee Member – Tennessee Psychological Association**

**2019** Review individual cases to determine possible violations of psychologists according to the ethical rules and guidelines issued by the American Psychological Association and the State of Tennessee.

**May 2012 - 2013** **Past President – Knoxville Area Psychological Association**
Voting board member of the Knoxville Area Psychological Association to advance psychology on the local and state level, as well as to enhance the effectiveness of members as scientists and practitioners in the practice of psychology.

**May 2010 - 2012** **President - Knoxville Area Psychological Association**
President and voting board member of the Knoxville Area Psychological Association to advance psychology on the local and state level, as well as to enhance the effectiveness of members as scientists and practitioners in the practice of psychology.

**Jan. 2007 - 2009**
**July 2023 - 2024** **Vice President - East Tennessee - Tennessee Psychological Association**,
Represent East Tennessee as a voting board member of the Tennessee Psychological Association to advance psychology on the national and state level, as well as to enhance the effectiveness of members as scientists and practitioners in the practice of psychology.

**June 2004 - June 2007** **Chief Neuropsychologist** – Behavioral Medicine Institute, P.C., Knoxville Tennessee
Examine outpatients with a variety of neurological and psychiatric conditions, and produce diagnostic reports of their neuropsychological functioning. Provide psychotherapy treatment to adults and adolescents utilizing a variety of approaches, including goal-directed time limited interventions.

**Nov. 1998 - 2009** **Chief Psychologist** – Montcalm Center for Behavioral Health, Stanton Michigan
Supervise Masters Level psychologists in the treatment of individuals and families with psychological disorders and generalized problems of living. Provide psychological and neuropsychological examinations to patients with difficult diagnostic presentations.

**Nov. 2001 - 2009** **Consulting Neuropsychologist** – Michigan Rehabilitation Services, Lansing Michigan
Conduct examinations of participates in a variety of rehabilitation programs funded by the state of Michigan. Determine the participants' current and potential levels of functioning.

**Jan. 2004 - 2009** **Consulting Neuropsychologist** – Catholic Diocese of Lansing, Michigan
Conduct screening examinations of seminary candidates to determine character and fitness to serve. Make recommendation about formation and possible follow-up treatment.

**Dec. 1997 - 2008** **Consulting Neuropsychologist** – Sacred Heart Mercy Health Care Center, Alma, Michigan
Conduct examinations of clergy, seminarians, and nuns referred to the Scared Heart Health Care for treatment or evaluation. Psychodiagnostic procedures assess a broad range of conditions including paraphilias, personality disorders, and cognitive dysfunction.

**April 1995- 2003** **Lecturer** – College of Human Medicine, Michigan State University, East Lansing, Michigan.
Provide lectures to second year medical students on Human Medicine: Disorders of Development & Behavior, with topics including learning disorders and attentional disorders. Also provided original manuscript for course content and authored examination items for course (Human Medicine 512 Disorders of Development & Behavior Domain).

**Sept. 1993- 2001** **Director - Clinical Neuropsychologist** – Neurobehavioral Associates, P.C., Okemos, Michigan
Examine outpatients with a variety of neurological and psychiatric conditions, and produce diagnostic reports of their neuropsychological functioning. Provide psychotherapy treatment to

adults and adolescents utilizing a variety of approaches, including goal-directed time limited interventions. Organize a comprehensive data set gathered from patients with cortical dementia.

**Nov. 2000 – 2001** **Pediatric Neuropsychology Supervisor** – Department of Psychology, College of Social Science, Michigan State University, East Lansing, Michigan.
Supervise graduate students in the clinical psychology program during their clinical assessments of children with a wide variety of neurocognitive disorders.

**Spring 2000** **Adjunct Assistant Professor** – Department of Psychology, College of Social Science, Michigan State University, East Lansing, Michigan.
Instructor for Behavior Disorders, a course covering diagnostic and treatment issues for the broad range of neurobehavioral syndromes; course designed for doctoral students in their first year of training.

**Fall 1998-2004** **Preceptor - Problem Based Learning Program** – College Of Human Medicine, Michigan State University, East Lansing, Michigan.
Facilitate the Problem Based Learning process for second year medical students as they attempt to diagnose and treat hypothetical clinical cases presented to them in step-wise fashion. Their training requires reviewing principles of scientific method, logical/diagnostic reasoning, and resource utilization as well as group dynamics.

**April 1995-2004** **Adjunct Assistant Professor** – Department of Psychiatry, Michigan State University, East Lansing, Michigan.
Teach the weekly Neuropsychiatry Seminar Series to medical residents in their third year of psychiatry residency. The seminar covers diagnostic and treatment issues for the broad range of neurobehavioral syndromes psychiatrists encounter in clinical work.

**Sept. 1992-Aug. 1993** **Neuropsychology Intern** - Long Island Jewish Medical Center-Hillside Hospital, Glen Oaks, New York.
Conducted neuropsychological assessments of inpatients and outpatients with a variety of neurological and psychiatric conditions and produced diagnostic reports of their functioning. Treated persons through individual psychotherapy using a variety of insight-oriented approaches (psychodynamic and cognitive-behavioral). Training also included participation in the Comprehensive Epilepsy Evaluation Clinic, supervised assessments in the Pediatric Neuropsychology Service, and weekly individual sessions of cognitive rehabilitation for patients with schizophrenia. The site complies with all APA requirement guidelines including Division 40 guidelines for clinical neuropsychology pre-doctoral internship.

**June 1991-Sept 1992** **Assessment Liaison** - Michigan State University Learning Disabilities Program; Office of Programs for Handicapper Services/MSU Psychological Clinic, East Lansing, Michigan.
Trained graduate students in the administration and reporting of a broad selection of neuropsychological measures. Coordinated, supervised, and conducted neuropsychological/ psychoeducational assessments of MSU students referred for learning disabilities. Organized a comprehensive data set gathered from college-aged learning disabled individuals and matched normal controls.

**Sept. 1991-Sept. 1992** **Neuropsychology Consultant-Trainee** - Neurobehavioral Clinic and Research Center (Michigan State University/Department of Psychiatry), East Lansing, Michigan.

Conducted neuropsychological assessments of outpatients with a variety of neurological and psychiatric conditions and produced diagnostic reports of their functioning. Organized a comprehensive data set gathered from patients with cortical dementia.

**June 1989- Sept 1992** **Inpatient and Outpatient Assessment Coordinator** - Michigan State University Psychological Clinic, East Lansing, Michigan.
Trained graduate students in the administration and reporting of a broad and flexible battery of neuropsychological and personality measures. Coordinated, supervised, and conducted neuropsychological/ personality assessments of patients referred from Lansing General Hospital, Ingham County Medical Center, as well as from private physicians in the community.

**March 1989- June 1991**; **Teaching Assistant** - Neuropsychology Assessment Laboratory 852B (3 credit graduate level course), Clinical Psychology Program - Michigan State University Graduate School, East Lansing, Michigan.

**Sept. 1989- July. 1991** **Psychotherapy Trainee** (Practicum Student) - Michigan State University Psychological Clinic, East Lansing, Michigan.
Conducted insight-oriented individual psychotherapy with outpatient community members seeking services from the MSU Clinic.

**June 1989- Sept. 1991** **Neuropsychology Consultant-Trainee** - Ingham Medical Center/ Michigan State University Psychology Graduate Program, Lansing, Michigan.
Conducted neuropsychological examinations of inpatients from general medical units and produced diagnostic reports of their functioning.

**June 1990- Sept. 1990** **Student Trainee** - Neuropsychology Program (Department of Psychiatry), University of Michigan Medical Center, Ann Arbor, Michigan.
Conducted neuropsychological assessments of outpatients with a variety of neurological and psychiatric conditions and produced diagnostic reports of their functioning. Organized a comprehensive data set gathered from patients with Alzheimer's dementia and isolated memory impairment.

**June 1989- Sept. 1989** **Neuropsychology Consultant-Trainee** - Tamarack Head Injury Rehabilitation Center East Lansing, Michigan.
Conducted neuropsychological assessments of outpatients and rehabilitation center residents with a variety of conditions resulting from traumatic brain injury and produced diagnostic reports/treatment plans. Organized data set gathered from patients with mild head injuries.

**June 1988- Sept. 1988** **Student Trainee** - Battle Creek Veterans Administration Medical Center, Neuropsychology/Department of Psychology, Battle Creek, Michigan.
Conducted neuropsychological assessments of inpatients and outpatients with a variety of neurological and psychiatric conditions and produced diagnostic reports of their functioning.

**Dec. 1986- June 1988** **Neuropsychology Testing Technician** - Neuropsychology Program (Department of Psychiatry), University of Michigan Medical Center, Ann Arbor, Michigan.
Administered neuropsychological assessment batteries to outpatients and inpatients with a wide range of neurological and psychiatric conditions.

**Jan. 1986- April 1988** **Neurology Volunteer** - Neurology Inpatient Unit [Spinal Cord Rehabilitation Program] Department of Neurology, University of Michigan Medical Center, Ann Arbor, Michigan.
Assisted in the general care for acute spinal- and brain-injured patients.

**Jan. 1985- April 1985** **Mental Health Volunteer** - Psychiatry Adult Inpatient Unit [Depression Clinical Studies Program], Department of Psychiatry, University of Michigan Medical Center, Ann Arbor, Michigan.
Facilitated treatment plans through engaging patients in social tasks, activities and outings. Conducted one-to-one observations for suicidal individuals.

**Jan. 1983- April 1983** **Mental Health Volunteer** - Project Outreach - Child Development Center, University of Michigan, Dearborn, Michigan.
Supervised activities and lesson plans for healthy children ages 3 through 6 from the community. Administered Stanford-Binet Intelligence Scale tests.

**Feb. 1981- May 1981** **Mental Health Worker** - Ardmore Acres Psychiatric Hospital, Farmington, Michigan
Implemented the direct care of psychiatric patients as prescribed by staff psychiatrists, including maintenance of medication schedules, supervision of activities and visitation, charting of vital signs, and continuous formal reporting of patient behavior.

## RESEARCH EXPERIENCE

**Sept. 1990- Sept. 1994** Spica, D.M. (1994). Use of executive control in accessing episodic and semantic memory in patients with Alzheimer's dementia. Dissertation, Michigan State University, East Lansing.

**Sept. 1988- June 1991** Spica, D.M. (1991). Detecting late-life forgetfulness using a brief SDAT battery. Master's thesis, Michigan State University, East Lansing.

**Sept. 1988- Sept. 1994** **Research Consultant -** Michigan State University - Department of Psychology/Clinical Aging Research Project, East Lansing Michigan.
Train students in testing procedures and analyze data for ongoing study investigating the relationships of mood, memory, and physical health in normal aged persons.
Norman Abeles, Ph.D. - Principal Investigator

**June 1989- Sept. 1989** **Research Consultant** - Ann Arbor Veterans Administration Medical Center, Neuropsychology/Department of Psychology. Ann Arbor, Michigan.
Recruited and ran subjects for an ongoing study of eye-tracking and attention.
Henry Buchtel, Ph.D.- Principal Investigator

**May 1986- Dec. 1988** **Research Consultant** - Neuropsychology Program (Department of Psychiatry)/ Department of Neurology, University of Michigan Medical Center, Ann Arbor, Michigan.
Constructed computer file and processed data for ongoing study investigating the relationship of neurologic symptoms and neuropsychometric performance in patients with Alzheimer's Disease.

## GRANTS

**1990** Wechsler adult intelligence score patterns in learning disabled college students. Not funded. Submitted to the Michigan Health Care Education and Research Foundation, Detroit, Michigan.

**1989** Detecting age-associated memory impairment using the brief SDAT battery. Awarded by the Michigan Health Care Education and Research Foundation, Detroit, Michigan.

**1988** Summer Traineeship (first ever without graduate education). Awarded by the Veterans Administration, Washington, D.C.

**1986** Altered metabolism in olivopontocerebellar atrophy studied with positron-emission tomography. With S. Berent. Awarded by the University of Michigan Medical School Summer Research Foundation, Ann Arbor, Michigan.

**RESEARCH PRESENTATIONS**

Fernandez-Romero, R.; Spica, D. M. (2021). Memory dysfunction. CONTINUUM: Lifelong Learning in Neurology, 27(6), 1562–1585. https://doi.org/10.1212/con.0000000000001020

Stawicki, J.A., Spica, D.M., Lount, R. (2001) The Importance of Thorough Examinations for Evaluation of Attention Deficit-Hyperactivity Disorder. Poster presented at the meeting of the American Psychological Association, San Francisco.

Spica, D.M., Klotz, M, & Abeles, N. (Submitted). Use of executive control in accessing episodic and semantic memory in patients with Alzheimer's dementia. Poster submitted for the 1996 meeting of the International Neuropsychological Society, Chicago.

Spica, D.M., Klotz, M, & Abeles, N. (1995). Differential episodic and semantic memory defects in patients with Alzheimer's disease. Poster presented at the 1995 meeting of the National Academy of Neuropsychological, San Francisco.

Abeles, N., & Spica, D.M. (1994). Mini inventory of right brain injury. Test Critiques. *New York: Oxford University Press.*

Spica, D.M., Abeles, N, & Giordani, B. (1991, August). Detecting age-associated memory impairment using the brief SDAT battery. Poster presented at the meeting of the American Psychological Association, San Francisco.

Berent, S., & Spica, D.M. (1986, August). Altered metabolism in olivopontocerebellar atrophy studied with positron-emission tomography. Poster presented at The University of Michigan Summer Research Forum, Ann Arbor, MI.

**OTHER PRESENTATIONS**

D., Spica, D.M., (2026, May). Behavioral Health & Neuropsychological Concepts. 2026 Capital Defense Seminar - Storytelling for Life: It's Not Just the Story That You Tell, It's How You Tell It – Tennessee Association of Criminal Defense Lawyers, Knoxville, TN.

Spica, D.M., (2024, May). Interesting Case Conference-Primary Progressive Aphasia. Fourth Annual Alzheimer's and Dementia Symposium – University of Tennessee Medical Center. Knoxville, TN.

Spica, D.M., (2024, April). Healthy Aging, Stress, and Cognitive Fitness to Practice Law. Camp TLAP – Tennessee Lawyers Assistance Program. Nashville, TN.

Spica, D.M., (2021, October). Competency Issues in Older Patients. Third Annual Alzheimer's and Dementia Symposium – University of Tennessee Medical Center. Knoxville, TN.

Spica, D.M., (2020, October). Forgetfulness in Normal Aging. Second Annual Alzheimer's and Dementia Symposium – University of Tennessee Medical Center. Knoxville, TN.

Spica, D.M., (2019, September). Neuropsychological Concepts in Claims and Litigation. 110th Annual Education Conference - International Claim Association. Denver, CO.

Spica, D.M., (2019, July). Navigating the Waters of Neuropsychological Claims. Reinsurance Group of America Regional Claims Seminar. Portland, ME.

Spica, D.M., (2019, January). Neuropsychological Concepts in Claims and Litigation. 2019 Winter Meeting Convention of the International Claim Association. Nashville, TN.

Spica, D.M., (2018, April). Neuropsychology as a Career. University of Tennessee – Department of Psychology, Knoxville, TN.

Spica, D.M., (2017, October). Typical ethics issues in psychological. Michigan State University – Department of Psychology, Lansing, MI.

Spica, D.M., Smith, B., (2017, August). Connecting through music. The Joy of Music School – Community Series, Knoxville, TN.

Spica, D.M., (2017, June). Normal forgetfulness vs. dementia. Pat Summitt Foundation – The Summitt Series, Knoxville, TN.

Spica, D.M., (2017, May). Frequent Neuropsychological Concepts in Disability – Disability Reinsurance Management Services, Portland, ME.

Spica, D.M., (2015, May). Ethics in the real world. Knoxville Area Psychological Association Series, Knoxville, TN.

Spica, D.M., (2012, June). Effective communication with disability carriers. Knoxville Area Psychological Association Series, Knoxville, TN.

Dawson, D., Spica, D.M., (2011, May). What the tests mean & how to use them. 2011 Capital Defense Training – Tennessee Association of Criminal Defense Lawyers, Knoxville, TN.

Caruso, K.A., Spica, D.M., (2007, October). Disability evaluations: dissimulation & somatization. 38th Annual Meeting of the American Academy of Psychiatry and the Law, Miami, FL.

Spica, D.M., (2005, November). Fighting procrastination in everyday life. 2005 Convention of the Tennessee Psychological Association, Nashville, TN.

Spica, D.M., (2005, October). Procrastination? Tools for memory testing & screening. Wellness: A Healthy State of Being. 2005 EAPA Tennessee State Conference, Gatlinburg, TN.

Spica, D.M., (2005, July). Introduction to neuropsychological assessment? Cariten Employee Assistance Program Professional Address Series. Knoxville, TN.

Spica, D.M., (2002, November). Fighting procrastination in students with attention and learning disorders. Professional Information Series. Learning Disabilities Association, Lansing, MI.

Spica, D.M., (1996, April). Behavioral manifestations of learning disabilities. E. Weinbolt (Chair), Community Information Series. Meeting of Learning Disability Friends and Families, Lansing, MI.

Spica, D.M., (1996, January). Treatment of attentional syndromes in adults. L. Gorbis (Chair), Professional Presentations. Meeting of Children and Adults with Attention Deficit Disorders [CH.A.D.D.] Lansing Area Chapter, Lansing, MI.

Spica, D.M., (1995, November). Clinical assessment of neurobehavioral disorders. J. Picone (Chair), Continuing Medical Education. Meeting of the inpatient clinical service, Sparrow Hospital, Lansing, MI.

Spica, D.M., (1991, November). Brain lesion localization: The role of neuropsychological assessment. V. Hulce (Chair), Nervous system lesions: Localization and characterization: A workshop for primary care physicians and health care providers. Workshop conducted at the Seventh Annual Neurodiagnostics Conference, East Lansing, MI.

Spica, D.M., (1990, October). Advances in research of memory for the aged individual. N. Abeles (Chair), Coping with aging: Mood and memory concerns. Symposium conducted at the meeting of the Ingham Medical Center/Community Relations and Development Association, Lansing, MI.

Spica, D.M., (1989, November). Special issues in cognitive rehabilitation. W. Beecroft (Chair), Psychiatry service grand rounds presentations. Meeting of the Department of Psychiatry, Ingham Medical Center, Lansing, MI.

Spica, D.M., (1989, August). Clinical characteristics of multi-infarct dementia. W. Beecroft (Chair), Psychiatry service grand rounds presentations Meeting of the Department of Psychiatry, Ingham Medical Center, MI.

## PROFESSIONAL MEMBERSHIPS

President - Knoxville Area Psychological Association 2019-2020
President - Knoxville Area Psychological Association 2010-2012
Vice President - East Tennessee - Tennessee Psychological Association 2007
Member, American Psychological Association
Member, International Neuropsychology Society
Member, National Academy of Neuropsychology
Member, Society for Personality Assessment
Member, International Academy of Independent Medical Evaluators

\

# CURRICULUM VITAE

## William S. Garmoe, Ph.D., ABPP-CN, LLC

**Private Practice**
**Business Address**: 163 Mitchells Chance Road
Suite 114
Edgewater, Maryland 21037
(301) 352-3921 - office
(301) 814-6938 - mobile
email: wgarmoe@verizon.net

**EDUCATION**:

- Ph.D., Clinical Psychology, Northern Illinois University, DeKalb, Illinois, 1989
- M.A., Clinical Psychology, Northern Illinois University, DeKalb, Illinois, 1985
- B.S., Psychology, DePaul University, Chicago, Illinois, 1982

**LICENSURE**:

- District of Columbia License #1660
- Maryland License #02813
- Virginia License #0810006733
- PSYPACT Certification (#7099)

**BOARD CERTIFICATION/FELLOW STATUS**:

- American Board of Professional Psychology – Clinical Neuropsychology (ABPP-CN)

**ACADEMIC/FACULTY APPOINTMENTS**:

**Associate Professor of Clinical Rehabilitation Medicine**
Department of Physical Medicine and Rehabilitation
Georgetown University School of Medicine
4000 Reservoir Road, NW
Washington, D.C. 20057

**Associate Professor of Clinical Neurology**
Department of Neurology
Georgetown University School of Medicine
4000 Reservoir Road, NW
Washington, D.C. 20057

**PROFESSIONAL EXPERIENCE:**

July 2018 - Current

**Director of Psychology Services**
MedStar National Rehabilitation Network
102 Irving Street, N.W.
Washington, DC 20010

Responsibilities Include: Lead psychology service operations within the main hospital and throughout the MedStar network, ensure appropriate staffing and service development, managing department budget and revenue generation, serving on MedStar and hospital leadership committees, identifying opportunities for improvement and growth of the department, support psychologists in clinical and academic development.

Nov 2016 - June 2018

**Assistant Director of Psychology**
**D.C. Operations**
MedStar National Rehabilitation Hospital
102 Irving Street, N.W.
Washington, D.C. 20010

Responsibilities Include: Coordinate and oversee psychology service operations for District of Columbia hospitals/outpatient centers, ensure appropriate staffing and service development, serve on hospital and Medical Affairs committees as assigned, identify opportunities for improvement and growth of department services, support Director of Psychology in leadership of department.

2001- Nov 2016

**Coordinator, Neuropsychology Services/Senior Psychologist**
MedStar National Rehabilitation Hospital
102 Irving Street, N.W.
Washington, D.C. 20010

Responsibilities Include: Clinical neuropsychological assessment, coordination of neuropsychological services within psychology department, training and supervision, education seminars for residents and other hospital staff, administrative duties.

September 2008 – November 2016

**Director, Neuropsychology Post-Doctoral Fellowship Program**
MedStar National Rehabilitation Hospital
102 Irving Street, N.W.
Washington, D.C. 20010

Responsibilities Include: Developing and overseeing didactic and clinical training of post-doctoral fellows in clinical neuropsychology, clinical supervision of fellows, oversight of faculty members supervising fellows, recruitment of new fellows. Serve as faculty member for Video-Teleconference (VTC) didactics program; a multi-site post-doctoral fellowship cooperative program serving military, Veterans' Administration, and academic civilian hospitals.

**PROFESSIONAL EXPERIENCE (Cont.):**

May 2009-2013

**Clinical Leader, National Rehabilitation Hospital Transitions Brain Injury Day Treatment Program**
National Rehabilitation Hospital
102 Irving Street, N.W.
Washington, D.C. 20010

Responsibilities Include: Provide clinical leadership to Transitions day treatment program that provided treatment for adults and adolescents with traumatic brain injury, acquired brain injury, and stroke. Also involves screening referrals for appropriateness, leading process for program certification with regulatory bodies, and fostering research.

December 1998-November 2008

**Co-Director, National Rehabilitation Hospital Brain Injury Program**
National Rehabilitation Hospital
102 Irving Street, N.W.
Washington, D.C. 20010

Responsibilities Include: Leadership of brain injury program in coordination with program medical director; program management; quality improvement; policies and procedures; communication with other clinical programs.

July 2002 – 2014

**Principal Investigator, NRH Neurosciences Research Center**
National Rehabilitation Hospital Neurosciences Research Center
102 Irving Street, N.W.
Washington, D.C. 20010

Responsibilities Include: Principal investigator in Department of Defense (DoD) funded research center. Research area involves studies of self-awareness following traumatic brain injury. Funding sources for other studies also include NIH and NIDRR.

1990-2001

**Neuropsychology Laboratory Supervisor/ Senior Psychologist**
National Rehabilitation Hospital
102 Irving Street, N.W.
Washington, D.C. 20010

Responsibilities Include: Neuropsychological/psychological assessment, consultation, and treatment of adults with TBI, dementia, CVA, and other brain disease; supervision of neuropsychology laboratory and psychometrists; training and supervision of post-doctoral fellows; education seminars for resident physicians and other hospital staff; research activities, serve on Institutional Research Review Board, administrative duties.

**PROFESSIONAL EXPERIENCE (Cont.):**

1995-1999 **Principal Co-Investigator**
Cognitive Studies Section
National Rehabilitation Hospital Assistive Technology Research Center
102 Irving Street, N.W.

Washington, D. C. 20010
Department of Defense Cooperative Agreement
Number DAMD17-94-V-4036

Responsibilities include; Design and implementation of research protocols; supervision of data analyses; membership on Institutional Review Boards of Medlantic Research Institute; resident physician training and mentoring.

1989-1990 **Staff Psychologist**
Rehabilitation Institute of Chicago
345 East Superior Street
Chicago, Illinois 60611

1988-1989 **Post-Doctoral Fellow in Neuropsychology/Medical Psychology**
Psychology Service
Rehabilitation Institute of Chicago
345 East Superior Street
Chicago, Illinois 60611

1987-1988 **Pre-Doctoral Internship**
Psychology Service (116B)
Hines Veterans Administration Hospital
Hines, Illinois 60141

**PAPERS/PUBLICATIONS:**

Garmoe, W., Rao, K., Gorter, B., & Kantor, R. (2024). Neurocognitive impairment in Post COVID-19 Condition in adults: Narrative review of the current literature. Archives of Clinical Neuropsychology. doi.org/10.1093/arclin/acae017.

Hutten, J. C., van Horn, J. E., Hoppenbrouwers, S. S., Ziermans, T. B., Guerts, H. M., and the Forensic Neuropsychology Consortium (2024). Neuropsychological assessment of aggressive offenders: A Delphi consensus study. Frontiers in Psychology, published 23 Feb 2024.

Garmoe, W., & Dickson, S. (2020). Hypoxic and ischemic brain injury. In K. J. Stucky, M. W. Kirkwood, and J. Donders (eds.), Clinical Neuropsychology Study Guide and Board Review, Second Edition, New York: Oxford University Press.

Glen, T., Hostetter, G., Roebuck-Spencer, T., Garmoe, W., et al (2020). Return on investment and value research in neuropsychology: A call to arms. Archives of Clinical Neuropsychology, 33, 459-468, doi:10.1093/arclin/acaa010.

**PAPERS/PUBLICATIONS (Continued):**

Glen, Tannahill., Hostetter, G., Ruff, R. . . . **Garmoe, W.** . . .et al. (2018). Integrative care models in neuropsychology: A National Academy of Neuropsychology education paper. Archives of Clinical Neuropsychology, https://doi.org/10.1093/arclin/acy092

Lazar, R.M., Pavol, M.A., Bormann, T., et al (2018). Neurocognition and cerebral lesion burden in high-risk patients before undergoing transcatheter aortic valve replacement. JACC: Cardiovascular Interventions, 11(4), 384-392

Seel, R. T., Barrett, R.S., Beaulieu, C. L., Ryser, D. K., Hammond, F. M., Cullen, N., Garmoe, W., et al. (2015). Institutional variation in traumatic brain injury acute rehabilitation practice. Archives of Physical Medicine and Rehabilitation, 96 (8 Suppl 3), S197-208.

Seel, R., Corrigan, J. D., Dijkers, M. P, Barrett, R. S., Bogner, J, Smout, R. J., Garmoe, W., & Horn, S. D. (2015). Patient effort in traumatic brain injury inpatient rehabilitation: Course and associations with age, brain injury severity, and time post-injury. Archives of Physical Medicine and Rehabilitation, 96 (8 Suppl 3), S235-244.

Bogner, J., Barrett, R. S., Hammond, F. M., Horn, S. D., Corrigan, J. D. . . . Garmoe, W. (2015). Predictors of agitated behavior during inpatient rehabilitation for traumatic brain injury. Archives of Physical Medicine and Rehabilitation, 96 (8 Suppl 3), S274-281.

Garmoe, W., & Dickson, S. (2014). Hypoxic and ischemic brain injury. In K. J. Stucky, M. W. Kirkwood, and J. Donders (eds.), Clinical Neuropsychology Study Guide and Board Review, New York: Oxford University Press.

Garmoe, W. (2010). Substance abuse disorders following brain injury. In M. R. Yochelson & P. Wolfe (eds.), Managing Brain Injury: A Guide to Living Well With Brain Injury. NRH Press: Washington, D.C.

Garmoe, W., Newman, A., & O'Connell, M. (2005). Self-Awareness early following traumatic brain injury: Comparison of brain injury and orthopedic inpatients using the Functional Self-Assessment Scale (FSAS). Journal of Head Trauma Rehabilitation, 20(4), 348-358.

O'Connell, M., Garmoe, W., & Goldstein, N. (2005). Miranda comprehension in adults with mental retardation and the effects of feedback style on suggestibility. Law and Human Behavior, 29(3), 359-369.

Garmoe, W. Neurocognitive issues in transplantation (2002). In S. A. Cupples & L. Ohler (eds.), Solid Organ Transplantation: A Handbook for Primary Health Care Providers, New York: Springer Publishing Company.

Newman, A. C., Garmoe, W., Beatty, P., & Ziccardi, M. (2000). Self-awareness of traumatically brain injured patients in the acute inpatient rehabilitation setting. Brain Injury, 14(4), 333-344.

Bleiberg, J., Kane, R. L., Reeves, D. L, Garmoe, W. S., Halpern, E. (2000) Factor analysis of computerized and traditional tests used in mild brain injury research. The Clinical Neuropsychologist, 14(3), 287-294.

**PAPERS/PUBLICATIONS (Continued):**

Bleiberg, J., Garmoe, W., Halpern, E., Reeves, D., & Nadler, J. (1997). Consistency of Within-day and across-day performance after mild brain injury. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 10(4), 247-253.

Garmoe, W.S., Newman, A.C., & Bleiberg, J. (1994). Neurobehavioral aspects of normal aging and stroke rehabilitation. In M. Ozer & R. Matterson (eds.), Rehabilitation of Persons With Stroke. St. Louis: Mosby.

Bleiberg, J., Garmoe, W., Cederquist, J., Reeves, D., & Lux, W. (1993). Effects of Dexedrine on performance consistency following brain injury: A double-blind placebo crossover case study. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 6(4), 245-248.

Bleiberg, J., Lux, W., Garmoe, W. S., Reeves, D., Hegge, F, & Cederquist, J. (1992). A procedure for assessing and monitoring cognitive enhancement and cognitive degradation secondary to pharmacotherapy. Archives of Physical Medicine and Rehabilitation, 73(10).

Garmoe, W.S., Schefft, B.K., & Moses, J.A., Jr. (1991). Evaluation of the diagnostic validity of the Luria-Nebraska Neuropsychological Battery, Form II. International Journal of Neuroscience, 59, 231-239.

**POSTERS/PRESENTATIONS (not exhaustive – approximately past ten years):**

Garmoe, W. Introduction to Forensic Neuropsychology: Civil and Criminal Applications. Four-part seminar series presented to MNRN Neuropsychology Fellowship and Brain Injury Medicine Fellowship Programs (attended by neuropsychology and medical fellows, medical residents, faculty). March 2026

Garmoe, W. Long-COVID/PASC: Neuropathology and Neuropsychology of Huntington's Disease (HD). Lecture to MNRN Neuropsychology Fellowship and Brain Injury Medicine Fellowship Programs (attended by neuropsychology and medical fellows, medical residents, faculty). May 2025

Garmoe, W. Neuropsychology Practice in Neurorehabilitation: Roles and Models. Two-part lecture given to post-doctoral fellows, psychology residents, and faculty in the Neuropsychology Distance Learning (NLD) didactics program (multi-site fellowship program). July 2024.

Gorter, B., Garmoe, W., & Kantor, R. (2024). Somatic Symptom Endorsement and Cognitive Functioning in Post-COVID Condition. Poster accepted for presentation to American Academy of Clinical Neuropsychology annual conference.

Garmoe, W., & DeRight, J.D. Introduction to Forensic Neuropsychological Evaluations and Ethical Considerations for Neuropsychologists. Invited presentation sponsored by the New York State Association of Neuropsychology (NYSAN). March, 2024.

Garmoe, W. Introduction to Bioethics in the Healthcare System. Seminar presented to Marymount University Doctoral Physical Therapy (DPT) program. November 2023.

Garmoe, W. Persistent Neurocognitive Impact of COVID-19 Illness Post-COVID Condition (PCC). Lecture given to post-doctoral fellows, psychology residents, and faculty in the Neuropsychology Distance Learning (NLD) didactics program (multi-site fellowship program). September 2023.

Garmoe, W. Neuropathology and Neuropsychology of Huntington's Disease. April 2023.

**POSTERS/PRESENTATIONS (Cont.):**

Garmoe, W. Long-COVID/PASC: Persistent Neurocognitive and Psychological Impact Following COVID-19 Illness. Seminar presented to the Pacific Northwest Neuropsychological Society (PNNS). Live Webinar, November 14, 2022.

Garmoe, W. Introduction to Forensic Neuropsychological Practice, and Competence to Stand Trial. Lecture given to post-doctoral fellows, psychology residents, and faculty in the Veteran's Administration Neuropsychology didactics program (multi-site fellowship program). November 2022.

Garmoe, W. Long-COVID/PASC: Persistent Neurocognitive Impact of COVID-19 Illness. Lecture to MNRN Neuropsychology Fellowship and Brain Injury Medicine Fellowship Programs (attended by neuropsychology and medical fellows, medical residents, faculty). November 2022.

Garmoe, W. Self-Awareness Following Traumatic Brain Injury: Functional Outcome and Treatment Strategies. Presented to annual clinical conference of Ability Rehabilitation, Kansas City, MO. October 2022

Garmoe, W. Long-COVID/PASC: Persistent Neurocognitive Impact of COVID-19 Illness. Address presented to the National Academy of Neuropsychology (NAN) annual conference, Denver, CO. October 2022.

Garmoe, W. Long-Term Cognitive and Psychological Effects of COVID-19 Illness. Presented to the Guardian Insurance Company, Pittsfield, MA. September 2022

Garmoe, W. Introduction to Forensic Neuropsychology, Parts I and II. Two-part lecture presented to Lecture given to post-doctoral fellows, psychology residents, and faculty in the Neuropsychology Video Teleconference (VTC) didactics program (multi-site fellowship program), August 2022.

Garmoe, W. Long-Term Neurocognitive Impact of COVID-19 Illness: Review of Current Research and Clinical Experience. Seminar presented to the American Academy of Clinical Neuropsychology, annual conference, June 2022.

Garmoe, W. Neurocognitive impact of SARS Cov-2: Review of Current Research and Clinical Experience. Lecture to Defense Health Agency of the Department of Defense. April 2022.

Garmoe, W. Long-Term Neurocognitive Impact of COVID-19 Illness: Review of Current Research and Clinical Experience. Seminar presented to the National Academy of Neuropsychology, annual conference. April 2022.

Garmoe, W. Self-Awareness Following Traumatic Brain Injury: Functional Outcomes and Treatment Strategies. Lecture to NRH Neuropsychology Fellowship and Brain Injury Medicine Fellowship Programs (attended by neuropsychology and medical fellows, medical residents, faculty). January 2022.

Garmoe, W. Criminal Forensic Practice and Competence to Stand Trial. Lecture to post-doctoral fellows, faculty, and interns, Children's National Medical Center Neuropsychology Service December 2021.

Garmoe, W. Neurocognitive and Psychological Impact of SARS CoV-2: Review of Current Research and Clinical Experience. Lecture given to post-doctoral residents and faculty of Children's National Medical Center Neuropsychology Service. May 2021.

**POSTERS/PRESENTATIONS (Cont.):**

Yanev, P., Belilos, E., O'Brien, C., Long, L., Pellegrino, K., Wilson, C., Garmoe, W., Semel, J., Wisotzky, E., & Wroten, M. Correlations with symptoms of post-acute sequelae of SARS-CoV-2 infection in a COVID recovery program. Poster presented at the Georgetown University/MedStar Health annual research symposium. May 2021.

Garmoe, W. Neurocognitive and Psychological Impact of SARS CoV-2: Review of Current Research and Clinical Experience. Lecture given to residents/intern at Washington D.C. Veteran's Administration Hospital Psychology Service didactics program, September 2020

Garmoe, W. Neurocognitive and Psychological Impact of SARS CoV-2: Review of Current Research and Clinical Experience. Lecture given to post-doctoral fellows, psychology residents, and faculty in the Veteran's Administration Neuropsychology didactics program (multi-site fellowship program) September 2020.

Garmoe, W. Criminal Forensic Practice and Competence to Stand Trial. Lecture given to post-doctoral fellows, psychology residents, and faculty in the Neuropsychology Video Teleconference (VTC) didactics program (multi-site fellowship program), September 2020.

Garmoe, W. Neurocognitive and Psychological Impact of SARS CoV-2: Review of Current Research and Clinical Experience. Lecture given to post-doctoral fellows, psychology residents, and faculty in the Neuropsychology Video Teleconference (VTC) didactics program (multi-site fellowship program) July 2020.

Garmoe, W. Self-Awareness Following Traumatic Brain Injury: Functional Outcomes and Treatment Strategies. Lecture given to post-doctoral fellows, psychology residents, and faculty in the Neuropsychology Video Teleconference (VTC) didactics program (multi-site fellowship program) July 2020.

Garmoe, W. and others: Pandemic Response Resilience Workshop. Workshop presented to health care employees focusing on building resilience in context of SARS CoV-2 pandemic. Based on NETEC pandemic resilience program. June-August 2020.

Garmoe, W. Huntington's Disease: Neuropathology, Genetics, and Neuropsychological Features. Lecture to NRH Neuropsychology Fellowship and Brain Injury Medicine Fellowship Programs (attended by neuropsychology and medical fellows, medical residents, faculty). April 2020.

Garmoe, W. Self-Awareness Following Traumatic Brain Injury: Functional Outcome and Treatment Strategies. Psychiatry Grand Rounds Presentation, Georgetown University School of Medicine. October 2019.

Garmoe, W. Introduction to Workers' Compensation cases – Practical and Ethical Considerations. Lecture to NRH Neuropsychology Fellowship and Brain Injury Medicine Fellowship Programs (attended by neuropsychology and medical fellows, medical residents, faculty). October 2019.

Garmoe, W. Introduction to Forensic Neuropsychology. Three-part lecture series covering basic concepts, and criminal and civil case examples. Lectures to NRH Neuropsychology Fellowship and Brain Injury Medicine Fellowship Programs (attended by neuropsychology and medical fellows, medical residents, faculty). August 2019

**POSTERS/PRESENTATIONS (Cont.):**

Garmoe, W. Criminal Forensic Practice and Competence to Stand Trial. Lecture given to Georgetown University School of Medicine Department of Psychiatry resident physicians. January 2019.

Garmoe, W. Neuropathology and Neuropsychology of Huntington's disease. Lecture to post-doctoral fellows, faculty, and interns, Children's National Medical Center Neuropsychology Service. November 2018

Garmoe, W. MTBI: A Model for Complex Cases. Lecture given to the Center for Deployment Psychology, via webinar, August 2018

Garmoe, W. Complex Concussion: Evolution, Identification, and Intervention. Grand Rounds presented to MedStar National Rehabilitation Hospital and Network. August 2018

Garmoe, W. Criminal forensics: Imperfect Self-Defense. Lecture given to post-doctoral fellows and psychology residents in the Neuropsychology Video Teleconference (VTC) didactics program (multi-site fellowship program), August 2018

Garmoe, W. Introduction to criminal forensics: Competency to stand trial. Lecture given to post-doctoral fellows and psychology residents in the Neuropsychology Video Teleconference (VTC) didactics program (multi-site fellowship program), August 2018

Garmoe, W. Introduction to criminal forensics: Competency to stand trial. Lecture to post-doctoral fellows, faculty, and interns, Children's National Medical Center Neuropsychology Service. June 2018. Center for Deployment Psychology. June 2018

Schleicher-Dilks, S.A., Garmoe, W.S., Brady, K.P. et al. Examining performance on cognitive, effort, and psychological measures among individuals with concussion, controls, and coached dissimulators. Poster presented at the International Neuropsychological Society (INS) annual conference, Washington, DC., February 2018.

Lehockey, KA, & Garmoe WS (2018). Patients participating in inpatient cardiac rehabilitation and stroke programs are similarly impaired on a brief cognitive screening. Poster presented at the International Neuropsychological Society annual conference, Washington, DC, 2018.

Garmoe, W. Introduction to Bioethics. Lecture given to post-doctoral fellows and psychology residents in the Neuropsychology Video Teleconference (VTC) didactics program (multi-site fellowship program), July 2017.

Garmoe, W. Neuropathology and Neuropsychology of Huntington's disease. Lecture to post-doctoral fellows, faculty, and interns, Children's National Medical Center Neuropsychology Service. April 2017.

Garmoe, W. Performance validity in neuropsychological assessment: Clinical and ethical issues. Seminar presented to Children's National Medical Center post-doctoral fellows, interns, and faculty. November 2016.

Garmoe, W. Forensic Neuropsychology: Introduction to concepts and applied case examples. Lecture presented to Neuropsychology Fellowship Consortium Video-teleconference (VTC) (nationwide consortium of nine military, veterans administration, and civilian academic training sites). August 2016.

Garmoe, W. Self-Awareness Following Severe TBI. Presented to MNRH Brain Injury Professional Symposium. June 2016.

**POSTERS/PRESENTATIONS (Cont.):**

Garmoe, W. Performance Validity in Neuropsychological Assessment. Presented to Georgetown University Medical School psychiatry residents and medical students. March 2016.

Garmoe, W. Acute Pathophysiology of TBI. Lecture to NRH Neuropsychology Fellowship and Brain Injury Medicine Fellowship Programs (attended by neuropsychology and medical fellows, medical residents, faculty). March 2016.

Garmoe, W. Concussion/MTBI: Pathophysiology, Recovery, and Evolution of Complex Cases. Lecture presented to Georgetown University Medical School, Psychiatry Fellowship Program Fellows. March 2016.

Garmoe, W. Sports Concussion: Unraveling the Myths and Mysteries of Concussion Management. Co-Presenter of seminar at APA Division 22 Annual Conference, Atlanta, GA. February 2016.

Garmoe, W. Forensic Neuropsychology in the Criminal Justice Environment: The Frey-Reed Hearing. Lecture to NRH Neuropsychology Fellowship and Brain Injury Medicine Fellowship Programs (attended by neuropsychology and medical fellows, medical residents, faculty). May 2015.

Garmoe, W. Introduction to Bioethics in the Rehabilitation Setting. Lecture to MNRH/Georgetown University Rehabilitation Medicine residents and medical students. April 2015.

Garmoe, W. Introduction to Forensic Neuropsychology, Parts I and II. Lecture to NRH Neuropsychology Fellowship and Brain Injury Medicine Fellowship Programs (attended by neuropsychology and medical fellows, medical residents, faculty), April 2015.

Garmoe, W. Forensic Neuropsychology in the Criminal Justice Environment: Frye-Reed Hearing. Lecture to NRH Neuropsychology Fellowship and Brain Injury Medicine Fellowship Programs (attended by neuropsychology and medical fellows, medical residents, faculty), April 2015.

Garmoe, W. Acute and Subacute Recovery From Concussion in Athletes. Lecture to post-doctoral fellows and medical residents at MedStar National Rehabilitation Hospital, February 2014.

Garmoe, W. Forensic Neuropsychology in the Criminal Justice Environment: Concepts and Case Examples. Lecture given to post-doctoral fellows and psychology residents in the Neuropsychology Video Teleconference (VTC) didactics program (multi-site fellowship program), July 2014

Garmoe, W. Evaluation of Performance Validity in Neuropsychological Assessment. Lecture given to post-doctoral fellows and psychology residents at Children's National Medical Center, January 2014

Garmoe, W. Introduction to Bioethics in the Rehabilitation Setting. Lecture given to medical residents at Medstar National Rehabilitation Hospital, December 2013.

Newman, A. C., Garmoe, W. S., & Clark, J. Measuring self-awareness after brain injury in the inpatient rehabilitation setting and at 6 months follow-up: Comparison of the FSAS and PCRS in understanding outcome. Poster presented at the National Academy of Neuropsychology (NAN) annual convention, San Diego California, October 2013.

Garmoe, W. Impaired self-awareness following traumatic brain injury: Clinical and research issues. Lecture given to post-doctoral fellows and psychology residents in the Neuropsychology Video Teleconference (VTC) didactics program (multi-site fellowship program), July 2013.

**POSTERS/PRESENTATIONS (Cont.):**

Garmoe, W. Neuropathology and neuropsychology of Huntington's disease. Talk given to Medstar National Rehabilitation Hospital (MNRH) Neuropsychology Post-Doctoral Fellowship Program, February 2013.

Garmoe, W. Practical strategies for preventing and calming agitated behavior. Talk given to Medstar National Rehabilitation Hospital Neuro-Programs continuing education, October 2012.

Garmoe, W., Clark, J., & Newman, A. C. The relationship of self-awareness in moderate and severe traumatic brain injury patients in the inpatient rehabilitation setting with self-awareness six months post-discharge. Poster presented at the International Neuropsychological Society (INS) annual convention, Montreal Canada, February 2012.

Garmoe, W. Invalid evaluation results: Now what? Talk given to Medstar National Rehabilitation Hospital (MNRH) Neuropsychology Post-Doctoral Fellowship Program, February 2012.

Seel RT, Hammond FM, Horn SD, Garmoe WS. Patient Engagement in Acute TBI Rehabilitation. Symposium presented at the 2011 Joint American Congress of Rehabilitation Medicine and American Society of Neurorehabilitation (ACRM-ASNR) Annual Meeting, Atlanta, GA.

**RESEARCH ACTIVITIES**

- Principal Investigator, Neurocognitive and Psychological Symptoms in Symptomatic Outpatients Following COVID-19 Illness
- Consultant to project examining mental health impact of COVID-19 illness on individuals with SMI

**MEDICAL STAFF APPOINTMENTS:**

- Medstar National Rehabilitation Hospital (Washington DC)
- Georgetown University Hospital (Washington DC)
- MedStar Good Samaritan Hospital (Baltimore, MD)

**PROFESSIONAL AFFILIATIONS:**

- Fellow of the National Academy of Neuropsychology (NAN)
- American Psychological Association (APA)
- American Academy of Clinical Neuropsychology (AACN)
- International Neuropsychological Society (INS)

**OTHER:**

- Criminal Forensic Consultation, Maryland Office of Public Defender
- Member, Policy and Planning Committee, National Academy of Neuropsychology (NAN), 2016-2019
- Member, Conflict of Interest Committee, International Neuropsychological Society (current)
- Member and Clinical Leader, MNRN Bioethics Committee

# Jason R. Soble, Ph.D., ABPP

Curriculum Vitae

## CONTACT INFORMATION

**Address:** University of Illinois at Chicago
Neuropsychiatric Institute-Department of Psychiatry
912 S. Wood Street (MC 913)
Chicago, IL 60612

**Phone/Fax:** P: (312)-996-6217 / F: (312)-413-7856

**E-mail:** soble@uic.edu

**Website**: https://www.psych.uic.edu/profile/jason-r-soble
https://hospital.uillinois.edu/find-a-doctor/jason-soble

## EDUCATION/PROFESSIONAL TRAINING

**Fellowship** James A. Haley VA Hospital, Tampa, FL (2012-2014)
APA-Accredited Fellowship in Clinical Neuropsychology

**Ph.D.** University of Illinois at Urbana-Champaign (August 2012)
APA-Accredited Counseling Psychology Program

**Internship** James A. Haley VA Hospital, Tampa, FL (2011-2012)
APA-Accredited Clinical Psychology Internship (Neuropsychology Track)

**M.S.** University of Illinois at Urbana-Champaign (August 2008)
APA-Accredited Counseling Psychology Program

**B.S.** University of Illinois at Urbana-Champaign (May 2006)
Major: Psychology (with Highest University Honors/Bronze Tablet distinction)

## EMPLOYMENT/PROFESSIONAL APPOINTMENTS

**CLINICAL NEUROPSYCHOLOGIST/ASSOCIATE PROFESSOR OF CLINICAL PSYCHIATRY AND NEUROLOGY**

08/2021 – present University of Illinois College of Medicine, Chicago, IL

**TRAINING DIRECTOR - CLINICAL NEUROPSYCHOLOGY POSTDOCTORAL FELLOWSHIP PROGRAM**

11/2019 – present Neuropsychology Service - Department of Psychiatry
University of Illinois College of Medicine, Chicago, IL

**CLINICAL NEUROPSYCHOLOGIST/ASSISTANT PROFESSOR OF CLINICAL PSYCHIATRY AND NEUROLOGY**

11/2017 – 08/2021 University of Illinois College of Medicine, Chicago, IL

**CLINICAL NEUROPSYCHOLOGIST**

09/2014 – 10/2017 South Texas Veterans Health Care System-Audie L. Murphy VA Hospital, San Antonio, TX

**RESEARCH ASSOCIATE**

09/2013 – 03/2014 Department of Psychiatry and Behavioral Neurosciences - University of South Florida Morsani College of Medicine, Tampa, FL

## PROFESSIONAL LICENSURE/CERTIFICATION/DISTINCTION

| | | |
|---|---|---|
| Fellow | American Psychological Association (APA)<br>Division 40: Society for Clinical Neuropsychology<br>11/2021 – present | |
| Diplomate | American Board of Professional Psychology (ABPP)<br>American Board of Clinical Neuropsychology (ABCN)<br>03/2016 – present | Diploma # 8138 |
| Licensed Clinical Psychologist | State of Illinois<br>09/2017 – present | 071.009609 |
| Licensed Psychologist | State of Colorado<br>09/2013 – present | PSY.0003963 |
| | National Provider Identifier (NPI) | 1437578044 |

## HOSPITAL STAFF APPOINTMENTS

11/2017 – present University of Illinois Hospital & Health Sciences System, Chicago, IL

09/2014 – 10/2017 South Texas Veterans Health Care System, San Antonio, TX

## OTHER SPECIALTY APPOINTMENTS/CREDENTIALING

02/2021 – present Chicago Electrical Trauma Research Institute (CETRI)

09/2018 – present Approved Neuropsychology Provider-IL Dept. of Children & Family Services

10/2017 – present Qualified Neuropsychology Provider-National Football League (NFL) Concussion Settlement Baseline Assessment Program (BAP)

## AWARDS AND HONORS

| | |
|---|---|
| 05/2025 | Springer Nature Editor of Distinction Awards: Author Service Award |
| 07/2019 | 2019 Teacher of the Year Award-Florida Institute of Technology, College of Psychology and Liberal Arts (CoPLA) |
| 05/2018 | 2018 Teacher of the Year Award-Florida Institute of Technology, College of Psychology and Liberal Arts (CoPLA) |
| 11/2016 | VA I-CARE Recognition Award-Integrity Certificate |
| 02/2012 | Hardie Conference Travel Award-University of Illinois at Urbana-Champaign |
| 04/2010 | Arnie Miller Memorial Achievement Award-Champaign Psychological Society |
| 12/2006 & 12/2007 | Incomplete List of Teachers Rated as Excellent-University of Illinois |
| 05/2006 | Bronze Tablet Recipient (Highest University Honors)-University of Illinois |

## CLINICAL TRAINING

| | |
|---|---|
| 01/2010 – 05/2010 | Clinical Supervision Practicum-University of Illinois at Urbana-Champaign |
| 07/2009 – 05/2011 | Carle Foundation Hospital/Carle Physician Group, Champaign, IL |
| 08/2008 – 05/2009 | Neuropsychology Clinic–VA Illiana Healthcare System, Danville, IL |
| 08/2007 – 05/2008 | McKinley Health Center–Mental Health Unit, University of Illinois |
| 10/2006 – 05/2011 | Alcohol/Other Drug Office-University of Illinois at Urbana-Champaign |
| 08/2005 – 05/2006 | Champaign County Juvenile Detention Center, Champaign, IL |

## RESEARCH EXPERIENCE

### GRANTS/AWARDS

| | |
|---|---|
| 10/2018 – 6/2019 | Co-Investigator. "Neurocognitive Function and Post-Traumatic Stress in OEF/OIF/OND Veterans." Clinical Sciences Research and Development (CSR&D) Service, VA Office of Research & Development (ORD). (Pro# 1108676). PI: K. Luan Phan, MD, University of Illinois College of Medicine. |

## PEER-REVIEWED PUBLICATIONS

1. Marder, M. A., Kent, W. G., Abalos, S. A., Springer, G. J., Kukla, T. J., Sharp, D. W., Cerny, B. M., Phillips, M .S., Webber, T. A., **Soble, J. R.** (in press). Dispersion and inconsistency based intraindividual variability in neuropsychological test performance accurately identify performance invalidity among adults referred for ADHD evaluation. *The Clinical Neuropsychologist*.

2. *Finley, J.-C. A., Robinson, A. D., **Soble, J. R.**, & Rodriguez, V. J. (in press). Using unsupervised machine learning to detect noncredible cognitive test performance. *The Clinical Neuropsychologist.* *TCN/AACN Student Project Competition Awardee

3. Kukla, T. J., Finely, J.-C., A., Kent, G. W., Newkirk, B. O., Payne, A. D., Fegter, O., Abalos, S. A., Petry, L. G., Phillips, M. S., Cerny, B. M., & **Soble, J. R.** (in press). Failing more freestanding performance validity tests results in progressive artificial lowering of invalid neuropsychological test scores. *Applied Neuropsychology: Adult*.

4. Marder, M. A., Finley, J.-C., A., Piszczor, J., Valencia, V. A., Kukla, T. J., Fawcett, M., Shapiro, G., Phillips, M. S., Cerny, B. M., & **Soble, J. R.** (in press). Internalizing symptoms are differentially associated with higher likelihood of failure on memory-based embedded performance validity tests. *Journal of Psychopathology and Behavioral Assessment*.

5. Tufty, L. M., Wenzel, B. G., Orleans, N. A., Ovsiew, G. P., Sullivan, R. M., Scimeca, L. M., Ovsiew G. P., Cerny, B. M., Ulrich, D. M., Phillips, M. S., Robinson, A. D., Meinzer, M. C., & **Soble, J. R.** (in press). Investigating the effect of comorbid internalizing psychopathology on performance invalidity rates in neuropsychological evaluations of Attention-Deficit/Hyperactivity Disorder. *Psychological Injury and Law.*

6. Kent, G. W., Finley, J-C. A., Leese, M. I., Kukla, T. J., Ismail, H., Cerny, B. M., **Soble, J. R.,** & Phillips, M. S. (in press). Preferential impact of processing speed and memory on Rey Auditory Verbal Learning Test and Brief Visuospatial Memory Test-Revised embedded performance validity tests. *Applied Neuropsychology: Adult.*

7. Do, C., Milam, A., **Soble, J. R.**, & Webber, T. A. (in press). Validating the California Verbal Learning Test-Second Edition-Short Form Forced Choice trial as an embedded performance validity indicator. *Archives of Clinical Neuropsychology*.

8. Fisher, E. P., Levenson, A., Wintrode, M., Combs, A. Q., Payne, K. S., Benowitz, B., Keyes, R., Kamm, J. M., & **Soble, J. R.** (in press). Examining the incremental utility of WAIS-IV Letter-Number Sequencing embedded performance validity tests over established Digit Span Indices among adult ADHD referrals. *Psychological Injury and Law*.

9. Kent, G. W., Finley, J-C. A., Shoemaker, B. E., Piszczor, J., Kukla, T. J., Abalos, S. A., Phillips, M. S., Bianco, J. M., McConnell, J. M., Cerny, B. M., **Soble, J. R.** (in press). Further validation of symptom validity cutoffs in the beck anxiety inventory and beck depression inventory: findings within a large mixed outpatient neuropsychological sample. *Psychological Injury and Law*.

10. Benowitz, B., Payne, K. S., Wintrode, M., Keyes, R., Levenson, A., Fisher, E. P., Combs, A. Q., Kent, G. W., Kamm, J. M., & **Soble, J. R.** (in press). Establishing the concordance between performance validity tests and novel embedded symptom validity tests in the Beck Depression Inventory and Beck Anxiety Inventory among neuropsychiatric and medical outpatients. *Applied Neuropsychology: Adult*.

11. Phillips, M.S., Leese, M. I., Abalos, S. A., Shapiro, G., Bare, K., Orleans, N. A., Durkin, N. M., & **Soble, J. R.** (in press). Are there race-based disparities in neuropsychological test performance and psychological symptom endorsement among adult ADHD clinic referrals? *Psychiatric Research and Clinical Practice*.

12. Rodriguez, V. J., Finley, J.-C. A., Liu, Q., Alfonso, D., Basurto, K. S., Oh, A., Nili, A., Paltell, K. C., Hoots, J. K., A., Ovsiew, G. P., Resch, Z. J., Ulrich, D. M., & **Soble, J. R.** (in press). Empirically derived patterns of symptoms in adult patients with ADHD: An unsupervised machine learning approach. *Applied Neuropsychology: Adult*.

13. Rauch, A. A., **Soble, J. R.**, & Silton, R. L. (in press). Anxiety symptoms are distinctly related to working memory deficits in adults with ADHD. *Applied Neuropsychology: Adult*.

14. Yang, J., Keszycki, R. M., Boulais, B. M., Scimeca, L. M., Orleans, N. A., Ulrich, D. M., Ovsiew, G. P., Cerny, B. M., Robinson, A. D., **Soble, J. R.**, & Phillips, M. S. (in press). The impact of comorbid internalizing psychopathology on verbal learning and memory among adults with attention-deficit/hyperactivity disorder. *Psychology & Neuroscience.*

15. Kanser, R. J., Kretzmer, T., **Soble, J. R.**, & Hanks, R. A. (in press). Neuropsychologists' perspectives of chronic traumatic encephalopathy (CTE). *The Clinical Neuropsychologist*.

16. **Soble, J. R.**, Finley, J.-C., A., Phillips, M. S., Abalos, S. A., Valencia, V. A., Jennette, K. J., & Pliskin, N. P. (2025). Using depression and anxiety self-report inventory cutoffs to screen for invalid psychiatric symptom overreporting during diagnostic evaluations for Attention-Deficit/Hyperactivity Disorder. *Journal of Psychiatric Practice, 31*(4), 201-208.

17. Leese, M. I., Finley, J. C. A., Basurto, K. S., VanLandingham, H. B., Piszczor, J., Bianco. J. M., Phillips, M. S., Cerny, B. M., Schroeder, R. W., & **Soble, J. R.** (2025). Analysis of skew, examination of intercorrelations, and determining the optimal threshold for performance invalidity when 10 performance validity tests are administered during a neuropsychological evaluation. *Journal of Clinical and Experimental Neuropsychology, 46*(10), 989-1000.

18. Finley, J.-C. A., Phillips, M. S., **Soble, J. R.**, & Rodriguez, V. J. (2025). Detecting noncredible symptomology in ADHD evaluations using machine learning. *Journal of Clinical and Experimental Neuropsychology, 46*(10), 1015-1025.

19. Finley, J.-C. A., Tufty, L. M., Abalos S. A., Keszycki R., Woloszyn M., Shapiro G., Cerny B. M., Ulrich D. M., Phillips M. S., Robinson A. D., & **Soble, J. R.** (2025). Identifying factors that increase false-positive rates on embedded performance validity testing in ADHD evaluations. *Archives of Clinical Neuropsychology, 40*(3), 445-455.

20. Finley, J-C. A., Brooks, J. M., Nili, A., Oh, A., VanLandingham, H. B., Ovsiew, G. P., Ulrich, D. M., Resch, Z. J., & **Soble, J. R.** (2025). Multivariate examination of embedded indicators of performance validity for ADHD evaluations: A targeted approach. *Applied Neuropsychology: Adult*, *32*(5), 1254-1267.

21. Finley, J.-C. A., Robinson, A. D., Cerny, B. M., Ovsiew, G. P., Pliskin, N. H., Calamia, M., Ulrich, D. M., Phillips, M. S., & **Soble, J. R.** (2025). Examining the utility of the BAARS-IV scales as embedded symptom validity indicators for adult attention-deficit/hyperactivity disorder evaluations. *The Clinical Neuropsychologist, 39*(6), 1581-1597.

22. Phillips, M. S., Turchmanovych-Hienkel, N., Leese, M. I., Ramanauskas, B., VanLandingham, H. B., Gonzalez, C., Ovsiew, G. P., Robinson, A., Ulrich, D. M., & **Soble, J. R.** (2025). The relationship between subjective cognitive complaints, invalid symptom reporting, and neurocognitive test performance validity among adults being evaluated for ADHD. *Journal of Psychiatric Practice, 31*(1), 13-19.

23. Phillips, M. S., Kent, G. W., Ismail, H., Piszczor, J., Galindo, B. N., Shapiro, G., Gonzalez, L., Cerny, B. M., & **Soble, J. R.** (2025). Relationship between subjective cognitive concerns and objective neurocognitive performance in primary medical versus primary psychiatric populations. *Psychological Medicine, 55*(e156), 1–8.

24. Castillo, L. R., Weiss, R. A., **Soble, J. R.**, Resch, Z. J., Barr, W. B., & Salinas, L. (2025). Cross-Validation of an embedded performance validity test in the Brief Visuospatial Memory Test-Revised with Spanish-speaking patients residing in the United States. *Psychological Injury and Law, 18*, 115-125.

25. Gonzalez, D. A., Finley, J.-C., A., Patel, S., & **Soble, J. R.** (2025). Practical assessment of neuropsychiatric symptoms: Updated reliability, validity, and cutoffs for the Neuropsychiatric Inventory Questionnaire. *American Journal of Geriatric Psychiatry, 33*(5), 524-534.

26. Rodriguez, V. J., Basurto, K. S., Finley, J.C. A., Liu, Q., Khalid, E., Halliburton, A. M., Tse, P. K. Y., Resch, Z. J., **Soble, J. R.**, & Ulrich, D. M. (2025). Unsupervised machine learning characterization of multidimensional symptom profiles: Associations with adverse childhood experiences. *Archives of Clinical Neuropsychology*, *40*(1), 42-51.

27. Cerny, B. M., Leib, S. I., Robinson, A. D., Ulrich, D. M., Phillips, M. S., Lee, E.-J., & **Soble, J. R.** (2025). Neurocognitive phenotypes among adults with attention-deficit hyperactivity disorder: A latent profile analysis. *Neuropsychology, 39*(2), 187-199.

28. Phillips, M. S., Bing-Canar, H., Shields, A. N., Cerny, B., Chang, F., Wisinger, A. M., Leib, S. I., Ovsiew, G. P., Resch, Z. J., Jennette, K. J., & **Soble, J. R.** (2025). Assessment of learning and memory impairment in adults with predominantly inattentive versus combined presentation attention-deficit/hyperactivity disorder. *Applied Neuropsychology: Adult, 32*(2), 346-355.

29. Heywood, A., Cichocki, A. C., Numerick, J. D., Dykins, M. M., Roth, G. E., Ulrich, D. M., Phillips, M. S., Cerny, B. M., Ovsiew, G. P., Robinson, A. D., **Soble, J. R.**, Song, W., Pliskin, N. H., & Jennette, K. J. (2025). Trail Making Test - Part B discontinuation is associated with worse performance across multiple cognitive domains, but not with psychological distress. *Journal of Clinical and Experimental Neuropsychology , 47*(1-2), 103-115.

30. DeDios-Stern, S. L., Gotra, M. Y., Resch, Z. J., Jennette, K. J., Amin-Hanjani, S., Charbel, F. T., Alaraj, A., Testai, F. D., Thulborn, K. R., Vargas, A., Pliskin, N. H., & **Soble, J. R.** (2024). Neuropsychological test performance differentiates subgroups of individuals with adult Moyamoya disease: A cross-sectional clinical study. *Neurosurgery, 95*(6), 1338-1348.

31. Finley, J.-C. A., Robinson A. D., VanLandingham, H. B., Ulrich. D. M., Phillips, M. S., & **Soble, J. R.** (2024). Internalizing and somatic symptoms influence the discrepancy between subjective and objective cognitive difficulties in adults with ADHD who have valid and invalid test scores. *Journal of the International Neuropsychological Society, 30*(8), 728–737.

32. Finley, J-C., A., Cerny, B. M., Brooks, J. M., Obolsky, M. A., Haneda, A., Ovsiew, G. P., Ulrich, D. M., Resch, Z, J., & **Soble, J. R.** (2024). Cross-Validating the Clinical Assessment of Attention Deficit–Adult Symptom validity scales for assessment of Attention Deficit/Hyperactivity Disorder in adults. *Journal of Clinical and Experimental Neuropsychology, 46*(2), 111-123.

33. Finley, J.-C., A., Rodriguez, V. J., Cerny, B. M., Chang, F., Brooks, J. M., Ovsiew, G. P., Ulrich, D. M., Resch, Z. J., & **Soble, J. R.** (2024). Comparing embedded performance validity indicators within the WAIS-IV Letter-Number Sequencing subtest to Reliable Digit Span among adults referred for evaluation of Attention-Deficit/Hyperactivity Disorder. *The Clinical Neuropsychologist, 38*(7), 1647-1666.

34. Finley, J.-C.A., Robinson A.D., & **Soble, J. R.** (2024). The utility of one versus multiple symptom validity test failures on the MMPI-2-RF in adult ADHD evaluations. *Psychological Injury and Law, 17*, 414-423.

35. Carter, D. A., Resch, Z. R., Ovsiew, G. P., & **Soble, J. R.** (2024). The impact of increasing material-specific verbal and visual memory impairment severity on embedded performance validity tests in the Rey Auditory Verbal Learning Test and Brief Visuospatial Memory Test-Revised. *Psychological Injury and Law, 17*, 174-186.

36. Peak, A. M., Marceaux, J. C., Chicota-Carroll, C., & **Soble, J. R.** (2024). Cross-validation of the Trail Making Test as a non-memory-based embedded performance validity test among Veterans with and without cognitive impairment. *Journal of Clinical and Experimental Neuropsychology, 46*(1), 16-24.

37. Ramanauskas, B., Nixon, T. M., Finley, J.-C., A., VanLandingham, H. B., Leese, M. I., Ulrich, D. M., Ovsiew, G. P., Cerny, B. M., Phillips, M. S., **Soble, J. R.**, & Robinson, A. D. (2024). Analyzing the relationship between processing speed impairment and Rey-15 Item Test performance. *Journal of Clinical and Experimental Neuropsychology*, *46*(8), 707–717.

38. Banks, K. S., Marceaux, J. C., Bain, K. M., Chicota-Carroll, C., Abalos, S. A., & **Soble, J. R.** (2024). An evaluation of the diagnostic validity of a novel Word Memory Test algorithm to minimize false positives and maintain sensitivity for identifying invalidity among veterans with memory impairment. *Psychological Injury and Law, 17,* 269-280.

39. Leese, M. I., Roseberry, J. E., **Soble, J. R.**, & Hill., S. K. (2024). The Memory Integrated Language Test (MIL Test): Initial validation of a novel web-based performance validity test. *Psychological Injury and Law, 17*, 34-44.

40. Stocks, J. K., Shields, A. N., DeBoer, A. B., Cerny, B. M., Ogram Buckley, C. M., Ovsiew, G. P., Jennette, K. J., Resch, Z. J., Basurto, K. S., Song, W., Pliskin, N. H., & **Soble, J. R.** (2024). The impact of visual learning and memory impairment on Victoria Symptom Validity Test performance: A known-groups analysis. *Applied Neuropsychology: Adult*, *31*(4), 329-338

41. Beach, J., Bain, K. M., Valencia, J., Marceaux, J. C., & **Soble, J. R.** (2024). Validation and psychometric properties of the Word Choice Test-10 as an abbreviated performance validity test. *The Clinical Neuropsychologist, 38*(2), 493-507.

42. Webber, T. A., Lorkiewicz, S. A., Woods, S. P., Miller, B. I., **Soble, J. R.** (2024). Does Neuropsychological intraindividual variability index cognitive dysfunction, an invalid presentation, or both? Preliminary findings from a mixed clinical older adult veteran sample. *Journal of Clinical and Experimental Neuropsychology, 46*(6), 535-556.

43. Phillips, M. S., Wisinger, A. M., Cerny, B. M., Khan, H., Chang, F., Tse, P. K. Y., Ovsiew, G. P., Shapiro, G., Resch, Z. J., **Soble, J. R.**, & Jennette, K. J. (2024). Effect of processing speed and memory performance on classification accuracy of the Dot Counting Test in a mixed neuropsychiatric sample. *Journal of Clinical and Experimental Neuropsychology 46*(5), 522-534.

44. Piszczor, J., Kamm, J. M., Jones, M., Rubright, C., & **Soble, J. R.** (2024). An examination of WAIS-IV Digit Span performance inconsistency as a novel embedded performance validity test among adults clinically-referred for Attention Deficit/Hyperactivity Disorder. *Journal of Psychoeducational Assessment, 42*(7) 882–892.

45. Neale, A. C., Aase, D. M., **Soble, J. R.**, Baker, J. C., & Phan, K. L. (2024). Disentangling subjective symptom complaints and objective cognitive performance in veterans: Impact of posttraumatic stress disorder and lifetime traumatic brain injury burden. *Applied Neuropsychology: Adult, 31*(5), 948-963.

46. Gonzalez, C., Finley, J. C., Khalid, E., Basurto K. S., VanLandingham, H. B., Frick, L., Brooks, J., Ellison, R. L., Ulrich, D. M., **Soble J. R.**, & Resch, Z. J. (2024). The impact of adverse childhood experiences on symptom and performance validity tests among a multiracial sample presenting for ADHD evaluation. *Archives of Clinical Neuropsychology, 39*(6), 692-701.

47. Alfonso, D., Basurto, K. S., Guilfoyle, J., VanLandingham, H. B., Gonzalez, C., Ovsiew, G. P., Rodriguez, V. J., Resch, Z. J., Ulrich, D. M., & **Soble, J. R.** (2024). The effect of adverse childhood experiences on ADHD symptom reporting, psychological symptoms, and cognitive performance among adult neuropsychological referrals. *Journal of Attention Disorders, 28*(1), 43-50.

48. Keezer, R. D., Leib, S. I., Scimeca, L. M., Smith, J. T., Holbrook, L., Sharp, D. W., Jennette, K. J., Ovsiew, G. P., Resch, Z. J., & **Soble, J. R.** (2024). Masking effect of high IQ on the Rey Auditory Verbal Learning Test in an adult sample with Attention-Deficit/Hyperactivity Disorder. *Applied Neuropsychology: Adult, 31*(1), 1-9.

49. Khalid, E., VanLandingham, H. B., Basurto, K. S., Nili, A. N., Gonzalez, C., Guilfoyle, J. L., Ovsiew, G. P., Durkin, N. M., Ulrich, D. M., Resch, Z. J., Pliskin, N. H., **Soble, J. R.**, & Cerny, B. M. (2024). Exploring Subfactors of Adult cognitive disengagement syndrome and impact on neuropsychological performance. *Journal of Attention Disorders, 28*(6), 957-969.

50. Brooks, J. M., Guilfoyle, J., Alfonso, D., Oh, A., Nili, A., Frick, L., Resch, Z. J., **Soble, J. R.**, & Ulrich, D. M. (2024). Differentiating performance on the Connors Continuous Performance Test (CPT-3) as a function of comorbid psychopathology in an adult ADHD clinical sample. *Journal of Attention Disorders, 28*(6), 1024-1031.

51. Robinson, A. D., Finley, J. C., Phillips, M. S., Ulrich, D. M., Cerny, B. M., Ovsiew, G. P., Pliskin, N. H., & **Soble, J. R.** (2024). Examining concordance between the CAT-A and the BAARS-IV in a sample of adults referred for ADHD. *Psychopathology & Behavioral Assessment, 46*(3), 626-633.

52. Shields, A. N., Chang, F., DeBoer, A. B., Tse, K. Y. P., Wisinger, A. M., Basurto, K. S., Bing-Canar, H., Khan, H., Lapitan-Moore, F., Stocks, J. K., Pliskin, N. H., Song, W., **Soble, J. R.**, & Resch, Z. J. (2024). Social determinants of health: Utility of dichotomous versus dimensional scores in predicting neuropsychological test performance and psychiatric symptoms. *Assessment, 31*(2), 263-276.

53. Bing-Canar, H., Stocks, J. K., Khan, H., Rauch, A., Obolsky, M., Lapitan-Moore, F., Phillips, M. S., **Soble, J. R.**, Pliskin, N. H., Song, W., & Resch, Z. J. (2024). Adverse childhood experiences, cognitive functioning, depression, and anxiety in adulthood. *Psychological Trauma: Theory, Research, Practice, and Policy, 16*(7), 1139-1148.

54. Stocks, J. K., Bing-Canar, H., Khan, H., Lapitan-Moore, F., Tse, P. K. Y., Wisinger, A. M., Basurto, K. S., Durkin, N. M., **Soble, J. R.**, & Resch, Z. J. (2024). Racial disparities in health literacy and numeracy: The role of sociodemographic and psychological risk factors. *Professional Psychology: Research and Practice, 55*(6), 521-528.

55. **Soble, J. R.**, Cerny, B. M., Rhoads, T., DeBoer, A. B., Sharp, D. W., Ovsiew, G. P., Phillips, M. S., Pesanti, S. D., Jennette, K. J., & Resch, Z. J. (2023). Do demographic factors influence detection of invalid neuropsychological test performance using common performance validity tests? A multisite investigation. *Neuropsychology, 37*(2), 218-232.

56. Ovsiew, G. P., DeBoer, A. B., Cerny, B. M., Petry, L G., Resch, Z. J., Durkin, N. M., & **Soble, J. R.** (2023). Performance and symptom validity assessment in attention deficit/hyperactivity disorder: base rates of invalidity, concordance, and relative impact on cognitive performance. *The Clinical Neuropsychologist, 37*(7), 1498-1515.

57. Resch, Z. J., Cerny, B. M., Ovsiew, G. P., Jennette, K. J., Bing-Canar, H., Rhoads, T., & **Soble, J. R.** (2023). A direct comparison of 10 WAIS-IV Digit Span embedded validity indicators among a mixed neuropsychiatric sample with varying degrees of cognitive impairment. *Archives of Clinical Neuropsychology, 38*(4), 619-632.

58. Abramson, D. A., White, D. J., Rhoads, T., Carter, D. A., Hansen, N. D., Resch, Z. J., Jennette, K. J., Ovsiew, G. P., & **Soble, J. R.** (2023). Cross-validating the Dot Counting Test among an adult ADHD clinical sample and analyzing the effect of ADHD subtype and comorbid psychopathology. *Assessment, 30*(2), 264–273.

59. Phillips, M.S., Wisinger, A. M., Lapitan, F., Ausloos-Lozano, J. E., Bing-Canar, H., Durkin, N. M., Ovsiew, G. P., Resch, Z. J., Jennette, K. J., & **Soble, J. R.** (2023). Cross-validation of multiple embedded validity indices in the Rey Auditory Verbal Learning Test and Brief Visuospatial Memory Test-Revised in an adult attention-deficit/hyperactivity disorder clinical sample. *Psychological Injury and Law, 16*, 27-35.

60. Hansen, N. D., Rhoads, T., Jennette, K. J., Reynolds, T. P., Ovsiew, G. P., Resch, Z. J., Critchfield, E. A., Marceaux, J. C., O'Rourke, J. J. F., & **Soble, J. R.** (2023). Validation of alternative Dot Counting Test E-Score cutoffs based on degree of cognitive impairment in veteran and civilian clinical samples. *The Clinical Neuropsychologist, 37*(2), 402-415.

61. DeBoer, A. B., Phillips, M. S., Barwegen, K. C., Obolsky, M. A., Rauch, A. A., Pesanti, S. D., Tse, K. Y. P., Ovsiew, G. P., Jennette, K. J., Resch, Z. J., & **Soble, J. R.** (2023). Comprehensive analysis of MMPI-2-RF symptom validity scales and performance validity test relationships in a diverse mixed neuropsychiatric setting. *Psychological Injury and Law, 16*, 61-72.

62. Obolsky, M. A., Resch, Z. J., Fellin, T. J., Cerny, B. M., Khan, H., Bing-Canar, H., McCollum, K., Lee, R. C., Fink, J. W., Pliskin, N. H., & **Soble, J. R.** (2023). Concordance of performance and symptom validity tests within an electrical injury sample. *Psychological Injury and Law, 16*, 73-82.

63. Chang, F., Cerny, B. M., Tse, P. K. Y., Rauch, A. A., Khan, H., Phillips, M. S., Fletcher, N., Resch, Z. J., Ovsiew, G. P., Jennette, K. J., & **Soble, J. R.** (2023). Using the Grooved Pegboard Test as an embedded validity indicator in a mixed neuropsychiatric sample with varying cognitive impairment: Cross-validation problems. *Perceptual and Motor Skills 130*(2), 770-789.

64. Tse, P. K. Y., Finley, J. A., Frick, L., Guilfoyle, J., Brooks, J., Khalid, E., Charara, R., Resch, Z. J., Ulrich, D. M., Ovsiew., G. P., & **Soble, J. R.** (2023). Cross-validating the embedded performance validity indicators in the Rey Auditory Verbal Learning Test in mixed neuropsychiatric and attention deficit/hyperactivity disorder clinical samples. *Psychology & Neuroscience, 16*, 125–137.

65. Dorociak, K. E., **Soble, J. R.**, Rupert, P. A., Fink, J. W., Lee, R. C., Anitescu, M., Weiss, D., Cooke, G., Resch, Z. J., & Pliskin, N. H. (2023). Pain influences neuropsychological performance following electrical injury: A cross-sectional study. *Journal of the International Neuropsychological Society, 29*(1), 35-45.

66. Keezer, R. D., Kamm, J. M., Cerny, B. M., Ovsiew, G. P., Resch, Z. J., Jennette, K. J., & **Soble, J. R.** (2023). Minnesota Multiphasic Personality Inventory-2-Restructured Form (MMPI-2-RF) profiles among adults with attention-deficit/hyperactivity disorder (ADHD): Examining the effect of comorbid psychopathology and ADHD presentation. *Archives of Clinical Neuropsychology, 38*(8), 1671-1682.

67. Cerny, B. M., Reynolds, T. P., Chang, F., Scimeca, L. M., Phillips, M. S., Ogram Buckley, C. M., Leib, S. I., Resch, Z. J., Pliskin, N. H., **Soble, J. R.** (2023). Cognitive performance and psychiatric self-reports across cognitive disengagement syndrome and ADHD diagnostic groups. *Journal of Attention Disorders, 27*(3), 258-269.

68. Skymba, H. V., Shields, A. N., Rauch, A. A., Phillips, M. S., Bing-Canar, H., Finley, J. A., Khan, H., Ovsiew, G. P., Durkin, N. M., Jennette, K. J., Resch, Z. J., & **Soble, J. R.** (2023). Does comorbid depression impact executive functioning (EF) in adults diagnosed with ADHD? A comparison of EF across diagnoses in clinically referred individuals. *Journal of Clinical and Experimental Neuropsychology, 45*(1), 1-11.

69. Gonzalez, D. A., Resch, Z. J., Obolsky, M. A., & **Soble, J. R.** (2023). Comparing behavioral and psychological symptom structures on the Neuropsychiatric Inventory Questionnaire. *Psychological Assessment, 35*(6), 522-532.

70. Gonzalez, D. A., **Soble, J. R.**, Bailey, K. C., Bain, K. M., & Marceaux, J. C. (2023). Subcortical lesions impact confrontation naming in bilinguals with later age of acquisition: An exploratory study. *Applied Neuropsychology: Adult, 30*(2), 269-277.

71. Aase, D. M., Gorka, S. M., **Soble, J. R.**, Bryan, C. J., & Phan, K. L. (2023). Impact of alcohol use, combat exposure, and posttraumatic stress on verbal and visual working memory performance in post-9/11 veterans. *Psychological Trauma: Theory, Research, Practice, and Policy, 15*(8), 1288-1292.

72. Rodriguez, V. J., Alfonso, D., VanLandingham, H., Kozlova, S., Resch, Z. J., **Soble, J. R.**, & Jones, D. L. (2023). Prevalence of neurodevelopmental delays in infants with perinatal HIV infection in comparison with HIV exposure in rural South Africa. *AIDS, 37*(8), 1239-1245.

73. **Soble, J. R.**, Cerny, B. M., Ovsiew, G. P., Rhoads, T., Reynolds, T. P., Sharp, D. W., Jennette, K. J., Marceaux, J. C., O'Rourke, J. J. F., Critchfield, E. A., & Resch, Z. J. (2022). Comparing the independent and aggregated accuracy of trial 1 and the first 10-items of the TOMM for detecting invalid neuropsychological test performance across civilian and veteran clinical samples. *Perceptual and Motor Skills, 129*(2), 269–288.

74. Jennette, K. J., Williams, C. P., Resch, Z. J., Ovsiew, G. P., Durkin, N. M., O'Rourke, J. J. F., Marceaux, J. C., Critchfield, E. C., & **Soble, J. R.** (2022). Assessment of differential neurocognitive performance based on the number of performance validity tests failures: A cross-validation study across multiple mixed clinical samples. *The Clinical Neuropsychologist, 36*(7), 1915-1932.

75. Jennette, K. J., Rhoads, T., Resch, Z. J., Cerny, B. M., Leib, S. I., Sharp, D. W., Ovsiew, G. P., & **Soble, J. R.** (2022). Multivariable analysis of the relative utility and additive value of eight embedded performance validity tests for classifying invalid neuropsychological test performance. *Journal of Clinical and Experimental Neuropsychology*, *44*(7), 451–460.

76. Resch, Z. J., Rhoads, T., Ovsiew, G. P., & **Soble, J. R.** (2022). A known-groups validation of the Medical Symptom Validity Test and analysis of the Genuine Memory Impairment Profile. *Assessment, 29*(3), 455-466.

77. Resch, Z. J., Pham, A. T., Abramson, D. A., White. D. J., DeDios-Stern, S., Ovsiew, G. P., Castillo, L., & **Soble, J. R.** (2022). Examining independent and combined accuracy of embedded performance validity tests in the California Verbal Learning Test-II and Brief Visuospatial Memory Test-Revised for detecting invalid performance. *Applied Neuropsychology: Adult, 29*(2), 252-261.

78. Cohen, C. D., Rhoads, T., Keezer, R. D., Jennette, K. J., Williams, C. P., Hansen, N. D., Ovsiew, G. P., Resch, Z. J. & & **Soble, J. R.** (2022). All of the accuracy in half of the time: Assessing abbreviated versions of the Test of Memory Malingering in the context of verbal and visual memory impairment. *The Clinical Neuropsychologist, 36*(7), 1933-1949.

79. Cerny, B. M., Resch, Z. J., Rhoads, T., Jennette, K. J., Singh, P., Ovsiew, G. P. & **Soble, J. R.** (2022). Examining traditional and novel validity indicators from the Medical Symptom Validity Test across the spectrum of verbal and visual memory functioning. *Archives of Clinical Neuropsychology, 37*(1), 146-159.

80. Cerny, B. M., Rhoads, T., Leib, S. I., Jennette, K. J., Basurto, K. S., Durkin, N. M. Ovsiew, G. P., Resch, Z. J., & **Soble, J. R.** (2022). Mean response latency indices on the Victoria Symptom validity test do not contribute meaningful predictive value over accuracy scores for detecting invalid performance. *Applied Neuropsychology: Adult, 29*(6), 1304-1311.

81. Neale, A. C., Ovsiew, G. P., Resch, Z. J., & **Soble, J. R.** (2022). Feigning or forgetfulness: The effect of memory impairment severity on Word Choice Test performance. *The Clinical Neuropsychologist, 36*(3), 584-599.

82. Abramson, D. A., Resch, Z. J., Ovsiew, G. P., White, D. J., Bernstein, M. T., Basurto, K. S., & **Soble, J. R.** (2022). Impaired or invalid? Limitations of assessing performance validity using the Boston Naming Test. *Applied Neuropsychology: Adult, 29*(4), 486-491.

83. Khan, H., Rauch, A. A., Obolsky, M. A., Skymba, H., Barwegen, K. C., Wisinger, A. M., Ovsiew, G. P., Jennette, K. J., **Soble, J. R.**, & Resch, Z. J. (2022). A comparison of embedded validity indicators from the Stroop Color and Word Test among adults referred for clinical evaluation of suspected or confirmed Attention-Deficit/Hyperactivity Disorder. *Psychological Assessment, 34*(7), 697-703.

84. Bing-Canar, H., Phillips, M. S., Shields, A. N., Ogram Buckley, C. M., Chang, F., Khan, H., Skymba, H. V., Ovsiew, G. P., Resch, Z. J., Jennette, K. J., & **Soble, J. R.** (2022). Cross-validation of multiple WAIS-IV Digit Span embedded performance validity indices among a large sample of adult Attention Deficit/Hyperactivity Disorder clinical referrals. *Journal of Psychoeducational Assessment, 40*(5), 678-688.

85. Ausloos-Lozano, J. E., Bing-Canar, H., Khan, H., Singh, P. G., Wisinger, A. M., Rauch, A. A., Ogram Buckley, C. M., Petry, L. G., Jennette, K. J., **Soble, J. R.**, & Resch, Z. J. (2022). Assessing performance validity during attention-deficit/hyperactivity disorder evaluations: Cross-validation of select non-memory embedded validity indicators. *Developmental Neuropsychology, 47*(5), 247-257.

86. White, D. J., Ovsiew, G. P., Rhoads, T., Resch, Z. J., Lee, M., Oh, A. J., & **Soble, J. R.** (2022). The divergent roles of symptom and performance validity in the assessment of ADHD. *Journal of Attention Disorders, 26*(1), 101-108.

87. Leib, S. I., Schieszler-Ockrassa, C. White, D. J., Gallagher, V. T., Carter, D. A., Basurto, K. S., Ovsiew, G. P., Resch, Z. J., Jennette, K. J., & **Soble, J. R.** (2022). Concordance between the Minnesota Multiphasic Personality Inventory-2-Restructured Form (MMPI-2-RF) and Clinical Assessment of Attention Deficit-Adult (CAT-A) over-reporting validity scales for detecting invalid ADHD symptom reporting. *Applied Neuropsychology: Adult, 29*(6), 1522-1529.

88. Nayar, K., Ventura, L. M., DeDios-Stern, S. Oh, A., & **Soble, J. R.** (2022). The impact of learning and memory on PVTs in a mixed clinical pediatric population. *Archives of Clinical Neuropsychology, 37*(1), 50-62.

89. Gonzalez, D. A., Gonzales, M. M., Resch, Z. J., Sullivan, A. C., & **Soble, J. R.** (2022). Comprehensive evaluation of the Functional Activities Questionnaire (FAQ) and its reliability and validity. *Assessment, 29*(4), 748-763.

90. Gonzalez, D. A., Resch, Z. J., Gonzales, M. M., & **Soble, J. R.** (2022). A novel method for establishing functional change in older adults with cognitive impairment. *Alzheimer Disease & Associated Disorders, 36*, 238-243.

91. Korinek, D., Resch, Z. J., **Soble, J. R.**, Aase, D. M., Schroth, C., & Phan, K. L. (2022). Forgetting to remember: The impact of posttraumatic stress disorder on prospective and retrospective memory performance. *Archives of Clinical Neuropsychology, 37*(1), 210-216.

92. Resch, Z. J., Ovsiew, G. P., & **Soble, J. R.** (2022). Recurrent intracerebral hemorrhages due to central nervous system vasculitis: A neuropsychological case report. *The Clinical Neuropsychologist, 36*(3), 699-720.

93. Gallagher, V. T., Obolsky, M. A., & **Soble, J. R.** (2022). “Benign” tremor? A serial case report of 2.5-year progression from mild cognitive impairment to amnestic dementia following deep brain stimulation placement for essential tremor. *Applied Neuropsychology: Adult, 29*(5), 1280-1287.

94. **Soble, J. R.**, Sharp, D. W., Carter, D. A., Jennette, K. J., Resch, Z. J., Ovsiew, G. P., & Critchfield, E. A. (2021). Cross-validation of a forced-choice validity indicator to enhance the clinical utility of the Rey Auditory Verbal Learning Test. *Psychological Assessment, 33*(6), 568-573.

95. **Soble, J. R.** (2021). Future directions in performance validity assessment to optimize detection of invalid neuropsychological test performance: Special issue introduction. *Psychological Injury and Law, 14*, 227-231.

96. Bernstein, M. T., Resch, Z. J., Ovsiew, G. P., & **Soble, J. R.** (2021). A systematic review and meta-analysis of the diagnostic accuracy of the Advanced Clinical Solutions Word Choice Test as a performance validity test. *Neuropsychology Review, 31*(2), 349-359.

97. Resch, Z. J., Webber, T. A., Bernstein, M. T., Rhoads, T., Ovsiew, G. P., & **Soble, J. R.** (2021). Victoria Symptom Validity Test: A systematic review and cross-validation study. *Neuropsychology Review, 31*(2), 331-348.

98. Rhoads, T., Neale, A. C., Resch, Z. J., Cohen, C. D., Keezer, R. D., Cerny, B. M., Jennette, K. J., Ovsiew, G. P., & **Soble, J. R.** (2021). Psychometric implications of failure on one performance validity test: A cross-validation study to inform criterion group definition. *Journal of Clinical and Experimental Neuropsychology, 43*(5), 437-448.

99. Pliskin, J. I., De-Dios-Stern, S., Resch, Z. J., Saladino, K. F., Ovsiew, G. P., Carter, D. A., & **Soble, J. R.** (2021). Comparing the psychometric properties of 8 embedded performance validity tests in the Rey Auditory Verbal Learning Test, Wechsler Memory Scale Logical Memory, and Brief Visuospatial Memory Test-Revised recognition trials for detecting invalid neuropsychological test performance. *Assessment, 28*(8), 1871-1881.

100. Resch, Z. J., Paxton, J. L., Obolsky, M. A., Lapitan, F., Cation, B., Schulze, E. T., Calderone, V., Fink, J. W., Lee, R. C., Pliskin, N. H. & **Soble, J. R.** (2021). Establishing the base rate of performance invalidity in a clinical electrical injury sample: Implications for neuropsychological test performance. *Journal of Clinical and Experimental Neuropsychology, 43*(2), 213-223.

101. Paxton, J. L., Resch, Z. J., Cation, B., Lapitan, F., Obolsky, M. A., Calderone, V., Fink, J. W., Lee, R. C., **Soble, J. R.**, & Pliskin, N. H. (2021). The relationship between neuropsychological dispersion, processing speed, and memory after electrical injury. *Journal of Clinical and Experimental Neuropsychology, 43*(2), 144-155.

102. Ovsiew, G. P., Carter, D. A., Rhoads, T., Resch, Z. J., Jennette K. J., & **Soble, J. R.** (2021). Concordance between standard and abbreviated administrations of the Test of Memory Malingering: Implications for streamlining performance validity assessment. *Psychological Injury and Law, 14*(2), 134–143.

103. Bain, K. M., **Soble, J. R.**, Webber, T. A., Messerly, J. M., Bailey, K. C., Kirton, J. W., & McCoy, K. J. M. (2021). Cross-validation of three Advanced Clinical Solutions performance validity tests: Examining combinations of measures to maximize classification of invalid performance. *Applied Neuropsychology: Adult, 28*(1), 24-34.

104. Rhoads, T. Leib, S. I., Resch, Z. J., Basurto, K., Castillo, L. R., Jennette, K. J., & **Soble, J. R.** (2021). Relative rates of invalidity for the Test of Memory Malingering and the Dot Counting Test among Spanish-speaking patients residing in the USA. *Psychology Injury and Law, 14*, 269- 280.

105. Rhoads, T., Resch, Z. J., Ovsiew, G. P., White, D. J., Abramson, D. A., & **Soble, J. R.** (2021). Every second counts: A comparison of four Dot Counting Test scoring procedures for detection of invalid neuropsychological test performance. *Psychological Assessment, 33*(2), 133-141.

106. Bailey, K. C., Webber, T. A., Phillips, J. I., Kraemer, L. D. R., Marceaux, J. M., & **Soble, J. R.** (2021). When time is of the essence: Preliminary findings for a quick administration of the Dot Counting Test. *Archives of Clinical Neuropsychology, 36*(3), 403-413.

107. Scimeca, L. M., Holbrook, L., Rhoads, T., Cerny, B. M., Jennette, K. J., Resch, Z. J., Obolsky, M. A., Ovsiew, G. P. & **Soble, J. R.** (2021). Examining Conners Continuous Performance Test-3 (CPT-3) embedded performance validity indicators in an adult clinical sample referred for ADHD evaluation. *Developmental Neuropsychology, 46*(5), 347-359.

108. Messerly, J., **Soble, J. R.**, Webber, T. A., Alverson, W. A., Fullen, C., Kraemer, L. D. R., & Marceaux, J. C. (2021). Evaluation of the classification accuracy of multiple performance validity tests in a mixed clinical sample. *Applied Neuropsychology: Adult, 28*(6), 727-736.

109. Resch, Z. J., **Soble, J. R.**, Ovsiew, G. P., Castillo, L., Saladino, K. F., DeDios-Stern, S., Schulze, E. T., Song, W., & Pliskin, N. H. (2021). Working memory, processing speed, and memory functioning are minimally predictive of Victoria Symptom Validity Test performance. *Assessment, 28*(6), 1614-1623.

110. Aase, D. M., **Soble, J. R.**, Shepard, P., Akagi, K., Schroth, C., Greenstein, J. E., Proescher, E., & Phan, K. L. (2021). Concordance of embedded performance and symptom validity tests and associations with mild traumatic brain injury and posttraumatic stress disorder among post-9/11 veterans. *Archives of Clinical Neuropsychology, 36*(3), 424-429.

111. Gonzalez, D. A. Gonzales, M. M., Jennette, K. J., **Soble, J. R.**, & Fongang, B. (2021). Cognitive screening with functional assessment improves diagnostic accuracy and attenuates bias. *Alzheimer's & Dementia: Diagnosis, Assessment & Disease Monitoring, 13*(1), e12250.

112. Leib, S. I., Keezer, R. D., Cerny, B. M., Holbrook, L. R., Gallagher, V. T., Jennette, K. J., Ovsiew, G. P., & **Soble, J. R.** (2021). Distinct latent profiles of working memory and processing speed in adults with ADHD. *Developmental Neuropsychology, 46*(8), 574-587.

113. Ventura, L. M., DeDios-Stern, S., Oh, A., & **Soble, J. R.** (2021). They're not just little adults: The utility of adult performance validity measures in a mixed clinical pediatric sample. *Applied Neuropsychology: Child, 10*(4), 297-307.

114. Singh, S. M., Hamilton, C. E., **& Soble, J. R.** (2021). Integrating culturally informed qualitative data in neuropsychological evaluations of non-native English speakers. *Professional Psychology: Research and Practice, 52*(3), 234–249

115. Singh, S., Strong, R. W., Jung, L., Li, F. H., Grinspoon, L., Scheuer, L. S., Passell, E. J., Martini, P., Chaytor, N., **Soble, J. R.**, & Germine, L. (2021). TestMyBrain Digital Neuropsychology Toolkit: Development and psychometric characteristics. *Journal of Clinical and Experimental Neuropsychology, 43*(8), 786-795.

116. Reale-Caldwell, A., Osborn, K. E., **Soble, J. R.**, Kamper, J. E., Rum R. S., Mitchell, R. L., & Schoenberg, M. R. (2021). Comparing the North American Adult Reading Test (NAART) and the Test of Premorbid Functioning (TOPF) to estimate premorbid Wechsler Adult Intelligence Scale – 4th Edition FSIQ in a clinical sample with epilepsy. *Applied Neuropsychology: Adult, 28*(5), 564-572.

117. DeDios-Stern, S., Gotra, M. Y., & **Soble, J. R.** (2021). Comprehensive neuropsychological findings in a case of Marchiafava-Bignami Disease. *The Clinical Neuropsychologist, 35*(6), 1191-1202.

118. DeDios-Stern, S., Durkin, N. M., & **Soble, J. R.** (2021). A case of right hemispatial neglect and transcortical sensory aphasia following left occipitotemporoparietal glioblastoma resection. *Applied Neuropsychology: Adult, 28*(1), 117-123.

119. **Soble, J. R.**, Rhoads, T., Carter, D. A., Bernstein, M. T., Ovsiew, G. P., & Resch, Z. J. (2020). Out of sight, out of mind: The impact of material-specific memory impairment on Rey 15-Item Test performance. *Psychological Assessment*, *32*(11), 1087–1093.

120. **Soble, J. R.**, Alverson, W. A., Phillips, J. I., Critchfield, E. A., Fullen, C., O'Rourke, J. J. F., Messerly, J., Highsmith, J. M., Bailey, K. C., Webber, T. A., & Marceaux, J. M. (2020). Strength in numbers or quality over quantity? Examining the importance of criterion measure selection to define validity groups in performance validity test (PVT) research. *Psychological Injury and Law, 13*, 44-56.

121. White, D. J., Korinek, D., Bernstein, M. T., Ovsiew, G. P., Resch, Z. J., & **Soble, J. R.** (2020). Cross-validation of non-memory-based embedded performance validity tests for detecting invalid performance among patients with and without neurocognitive impairment. *Journal of Clinical and Experimental Neuropsychology, 42*(5), 459-472.

122. Ovsiew, G. P., Resch, Z. J., Nayar, K., Williams, C. P. & **Soble, J. R.** (2020). Not so fast! Limitations of processing speed and working memory indices as embedded performance validity tests in a mixed neuropsychiatric sample. *Journal of Clinical and Experimental Neuropsychology, 42*(5)*,* 473-484.

123. Webber, T. A., Critchfield, E. A., & **Soble, J. R.** (2020). Convergent, discriminant, and concurrent validity of non-memory-based performance validity tests. *Assessment, 27*(7), 1399-1415.

124. Marceaux, J. C., **Soble, J. R.**, O'Rourke, J. J. F., Amuan, M., Swan, A. A., Wells, M., Sagiraju, H. K., Eapen, B. C., & Pugh, M. J. (2020). Validity of early-onset dementia diagnoses in VA electronic medical record administrative data. *The Clinical Neuropsychologist, 34*(6), 1175-1189.

125. Kraemer, L. D. R., **Soble, J. R.**, Phillips, J. I., Webber, T. A., Fullen, C. T., Highsmith, J. M., Alverson, W. A., & Critchfield. E. C. (2020). Minimizing evaluation time while maintaining accuracy: Cross-validation of the Test of Memory Malingering (TOMM) Trial 1 and first 10-item errors as briefer performance validity tests. *Psychological Assessment, 32*(5), 442-450.

126. Kirton, J. W., **Soble, J. R.**, Marceaux, J. C., Messerly, J., Bain, K. M., Webber, T. A., Alverson, W. A., & McCoy, K. J. M. (2020). Comparison of models of premorbid IQ estimation using the TOPF, OPIE-3, and Barona equation, with corrections for the Flynn effect. *Neuropsychology, 34*(1)*,* 43-52.

127. Singh, S., **Soble, J. R.**, & Young, M. A. (2020). The differential influence of computerized neuropsychological assessment across psychopathology. *The Clinical Neuropsychologist*, *34*(4), 720-739.

128. **Soble, J. R.**, Resch, Z. J., Schulze, E. T., Paxton, J. L., Cation, B., Friedhoff, C. Costin, C., Fink, J. W., Lee, R. C., & Pliskin N. H. (2019). Examination of the Minnesota Multiphasic Personality Inventory-2-Restructured Form (MMPI-2-RF) validity and substantive scales in patients with electrical injury. *The Clinical Neuropsychologist,* 33(8), 1501-1515.

129. **Soble, J. R.**, Bain, K. M., Bailey, K. C., Kirton, J. W., Marceaux, J. M., Critchfield, E. A., McCoy, K. J. M., & O'Rourke, J. J. F. (2019). Evaluating the accuracy of the Wechsler Memory Scale-Fourth Edition (WMS-IV) Logical Memory Embedded Validity Index for detecting invalid test performance. *Applied Neuropsychology: Adult, 26*(4)*, 311-318.*

130. Alverson, W. A., O'Rourke, J. J. F., & **Soble, J. R.** (2019). The Word Memory Test Genuine Memory Impairment Profile discriminates genuine memory impairment from invalid performance in a mixed clinical sample with cognitive impairment. *The Clinical Neuropsychologist, 33*(8), 1420-1435.

131. Bain, K. M., & **Soble, J. R.** (2019). Validation of the Advanced Clinical Solutions Word Choice Test (WCT) in a mixed clinical sample: Establishing classification accuracy, sensitivity/specificity, and cutoff scores. *Assessment, 26*(7), 1320-1328.

132. Critchfield, E., **Soble, J. R.**, Marceaux, J. C., Bain, K. M., Bailey, K. C., Webber, T. A., Alverson, W. A., Messerly, J., Gonzalez, D. A., & O'Rourke, J. J. F. (2019). Cognitive impairment does not cause performance validity failure: Analyzing performance patterns among unimpaired, impaired, and noncredible participants across six tests. *The Clinical Neuropsychologist, 33*(6), 1083-1101.

133. Webber, T. A., Marceaux, J. C., Critchfield, E. A., & **Soble, J. R.** (2019). Relative impacts of mild and major neurocognitive disorder on rate of verbal learning acquisition. *Archives of Clinical Neuropsychology, 34*(6), 803-808.

134. O'Rourke, J. J., Critchfield, E. A., **Soble, J. R.**, Bain, K. M., Fullen, C., & Eapen. B. C. (2019). The utility of the Mayo Portland Adaptability Inventory Participation Index (M2PI) in U.S. Military Veterans with a history of mild traumatic brain injury. *Journal of Head Trauma Rehabilitation, 34*(1), 30-35.

135. **Soble, J. R.**, Cooper, D. B., Lu, L. H., Eapen, B. C., & Kennedy, J. E. (2018). Symptom reporting and management of chronic post-concussive symptoms in military service members and veterans. *Current Physical Medicine and Rehabilitation Reports, 6*, 62-73.

136. **Soble, J. R.**, Santos, O. A., Bain, K. M., Kirton, J. W., Bailey, K. C., Critchfield, E. A., O'Rourke, J. J. F., Highsmith, J. M., & Gonzalez, D. A. (2018). The Dot Counting Test adds up: Validation and response pattern analysis in a mixed clinical veteran sample. *Journal of Clinical and Experimental Neuropsychology, 40*(4), 317-325.

137. Bailey, K. C., **Soble, J. R.**, Bain, K. M. & Fullen, C. (2018). Embedded performance validity tests in the Hopkins Verbal Learning Test – Revised and the Brief Visuospatial Memory Test – Revised: A replication study. *Archives of Clinical Neuropsychology, 33*, 895-900.

138. Webber, T. A., Bailey, K. C., Alverson, W. A., Critchfield, E. A., Bain, K. M., Messerly, J. M., O'Rourke, J. J. F., Kirton, J. W., Fullen, C., Marceaux, J. C., & **Soble, J. R.** (2018). Further validation of the Test of Memory Malingering (TOMM) Trial 1: Examination of false positives and convergence with other validity measures. *Psychological Injury and Law, 11*, 325-335.

139. Webber, T. A., & **Soble, J. R.** (2018). Utility of various WAIS-IV Digit Span indices for identifying noncredible performance validity among cognitively impaired and unimpaired examinees. *The Clinical Neuropsychologist, 32*, 657-670.

140. Bailey, K. C., **Soble, J. R.**, & O'Rourke, J. J. F. (2018). Clinical utility of the Rey 15-Item Test, recognition trial, and error scores for detecting noncredible neuropsychological performance validity in a mixed-clinical sample of veterans. *The Clinical Neuropsychologist, 32*, 119-131.

141. Combs, M. A., Critchfield, E. A., & **Soble, J. R.** (2018). Relax while you rehabilitate: A pilot study integrating a novel, yoga-based mindfulness group intervention into a residential military brain injury rehabilitation program. *Rehabilitation Psychology, 63*, 182-193.

142. Wilson, J. L., Hunter, W. M., O'Rourke, J. J. F., & **Soble, J. R.** (2018). Restructuring blank spaces: The role of cognitive behavioral interventions for two patients with post-traumatic amnesia after severe traumatic brain injury. *Military Medicine, 184*, e266-e271.

143. Evardone, M., Wilson, C. S., Weinel, D., **Soble, J. R.,** & Kang, Y. (2018). Does attendance in SCI education courses impact health outcomes in acute rehabilitation? *Journal of Spinal Cord Medicine, 41*, 17-27.

144. **Soble, J. R.**, Critchfield, E. C. & O'Rourke, J. J. F. (2017). Neuropsychological evaluation in traumatic brain injury. [Special issue]. *Physical Medicine & Rehabilitation Clinics of North America, 28*, 339-350.

145. Armistead-Jehle, P., **Soble, J. R.**, Cooper, D. C., & Belanger, H. G. (2017). Unique aspects of traumatic brain injury in military populations. [Special issue]. *Physical Medicine & Rehabilitation Clinics of North America, 28*, 323-337.

146. Gonzalez, D. A., & **Soble, J. R.** (2017). Corticobasal syndrome due to sporadic Creutzfeldt-Jakob disease: A review and neuropsychological case report. *The Clinical Neuropsychologist, 31*, 676-689.

147. Gonzalez, D. A., **Soble, J. R.**, Marceaux, J. C., & McCoy, K. J. M. (2017). An evaluation of the Texas Functional Living Scale's latent structure and subscales. *Archives of Clinical Neuropsychology, 32*, 104-109.

148. **Soble, J. R.**, Sordahl, J. A., Critchfield, E. A., Highsmith, J. M., Gonzalez, D. A., Ashish, D., Marceaux, J. C., O'Rourke, J. J. F. & McCoy, K. J. M. (2016). Slow and steady doesn't always win the race: Investigating the effect of processing speed across five naming tests. *Archives of Clinical Neuropsychology, 31*, 976-982.

149. Osborn, K. E., Shytle, R. D., Frontera, A. T., **Soble, J. R.**, & Schoenberg, M. R. (2016). Addressing potential role of magnesium dyshomeostasis to improve treatment efficacy for epilepsy: A reexamination of the literature. *Journal of Clinical Pharmacology, 56*, 260-265.

150. **Soble, J. R.**, Eichstaedt, K. E., Mattingly, M. L., Vale, F. L., Benbadis, S. R., Rodgers-Neame, N. T. & Schoenberg, M. R. (2016). Utility of Green's Word Memory Test Free Recall (FR) score as a measure of verbal memory: Initial evidence from an epilepsy patient sample. *Archives of Clinical Neuropsychology, 31*, 79-87.

151. **Soble, J. R.**, Marceaux, J. C., Galindo, J., Sordahl, J. A., Highsmith, J. M., O'Rourke, J. J., Gonzalez, D. A., Critchfield, E. A., & McCoy, K. J. M. (2016). The effect of perceptual reasoning abilities on confrontation naming performance: An examination of three tests. *Journal of Clinical and Experimental Neuropsychology, 38*, 284-292.

152. Vanderploeg, R. D., Silva, M. A., **Soble, J. R.**, Curtiss, G., Belanger, H. G., Donnell, A. J., & Scott, S. G. (2015). The structure of postconcussion symptoms on the Neurobehavioral Symptom Inventory: A comparison of alternative models. *Journal of Head Trauma Rehabilitation, 30*, 1-11.

153. Eichstaedt, K. E., **Soble, J. R.**, Kamper, J. E., Bozorg, A. M., Benbadis, S. R., & Schoenberg, M. R. (2015). Sex differences in lateralization of semantic verbal fluency among individuals with temporal lobe epilepsy. *Brain & Language, 141*, 11-15.

154. **Soble, J. R.**, Eichstaedt, K. E., Waseem, H., Mattingly, M. L., Benbadis, S. R., Bozorg, A. M., Vale, F. L., & Schoenberg, M. R. (2014). Clinical utility of the Wechsler Memory Scale-Fourth Edition (WMS-IV) in predicting laterality of temporal lobe epilepsy among surgical candidates. *Epilepsy & Behavior, 41*, 232-237.

155. **Soble, J. R.**, Silva, M. A., Vanderploeg, R. D., Curtiss, G., Belanger, H. G., Donnell, A. J., & Scott, S. G. (2014). Normative data for the Neurobehavioral Symptom Inventory (NSI) and postconcussion symptom profiles among TBI, PTSD, and nonclinical samples. *The Clinical Neuropsychologist, 28*(4), 614-632.

156. **Soble, J. R.**, Donnell, A. J., & Belanger, H. G. (2013). TBI and nonverbal executive functioning: Examination of a modified design fluency test's psychometric properties and sensitivity to focal frontal injury. *Applied Neuropsychology: Adult, 20*, 257-262.

157. **Soble, J. R.**, Spanierman, L. B., & Fitzgerald Smith, J. (2013). Neuropsychological functioning of combat veterans with posttraumatic stress disorder and mild traumatic brain injury. *Journal of Clinical and Experimental Neuropsychology, 35*, 551-561.

158. Spanierman, L. B., **Soble, J. R.**, Mayfield, J., Neville, H., Aber, M., Khuri, L., & De La Rosa, B. (2013). Living learning communities and students' sense of community and belonging. *Journal of Student Affairs Research and Practice, 50*, 308–325.

159. Belanger, H. G., Vanderploeg, R. D., **Soble, J. R.**, Richardson, M., & Groer, S. (2012). Validity of a population-based screen for TBI: Comparing the VA's TBI Clinical Reminder Screen to the Comprehensive TBI Evaluation. *Archives of Physical Medicine and Rehabilitation, 93*, 1234-1239.

160. **Soble, J. R.**, Spanierman, L. B., & Liao, H-Y. (2011). Effects of a brief video intervention on White university students' racial attitudes. *Journal of Counseling Psychology, 58*, 151-157.

161. Clark, D. A., Spanierman, L. B., Reed, T. D., **Soble, J. R.,** & Cabana, S. (2011). Documenting weblog expressions of racial microaggressions that target American Indians. *Journal of Diversity in Higher Education, 4*, 39-50.

## EDITED BOOKS

1. Young, G., Bailey, T., Giromini, L., **Soble, J. R.,** Rogers, R., & Levitt, B. (Eds.). (2025). *Handbook of psychological injury and law.* Cham, Switzerland: Springer Nature.

**BOOK CHAPTERS**

1. **Soble, J. R.**, Webber, T. A., Ovsiew, G. P., Finely, J.-C. A., Gonzalez, D. A., Cerny, B. M., Resch, Z. R., & Sweet, J. (in press). Forensic neuropsychology. In J. M. Moran and J. H. Ricker (Eds.), *Textbook of Clinical Neuropsychology (3rd Ed.)*.

2. **Soble, J. R.**, Ovsiew, G. P., & Resch, Z. J. (in press). Malingered/invalid attention deficit hyperactivity disorder in educational settings. In J. E. Morgan, J. J. Sweet, K. B. Boone, & R. W. Schroeder (Eds.), *Neuropsychology of malingering and non-credible presentations: Perspectives on validity assessment (2nd Ed.).* New York: Routledge.

3. **Soble, J. R.**, Ulrich, D. M., Phillips, M. S., & Jennette, K. J. (in press). Normal pressure hydrocephalus. In: E. K. Bailey, J. E. Kamper, & T. Kretzmer (Eds.), *Inpatient neuropsychology*. Cham, Switzerland: Springer.

4. **Soble, J. R.**, Ovsiew, G. P., & Phillips, M. S. (2025). Performance validity tests in neurocognitive/neuropsychological assessments. In G. Young, T. Bailey, L. Giromini, J. R. Soble, R. Rogers, & B. E. Levitt (Eds.), *Handbook of psychological injury and law (pp. 275-294).* Cham, Switzerland: Springer Nature.

5. Young, G., Bailey, T., Giromini, L., **Soble, J. R.**, Merton, T., Rogers, R., Levitt B. E., & Goldenson, J. (2025). Introduction to psychology injury and law: Past, present, and future. In G. Young, T. Bailey, L. Giromini, J. R. Soble, R. Rogers, & B. E. Levitt (Eds.), *Handbook of psychological injury and law (pp. 3-24).* Cham, Switzerland: Springer Nature.

6. González, D. A., Obolsky, M. A., Amitrano, N. R., Finley, J.-C. A., & **Soble, J. R.** (2024). The Neuropsychiatric Inventory Questionnaire. In C. R. Martin, V. B. Patel, V. R. Preedy, & R. Rajendram (Eds.) *Handbook of the behavior and psychology of disease (pp. 1-28)*. Cham, Switzerland: Springer Nature.

7. Jennette, K. J. & **Soble, J. R.** (2024). Alzheimer's disease. In G. Ayers & R. C. Hilsabeck (Eds.), *Dementia (pp. 111-122).* New York: Oxford.

8. Pliskin, N. H., & Soble, J. R. (2022). Supervision for the future: Preparing trainees for the changing healthcare landscape. In D. Bodin, K. J. Stucky, & S. S. Bush (Eds.), *Effective supervision in clinical neuropsychology (174-187)*. New York: Oxford.

9. **Soble, J. R.**, Webber, T. A., & Bailey, K. C. (2022). An overview of common stand-alone and embedded PVTs for the practicing clinician: Cutoffs, classification accuracy, and administration times. In R. W. Schroeder & P. K. Martin (Eds.), *Validity assessment in clinical neuropsychological practice: Evaluating and managing noncredible performance (pp. 126-149)*. New York: Guilford.

10. Grote, C. L., **Soble, J. R.**, & Leon, A. (2021). Board certification in Neuropsychology. In C. K. Block (Ed.), *The neuropsychologist's roadmap: A training and career guide (pp. 89-108).* Washington DC: APA Press.

11. Belanger, H. G., **Soble, J. R.**, Peck, E. A., Armistead-Jehle, P., Barisa, M. T., Roberts, L. W., & Schoenberg, M R. (2021). Finding a job: Clinical careers in neuropsychology. In C. K. Block (Ed.), *The neuropsychologist's roadmap: A training and career guide (pp. 109-130)*. Washington DC: APA Press.

12. Armistead-Jehle, P., Cooper, D. B., Belanger, H. G., **Soble, J. R.**, & Nelson, N. W. (2021). Performance/symptom validity test use with active duty service members and veterans. In K. B. Boone (Ed.), *Assessment of feigned cognitive impairment: A neuropsychological perspective* (2nd ed., pp. 609-632). New York: Guilford.

13. **Soble, J. R.**, Schulze, E. T., Resch, Z. J., Critchfield, E. A., & O'Rourke, J. J. F. (2020). Psychological assessment and intervention in rehabilitation. In D. X. Cifu (Ed.), *Braddom's physical medicine and rehabilitation* (6th ed., pp. 68-73). New York: Elsevier.

14. **Soble, J. R.**, De-Dios-Stern, S., Gonzalez, D. A., & Bailey, K. C. (2020). Neuroanatomy correlates. In B. C. Eapen & D. X. Cifu (Eds.), *Brain injury medicine: Board review* (pp. 3-27). New York: Elsevier.

15. Schoenberg, M. R., **Soble, J. R.**, & Osborn, K. E. (2019). Psychometrics of assessment: Understanding what neuropsychology adds to the physician's understanding of the patient. In K. M. Sanders (Ed.), *The physician's field guide to neuropsychology: Collaborative instruction through clinical case examples* (pp. 45-60). New York: Springer.

16. Santos, O. A., O'Rourke, J. J., Critchfield, E. A., & **Soble, J. R.** (2018). Assessment and cognitive/behavioral interventions in moderate to severe traumatic brain injury along the healthcare continuum. In B. C. Eapen & D. X. Cifu (Eds.), *Rehabilitation after traumatic brain injury* (pp. 215-225). New York: Elsevier.

17. Gonzalez, D. A., **Soble, J. R.**, & Kruzelock, A. (2018). Plasticidad cognitiva y rehabilitación postquirúrgica [Cognitive plasticity & post-surgical rehabilitation in epilepsy]. In A. A. Jerez Magana & J. C. Lara Giron (Eds.), Clínicas de Neurociencias III: *Cognicion en Neuropsiquiatría* [*Neuroscience Clinics III*: *Cognition in Neuropsychiatry*] (pp. 211-217). Guatemala: Humana Editores.

18. Schoenberg, M. R., Eichstaedt, K. E., & **Soble, J. R.** (2017). Use of reporting guidelines for research in clinical neuropsychology: Expanding evidence-based practice through enhanced transparency. In S. C. Bowden (Ed.), *Neuropsychological assessment in the era of evidence-based practice: Diagnostic and treatment evaluations* (pp. 211-222). New York: Oxford.

19. Spanierman, L. B., & **Soble, J. R.** (2010). Understanding Whiteness: Previous approaches and possible directions in the study of White racial attitudes and identity. In J. G. Ponterotto, J. M. Casas, L. A. Suzuki, & C. M. Alexander (Eds.), *Handbook of multicultural counseling* (3rd ed., pp. 283-299). Thousand Oaks, CA: Sage.

## CONFERENCE SYMPOSIA/WORKSHOPS

1. **Soble, J. R.**, & Pliskin, N. P. (2025, June). *Not your ordinary traumatic brain injury: A review of electrical shock injury for forensic and clinical neuropsychological practice*. Workshop presented at the annual meeting of the American Academy of Clinical Neuropsychology, Chicago, IL.

2. Whiteside, D. M., Basso, M. R., **Soble, J. R.**, Schroeder, R. W, & Armistead-Jehle, P. J. (2025, June). *Innovations in performance and symptom validity testing: Moving the field forward*. Workshop presented at the annual meeting of the American Academy of Clinical Neuropsychology, Chicago, IL.

3. Schroeder, R. W, Erdodi, L. A., Shura, R. D., **Soble, J. R.**, & Armistead-Jehle, P. J. (2024, June). *Expanding your validity test toolbox: Lesser utilized PVTs and SVTs that should be considered*. Workshop presented at the annual meeting of the American Academy of Clinical Neuropsychology, Scottsdale, AZ.

4. Rodriguez, V. J., Liu, Q., Alfonso, D., Basurto, K. S., Oh, A., Nili, A., Paltell, K. C., Hoots, J. K., Arora, A., Ovsiew, G. P., Resch, Z. J., Ulrich, D. M., & **Soble, J. R.** (2023, March). *Empirically derived patterns of symptoms in adult patients with ADHD By ethnoracial groups: An unsupervised machine learning approach*. In V.J. Rodriguez (chair), Innovative measurement and analytic methods for diversifying psychological science: A global perspective. [Symposium]. 2023 International Convention of Psychological Science. Brussels, Belgium.

5. Resch, Z. J., Driskell, L., Hughes, A., Larson, E., Ludwig, N., Miro, D., **Soble, J. R.**, & Dean, P. (2021, August). *The trainee's path to board certification in clinical neuropsychology or rehabilitation psychology*. *Sponsors: The Society for Clinical Neuropsychology (APA Division 40) and Rehabilitation Psychology (APA Division 22)*. Symposium presented at the annual convention of the American Psychological Association.

**CONFERENCE PRESENTATIONS/ABSTRACTS**

1. Combs, A. Q., Fisher, E. P., Payne, K. S., **Soble, J. R.**, & Phillips, M. S. (2025, November). *Exploring the relationship between social determinants of health and psychiatric outcomes on cognitive reserve in Black older adults*. Poster presented at the annual conference of the National Academy of Neuropsychology, Los Angeles, CA.

2. Levenson, A., Benowitz, B., Combs, A. Q., **Soble, J. R.**, & Jennette, K. J. (2025, November). *Examining health numeracy and mental flexibility as predictors of self-reported health anxiety in presurgical transplant patients*. Poster presented at the annual conference of the National Academy of Neuropsychology, Los Angeles, CA.

3. Payne, K. S., Fisher, E. P., Levenson, A., Phillips, M. S., & **Soble, J. R.** (2025, November). *Examining the relationship between neurobehavioral symptoms, mood, anxiety, and performance and symptom validity in a post-SARS-CoV-2 clinical sample.* Poster presented at the annual conference of the National Academy of Neuropsychology, Los Angeles, CA.

4. Piszczor, J., Pliskin, N. H., Charbel, F. T., Alaraj, A., Amin-Hanjani, S., Testai, F. D., **Soble, J. R.**, & Phillips, M. S. (2025, November). *Potential long-term improvements on speeded tasks in adults following STA-MCA bypass for moyamoya disease.* Poster to be presented at the annual conference of the National Academy of Neuropsychology, Los Angeles, CA.

5. Wintrode, M., Levenson, A., Keyes, R., **Soble, J. R.**, & Phillips, M. S. (2025, November). *The relationship between adverse childhood experiences and current depression symptoms on quality of life in patients with epilepsy*. Poster presented at the annual conference of the National Academy of Neuropsychology, Los Angeles, CA.

6. Yin, L., Song, W., Jennette, K. J., Hu, E., Pliskin, N. H., **Soble, J. R.**, & Muramatsu, N. (2025, November) *Recruiting dementia patients in a memory clinic's workflow: Lessons from a physical activity trial*. Paper presented at the Gerontological Society of America Annual Meeting, Boston, MA.

7. Acabal, J. P., & **Soble, J. R.** (2025, October). *Childhood adversity exposure as predictors of mood disorders in young adulthood*. Poster presented at the annual meeting of the American Academy of Child and Adolescent Psychiatrists (AACAP) 2025, Chicago, IL.

8. Fegter, O., Alex, C., Ismail, H., Cerny, B. M., Song, W., Pliskin, N. H., **Soble, J. R.**, Phillips, M. S., & Jennette, K. J. (2025, June). *Naming and fluency deficits uniquely predict depression and perceived stress in older adults*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

9. Fegter, O., Payne, A. d., Ismail, H., Cerny, B. M., Song, W., Pliskin, N. H., **Soble, J. R.**, Phillips, M. S., & Jennette, K. J. (2025, June). *Social support and cognitive performance in older adults: The influence of health literacy and numeracy*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

10. Fegter, O., Alex, C., Payne, A. d., Cerny, B. M., Song, W., Pliskin, N. H., **Soble, J. R.**, Jennette, K. J., & Phillips, M. S. (2025, June). *Discrepancy between self-reported subjective cognitive decline and collateral-reported functional impairment in older adults*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

11. Galindo, B. N., Gonzalez, L., Ebiringah, O. U., Phillips, M. S., Pliskin, N. H., Jennette, K. J., Song, W., **Soble, J. R.**, & Cerny, B. M. (2025, June). *Association of childhood trauma and memory function in adults referred for neuropsychological evaluation*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

12. Halliburton, A. M., Finley, J.-C. A., Cerny, B. M., Song, W., Pliskin, N. H., Jennette, K. J., **Soble, J. R.**, Krishnan, J. A., Maniar, N., & Phillips, M. S. (June 2025). *Identifying a neurocognitive profile in middle-aged adult patients with long COVID cognitive concerns.* Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

13. Hernandez-Vallant, A., Gonzalez, L., Palladino, N. T., Springer, J. G., Reinoso, P. L., Phillips, M. S., Pliskin, N. H., **Soble, J. R.**, & Cerny, B. M. (2025, June). *Social determinants of health among individuals seeking neuropsychological assessment for attention deficit hyperactivity disorder: A latent profile analysis.* Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

14. Kent, G. W., Kukla, T. J., Finley, J-C. A., Phillips, M. S., Cerny, B. M., Pliskin, N. H., Song, W., Jeanette, K. J., & **Soble, J. R.** (2025, June). *Further evaluating symptom validity cutoffs in the Beck Anxiety Inventory and Beck Depression Inventory: Findings within a larger clinical sample*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

15. Kent, G. W., Kukla, T. J., Finley, J-C. A., Phillips, M. S., Cerny, B. M., Pliskin, N. H., Song, W., Jeanette, K. J., & **Soble, J. R.** (2025, June). *Validating an embedded symptom validity test in the PTSD checklist for the DSM-5: Expanding to general clinical populations*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

16. Leese, M. I., Cerny, B. M., Phillips, M. S., Song, W., Pliskin, N. H., Jennette, K. J., & **Soble, J. R.** (2025, June). *Performance validity test failure rates among monolingual and bilingual Attention-Deficit/Hyperactivity Disorder referrals.* Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

17. Newkirk, B. O., Serafini, A., Bodnya, J., Huynh, H., Loeb, J. A., Phillips, M. S., Pliskin, N. H., **Soble, J. R.**, & Cerny, B. M. (2025, June). *Quality of life and mood among epilepsy patients with valid and invalid neurocognitive data.* Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

18. Piszczor, J., **Soble, J. R.**, Lee, R., C., & Pliskin, N. H. (2025, June). *Factors influencing long-term cognitive outcomes after electrical injury: A case study.* Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

19. Piszczor, J., **Soble, J. R.**, Pliskin, N. H., Song, W., Jennette, K. J., Cerny, B. M., Charbel, F. T., Amin-Hanjani, S., Alaraj, A., Testai, F. D., & Phillips, M. S. (2025, June). *Post-surgical attentional and executive function outcomes in adults with moyamoya disease.* Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

20. Sedgwick, T. A., Tsai, P., Krishnan, J. A., Phillips, M. S., Pliskin, N. H., Jennette, K. J., **Soble, J. R.**, Ellison, R. L., & Cerny, B. M. (2025, June). *Symptom self-reports are not associated with performance validity test failure among patients with persistent symptom complaints following SARS-CoV-2*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

21. Khalid, E., Phillips, M. S, Song, W., Pliskin, N. H., Jennette, K. J., **Soble., J. R.**, & Cerny, B. M. (2025, April). *Association of childhood emotional abuse with ADHD symptoms*. Poster presented at the annual conference of the Society of Pediatric Psychology, Phoenix, AZ.

22. Abalos, S. A., Jones, M., Shapiro, G., Woloszyn, M., Phillips, M. S., & **Soble, J. R.** (2025, February). *Sleep disruption in ADHD: Unpacking the role of comorbid internalizing disorders*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

23. Bare, K., Kent, W., Finley, J. C., Pliskin, N., H., Jennette, K. J., Song, W., Soble, J. R., Cerny, B. M., & Phillips, M. S. (2025, February). *Sex-based differences in neuropsychological test performance and psychological symptom endorsement among adult ADHD clinic referrals.* Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

24. Galindo, B. G., Fawcett, M. K., Palladino, N. T., Singham, M., Cerny, B. M., Song, W., Jennette, K. J., Pliskin, N. H., **Soble, J. R.**, & Phillips, M. S. (2025, February). *Association of childhood trauma with verbal learning and memory in adults referred for ADHD evaluation*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

25. Halliburton, A. M., Basurto, K. S., Woloszyn, M., Walicki, C., Cerny, B. M., Song, W., Pliskin, N. H., Jennette, K. J., **Soble, J. R.**, & Phillips, M. S. (2025, February). *Exploring externalizing behaviors in African American patients being referred for ADHD diagnostic clarification*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

26. Ismail, H. A., Gonzalez, L., Basurto, K. S., Fawcett, M. K., Cerny, B. M., Song, W., Pliskin, N. H., Jennette, K. J., **Soble, J. R.**, & Phillips, M. S. (2025, February). *Memory and the colorful conundrum: Racial disparities in neuropsychological tests of memory.* Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

27. Kent, G. W., Kulka, T., J., Leese, M. I., Phillips, M. S., Cerny, B. M., Song, W., Jennette, K. J., Pliskin, N. H., & **Soble, J. R.** (2025, February). *Evaluating the impact of memory and processing speed impairment on embedded performance validity tests from verbal and visual memory tests*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

28. Khan, N., Orleans, N., Olu-Lawal, O., Singam, M. Dumett Torres, E., Phillips, M. S., Cerny, B. M., **Soble, J. R.**, Pliskin, N. P., Song, W., & Jennette, K. J. (2025, February) *The relationship between adverse childhood experiences, neighborhood resource deprivation, and learning and memory performance in older adults with primary memory complaints*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

29. Kulka, T., J., Kent, G. W., Newkirk, B. O., Finley, J.-C., A., Phillips, M. S., Cerny, B. M., Pliskin, N. H., Song, W., Jennette, K. J., & **Soble, J. R.** (2025, February). *The effect of increasing freestanding performance validity test failure on neuropsychological test performance*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

30. Leese, M. I., Finley, J.-C., A., Basurto, K. A., Piszczor, J., VanLandingham, H. B., Bianco, J. B., Valencia, V. A., Phillips, M. S., Cerny, B. M., Song, W., Pliskin, N. H., Jennette, K. J., & **Soble, J. R.** (2025, February). *Determining the optimal threshold for performance invalidity when 10 embedded validity indicators are administered during a neuropsychological evaluation*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

31. Marder, M. A., Finley, J.-C., A., Valencia, V. A., Kulka, T. J., Phillips, M. S., Cerny, B. M., Jennette, K. J., Pliskin, N. H., Song, W., & **Soble, J. R.** (2025, February). *Internalizing symptoms are differentially associated with higher likelihood of failure on memory-based embedded performance validity tests*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

32. Newkirk, B. O., Lyzyn, C., Sedgwick, T., Shoemaker, B. E., Serafini, A., Bodnya, J., Huynh, H., Loeb, J. A., Phillips, M. S., Cerny, B. M., Pliskin, N. H., Jennette, K. J., Song, W., **Soble, J. R.**, & Ulrich, D. M. (2025, February). *Association between affective psychiatric symptomatology and quality of life among epilepsy patients*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

33. Palladino, N. T., Fawcett, M. K., Payne, A. d., Sedgwick, T., Phillips, M. S., Cerny, B. M., Song, W., Jennette, K. J., Pliskin, N. H., & **Soble, J. R.** (2025, February). *Diagnostic utility of verbal fluency tasks in differentiating ADHD from affective disorders on neuropsychological evaluation*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

34. Patel, H., Patel, K., Springer, J., Piszczor, J., Phillips, M. S., Cerny, B. M., Ulrich, D., Jennette, K. J., Pliskin, N. H., Song, W., & **Soble, J. R.** (2025, February). *Environmental and individual factors predicting quality of life in epilepsy*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

35. Piszczor, J., Finley, J.-C., A., Leese, M. I., Wang, Y., Serafini, A., Bodnya, J., Huynh, H., Loeb, J. A., Phillips, M. S., Cerny, B. M., Song, W., Jennette, K. J., Pliskin, N. H., & **Soble, J. R.** (2025, February). *Comparing false-positive failure rates on embedded performance validity indices in the Rey Auditory Verbal Learning Test and Brief Visuospatial Memory Test-Revised among presurgical and nonsurgical epilepsy candidates*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

36. Shapiro, G., Piszczor, J., Jaramillo, R., & **Soble, J. R.** (2025, February). *The relationship between subjective complaints of externalizing behavior and objective measures of impulsivity among adults presenting for ADHD evaluation*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

37. Shoemaker, B. E., Abalos, S. A., & **Soble, J. R.** (2025, February). *Minnesota Multiphasic Personality Inventory-2 Restructured Form profiles among adults with Attention-Deficit Hyperactivity Disorder (ADHD): Examining the intersection of personality characteristics and student status*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

38. Springer, J. G., Patel, H., Patel, K., Serafini, A., Bodnya, J., Huynh, H., Loeb, J. A., Cerny, B. M., Song, W., Pliskin, N. H., Jennette, K. J., **Soble, J. R.**, & Phillips, M. S. (2025, February). *Subjective cognitive concerns as predictors of objective cognitive performance in patients with epilepsy.* Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

39. Acabal, J., Kimchi, E. Z., & **Soble, J. R.** (2025, January). *Childhood adversity exposure and posttraumatic stress disorder symptoms as predictors of attention-deficit/hyperactivity disorder symptoms in adulthood*. Poster presented at the annual KTGF National Medical Student Conference, Boston, MA.

40. Boulais, B. M., Sedgwick, T. A., Ellison, R. L., Ulrich, D. M., Jennette, K. J., Pliskin, N. H., **Soble, J. R.**, & Phillips, M. S. (2024, November). *Exploring the relationship between subjective cognitive complaints, psychiatric symptom reporting, and neurocognitive test performance in a post-SARS-CoV-2 clinical sample*. Poster presented at the annual conference of the National Academy of Neuropsychology, Austin, TX. *Archives of Clinical Neuropsychology*, *39*(7), 1211.

41. Boulais, B. M., Sedgwick, T. A., Ellison, R. L., Phillips, M. S., Jennette, K. J., Pliskin, N. H., **Soble, J. R.**, & Ulrich, D. M. (2024, November). *Community resource access and neuropsychological outcomes in a post-SARS-CoV-2 clinical sample*. Poster presented at the annual conference of the National Academy of Neuropsychology, Austin, TX. *Archives of Clinical Neuropsychology*, *39*(7), 1212.

42. Do, C., Milam, A. L., **Soble, J. R.**, & Webber, T. A. (2024, November). *Validation of the California Verbal Learning Test-II-Short Form forced choice paradigm as an indicator of performance validity*. Poster presented at the annual conference of the National Academy of Neuropsychology, Austin, TX. *Archives of Clinical Neuropsychology*, *39*(7), 1234.

43. Jaramillo, R., Newkirk, B. O., Abalos, S. A., & **Soble, J. R.** (2024, November). *Effects of individual and community-level adverse childhood experiences and current psychopathology among monolingual Spanish-speaking adult neuropsychology referrals*. Poster presented at the annual conference of the National Academy of Neuropsychology, Austin, TX. *Archives of Clinical Neuropsychology, 39*(7), 1102.

44. Jones, M., Newkirk, B. O., Rubright, C., Jennette, K. J., **Soble, J. R.**, & Phillips, M. S. (2024, November). *Examining the relationship between adverse childhood experiences and neurocognitive and psychiatric functioning among older adults*. Poster presented at the annual conference of the National Academy of Neuropsychology, Austin, TX. *Archives of Clinical Neuropsychology, 39*(7), 1040.

45. Newkirk, B. O., Jaramillo, R., Rubright, C., **Soble, J. R.**, & Ulrich, D. M. (2024, November). *Performance validity test failure base rates among presurgical epilepsy referrals*. Poster presented at the annual conference of the National Academy of Neuropsychology, Austin, TX. *Archives of Clinical Neuropsychology*, *39*(7), 1099.

46. Nixon, T. M., Bare, K., Ramanauskas, B., Ulrich, D. M., Phillips, M. S., & **Soble, J. R.** (2024, November). *Influence of military blast exposure on subjective post-concussion symptom reporting*. Poster presented at the annual conference of the National Academy of Neuropsychology, Austin, TX. *Archives of Clinical Neuropsychology*, *39*(7), 1119.

47. Piszczor, J., Shoemaker, B., Jones, M., & **Soble, J. R.** (2024, November). *Posttraumatic stress disorder symptoms as a predictor of invalid attention-deficit/hyperactivity disorder and general psychiatric symptom reporting among adult neuropsychology referrals.* Poster presented at the annual conference of the National Academy of Neuropsychology, Austin, TX. *Archives of Clinical Neuropsychology, 39*(7), 1229.

48. Rubright, C., Shapiro, G., Shoemaker, B., & **Soble, J. R.** (2024, November). *Effects of childhood trauma exposure on psychological symptom endorsement among adult ADHD referrals.* Poster presented at the annual conference of the National Academy of Neuropsychology, Austin, TX. *Archives of Clinical Neuropsychology, 39*(7), 970.

49. Sedgwick, T. A., Basurto, K. S., Finley, J.-C. A., Boulais, B. M., Phillips, M. S., Jennette, K. J., **Soble, J. R.**, Ellison, R. L., Pliskin, N. H., & Ulrich, D. M. (2024, November). *Base rates of performance validity test failure among patients with persistent COVID-related cognitive concerns*. Poster presented at the annual meeting of the National Academy of Neuropsychology, Austin, TX. *Archives of Clinical Neuropsychology*, *39*(7), 1251.

50. Shoemaker, B. E., Piszczor, J., Abalos, S. A., **Soble, J. R.** (2024, November). *Age of ADHD diagnosis as a predictor of psychiatric symptom reporting*. Poster presented at the annual conference of the National Academy of Neuropsychology, Austin, TX. *Archives of Clinical Neuropsychology, 39*(7), 1153.

51. Dykins, M. M., Turchmanovych-Heinkel, N., Pliskin, N. H., & **Soble, J. R.** (2024, June). *Processing speed uniquely predicts return to work post-electrical injury*. Poster presented at the annual conference of the Academy of Clinical Neuropsychology Conference, Scottsdale, AZ. *The Clinical Neuropsychologist, 38*(4), 824-824.

52. Palladino, N., McConnell, J. M., González, D. A., **Soble, J. R.**, Kent, G. W., & Pyykkonen, B. (2024, June). *Insights into cognitively impaired patients: What do verbal fluency tests show?* Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Scottsdale, AZ. *The Clinical Neuropsychologist, 38*(4), 875-875.

53. Cichocki, A. C., Perriello, C., **Soble, J. R.**, & Ulrich, D. M. (2024, June). *The effect of working memory and processing speed on executive function performances in adults with ADHD and internalizing psychopathology*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Scottsdale, AZ. *The Clinical Neuropsychologist, 38*(4), 830-830.

54. Khalid, E., Ovsiew, G. P., Phillips, M. S., Ulrich, D. M., **Soble, J. R.**, & Cerny, B. M. (2024, June). *Exploring the association between childhood sexual abuse and executive functioning performance in adults*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Scottsdale, AZ. *The Clinical Neuropsychologist, 38*(4), 858-858.

55. Bare, K., Ramanauskas, B., Turchmanovych-Hienkel, N., & **Soble, J. R.** (2024, April). *Risk and protective factors of PTSD symptom severity amongst veterans*. Poster presented at the annual conference of the Midwestern Psychological Association, Chicago, IL.

56. Abalos, S. A., Ulrich, D. M., Phillips, M. S., Ovsiew, G. P., Cerny, B. M., Jennette, K. J., Pliskin, N. H., Song, W., & **Soble, J. R.** (2024, February). *Role of sleep quality and daytime sleepiness levels on ADHD symptom reporting among adults*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

57. Bailey-Bila, M. C., Numerick, J., Hall, K., Phillips, M. S., Durkin, N. M., Ovsiew, G. P., Cerny, B. M., Pliskin, N. H., Jennette, K. J., Song, W., **Soble, J. R.**, & Ulrich, D. M. (2024, February). *Assessing the relationship between PTSD and ADHD symptom endorsement in an adult civilian sample*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

58. Finley, J.-C. A. & **Soble, J. R.** (2024, February). *An investigation of factors that increase the rate of false-positives on performance validity testing in ADHD evaluations*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

59. Finley, J.-C. A. & **Soble, J. R.** (2024, February). *A more personalized approach to selecting performance validity test cutoffs*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, New York.

60. Finley, J.-C. A. Robinson, A., & **Soble, J. R.** (2024, February). *Performance validity testing for dementia patients with profound memory impairment*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, New York.

61. Gonzalez, C., Leese, M., Basurto, K. S., Khalid, E., Ovsiew, G. P., Cerny, B. M., Ulrich, D. M., Pliskin, N. H., Jennette, K. J., Song, W., & **Soble, J. R.** (2024, February). *Understanding cognitive challenges: Subjective cognitive impairment is associated with failure on symptom validity tests but not performance validity tests.* Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

62. Gonzalez, C., Obolsky, M. A., Kowalczyk, K., **Soble, J. R.**, & Gonzalez, D. A. (2024, February). *Exploring the Neuropsychiatric Inventory Questionnaire domains across diagnostic categories: Findings from the National Alzheimer's Coordinating Center*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

63. Gonzalez, C., Obolsky, M. A., Kowalczyk, K., **Soble, J. R.**, & Gonzalez, D. A. (2024, February). *Investigating a four-factor behavioral and neuropsychiatric model for assessing the severity of dementia: Findings from the National Alzheimer's Coordinating Center*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

64. Halliburton, A., Ovsiew, G. P., Ulrich, D. M., Pliskin, N. H., Jennette, K. J., Song, W., **Soble, J. R.**, & Cerny, B. M. (2024, February). *Depression is not associated with working memory performance among adult ADHD referrals*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

65. Heywood, A., Ulrich, D. M., Phillips, M. S., **Soble, J. R.**, Song, W., Pliskin, N. H., & Jennette, K. J. (2024, February). *Trail Making Test - Part B discontinuation is associated with worse performance across multiple cognitive domains, but not with psychological distress*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

66. Perriello, C., Bare, K., Ovsiew, G. P., Cerny, B. M., Phillips, M. S., Pliskin, N. H., Jennette, K. J., Song, W., **Soble, J. R.**, & Ulrich, D. M., (2024, February). *The role of comorbid psychopathology in executive dysfunction among adults with ADHD*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

67. Phillips, M. S., Gonzalez, C., Ovsiew, G. P., Cerny, B. M., Ulrich, D. M., Pliskin, N. H., Jennette, K. J., Song, W., & **Soble, J. R.** (2024, February). *Relationship between MMPI-2-RF cognitive complaints scale elevations and performance validity testing in a mixed neuropsychiatric clinical sample*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

68. Ramanauskas, B., Nixon, T. M., Ovsiew, G. P., Cerny, B. M., Ulrich, D. M., Phillips, M. S., Jennette, K. J., Pliskin, N. H., Song, W., & **Soble, J. R.** (2024, February). *Analyzing the effect of processing speed impairment on the Rey-15 Item Test's accuracy as a performance validity measure*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

69. Robinson, A., Ovsiew, G. P., Cerny, B. M., Ulrich, D. M., Phillips, M. S., Pliskin, N. H., Jennette, K. J., Song, W., & **Soble, J. R.** (2024, February). *WAIS-IV working memory and processing speed indices as embedded validity indicators in adult ADHD assessments*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

70. Tufty, L. M., Wenzel, B. G., Orleans, N. A., Ovsiew, G. P., Cerny, B. M., Ulrich, D. M., Phillips, M. S., Jennette, K. J., Pliskin, N. H., Song, W., & **Soble, J. R.** (2024, February). *Performance validity testing in neuropsychological evaluations of ADHD: Differential impacts of final diagnostic classification?* Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

71. Turchmanovych-Hienkel, N., Dykins, M., Ovsiew, G. P., Cerny, B. M., Phillips, M. S., Ulrich, D. M., Pliskin, N. H., Jennette, K. J., Song, W., & **Soble, J. R.** (2024, February). *Exploring the relationship between internalizing symptoms on the MMPI-2 RF and ADHD diagnosis.* Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

72. Ulrich, D. M., Phillips, M. S., Cerny, B. M., Ovsiew, G. P., Pliskin, N. H., Jennette, K. J., Song, W., & **Soble, J. R.** (2024, February). *Rates of adverse childhood experiences and PTSD symptoms among adult ADHD referrals*. Paper presented at the annual meeting of the International Neuropsychological Society, New York, NY.

73. VanLandingham, H. B., Basurto, K. S., Ulrich, D. M., Phillips, M. S., Jennette, K. J., Pliskin, N. H., Song, W., & **Soble, J. R.** (2024, February). *Can you repeat that? Deficits in first trial learning do not predict Reliable Digit Span failure.* Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

74. Yang, J., Boulais, B. M., Cerny, B. M., Ovsiew, G. P., Phillips, M. S., Ulrich, D. M., Jennette, K. J., Song, W., Pliskin, N. H., & **Soble, J. R.** (2024, February). *The impact of comorbid psychopathology on learning and memory among adults with attention-deficit/hyperactivity disorder*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

75. Finley, J.-C. A., Rauch, A., Khan, H., Oh, A., **Soble, J. R.**, & Resch, Z. J. (2023, October). *Health literacy is a better predictor of neurocognitive performance on verbal fluency tasks than race*. Poster presented at the annual conference of the National Academy of Neuropsychology, Philadelphia, PA. *Archives of Clinical Neuropsychology, 38*(7), 1392.

76. Khalid, E., Cerny, B. M., Ovsiew, G. P., Ulrich, D. M., Resch, Z. J., Pliskin, N. H., & **Soble, J. R.** (2023, October). *Exploring subfactors of sluggish cognitive tempo and impact on processing speed performance*. Poster presented at the annual conference of the National Academy of Neuropsychology, Philadelphia, PA. *Archives of Clinical Neuropsychology, 38*(7), 1413.

77. Collier, M. N., Beach, J. D., Bain, K. M., Valencia, J. P., & **Soble, J. R.** (2023, October). *A 10-Item version of the Word Choice Test demonstrated utility as an abbreviated performance validity test.* Poster presented at the annual conference of the National Academy of Neuropsychology, Philadelphia, PA. *Archives of Clinical Neuropsychology, 38*(7), 1359.

78. Hua, T., Dennis, C., **Soble, J. R.,** Resch, Z. J., & Kimchi, E. (2023, October). *Neurosyphilis presenting as mania*. Poster presented at the University of Illinois at Chicago's annual Department of Psychiatry Research Forum, Chicago, IL.

79. Alfonso, D., Gonzalez, C., Ovsiew, G. P., Resch, Z. J., & **Soble, J. R.** (2023, February). *The effect of adverse childhood experiences on Minnesota Multiphasic Personality Inventory-2-Restructured Form reporting among adult neuropsychological referrals*. Poster presented at the annual meeting of the International Neuropsychological Society, San Diego, CA. *Journal of the International Neuropsychological Society, 29*(s1), 696-697.

80. Amitrano, N. R., Obolsky, M. A., Resch, Z. J., **Soble, J. R.**, & Gonzalez, D. A. (2023, February). *Comparison of latent structures for the Neuropsychiatric Inventory Questionnaire (NPI-Q)*. Poster presented at the annual meeting of the International Neuropsychology Society, San Diego, CA. *Journal of the International Neuropsychological Society, 29*(s1), 723-724.

81. Amitrano, N. R., Obolsky, M. A., Resch, Z. J., **Soble, J. R.**, & Gonzalez, D. A. (2023, February). *Cognitive impairment stage and dementia syndromes explain latent structure variability on the Neuropsychiatric Inventory Questionnaire (NPI-Q)*. Poster presented at the annual meeting of the International Neuropsychology Society, San Diego, CA. *Journal of the International Neuropsychological Society, 29*(s1), 722-723.

82. Arora, A., Phillips, M. S., Koralewski, V., **Soble, J. R.**, Resch, Z. J., Jennette, K. J. (2023, February). *The role of executive functioning in predicting health numeracy in a memory disorders clinic*. Poster presented at the annual meeting of the International Neuropsychological Society, San Diego, CA. *Journal of the International Neuropsychological Society, 29*(s1), 276-277.

83. Gonzalez, C., Alfonso, D., Cerny, B. M., Basurto, K. S., Finley, J. C., Ovsiew, G. P., Tse, P. K. Y. Resch, Z. J., Jennette, K. J., & **Soble, J. R.** (2023, February). *Performance between bilinguals and monolinguals: Anxiety as a moderating effect across executive functioning and processing speed in a multicultural cohort with ADHD symptoms*. Poster presented at the annual meeting of the International Neuropsychological Society, San Diego, CA. *Journal of the International Neuropsychological Society, 29*(s1), 425-426.

84. Jennette, K. J., Haneda, A., **Soble, J. R.**, & Resch, Z. J. (2023, February). *The effect of executive functioning on predicting health literacy in a memory disorders clinic*. Poster presented at the annual meeting of the International Neuropsychology Society, San Diego, CA. *Journal of the International Neuropsychological Society, 29*(s1), 273-274.

85. Khan, H., Obolsky, M. A., Ovsiew, G. P., **Soble, J. R.**, & Resch, Z. J. (2023, February). *A comparison of the memory and non-memory based performance validity measures for detecting invalid neuropsychological test performance among individuals with and without memory impairment*. Poster presented at the annual meeting of the International Neuropsychological Society, San Diego, CA. *Journal of the International Neuropsychological Society, 29*(s1), 703-704.

86. Koralewski, V., Phillips, M. S., Arora, A., Song, W., Pliskin, N. H., **Soble, J. R.**, Resch, Z. J., & Jennette, K. J. (2023, February). *The role of race and adverse childhood experiences on predicting cognitive ability on the Montreal Cognitive Assessment (MoCA)*. Poster presented at the annual meeting of the International Neuropsychological Society, San Diego, CA. *Journal of the International Neuropsychological Society, 29*(s1), 532-533.

87. Obolsky, M. A., Resch, Z. J., **Soble, J. R.**, Paxton, J. L., Fink, J. W., & Pliskin, N. H. (2023, February). *The impact of motoric dysfunction on neuropsychological test performance within an electrical injury sample*. Poster presented at the annual meeting of the International Neuropsychology Society, San Diego, CA. *Journal of the International Neuropsychological Society, 29*(s1), 67-68.

88. Phillips, M.S., Koralewski, V., Arora, A., Song, W., Pliskin, N. H., **Soble, J. R.**, Resch, Z. J., & Jennette, K. J. (2023, February). *Relationship Between degree of cognitive impairment and performance on measures of health numeracy and literacy in a memory disorders clinic*. Poster presented at the annual meeting of the International Neuropsychological Society, San Diego, CA. *Journal of the International Neuropsychological Society, 29*(s1), 353-354.

89. Skymba, H. V., Ovsiew, G. P., Durkin, N. M., Jennette, K. J., Resch, Z. J., & **Soble, J. R.** (2023, February). *Does comorbid depression impact executive functioning (EF) in adults diagnosed with ADHD: A comparison of EF across diagnoses in clinic-referred individuals.* Poster presented at the annual meeting of the International Neuropsychological Society, San Diego, CA. *Journal of the International Neuropsychological Society, 29*(s1), 640-641.

90. Tse, P. K. Y., Gonzalez, C., Basurto, K. S., Resch, Z. J., **Soble, J. R.**, & Jennette, K. J. (2023, February). *Differential performance in visual learning and retrieval in a validity controlled chronic pain sample*. Poster presented at the annual meeting of the International Neuropsychological Society, San Diego, CA. *Journal of the International Neuropsychological Society, 29*(s1), 69-70.

91. Resch, Z. J., Ovsiew, G. P., Khalid, E., Ulrich, D. M., **Soble, J. R.**, & Pliskin, N. H. (2022, November). *Investigating visual confrontation naming performance across the Boston Naming Test and Visual Naming Test in patients with psychogenic or neurogenic seizures*. Poster presented at the University of Illinois at Chicago's annual Department of Psychiatry Research Forum, Chicago, IL.

92. Ulrich, D. M., Cerny, B. M., Ovsiew, G. P., Resch, Z. J., & **Soble, J. R.** (2022, November). *Rates of traditional and community-level adverse childhood experiences among ADHD evaluation referrals*. Poster presentation at the University of Illinois at Chicago's annual Department of Psychiatry Research Forum, Chicago, IL.

93. Barwegen, K., Resch, Z. J., Ovsiew G. P., Jennette, K. J., & **Soble J. R.** (2022, October). *Head-to head comparison of the Rey Auditory Verbal Learning Test Effort Score and Forced Choice embedded performance validity indicators among patients with and without verbal memory impairment*. Poster presented at the annual conference of the National Academy of Neuropsychology, Denver, CO. *Archives of Clinical Neuropsychology, 37*, 1388.

94. Basurto, K. S., Tse, P. K. Y., Wisinger, A. M., Obolsky, M. A., Ovsiew, G. P., Resch, Z. J., **Soble, J. R.**, & Jennette, K. J. (2022, October). *A story told in four parts: Embedded validity indicators' effectiveness in predicting Word Choice Test validity classification*. Poster presented at the annual conference of the National Academy of Neuropsychology, Denver, CO. *Archives of Clinical Neuropsychology, 37*, 1386.

95. Beach, J., Bain, K. M., Valencia, J., Marceaux, J. C., & **Soble, J. R.** (2022, October). *Validation and psychometric properties of the Word Choice Test-10, An abbreviated performance validity test*. Poster presented at the annual conference of the National Academy of Neuropsychology, Denver, CO. *Archives of Clinical Neuropsychology, 37*, 1393.

96. Bing-Canar, H., Khan, H., Stocks, J. K., Lapitan-Moore, F., Phillips, M. S., Rauch, A. A., Obolsky, M. A., Cerny, B. M., **Soble, J. R.**, Jennette, K. J., & Resch, Z. J. (2022, October). *Adverse childhood experiences, cognitive functioning, depression, and anxiety in adulthood*. Poster presented at the annual conference of the National Academy of Neuropsychology, Denver, CO. *Archives of Clinical Neuropsychology, 37*, 1271.

97. Fellin, T., Obolsky, M. A., Paxton, J. L., Resch, Z. J., **Soble, J. R.**, Fink, J. W., & Pliskin, N. H. (2022, October). *Sustained attention differences between electrical injury patients and combat exposed veterans with posttraumatic stress disorder*. Poster presented at the annual conference of the National Academy of Neuropsychology, Denver, CO. *Archives of Clinical Neuropsychology, 37, 1349*.

98. Khan, H., Bing-Canar, H., Stocks, J. K., Lapitan-Moore, F., DeBoer, A. B., Durkin, N. M., Jennette, K. J., **Soble, J. R.**, & Resch, Z. J. (2022, October). *Literacy level may mediate the relationship between an individual's ethnicity and verbal fluency ability*. Poster presented at the annual conference of the National Academy of Neuropsychology, Denver, CO. *Archives of Clinical Neuropsychology, 37*, 1400.

99. Obolsky, M. A., Tse, P. K. Y., Wisinger, A. M., Basurto, K. S., Ovsiew, G. P., Resch, Z. J., **Soble, J. R.**, & Jennette, K. J. (2022, October). A *story told in four parts: Embedded validity indicators' effectiveness in predicting Test of Memory Malingering validity classification*. Poster presented at the conference meeting of the National Academy of Neuropsychology, Denver, CO. *Archives of Clinical Neuropsychology, 37*, 1385.

100. Phillips, M. S., Wisinger, A. M., Resch, Z. J., Jennette, K. J., & **Soble, J. R.** (2022, October). *Exploring memory functioning in an adult ADHD population using the Rey Auditory Verbal Learning Test*. Poster presented at the annual conference of the National Academy of Neuropsychology, Denver, CO. *Archives of Clinical Neuropsychology, 37*, 1359.

101. Stocks, J. K., Bing-Canar, H., Khan, H., Lapitan-Moore, F., Wisinger, A. M., Tse, P. K. Y., Cerny, B. M., Durkin, N. M., Jennette, K. J., **Soble, J. R.**, & Resch, Z. J. (2022, October). *Racial disparities in health literacy and numeracy: The role of sociodemographic and psychological risk factors*. Poster presented at the annual conference of the National Academy of Neuropsychology, Denver, CO. *Archives of Clinical Neuropsychology, 37*, 1277.

102. Tse, P. K. Y., Basurto, K. S., Wisinger, A. M., Obolsky, M. A., Chang, F., Ovsiew, G. P., Resch, Z. J., **Soble, J. R.**, & Jennette, K. J. (2022, October). *A story told in four parts: Embedded validity indicators' effectiveness in predicting Medical Symptom Validity Test validity classification*. Poster presented at the annual conference of the National Academy of Neuropsychology, Denver, CO. *Archives of Clinical Neuropsychology, 37*, 1384.

103. Tse, P. K. Y., Shields, A. N., Chang, F., Wisinger, A. M., Stocks, J. K., Bing-Canar, H., Khan, H., Lapitan-Moore, F., Jennette, K. J., **Soble, J. R.**, & Resch, Z. J. (2022, October). *Social determinant measures: Dichotomous or dimensional?* Poster presented at the annual conference of the National Academy of Neuropsychology, Denver, CO. *Archives of Clinical Neuropsychology, 37*, 1280.

104. Wisinger, A. M., Tse, P. K. Y., Basurto, K. S., Obolsky, M. A., Phillips, M. S., Ovsiew, G. P., Resch, Z. J., **Soble, J. R.**, & Jennette, K. J. (2022, October). *A story told in four parts: Embedded validity indicators' effectiveness in predicting Dot Counting Test validity classification*. Poster presented at the annual conference of the National Academy of Neuropsychology, Denver, CO. *Archives of Clinical Neuropsychology, 37*, 1383.

105. Shields, A. N., Resch, Z. J., & **Soble, J. R.** (2022, June). *Psychiatric comorbidity and ADHD symptom reporting*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Minneapolis, MN. *The Clinical Neuropsychologist, 36*(4), 759-760.

106. Khan, H., Chang, F., Bing-Canar, H., Lapitan-Moore, F. Durkin, N. M., Jennette, K. J., **Soble, J. R.** & Resch, Z. J. (2022, June). *Adverse childhood experiences are not associated with premorbid intellectual or current adaptive functioning in a heterogeneous clinical neuropsychiatric sample*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Minneapolis, MN. *The Clinical Neuropsychologist, 36*(4), 767-768.

107. Chang, F., Tse, P. K. Y., Khan, H., Ovsiew, G. P., Resch, Z. J., & **Soble, J. R.** (2022, June). *Cross-validating grooved pegboard as embedded performance validity test in a mixed neuropsychiatric sample with varying degrees of cognitive impairment*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Minneapolis, MN. *The Clinical Neuropsychologist, 36*(4), 773-773.

108. Wisinger, A. M., Tse, P. K. Y., Resch, Z. J., **Soble, J. R.**, & Jennette, K. J. (2022, April). *The impact of error monitoring on Dot Counting Test performance when controlling for processing speed*. Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

109. Stocks, J., DeBoer, A., Basurto, K. S., Jennette, K. J., Ovsiew, G. P., Resch, Z. J., Song, W., Pliskin, N. H., & **Soble, J. R.** (2022, February). *The impact of visual memory impairment on Victoria Symptom Validity Test Performance: A known-groups analysis*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

110. Khan, H., Wisinger, A. M., Ovsiew, G. P., Jennette, K. J., Song, W., Pliskin, N. H., **Soble, J. R.**, & Resch, Z. J. (2022, February). *A comparison of the Stroop Color and Word Test scores for detecting invalid neuropsychological test performance among adult ADHD referrals*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

111. Bing-Canar, H., Ovsiew, G. P., Basurto, K. S., Jennette, K. J., Resch, Z. J., Song, W., Pliskin, N. H., & **Soble, J. R.** (2022, February). *Accuracy of the Rey-15 Item Test recall and recognition trials for detecting performance invalidity in adult Attention-Deficit/Hyperactivity Disorder referrals*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

112. Cohen, C. D., Durkin, N. M., Jennette, K. J., Resch, Z. J., Ovsiew, G. P., Song, W., Pliskin, N. H., & **Soble, J. R.** (2022, February). *Examining the Minnesota Multiphasic Personality Inventory-2-Restructured Form (MMPI-2-RF) symptom validity indicators and performance validity in a neuropsychiatric sample*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

113. Wisinger, A. M., Khan, H., Tse, P., Phillips, M. S., Cerny, B. M., Ovsiew, G. P., Resch, Z. J., Song, W., Pliskin, N. H., **Soble, J. R.**, & Jennette, K. J. (2022, February). *Classification accuracy of the Dot Counting Test across verbal and visual memory impairment severity in a mixed neuropsychiatric sample*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

114. Nayar, K., Rhoads, T., Resch, Z. J., Ventura, L. M., & **Soble, J. R.** (2022, February). *The impact of intelligence and age across performance validity tests in a mixed clinical pediatric sample*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

115. Ausloos, J. E., Durkin, N. M., Ovsiew, G. P., Resch, Z. J., Jennette, K. J., Song, W., Pliskin, N. H., & **Soble, J. R.** (2022, February). *Detecting invalid performance among patients with Attention-Deficit/Hyperactivity Disorder: Cross-validation of non-memory performance validity tests*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

116. Ogram Buckley, C. M., Cerny, B. M., Ovsiew, G. P., Resch, Z. J., Jennette, K. J., Song, W., Pliskin, N. H., & **Soble, J. R.** (2022, February). *The cognitive impact of comorbid psychopathology on adults diagnosed with Attention-Deficit/Hyperactivity Disorder*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

117. Basurto, K. S., Castillo, L. R., Wisinger, A. M., Durkin, N. M., Resch, Z. J., **Soble, J. R.**, & Jennette, K. J. (2022, February). *Evaluating the efficacy of the Test de Vocabulario en Imagenes Peabody (TVIP) in estimating premorbid intellectual functioning in monolingual Spanish speaking adults*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

118. Obolsky, M. A., Resch, Z. J., Jennette, K. J., Ovsiew, G. P., Song, W., Pliskin, N. H., & **Soble, J. R.** (2022, February). *Neuropsychological profile differences between ADHD subtypes in an adult clinical sample*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

119. Phillips, M. S., Durkin, N. M., Ovsiew, G. P., Jennette, K. J., Resch, Z. J., Song, W., Pliskin, N. H., & **Soble, J. R.** (2022, February). *Classification accuracy of two memory-based embedded performance validity tests for detecting performance invalidity among Adult Attention-Deficit/Hyperactivity Disorder (ADHD) referrals*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

120. Kanser, R. K., Kretzmer, T. K., **Soble, J. R.**, & Hanks, R. A. (2022, February). *Neuropsychologists' perceptions of chronic traumatic encephalopathy (CTE)*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

121. Resch, Z. J., Cerny, B. M., Reynolds, T. P., Jennette, K. J., Song, W., Pliskin, N. H., & **Soble, J. R.** (2021, October). *Association between sluggish cognitive tempo, objective neurocognitive performance, and mood symptoms among adults undergoing Attention-Deficit/Hyperactivity Disorder evaluation*. Poster presented at the University of Illinois at Chicago's annual Department of Psychiatry Research Forum, Chicago, IL.

122. Jennette, K. J., Resch, Z. J., & **Soble, J. R.** (2021, October). *The differential effect of processing speed and executive functioning on Dot Counting Test performance*. Poster presented at the University of Illinois at Chicago's annual Department of Psychiatry Research Forum, Chicago, IL.

123. Obolsky, M. A., Gallagher, V. T., & **Soble, J. R.** (2021, June). *Effects of psychostimulants on the Connors Continuous Performance Test within a college educated sample*. Poster presented at the virtual annual conference of the American Academy of Clinical Neuropsychology.

124. Leib, S. I., & **Soble, J. R.** (2021, June). *Latent profiles of working memory and processing speed in adults with ADHD*. Poster presented at the virtual annual conference of the American Academy of Clinical Neuropsychology.

125. Tabet, M., Jennette, K. J., **Soble, J. R.**, & Gonzalez, D. A. (2021, May). *Classification accuracy of the Neuropsychiatric Inventory – Questionnaire (NPI-Q)*. Poster presented at the virtual annual meeting of the American Psychiatric Association.

126. Sharp, D. W., Yadollahikhales, G., **Soble, J. R.**, Resch, Z. J., Fink, J.W., Lee, R. C., Thulborn, K. & Pliskin, N. H. (2021, April). *A comparison of neuropsychiatric symptoms and structural brain imaging in electrical injury patients*. Poster presented at the virtual annual meeting of the American Academy of Neurology.

127. Rhoads, T., Basurto, K. S., & **Soble, J. R.** (2021, February). *Racial differences in pain experience: Implications for chronic pain intervention*. Poster presented at the virtual annual meeting of the International Neuropsychological Society.

128. Cerny, B. M., Jenette, K. J., Resch, Z. J., Ovsiew, G. P., Durkin, N. M., Song, W., Pliskin, N. H. & **Soble, J. R.** (2021, February). *Predictive value of Victoria Symptom Validity Test response latency over response accuracy in determining performance validity status*. Poster presented at the virtual annual meeting of the International Neuropsychological Society.

129. Keezer, R. D., Jenette, K. J., Ovsiew, G. P., Resch, Z. J., Song, W., Pliskin, N. H., & **Soble, J. R.** (2021, February). *Masking effect of high IQ on the Rey Auditory Verbal Learning Test in an adult ADHD clinical population*. Poster presented at the virtual annual meeting of the International Neuropsychological Society.

130. Scimeca, L. M., Jenette, K. J., Ovsiew, G. P., Resch, Z. J., Song, W., Pliskin, N. H. & **Soble, J. R.** (2021, February). *The clinical utility of the Trail Making ratio scores in adults with Attention-Deficit/Hyperactivity Disorder*. Poster presented at the virtual annual meeting of the International Neuropsychological Society.

131. Leib, S., Jennette, K. J., Carter, D. A., Ovsiew, G. P., Resch, Z. J., Song, W., Pliskin, N. H. & **Soble, J. R.** (2021, February). *Concordance between Minnesota Multiphasic Personality Inventory-2-Restructured Form (MMPI-2-RF) and Clinical Assessment of Attention Deficit-Adult (CAT-A) validity scales for detecting invalid ADHD symptom reporting*. Poster presented at the virtual annual meeting of the International Neuropsychological Society.

132. Cohen, C. D., Jenette, K. J., Durkin, N. D., Basurto, K. A., Ovsiew, G. P., Resch, Z. J., Song, W., Pliskin, N. H. & **Soble, J. R.** (2021, February). *Classification accuracy and stability of abbreviated versions of the Test of Memory Malingering across visuospatial memory impairment severity*. Poster presented at the virtual annual meeting of the International Neuropsychological Society.

133. Nayar, K., Ventura, L. M., Resch, Z. J., Rhoads, T., Neale, A. C., & **Soble, J. R.** (2021, February). *Concordance of the Dot Counting Test with the Test of Memory Malingering Trial 1 and Reliable Digit Span in a mixed clinical pediatric sample*. Poster presented at the virtual annual meeting of the International Neuropsychological Society.

134. Abramson, D. A., White, D. J., Resch, Z. J., Ovsiew, G. P., & **Soble, J. R.** (2020, October). *Boston Naming Test as an embedded performance validity test: A replication study*. Poster presented at the National Academy of Neuropsychology virtual annual conference. *Archives of Clinical Neuropsychology, 35*(6), 1022.

135. *Carter, D. A., Ovsiew, G. P., Rhoads, T., Resch, Z. J., & **Soble, J. R.** (2020, October). *The impact of visuospatial memory impairment on Rey 15-Item Test and Test of Memory Malingering performance: Implications for performance validity assessment*. Poster presented at the National Academy of Neuropsychology virtual annual conference. *Archives of Clinical Neuropsychology, 35*(6), 1016.
*2020 National Academy of Neuropsychology Trainee Poster Award Winner

136. Rhoads, T., Resch, Z. J., Ovsiew, G. P., & **Soble, J. R.** (2020, October). *Does rounding matter? Cross-validation of E-score calculation method for the Dot Counting Test*. Poster presented at the National Academy of Neuropsychology virtual annual conference. *Archives of Clinical Neuropsychology, 35*(6), 1005.

137. Obolsky, M. A., Resch, Z. J., **Soble, J. R.**, Paxton, J. L., Fink, J. W., Lee, R. C., & Pliskin, N. H. (2020, October). *The phenomenological experience of posttraumatic stress within an electrical injury sample*. Poster presented at the National Academy of Neuropsychology virtual annual conference. *Archives of Clinical Neuropsychology, 35*(6), 890.

138. Resch, Z. J., Rhoads, T., Ovsiew, G. P., & **Soble, J. R.** (2020, June). *Comparing the relative accuracy of the Medical Symptom Validity Test component validity scales for detecting invalid neuropsychological test performance*. This peer-reviewed abstract presentation was accepted for presentation at the annual conference of the American Academy of Clinical Neuropsychology, Washington, DC, but was not presented due to Covid-19 related conference cancellation.

139. Rhoads, T., Ovsiew, G. P., & **Soble, J. R.** (2020, June). *Concordance between performance and symptom validity among patients presenting for neuropsychological evaluation of Attention-Deficit/Hyperactivity Disorder*. This peer-reviewed abstract presentation was accepted for presentation at the annual conference of the American Academy of Clinical Neuropsychology, Washington, DC, but was not presented due to Covid-19 related conference cancellation.

140. Yadollahikhales, G., Sharp, D., Resch, Z. J., **Soble, J. R.**, Thulborn, K., Lee, R. C., & Pliskin, N. H. (2020, March). *Neuropsychiatric and neuroimaging findings in patients with electrical injury*. Poster presented at the annual meeting of the American Neuropsychiatric Association, Philadelphia, PA. *The Journal of Neuropsychiatry and Clinical Neurosciences, 32*(3), E26-E26.

141. Resch, Z. J., Ovsiew, G. P., Castillo, L. R., & **Soble, J. R.** (2020, February). *A comparison of the Medical Symptom Validity Test and Test of Memory Malingering-Trial 1 for detecting invalid neuropsychological test performance*. Poster presented at the annual meeting of the International Neuropsychological Society, Denver, CO.

142. Rhoads, T., Resch, Z. J., Song, W., Pliskin, N. H., & **Soble, J. R.** (2020, February). *Performance validity testing in presurgical chronic pain patients undergoing evaluation for spinal cord simulator implantation*. Poster presented at the annual meeting of the International Neuropsychological Society, Denver, CO.

143. Pham, A. T., Abramson, D. A., Ovsiew, G. P., Castillo, L. R., & **Soble, J. R.** (2020, February). *Deriving a Dot Counting Test cut-score for an Attention-Deficit/Hyperactivity Disorder (ADHD) clinical group*. Poster presented at the annual meeting of the International Neuropsychological Society, Denver, CO.

144. Pliskin, J. I., DeDios-Stern S., Resch, Z. J., Saladino, K. F., Ovsiew, G. P., Carter, D. A. & **Soble, J. R.** (2020, February). *Detection of invalid performance in a clinical sample using recognition memory tests: Comparing multiple embedded validity indices across three memory tests*. Poster presented at the annual meeting of the International Neuropsychological Society, Denver, CO.

145. Lazarus, M. L., Castillo, L. R., Ovsiew, G. P., DeDios-Stern, S., & **Soble, J. R.** (2020, February). *Efficacy of self-report symptoms as predictor variables for objective test performance in a clinical sample of ADHD Patients*. Poster presented at the annual meeting of the International Neuropsychological Society, Denver, CO.

146. Obolsky, M. A., Resch, Z. J., **Soble, J. R.**, Paxton, J. L., Fink, J. W., Lee, R. C., & Pliskin, N. H. (2020, February). The *role of posttraumatic stress disorder symptom severity on neurocognitive performance within an electrical injury sample*. Poster presented at the annual meeting of the International Neuropsychological Society, Denver, CO.

147. Oh, A., Castillo, L. R., DeDios-Stern, S., **Soble, J. R.**, & Ventura, L. M. (2020, February). *Billing the new neuropsychological testing codes: What is reasonable?* Poster presented at the annual meeting of the International Neuropsychological Society, Denver, CO.

148. Castillo, L. R., Gotra, M. Y., Ovsiew, G. P., DeDios-Stern, S., Oh, A., & **Soble, J. R.** (2020, February). *Utility of receptive vocabulary as a premorbid estimate for monolingual Spanish-speakers with cognitive impairment*. Poster presented at the annual meeting of the International Neuropsychological Society, Denver, CO.

149. Diaz de Leon, N., Castillo, L. R., Ovsiew, G. P., DeDios-Stern, S., Resch, Z. J., & **Soble, J. R.** (2020, February). *Comparison of reliable digit and spatial span indices as embedded performance validity tests among a Spanish-speaking clinical population*. Poster presented at the annual meeting of the International Neuropsychological Society, Denver, CO.

150. Pugh, M. J., Sagiraju, H. K. R., Eapen, B. C., Swan, A. A., Wells, M., **Soble, J. R.**, & Marceaux, J. C. (2019, November). *The association of mild TBI with early onset dementia in post-9/11 veterans*. Poster presented at the Gerontological Society of America Annual Scientific Meeting, Austin, TX. *Innovation in Aging, 3*(Suppl 1), S657.

151. Singh, S. M., **Soble, J. R.**, & Young, M. A. (2019, October). *Towards a systematized methodology for implementing technology in neuropsychological assessment*. Presented at the 3rd annual meeting of the Technology in Psychiatry Summit, Boston, MA.

152. Resch, Z. J., **Soble, J. R.**, & Pliskin, N. H. (2019, August). *Concordance of performance and symptom validity in patients with electrical injury*. Poster presented at the annual convention of the American Psychological Society, Chicago, IL.

153. Shepard, P., Akagi, K., Everett, S. Osborn, A., Smith, K., Gable, S., Krage, M., Passi, H., Walters, R., Proescher, E., Greenstein, J., Aase, D. M., **Soble, J. R.**, & Phan, K. L. (2019, August). *Concordance of embedded performance validity and symptom validity failures in Post-9/11 veterans*. Poster presented at the annual convention of the American Psychological Society, Chicago, IL.

154. Resch, Z. J., Cummings, C., Ovsiew, G. P., Castillo, L. R., DeDios-Stern, S., & **Soble, J. R.** (2019, June). *Examining the influence of demographic factors and depressive symptoms on Victoria Symptom Validity Test performance*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL. *The Clinical Neuropsychologist, 33*, 701.

155. Neale, A. C., Nayar, K., Ovsiew, G. P., & **Soble, J. R.** (2019, June). *Is briefer better? Comparing the concordance and classification accuracy of the Test of Memory Malingering Trial 2, Trial 1, and errors on the first 10 items for identifying invalid performance*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL. *The Clinical Neuropsychologist, 33*, 717.

156. Singh, S., **Soble, J. R.**, & Young, M. A. (2019, June). *Technology familiarity and performance on the computerized administration of the Wisconsin Card Sorting Test*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL. *The Clinical Neuropsychologist, 33*, 712.

157. Ventura, L. M., & **Soble, J. R.** (2019, June). *Examining base rates of performance validity test (PVT) failures among children and adolescents: A comparison of three tests*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL. *The Clinical Neuropsychologist, 33*, 715.

158. Paxton, J. L., Lapitan, F., Obolsky, M., Cation, B., **Soble, J. R.**, Resch, Z. J., Fink, J. W., Lee, R. C., & Pliskin, N. H. (2019, June). *The relationship between speeded attention and visual memory after electrical injury*. Poster presented at the Annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL. *The Clinical Neuropsychologist, 33*, 686.

159. Sagiraju, H. K. R., Marceaux, J. C., **Soble, J. R.**, O'Rourke, J. F., Amuan, M.E., Swan, A. A., Wells, M., Franklin, K., Eapen, B. C., & Pugh, M. J. (2019, May). Is *mild TBI associated with early onset dementia when evaluating only validated cases of dementia?* Platform presentation presented at the annual meeting of the American Academy of Neurology, Philadelphia, PA. *Neurology, 92* (15 Supplement), S34.003.

160. González, D. A., **Soble, J. R.**, Bain, K. M., Bailey, K. C., & Marceaux. J. C. (2019, February). *Subcortical lesions impact confrontation naming in bilinguals with later age of acquisition*. Poster presented at the meeting of the Hispanic Neuropsychological Society, New York, NY. *Archives of Clinical Neuropsychology, 34*, 1255.

161. Campos, K., Castillo, L. C., & **Soble, J. R.** (2019, February). *Accuracy of the Test of Memory Malingering in first generation Spanish-speaking Latinos*. Poster presented at the meeting of the Hispanic Neuropsychological Society, New York, NY. *Archives of Clinical Neuropsychology, 34*, 1243.

162. Castillo, L. C., Campos, K., & **Soble, J. R.** (2019, February). *Assessment of verbal and visuospatial performance predicting cognitive impairment in a monolingual, Spanish-Speaking sample*. Poster presented at the meeting of the Hispanic Neuropsychological Society, New York, NY. *Archives of Clinical Neuropsychology, 34*, 1245.

163. Gotra, M. Y., DeDios-Stern, S., Silverman, I., Castillo, L. R., **Soble, J. R.**, Song, W., Amin-Hanjani, S., Charbel, F. T., & Pliskin, N. H. (2019, February). *Neurocognitive dysfunction after revascularization in post-stroke Moyamoya disease*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

164. Silverman, I., DeDios-Stern, S., Gotra, M., Castillo, L. R., **Soble, J. R.**, Song, W., & Pliskin, N. H. (2019, February). *Neurocognitive profile of a clinical sample of adults with Moyamoya disease*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

165. Sippio, K., Schulze, E. T., Castillo, L. R., DeDios-Stern, S., & **Soble, J. R.** (2019, February). *An examination of Victoria Symptom Validity Test cutoff scores in a heterogenous clinical sample*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

166. Resch, Z. J., Schulze, E. T., **Soble, J. R.**, & Pliskin, N. H. (2019, February). *Base rates of performance validity test failure among electrical injury patients*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

167. Webber, T. A., Marceaux, J. C., Critchfield, E. A., & **Soble, J. R.** (2019, February). *Characterizing verbal learning acquisition in mild and major neurocognitive disorder using latent growth modeling*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

168. Dorociak, K. E., **Soble, J. R.**, Fink, J. W., Rupert, P. A., & Pliskin, N. H. (2019, February). *Pain, mood, and neuropsychological performance following electrical injury*. Poster presented at the annual meeting of the International Neuropsychological Society, New York, NY.

169. Alverson, W. A., O'Rourke, J. J. F., & **Soble, J. R.** (2018, October). *Cross-validation of the Word Memory Test (WMT) genuine memory impairment profile for detecting noncredible test performance among cognitively impaired veterans*. Poster presented at the annual conference of the National Academy of Neuropsychology, New Orleans, LA. *Archives of Clinical Neuropsychology 33*, 703-794.

170. Resch, Z. J., Schulze, E. T., Castillo, L. R., **Soble, J. R.**, Pliskin, N. H. (2018, June). *Analysis of MMPI-2-RF validity scales among electrical shock injury patients with credible and noncredible symptom reporting*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, San Diego, CA. *The Clinical Neuropsychologist, 32*, 531-641.

171. González, D. A., Kruzelock, A., **Soble, J. R.**, Sullivan, A. C., Szabo, C. A. (2018, June). *Internal consistency and structural validity of the Medical College of Georgia Wada procedure*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, San Diego, CA. *The Clinical Neuropsychologist, 32*, 531-641.

172. Webber, T. A., & **Soble, J. R.** (2018, February). *Utility of various WAIS-IV Digit Span indices for predicting noncredible performance in older veterans with and without cognitive impairment*. Poster presented at the annual meeting of the International Neuropsychological Society, Washington DC.

173. Santos, O. A. **Soble, J. R.**, & Marceaux, J. C. (2018, February). *Investigating the effect of bilingualism and nonverbal intelligence on executive functions*. Poster presented at the annual meeting of the International Neuropsychological Society, Washington DC.

174. Wells, M., Franklin, K., Marceaux, J. C., O'Rourke, J. J., **Soble, J. R.**, Swan, A. & Pugh, M. J. (2017, June). *Validity of dementia and cognitive disorder diagnoses in a sample of Iraq and Afghanistan veterans*. Poster presented at the San Antonio Military Health System & Universities Research Forum (SURF), San Antonio, TX.

175. Bailey, K. C., **Soble, J. R.**, & O'Rourke, J. J. F. (2017, February). *Getting the most out of your performance validity investment: An examination of five tests among a mixed clinical sample of veterans*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

176. Santos, O. A., & **Soble, J. R.** (2017, February). *Predicting performance on a functional executive measure via a brief cognitive screening test*. Poster presented at the annual meeting of the International Neuropsychological Society, New Orleans, LA.

177. Bailey, K. C., **Soble, J. R.**, Marceaux, J. C., & McCoy, K. J. M. (2016, June). *Lack of a "Bilingual Advantage" on working memory and executive functioning in a veteran sample*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, Chicago, IL. *The Clinical Neuropsychologist, 30*, 373-472.

178. Highsmith, J. M., González, D. A., **Soble, J. R.**, Marceaux, J. C., & McCoy, K. J. M. (2016, February). *Cardiovascular risk models predict processing speed performance: Initial evidence from a veteran sample*. Poster presented at the annual meeting of the International Neuropsychological Society, Boston, MA.

179. Ashish, D., **Soble, J. R.**, Marceaux, J. C., & McCoy, K. J. M. (2016, February). *Wechsler Adult Intelligence Scale-4th Edition (WAIS-IV) performance in a mixed clinical sample of monolingual and bilingual veterans*. Poster presented at the annual meeting of the International Neuropsychological Society, Boston, MA.

180. Gonzalez, D. A., **Soble, J. R.**, Highsmith, J. M., Marceaux, J. C., & McCoy, K. J. M. (2016, February). *Auditory and Visual Naming Tests: Psychometric properties and performance patterns among veterans with and without cognitive impairment*. Poster presented at the annual meeting of the International Neuropsychological Society, Boston, MA.

181. Gonzalez, D. A., Marceaux, J. C., McCoy, K. J. M., & **Soble, J. R.** (2015, November). *Latent structure and collateral report relationships of the Texas Functional Living Scale with geriatric veterans*. Poster presented at the annual conference of the National Academy of Neuropsychology, Austin, TX. *Archives of Clinical Neuropsychology, 30*, 587.

182. Schoenberg, M. R., Eichstaedt, K. E., **Soble, J. R.**, Clifton, W. E., Benbadis, S. R., Bozorg, A. M., Rodgers-Neame, N. T., Mattingly, M. L., & Vale, F. L. (2015, June). *Predicting verbal memory outcome following selective amygdalohippocampectomy for localization-related temporal lobe epilepsy*. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, San Francisco, CA. *The Clinical Neuropsychologist, 29*, 308-393.

183. Eichstaedt, K. E., Sever, R. W., Rum, R., Kamper, J. E., **Soble, J. R.**, Brown, C. D., Foster, S. M., Benbadis, S. R., & Schoenberg, M. R. (2015, June). Asking for more: Baseline data of a randomized controlled trial to evaluate neuropsychology outcome in a comprehensive epilepsy clinic. Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, San Francisco, CA. *The Clinical Neuropsychologist, 29*, 308-393.

184. Sever, R. W., Eichstaedt, K. E., **Soble, J. R.**, Rum, R., Kamper, J. E., Benbadis, S. R., & Schoenberg, M. R. (2015, June). *Is depression associated with neuropsychological functioning and quality of life among patients with epilepsy?* Poster presented at the annual conference of the American Academy of Clinical Neuropsychology, San Francisco, CA. *The Clinical Neuropsychologist, 29*, 308-393.

185. Eapen, B. C., Critchfield, E. A., **Soble, J. R.**, & Halmai, E. J. (2015, April). *The Polytrauma Transitional Rehabilitation Program (PTRP)-San Antonio: First Year Functional Outcomes*. Poster presented at the Annual Conference of the North American Brain Injury Society, San Antonio, TX.

186. Eichstaedt, K. E., **Soble, J. R.**, Benbadis, S. R., Bozorg, A. M., Rodgers-Neame, N. T., Mattingly, M. L., Vale, F. L., & Schoenberg, M. R. (2015, February). *Verbal fluency performance in temporal lobe epilepsy: General verbal ability accounts for lateralizing effect of phonemic but not semantic fluency*. Poster presented at the annual meeting of the International Neuropsychological Society, Denver, CO.

187. Cicha, R. J., Wilson, C. S., Frontera, R. A., & Soble, J. R. (2014, August). *Veterans with Amyotrophic Lateral Sclerosis (ALS): Longitudinal course of resiliency, life satisfaction, distress, and depression*. Poster presented at the annual convention of the American Psychological Society, Washington DC.

188. **Soble, J. R.**, Nakase-Richardson, R., Schwartz, D. J., Modarres, M. McCarthy, M., Barnett, S., & Vanderploeg, R. D. (2014, February). *Is sleep apnea a modifiable mechanism underlying prolonged PTA duration in acute TBI patients?* Poster presented at the annual meeting of the International Neuropsychological Society, Seattle, WA.

189. Cicha, R. J., Wilson, C. S., Frontera, R. A., **Soble, J. R.**, & Curtiss, G. (2014, February). *Depression vs. distress: Veterans with amyotrophic lateral sclerosis (ALS)*. Poster presented at the Rehabilitation Psychology (Division 22) annual conference, San Antonio, TX.

190. Nakase-Richardson, R., Schwartz, D. J., McCarthy, M., Kretzmer, T. S., **Soble, J. R.**, McGarity, S., Moddarres, M., Scott, S., Vanderploeg, R. D., & Anderson, W. M. (2013, November). *Feasibility of polysomnography objective sleep assessment in the acute moderate to severe traumatic brain injury patient*. Poster presented at the annual conference of the American Congress of Rehabilitation Medicine, Orlando, FL. *Archives of Physical Medicine & Rehabilitation, 94*, e43.

191. Evardone, M., Wilson, C., Weinel, D., Kang, Y., & **Soble, J. R.** (2013, August). *Attendance in spinal cord education courses and health outcomes in acute rehabilitation*. Paper presented at the annual convention of the American Psychological Association, Honolulu, HI.

192. **Soble, J. R.**, Donnell, A. J., & Belanger, H. G. (2012, August). *TBI and design fluency performance: Effects of frontal injuries on nonverbal executive functioning*. Poster presented at the annual convention of the American Psychological Society, Orlando, FL. *The Clinical Neuropsychologist, 26*, 725-750.

193. Belanger, H. G., Vanderploeg, R. D., **Soble, J. R.**, Richardson, M., & Groer, S. (2012, April). *Validity of a population-based screen for TBI: Comparing the VA's TBI Clinical Reminder Screen to the Comprehensive TBI Evaluation*. Poster presented at the VA HSR&D/QUERI National Conference.

194. **Soble, J. R.**, Spanierman, L. B., & Fitzgerald Smith, J. (2012, February). *Neuropsychological functioning of OEF/OIF combat veterans with PTSD and mild TBI*. Poster presented at the annual meeting of the International Neuropsychological Society, Montreal, Canada.

195. Reed, T. D., **Soble, J. R.**, Clark, D. A. T., & Spanierman, L. B. (2011, January). *Settler microaggressions: Extending the racial microaggressions model to a racialized mascot*. Poster presented at the National Multicultural Conference and Summit, Seattle, WA.

196. Reed, T. D., **Soble, J. R.**, Clark, D. A. T., & Spanierman, L. B. (2010, April). *Settler microaggressions: Extending Sue's racial microaggressions model*. Poster presented at the College of Education Graduate Student Conference, Champaign, IL.

197. Carmen, A., Russell, M., **Soble, J. R.**, Mayfield, J., Hardit, S., Knorek, J., et al. (2010, February). *Decreasing risk and gaining support through a multidimensional approach, Parts I and II*. Workshop presented at the Illinois Higher Education Center's Statewide Conference on Alcohol, Drug, and Other Violence Prevention, Springfield, IL.

198. Clark, D. A. T., Spanierman, L.B., Cabana, S., & **Soble, J. R.** (2008, April). *Signifying as personal relationship: Chief love and grief at interdisciplinary crossroads*. Paper presented at the Race, Diversity, and Campus Climate Conference, Center on Democracy in a Multiracial Society, Urbana, IL.

199. Espelage, D. L., **Soble, J. R.**, & O'Dell, K. A. (2006, April). *A social-ecological model of school bullying*. Paper presented at the annual meeting of the American Educational Research Association, San Francisco, CA.

**DISSERTATION/THESIS COMMITTEE SERVICE**

2025-present
J. Gabrielle Springer, MPH, M.S.
Role: Committee Member
Dissertation Proposal: 7/23/2025; Dissertation Defense: anticipated 2026
Title: *The role of adverse childhood experiences on memory performance in patients with focal epilepsy*
Academic Institution: Illinois Institute of Technology, Chicago, IL

2025-present
Karen S. Basurto, B.A.
Role: Committee Member
Master's Thesis Proposal: 7/09/2025; Thesis Defense: anticipated 2026
Title: *Discrepancies in adaptive functioning assessments: A comparative analysis of Spanish- and English-speaking older adults*
Academic Institution: Rosalind Franklin University of Medicine and Science, North Chicago, IL

2025-present
G. Whitman Kent, M.A.
Role: Committee Member
Dissertation Proposal: 5/30/2025; Dissertation Defense: anticipated 2025
Title: *Understanding the constructs measured by the BRIEF-A: An evaluation and comparison of self and informant subjective cognition complaints*
Academic Institution: Wheaton College, Wheaton, IL

2025-present
Bonnie E. Shoemaker, M.A.
Role: Committee Member
Dissertation Proposal: 5/23/2025; Dissertation Defense: anticipated 2025
Title: *Psychiatric symptom severity in adults with Attention-Deficit/Hyperactivity Disorder: The role of diagnostic timing and associated moderators*
Academic Institution: Chicago School of Professional Psychology, Chicago, IL

2025-present
Greg Shapiro, M.A.
Role: Committee Member
Dissertation Proposal: 2/06/2025; Dissertation Defense: anticipated 2025
Title: *Exploring the relationship between self-report and performance-based measures of impulsivity*
Academic Institution: Chicago School of Professional Psychology, Chicago, IL

2024-present
Mira I. Leese, M.S.
Role: Committee Member
Dissertation Proposal: 12/17/2024; Dissertation Defense: anticipated 2025
Title: *The Memory Integrated Language Test and the Making Change Test: Cross-validation of web-based performance validity tests*
Academic Institution: Rosalind Franklin University of Medicine and Science, North Chicago, IL

| | |
|---|---|
| 2024-present | Nataliya Turchmanovych-Hienkel, M.S.<br>Role: Committee Member<br>Dissertation Proposal: 9/11/2024<br>Title: *Evaluating neuropsychological outcomes in adults with moyamoya disease (MMD) following revascularization surgery*<br>Academic Institution: Illinois Institute of Technology, Chicago, IL |
| 2024-present | Hannah B. VanLandingham, M.A., M.S.<br>Role: Committee Member<br>Dissertation Proposal: 8/29/2024; Dissertation Defense: anticipated 2025<br>Title: *Utility of the Neurobehavioral Symptom Inventory as a symptom and performance validity screening test in Veterans with mild traumatic brain injury and PTSD*<br>Academic Institution: Rosalind Franklin University of Medicine and Science, North Chicago, IL |
| 2024-present | Madison M. Dykins, M.S.<br>Role: Committee Member<br>Dissertation Proposal: 8/22/2024; Dissertation Defense: anticipated 2025<br>Title: *Exploring the latent structure of cognitive and psychological variability following electrical injury*<br>Academic Institution: Rosalind Franklin University of Medicine and Science, North Chicago, IL |
| 2024-present | Kailyn Bare, M.A.<br>Role: Committee Member<br>Dissertation Proposal: 8/19/2024; Dissertation Defense: anticipated 2025<br>Title: *Predictors of persistent symptom complaints following mild traumatic brain Injury: A systematic review and meta-analysis*<br>Academic Institution: DePaul University, Chicago, IL |
| 2024-present | Logan M. Tufty, M.P.S., M.A.<br>Role: Co-Chair<br>Dissertation Proposal: 8/05/2024; Dissertation Defense: 5/28/2025<br>Title: *Childhood trauma as a predictor of executive functioning among adults referred for neuropsychological evaluation of attention deficit/hyperactivity disorder (ADHD): The role of current psychosocial stressors*<br>Academic Institution: University of Illinois, Chicago, IL |
| 2024-present | Steven A. Abalos, M.A.<br>Role: Committee Member<br>Dissertation Proposal: 6/19/2024; Dissertation Defense: anticipated 2025<br>Title: *Can sleep quality and daytime sleepiness predict engagement on neuropsychological testing? An analysis of sleep problems on performance validity tests among adult ADHD referrals*<br>Academic Institution: Chicago School of Professional Psychology, Chicago, IL |

2023-2025 Humza M. Khan, Ph.D.
Role: Committee Member
Dissertation Proposal: 8/29/2023; Dissertation Defense: 5/012025
Title: *All childhoods are unique: Differential impact of adverse childhood experiences on adult cognition, health literacy and numeracy in clinical populations*
Academic Institution: Illinois Institute of Technology, Chicago, IL

2023-2024 Andrew A. Rauch, Ph.D.
Role: Committee Member
Dissertation Proposal: 9/14/2023; Dissertation Defense: 5/30/2024
Title: *An analysis of the relations between comorbid anxiety and depression on working memory in adults with ADHD*
Academic Institution: Loyola University, Chicago, IL

2023-2023 Lilliam R. Castillo, M.A.
Role: Committee Member
Master's Thesis Defense: 6/13/2023
Title: *Examination of the embedded performance validity tests in the Brief Visuospatial Memory Test-Revised with Spanish-speaking patients residing in the United States*
Academic Institution: John Jay College of Criminal Justice - City University of New York

2022-2024 Maximillian A. Obolsky, Psy.D.
Role: Committee Member
Dissertation Proposal: 5/04/2022; Dissertation Defense: 6/11/2024
Title: *The phenomenology of posttraumatic stress within electrical injury in comparison to combat exposed veterans*
Academic Institution: Roosevelt University, Chicago, IL

2022-2023 Brian M. Cerny, Ph.D.
Role: Committee Member
Dissertation Proposal: 8/08/2022; Dissertation Defense: 4/18/2023
Title: *Searching for cognitive phenotypes among adults with attention-deficit/hyperactivity disorder: A latent profile analysis*
Academic Institution: Illinois Institute of Technology, Chicago, IL

2020-2022 Dustin A. Carter, Psy.D.
Role: Chair/Primary Research Supervisor
Dissertation Proposal: 3/18/2021; Dissertation Defense: 4/08/2022
Title: *The impact of material-specific verbal and visual memory impairment severity on embedded performance validity tests in the Rey Auditory Verbal Learning Test and Brief Visuospatial Memory Test-Revised: Implications for accurate classification of invalid neuropsychological test performance*
Academic Institution: Chicago School of Professional Psychology, Chicago, IL

2020-2021 Tasha Rhoads, Ph.D.
Role: Committee Member
Dissertation Proposal: 6/16/2020; Dissertation Defense: 9/08/2021
Title: *Cognitive and psychological predictors of spinal cord stimulator surgery completion and factors associated with pain reduction following surgery*
Academic Institution: Rosalind Franklin University of Medicine and Science, North Chicago, IL

2019-2021 Christopher P. Williams, Ph.D.
Role: Committee Member
Dissertation Proposal: 8/16/2019; Dissertation Defense: 4/16/2021
Title: *Impact of anticholinergic burden on executive functioning performance in patients with vascular cognitive impairment*
Academic Institution: Rosalind Franklin University of Medicine and Science, North Chicago, IL

2018-2021 Zachary J. Resch, Ph.D.
Role: Committee Member
Dissertation Proposal: 11/30/2018; Dissertation Defense: 5/17/2021
Title: *Neuropsychological functioning in electrical injury survivors: A comparison to combat-exposed veterans with and without posttraumatic stress disorder*
Academic Institution: Rosalind Franklin University of Medicine and Science, North Chicago, IL

**OTHER PROFESSIONAL RESEARCH EXPERIENCE/SERVICE**

2022 – present Editorial Board Member/Consulting Editor: *Journal of Clinical and Experimental Neuropsychology*

2021 – present Editorial Board Member/Consulting Editor: *The Clinical Neuropsychologist*

2019 – present Assessment and Performance Validity Testing Section Head/Contributing Editor: *Psychological Injury and Law*

2019 – present Scientific Program Review Committee:
American Academy of Clinical Neuropsychology (AACN)

2015 – present Grant Reviewer:
European Science Foundation (2023)
Henry M. Jackson Foundation for the Advancement of Military Medicine (2015)
Israel Science Foundation (2020)

2014 – present Ad-Hoc Reviewer:
*Applied Neuropsychology: Adult*
*Applied Neuropsychology: Child*
*Archives of Clinical Neuropsychology*
*Assessment*

*Australian Psychologist*
*Biological Psychiatry*
*BMC Medical Education*
*BMC Psychiatry*
*BMJ: Case Reports*
*Brain Injury*
*Child Neuropsychology*
*Cognitive and Behavioral Neurology*
*Dementia and Geriatric Cognitive Disorders*
*Dementia & Neuropsychologia*
*Developmental Neuropsychology*
*Disability and Rehabilitation*
*Epilepsy & Behavior*
*Frontiers Aging Neuroscience*
*International Journal of Forensic Mental Health*
*Journal of Alzheimer's Disease*
*Journal of Clinical and Experimental Neuropsychology*
*Journal of Geriatric Psychiatry and Neurology*
*Journal of International Medical Research*
*Journal of the International Neuropsychological Society*
*Journal of Forensic Psychiatry and Psychology*
*Journal of Forensic Psychology Research and Practice*
*Journal of Neuropsychology*
*Journal of Personality Assessment*
*Journal of Psychiatric Research*
*Journal of Psychoeducational Assessment*
*Military Behavioral Health*
*Neurocase*
*Neuropsychology*
*Neuropsychology Review*
*Parkinsonism & Relates Disorders*
*Psychological Injury and Law*
*The American Journal of Medicine*
*The Clinical Neuropsychologist*

## PROFESSIONAL LEADERSHIP/SERVICE

4/2024 – present Task Force Member: APPCN-TCN Postdoctoral Peer-Review Mentorship Program

3/2024 – present Training Guidelines, Resources, and Consultation Committee Chair (Elected): North American Association of Practicum Sites in Neuropsychology (NAPSN)

10/2023 – present Be Ready for ABPP in Neuropsychology (BRAIN) Board Certification Mentor

2/2023 – present Faculty Supervisor: Society for Clinical Neuropsychology's Association of Neuropsychology Student & Trainees (SCN ANST) Forensic Focus Group

2/2023 – 3/2024 Task Force Member: North American Association of Practicum Sites in Neuropsychology (NAPSN)

## PROFESSIONAL ORGANIZATION INVITED TALKS/WORKSHOPS

3/2023 Society for Clinical Neuropsychology's Association of Neuropsychology Students & Trainees (SCN ANST) Forensic Focus Group
Title: *Assessment of Performance Validity*

8/2022 National Academy of Neuropsychology (NAN)-Continuing Education Series
Title: *Performance Validity Assessment Part II: Empirical Findings and Advanced Clinical Interpretation*

9/2021 National Academy of Neuropsychology (NAN)-Continuing Education Series
Title: *Past, Present, and Future of Performance Validity Assessment*

2/2020 Illinois Psychological Association (IPA)-Continuing Education Series
Title: *Neuropsychological Problems in Clinical Practice: Epilepsy and Seizures*

## TEACHING/TRAINING EXPERIENCE

11/2021 – present Education Committee Member
Department of Psychiatry
University of Illinois College of Medicine, Chicago, IL

11/2017 – present Departments of Psychiatry and Neurology
Clinical Neuropsychology Postdoctoral Fellowship (APPCN Member)
Clinical Psychology Internship Training Program (APA-Accredited)
University of Illinois College of Medicine, Chicago, IL

- Course Instructor/Coordinator:
  Introduction to Neuropsychological Assessment for Residents (PGY2)
  Ethics and Forensic Psychiatry Seminar (PGY2)
  Advanced Topics in Forensic Psychiatry Seminar (PGY3)
- Recurring Seminars/Lecture Series Faculty Instructor:
  Applied Neuropsychology Seminar
  Functional Neuroanatomy Seminar
  Geriatric Psychiatry Seminar
  Neuropsychology Case Conference
  Integrative Neurobehavioral Conference
- Grand Rounds Presenter:
  Illinois Department of Mental Health (DMH)-Madden Mental Health Center
  UIC Department of Psychiatry
  Michael E. DeBakey VA Medical Center, Houston TX
  Yale School of Medicine: Neuropsychology Service
  McLean Hospital: Department of Neuropsychology

10/2014 – 10/2017 Clinical Neuropsychology and Psychology Training Programs (APA-Accredited)
South Texas Veterans Healthcare System, San Antonio, TX

- Course Instructor/Coordinator:
  Functional Neuroanatomy Seminar
- Recurring Seminars/Lecture Series Presenter:
  Neuropsychology and Psychology Grand Rounds
  Neuropsychology Case Conference
  Intern and Postdoctoral Fellow Professional Development Seminars

01/2014 – present Adjunct Faculty – Online Applied Psychology Program
Florida Institute of Technology, Melbourne, FL

- Courses Taught:
  PSF 4551: Victim Studies and Advocacy
  PSY 1411: Introduction to Psychology
  PSY 1461: Psychology of Adjustment & Personal Growth
  PSY 1462: Substance Abuse
  PSY 2000: Lifespan Development and Psychology
  PSY 3344: Multicultural Issues
  PSY 3423: Physiological Psychology
  PSY 3442: Psychology of Personality
  PSY 4462: Clinical and Community Psychology
  PSY 4712: Ethics and Professional Issues
- Courses Redeveloped:
  PSF 4551: Victim Studies and Advocacy
  PSY 3423: Physiological Psychology
  PSY 4712: Ethics and Professional

09/2012 – 09/2014 Clinical Neuropsychology Postdoctoral Training Program (APA-Accredited)
James A. Haley VA Hospital, Tampa, FL

- Recurring Seminars/Lecture Series Presenter:
  Fundamentals of Neuropsychology Seminar
  Advanced Clinical Neuropsychology Postdoctoral Seminar

05/2007 Graduate Teacher Certificate Recipient-Center for Innovation in Teaching/Learning
University of Illinois at Urbana-Champaign

08/2006 – 12/2010 Teaching Assistant/Graduate Instructor
University of Illinois at Urbana-Champaign

- Courses Taught:
  CHLH 199: Group Dialogue Facilitation Skills
  EPSY 420: Theories of Psychotherapy
  EPSY 202: Exploring Cultural Diversity

## PROFESSIONAL AFFILIATIONS

03/2016 – present Member, American Board of Professional Psychology (ABPP)
03/2016 – present Member, American Academy of Clinical Neuropsychology (AACN)
08/2012 – present Member, American Psychological Association (APA)

08/2012 – present Member, APA Division 40–Society for Clinical Neuropsychology