# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**BALTIMORE DIVISION**

| | |
|---|---|
| **STACEY BAILEY, *et al.* individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.*;**<br><br>**Defendants.** | Case No. 1:23-cv-02661-JRR |

**JOINT DECLARATION OF W. DANIEL "DEE" MILES, III, AND THOMAS O. SINCLAIR IN SUPPORT OF ENTRY OF AN ORDER PRELIMINARILY APPROVING CLASS SETTLEMENT, CONDITIONALLY CERTIFYING THE PROPOSED CLASS FOR SETTLEMENT PURPOSES ONLY, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING A FINAL FAIRNESS HEARING**

W. DANIEL "DEE" MILES, III, and THOMAS O. SINCLAIR hereby declare under penalty of perjury pursuant to U.S.C. § 1746 as follows:

1. W. Daniel "Dee" Miles, III, duly licensed to practice law in the State of Alabama and admitted *pro hac vice* in the action, is a partner at the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C ("Beasley Allen") is one of proposed Class Counsel, and is currently Interim Co-Lead Class Counsel in this action.

2. Thomas O'Neal Sinclair, duly licensed to practice law in the State of Alabama and admitted *pro hac vice* in the action, is the managing partner of Sinclair Law Firm, LLC ("Sinclair Law Firm"), is one of the proposed Class Counsel, and is currently Interim Co-Lead Class Counsel in this action.

3. We respectfully submit this joint declaration in support of the Joint Motion for Entry of an Order Preliminarily Approving Class Settlement, Conditionally Certifying the

Proposed Class For Settlement Purposes Only, and Scheduling a Final Fairness Hearing (the "Joint Motion"). We have personal knowledge of the matters pertaining to the action and the proposed Settlement and are competent to testify with respect thereto.

4. We are pleased to submit for the Court's preliminary approval the proposed Settlement of this action, as set forth in the Settlement Agreement. We believe the proposed Settlement, described further in the Joint Memorandum in Support of the Motion, is fair, reasonable and adequate, provides substantial benefits for the members of the proposed Class, and merits this Court's preliminary approval. The Settlement Agreement, together with its exhibits, is attached to the Joint Motion as Exhibit A.

5. Beasley Allen is an established class action and complex litigation firm with a national presence. The firm, founded in 1979 by Jere Locke Beasley, has played an integral role in consumer multi-district litigation in numerous cases, including those against Vioxx, BP, Toyota SUA, Blue Cross Blue Shield, VW, Chrysler Fiat and others. We have obtained billions in verdicts for our clients against some of this country's largest corporate wrongdoers, including AstraZeneca, GSK, Johnson & Johnson, Johnson & Johnson Consumer Companies, Imerys Talc America, Inc., Exxon and General Motors.

6. The firm has over 100 attorneys and more than twice that number of staff personnel.

7. Additional information regarding Beasley Allen, the firm's history, top results, and leadership appointments, can be found in the attached, Exhibit 1 to this Joint Declaration.

8. Wilson Daniel "Dee" Miles, III, a named principal of Beasley, Allen, Crow, Methvin, Portis & Miles, has nearly 35 years' experience litigating complex cases on behalf of consumers, numerous State Attorneys General and businesses in State actions, individual cases and class actions. Over the last decade Mr. Miles has distinguished himself for work specifically

involving class actions and MDLs, while recovering billions of dollars for his clients and class members.

9. Additionally, specific information regarding Mr. Miles' experience and qualifications described in his attached resume, Exhibit 2, to this Joint Declaration.

10. Rebecca D. Gilliland, also a principal of Beasley Allen, has demonstrated class action success as a member of the team who successfully tried a three-state class action to jury verdict in the Northern District of California in late 2022. Additionally, she has extensive experience in other complex litigation matters including Attorney General litigation and the Blue Cross Blue Shield MDL.

11. Mrs. Gilliland's resume, containing additional information regarding her experience and qualifications, is attached as Exhibit 3 to this Joint Declaration.

12. Leon Hampton, Jr., is a principal of Beasley Allen who has focused his practice on False Claims Act whistleblower cases, retaliatory discharge, hostile workplace, bad faith insurance, and discrimination claims. He has successfully tried complex *qui tam* cases to verdict. Since joining Beasley Allen, he has helped secure more than $440 million in settlements, verdicts, and judgments.

13. Additional information regarding Mr. Hampton's experience and qualifications is described in his attached resume, Exhibit 4 to this Joint Declaration.

14. Thomas O. Sinclair, the managing partner of Sinclair Law Firm since it was established in 2010, has obtained national recognition in his ERISA-focused practice. For over twenty years, Mr. Sinclair has focused his practice on ERISA claims in both class and individual actions, representing more than 100,000 ERISA claimants in states from Hawaii to New York, in the Middle East, and in Europe.

15. The firm resume for Sinclair Law Firm, which also reflects Mr. Sinclair's experience, is attached as Exhibit 5 to this Joint Declaration.

16. All proposed Class Counsel, both individually and their firms, are well positioned to assess the benefits of the proposed Settlement and do hereby fully endorse it.

17. We declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2026

By: /s/ W. Daniel "Dee" Miles, III
W. Daniel "Dee" Miles, III

By: /s/ Thomas O. Sinclair
Thomas O. Sinclair

# Exhibit 1

# beasley allen

LAW FIRM






Since 1979, Beasley Allen has been committed to "helping those who need it most." Our attorneys have helped thousands of clients get the justice they desperately needed and deserved.






# About the Firm

# ABOUT THE FIRM:

In 1979, Jere Locke Beasley, former Alabama lieutenant governor, decided to leave politics and return to law practice. He founded what is known today as Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., or the Beasley Allen Law Firm.

For more than four decades, our firm has been at the forefront of driving positive change, keeping in line with Jere's unwavering mission of "helping those who need it most." With 100 attorneys and hundreds of support staff, we handle complex litigation cases in state and federal courts across the U.S.

***Helping those who need it most, since 1979***

Our cases have been featured in major national media outlets such as Time Magazine, Business Week and Forbes. We've represented clients testifying before U.S. congressional committees and have garnered over $32 billion in verdicts and settlements. With a commitment to justice and a passion for helping those harmed by the actions of others, Beasley Allen has become a trusted and respected leader in the legal community.






# Case History

## CASE HISTORY:

Beasley Allen's highly qualified attorneys and staff work tirelessly for clients throughout the country. We have a proven track record of successfully representing plaintiffs and claimants in various areas, including Business Litigation, Class Actions, Consumer Protection, Employment Law, Insurance Litigation, Qui Tam Litigation, Mass Torts, Personal Injury, Products Liability and Toxic Torts.

Our team has extensive experience handling complex litigation, attorney general litigation, qui tam litigation, class-action lawsuits and multi-district litigation throughout the U.S., including district and Federal courts.

***Our team has extensive experience in handling complex litigation***

We have played an integral role in consumer multi-district litigation in numerous cases, including those against Vioxx, BP, Toyota SUA, Blue Cross Blue Shield, VW, Chrysler Fiat and others. We have obtained billions in verdicts for our clients against some of this country's largest corporate wrongdoers, including AstraZeneca, GSK, Johnson & Johnson, Johnson & Johnson Consumer Companies, Inc., Imerys Talc America, Inc., Exxon and General Motors.




# Top Result Summary

# TOP RESULT SUMMARY:

Beasley Allen has a proven track record as lead or co-lead counsel in complex legal cases. We have achieved some of the largest verdicts and settlements in the country of their time in various categories. The firm has achieved successful client outcomes, resulting in numerous multi-million-dollar settlements and verdicts:

Average wholesale price litigation verdict, **$30,200,000**, in State of Mississippi v. Sandoz, Inc., filed in the Chancery Court of Rankin County, Mississippi, Case No. 09-00480, Judge Thomas L. Zebert (Dee Miles as Co-Lead Counsel);

Average wholesale price litigation verdict, **$30,262.052**, in State of Mississippi v. Watson Laboratories, Inc., et al., filed in the Chancery Court of Rankin County, Mississippi, Case Nos. 09-487, 09-488, and 09-455, Judge Thomas L. Zebert (Dee Miles as Co-Lead Counsel);

Hormone Therapy Litigation Verdict, **$5,100,100**, in Okuda v. Wyeth Pharmaceuticals, Inc., filed in the United States District Court of Utah, Northern Division, Case No. 1:04-cv-00080-DN, Judge David Nuffer;

Hormone Therapy Litigation Verdict, **$72,600,000**, in Elfont v. Wyeth Pharmaceuticals, Inc., et al., Mulderig v. Wyeth Pharmaceuticals, Inc., et al., Kalenkoski v. Wyeth Pharmaceuticals, Inc., et al., filed in the County of Philadelphia, Court of Common Pleas, Case Nos. July Term 2004, 00924, 00556, 00933, Judge Gary S. Glazer;

Largest average wholesale price litigation verdict, **$215,000,000**, in State of Alabama v. AstraZeneca, filed in the Circuit Court of Montgomery County, Alabama, Case No. cv-05-219.10, Judge Charles Price (Dee Miles as Co-Lead Counsel);

Largest predatory lending verdict in American history **$581,000,000**, in Barbara Carlisle v. whirlpool, filed in the Circuit Court of Hale County, Alabama, Case No. cv-97-068, Judge Marvin Wiggins;

Largest verdict against an oil company in American history, **$11,903,000,000**, in State of Alabama v. Exxon, filed in the Circuit Court of Montgomery County, Alabama, Case No. cv-99-2368, Judge Tracy S. McCooey;

# TOP RESULT SUMMARY:

Second largest average wholesale price litigation verdict, **$114,000,000**, in State of Alabama v. GlaxoSmithKline - Novartis, fi led in the Circuit Court of Montgomery County, Alabama, Case No. cv-05-219.52, Judge Charles Price (Dee Miles as Co-Lead Counsel);

Talcum Powder Litigation Verdict, **$55,000,000**, in Ristesund v. Johnson & Johnson, et al., filed in the Circuit Court of St. Louis City, Case No. 1422-CC03012-01, Judge Rex M. Burlison;

Talcum Powder Litigation Verdict, **$72,000,000**, in Fox v. Johnson & Johnson, et al., filed in the Circuit Court of St. Louis City, Case No. 1422-CC03012-01, Judge Rex M. Burlison;

Third largest average wholesale price litigation verdict, **$78,000,000**, in State of Alabama v. Sandoz, Inc., fi led in the Circuit Court of Montgomery County, Alabama, Case No. cv-05-219.65, Judge Charles Price (Dee Miles as Co-Lead Counsel);

Tolbert v. Monsanto, private environmental settlement, **$750,000,000**, filed in the United States District Court for the Northern District of Alabama, Civil Action No. cv-01-1407PWG-S, Judge Paul W. Greene; and

Siqueiros v. General Motors, LLC, largest auto defect class action verdict, **$102,600,000**, filed in United States District Court for the Northern District of California, Civil Action No. 3:16 cv-07244-emc.




# Lead / Co-Lead MDL & Class Actions

# LEAD /CO-LEAD MDL & CLASS ACTIONS:

Beasley Allen is one of the country's leading firms involved in complex civil litigation on behalf of claimants, having represented hundreds of thousands of people.

Attorneys from Beasley Allen have been selected by Federal Courts as lead counsel or co-lead counsel in the following complex multi-district and class actions litigations:

**In Re: AFLAC Inc. Data Breach Litigation**, United States District Court for the Middle District of Georgia (Columbus), Judge Clay D. Land, Civil Action No. 4:25-cv-00183-CDL (Larry Golston, Principal of Beasley Allen);

**In Re: Biomet M2a Magnum Hip Implant Products Liability Litigation,** United States District Court for the Northern District of Indiana, Judge Robert L. Miller, Jr., MDL No. 2391 (Navan Ward, Shareholder of Beasley Allen);

**Cohen v. Subaru Corporation et al.,** United States District Court of New Jersey, Judge Joseph R. Rodriguez, Case No. 1:20-cv-08442-JHR (Dee Miles, Shareholder of Beasley Allen);

**Hamid Bolooki et al., vs. Honda Motor Co. Ltd.et al.,** United States District Court, Central District of California, Judge Mark C. Scarsi, 2:22-cv-04252-MCS-SK (H. Clay Barnett, III, Principal of Beasley Allen);

**In Re: American General Life and Accident Insurance Company Industrial Life Insurance Litigation,** United States District Court for the District of South Carolina, Judge Cameron McGowan Currie, MDL No. 11429; (Dee Miles, Shareholder of Beasley Allen);

**In Re: ARC Airbag Inflators Products Liability Litigation,** United States District Court, Northern District of Georgia, Judge Eleanor L. Ross, 22-md-03051-ELR (Demet Basar, Principal of Beasley Allen);

**In Re: Dollar General Corp. Fair Labor Standards Acts Litigation,** United States District Court for the Northern District of Alabama, Western Division, Judge U.W. Clemon, MDL No. 1635; (Dee Miles, Shareholder of Beasley Allen);

# LEAD /CO-LEAD MDL & CLASS ACTIONS:

**In Re: Johnson & Johnson Aerosol Sunscreen Marketing, Sales Practices and Products Liability Litigation,** United States District Court for the Southern District of Florida, Judge Raag Singhal, MDL No. 3015 (Andy Birchfield and David Byrne, both Shareholders of Beasley Allen);

**In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation**, United States District Court for the District of New Jersey, Judge Freda L. Wolfson, MDL No. 2738 (Leigh O'Dell, Shareholder of Beasley Allen);

**In Re: Reciprocal of America (ROA) Sales Practices Litigation,** United States District Court for the Western District of Tennessee, Judge J. Daniel Breen, MDL No. 1551; (Dee Miles and Jere Beasley, both Shareholders in Beasley Allen);

**In Re: Rock 'N Play Sleeper Marketing, Sales Practices, and Products Liability Litigation,** United States District Court for the Western District of New York, Judge Geoffrey Crawford, MDL No.19-mc-2903 (Demet Basar, Principal of Beasley Allen);

**In Re: Social Media Cases,** JCCP No. 255, Judge Carolyn Kuhl, Department SS12, Los Angeles Superior Court, Lead Case 22STCV21355 (Joseph VanZandt, Principal of Beasley Allen);

**In Re: Vioxx Products Liability Litigation,** United States District Court for the Eastern District of Louisiana, Judge Eldon E. Fallon, MDL No. 1657; (Andy Birchfield, Shareholder of Beasley Allen);

**In Re: Xarelto (Rivaroxaban) Products Liability Litigation,** District of Louisiana, Judge Eldon E. Fallon, Eastern MDL No. 2592;

**Sharon Cheng, et al. v. Toyota Motor Corporation, et al.,** United States District Court, Eastern District of New York, Judge William F. Kuntz, II, 1:20-cv-00629-WFK-CLP (Dee Miles, Shareholder of Beasley Allen);

**Simerlein v. Toyota Motor Corporation et al.,** United States District Court District of Connecticut, Judge Victor Bolden, Case No. 3:17-cv-01091-VAB (Dee Miles, Shareholder of Beasley Allen);

**The K's Inc. v. Westchester Surplus Lines Insurance Company,** United States District Court, Northern District of Georgia, Judge William Ray, II, 1:20-cv-1724-WMR (Dee Miles, Shareholder of Beasley Allen);

## LEAD /CO-LEAD MDL & CLASS ACTIONS:

**Townsend Vance et al v. Mazda Motor of America, Inc. et al;** Central District of California; Case No. 8:21-cv-01890-CJC-KES (Dee Miles, Shareholder of Beasley Allen);

**Tucker Oliver, et al. v. Honda Mo-tor Company Limited, et al.,** United States District Court, Eastern District of Alabama, Judge Madeline Hughes Haikala, 5:20-cv-006666-MHH (Dee Miles, Shareholder of Beasley Allen); and

**Weidman et al v. Ford Motor Company,** United States District Court of the Eastern District of Michigan, Judge Gershwin A. Drain, 2:18-cv-12719 (Dee Miles, Shareholder of Beasley Allen).




# PEC / PSC
# MDL & Class Actions

## PEC / PSC MDL & CLASS ACTIONS

Beasley Allen has been appointed to the Plaintiff's Executive Committee and/or Steering Committee in many complex litigations. All of these multidistrict litigations and class actions involved multiple claims against multiple defendants, which required excellent organization and leadership from our attorneys.

Beasley Allen has been appointed to leadership committees in the following MDL and class actions litigations:

**In Re: Actos (Pioglitazone) Products Liability Litigation,** United States District Court for the Western District of Louisiana, Judge Rebecca F. Doherty, MDL No. 2299;

**In Re: American Medical Systems, Inc. Pelvic Repair Systems Products Liability Litigation,** United States District Court, Southern District of Ohio, Judge Joseph R. Goodwin, MDL No. 2325;

**In Re: Androgel Products Liability Litigation,** United States District Court for the Northern District of Illinois, Judge Matthew F. Kennelly, MDL No. 2545;

**In Re: Apple Inc. Device Performance Litigation,** United States District Court for the Northern District of California, Judge Edward J. Davila, MDL 2827;

**In Re: AT&T Inc Customer Data Security Breach Litigation,** United States District Court, Northern District of Texas, Judge Ada Brown, Case No. 3:24-cv-00757-E;

**In Re: Baby Food Products Liability Litigation,** United States District Court for the Northern District of California, Judge Jacqueline S. Corley, MDL 3101;

**In Re: Bextra/Celebrex, Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation,** United States District Court for the Northern District of California, Judge Charles R. Breyer, MDL No. 1699;

**In Re: Blue Cross Blue Shield Antitrust Litigation,** United States District Court for the Northern District of Alabama, Judge R. David Proctor, MDL No. 2406;

**In Re: Boston Scientific Corp. Pelvic Repair Systems Products Liability Litigation,** United States District Court, Southern District of West Virginia, Judge Joseph R. Goodwin, MDL No. 2326;

**In Re: C.R. Bard, Inc. Pelvic Repair Systems Products Liability Litigation,** United States District Court, Charleston Division, Judge Joseph R. Goodwin, MDL No. 2187;

**In Re: Camp Lejeune Water Litigation,** United States District Court for the Eastern District of North Carolina, Judge Robert B. Jones, Jr, Case No. 7:23-cv-897;

**In Re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation,** United States District Court for the Northern District of California, Judge Edward Chin, MDL No. 2777;

**In Re: Coloplast Corp. Pelvic Repair Systems Products Liability Litigation,** United States District Court, Charleston Division, Judge Joseph R. Goodwin, MDL No. 2387;

**In Re: Depuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation,** United States District Court for the Northern District of Ohio, Judge David A. Katz, MDL No. 2197;

**In Re: DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation,** United States District Court for the Northern District of Texas, Judge Ed Kinkeade, MDL No. 2244;

**In Re: Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation,** United States District Court, Charleston Division, Judge Joseph R. Goodwin, MDL No. 2327;

**In Re: Fosamax (Alendronate Sodium) Products Liability Litigation** (No. II), United States District Court District of New Jersey, Judge Garrett E. Brown, Jr., MDL No. 2243;

**In Re: Fosamax Products Liability Litigation,** United States District Court, Southern District of New York, Judge John F. Keenan, MDL No. 1789;

**In Re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation,** United States District Court, District of Massachusetts, Judge Douglas P. Woodlock, MDL No. 2428;

**In Re: Glucagon-like Peptide-1 Receptor Agonists (GLP-A RAS) Products Liability Litigation,** United States District Court for the Eastern District of Pennsylvania, Judge Gene E. K. Pratter, MDL No. 3094;

**In Re: Glucagon-like Peptide-1 Receptor Agonists (GLP-1-RAS) Non-Arteritic Anterior Ischemic Optic Neuropathy Products Liability Litigation,** United States District Court for the Eastern District of Pennsylvania, Judge Karen Spencer Marston, MDL No. 3163;

**In Re: Google Inc. Gmail Litigation,** United States District Court for the Northern District of California, San Jose Division, Judge Lucy H. Koh, MDL No. 2430;

**In Re: Hair Relaxer Marketing, Sales Practices, And Products Liability Litigation,** United States District Court for the Northern District of Illinois, Judge Mary M. Royland, MDL No. 3060;

**In Re: Invokana (Canagliflozin) Products Liability Litigation,** United States District Court District of New Jersey, Judge Lois H. Goodman, MDL No. 2750;

**In Re: JUUL Labs, Inc. Marketing, Sales Practices & Products Liability Litigation,** United States District Court for the Northern District of California, Judge William H. Orrick, MDL 2913;

**In Re: Lipitor (Atorvastatin Calcium)Marketing, Sales Practices and Products Liability Litigation,** United States District Court for the District of South Carolina, Judge Richard M. Gergel, MDL No. 2502;

**In Re: Mirena IUD Products Liability Litigation,** United States District Court, Southern District of New York, Judge Cathy Seibel, MDL No. 2434;

**In Re: Motor Fuel Temperature Sales Practices Litigation,** United States District Court for the Middle District of Kansas, Judge Kathryn Vratil, MDL No. 1840;

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,** United States District Court of the Eastern District of Louisiana, Judge Carl J. Barbier, MDL No. 2179;

**In Re: Paraquat Products Liability Litigation,** United States District Court for the Southern District of Illinois, Judge Nancy J. Rosenstengel, Case No. :21-md-03004-NJR;

**In Re PowerSchool Holdings, Inc., and PowerSchool Group, LLC Customer Data Security Breach Litigation**, United States District Court for the Southern District of California, Judge Roger T. Benitez, MDL No. 3:25-md-03149-BEN-MSB;

**In Re: Prempro Products Liability Litigation,** United States District Court, Eastern District of Arkansas, Western Division, Judge Billy Roy Wilson, MDL No. 1507;

**In Re: Proton-Pump Inhibitor Products Liability Litigation,** United States District Court District of New Jersey, Judge Claire C. Cecchi, MDL No. 2789;

**In Re: Robinhood Outage Litigation,** United States District Court for the Northern District of California, Judge James Donato, Case No. 20-cv-01626-JD;

**In Re: Social Media Adolescent Addiction/Personal Injury Product Liability Litigation,** Civil Action No. :22-md-03047-YGR, MDL No. 3047;

**In Re: Stryker Rejuvenate & ABG II Modular Hip Implant Litigation,** Superior Court of New Jersey Law Division: Bergen County, Judge Rachelle Harz, Case No. 296 Master Docket No. BER-L-936-13-MCL;

**In Re: Takata Airbag Products Liability Litigation,** United States District Court for the Southern District of Florida, Judge Federico A. Moreno, MDL No. 2599, serving on a discovery committee responsible for two Auto Manufacturer's discovery;

**In Re: Target Corporation Custom-er Data Security Breach Litigation,** United States District Court for the District of Minnesota, Judge Paul A. Magnuson, MDL No. 2522;

**In Re: The Home Depot, Inc., Customer Data Security Breach Litigation,** United States District Court for the Northern District of Georgia, Judge, Thomas W. Thrash, Jr., MDL No. 2583;

**In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation,** United States District Court for the Central District of California, Judge James Selna, MDL No. 2151;

**In Re: Vioxx Products Liability Litigation,** United States District Court for the Eastern District of Louisiana, Judge Eldon E. Fallon, MDL No. 1657;

**In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,** California Northern District (San Francisco), Hon. Charles R. Breyer, Case No. 3:15-md-02672-CRB;

**In Re: Xarelto (Rivaroxaban) Products Liability Litigation,** District of Louisiana, Judge Eldon E. Fallon, Eastern MDL No. 2592;

**In Re: Zantac (Ranitidine) Products Liability Litigation,** United States District Court for the Southern District of Florida, Judge Robin L. Rosenberg, MDL No. 2924;

**In Re: ZF-TRW Airbag Control Units Products Liability Litigation,** United States District Court Central District of California, Judge John A. Kronstadt, MDL No. 2905; and

**In Re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation,** United States District Court for the Eastern District of Pennsylvania, Judge Cynthia M. Rufe, MDL No. 2342.




# Attorney General Litigation

# ATTORNEY GENERAL LITIGATION:

Beasley Allen is a proven leader in Attorney General Litigation on a national level. We have provided legal representation to several states, including Alabama, Alaska, Georgia, Hawaii, Kansas, Kentucky, Louisiana, Mississippi, South Carolina, Utah and West Virginia. The firm has also confidentially investigated matters for other attorneys general.

Our experience in these complex legal cases involves conducting thorough investigations to determine if litigation is necessary, providing counsel to the states on whether to pursue legal action, managing all aspects of litigation once it is filed, negotiating the Attorney General's claims during settlement discussions, and presenting the case in court before a judge and jury and even handling the case on appeal.

## *Our firm has recovered billions of dollars for multiple states*

We have a track record of recovering billions of dollars for various states, with over $1.5 billion related to state funds. We specialize in representing states and attorneys general in various litigation cases, including cases related to Medicaid fraud, antitrust, consumer protection violations, false claims, fraud, unjust enrichment, false advertising, negligence, breach of contract, nuisance abatement and unfair and deceptive trade practices.

We have handled cases involving fraudulent pricing of prescription drugs on behalf of eight states with Average Wholesale Price issues, represented four states against McKesson Corporation for its fraudulent and unfair practices involving prescription drugs, represented two states in the Fresenius litigation case involving the medical device GranuFlo, and tackled the Unapproved Drugs litigations on behalf of two states concerning the states' reimbursement of drugs with fraudulently obtained Medicaid reimbursement approval status. Additionally, we have dealt with the Usual and Customary litigations regarding the false reporting of pharmacy price lists by the nation's largest chain pharmacies, the Actos litigation, and conducted many other investigations related to consumer protection issues, and states claims against opioid defendants, the manufacture, marketing, pricing, and sale of pharmaceuticals, pharmaceutical devices, and the general provision of goods and services in the healthcare industry.

# ATTORNEY GENERAL LITIGATION:

Beasley Allen attorneys were lead counsel in the following Attorney General cases:

**In Re: Alabama Medicaid Pharmaceutical Average Wholesale Price Litigation;** filed in the Circuit Court of Montgomery, Alabama, Master Docket No. cv-2005-219, Judge Charles Price;

**State of Alabama, ex. rel. Luther Strange, Attorney General v. BP, PLC., et al.,** MDL No. 2179, E.D. La., Judge Carl Barbier;

**State of Alabama v. Purdue Pharma, LP, et al.,** Civil Action No. 03-cv-2019-901174, Circuit Court of Montgomery County, Alabama, Judge J.R. Gaines;

**State of Alabama v. TikTok, Inc. et al,** Civil Action No. 03-CV-2025-900628.00, Circuit Court of Montgomery County, Alabama, Judge Monet Gaines;

**State of Alabama, ex. rel. Troy King, Attorney General v. Transocean, Ltd., et al.,** Civil Action No. 2:10-cv-691-MHT-CSC, Middle District of Alabama, Northern Division, Judge Myron H. Thompson;

**In Re: The Attorney General's Investigation**, AGO Case No. AN2014103885, Alaska Pay-for-Delay Antitrust Investigation;

**State of Alaska v. Alpharma Branded Products Division, Inc., et al.,**
Case No.: 3AN-06-12026, Superior Court for the State of Alaska, Third Judicial District at Anchorage, Judge William F. Morse;

**State of Alaska v. McKesson Corporation and First DataBank, Inc.,**
Case No. 3AN-10-11348-CI, Superior Court for the State of Alaska, Third Judicial Circuit of Anchorage, Judge Peter A. Michalski;

**State of Georgia v. Purdue Pharma, et al.,** Civil Action No. 19-A-00060-2, Superior Court of Gwinnett County, Georgia, Judge Tracie H. Cason;

**State of Hawaii, ex rel. v. Abbott Laboratories, Inc., et al.,**
Civil Action No. 06-1-0720-04, State of Hawaii, First Circuit, Judge Eden Elizabeth Hifo;

**State of Hawaii, ex rel. v. McKesson Corporation, et al.,**
Civil Action No. 10-1-2411-11, State of Hawaii, First Circuit, Judge Gary W. B. Chang;

## ATTORNEY GENERAL LITIGATION:

**State of Kansas, ex rel. v. McKesson Corporation, et al.,** Case No. 10-cv-1491, Division 2, District Court of Wyandotte County, Kansas, Judge Constance Alvey;

**In Re: Kansas Medicaid Pharmaceutical Average Wholesale Price Litigation** filed in the District Court of Wyandotte County, Kansas, Master Docket No. MV-2008-0668, Division 7, Judge George A. Groneman;

**Commonwealth of Kentucky. v. Fresenius Medical Care Holdings, Inc.,** et al., Civil Action No. 16-CI-00946, Franklin Circuit Court, Div. 2, Judge Thomas D. Wingate;

**State of Louisiana v. Abbott Laboratories, Inc., et al,** Suit No. 624, 522, Sec. 6; Parish of East Baton Rouge, Judge Donald R. Johnson;

**State of Louisiana v. Abbott Laboratories, Inc., et al.,** Docket No. 596164,Sec. 25, 19th Judicial District Court, Parish of East Baton Rouge, Judge Wilson Fields;

**State of Louisiana v. McKesson Corporation,** Docket No. 597634, Sec. 25,19th Judicial District Court, Parish of East Baton Rouge, Judge Wilson Fields;

**State of Louisiana v. Pfizer, Inc., et al.,** Docket No. 625543, Sec. 24, 19th Judicial District Court, Parish of East Baton Rouge, Judge R. Michael Caldwell;

**State of Louisiana, ex rel. v. Fresenius Medical Care Holdings, Inc.,** et al., Suit No. 631,586, Div. "D"; 19th JDC; Parish of East Baton Rouge, Judge Janice Clark;

**State of Louisiana, et al. v. Molina Healthcare, Inc., et al.,** fi led in 19th Judicial District Court, Parish of East Baton Rouge, Suit No. 631612, Judge Janice Clark;

**State of Louisiana, et al. v. Takeda Pharmaceuticals America, Inc.,** et al., filed in 19th Judicial District Court, Parish of East Baton Rouge, Suit No. 637447, Judge R. Michael Caldwell;

**State of Mississippi v. Actavis Pharma, Inc., et al.,** Civil Action No. 17-cv-000306, Hinds County Chancery Court, District 1, Judge Patricia D. Wise;

**State of Mississippi v. Barr Laboratories, Inc., et al.,** Civil Action No. 17-cv-000304, Hinds County Chancery Court, District 1, Judge J. Dewayne Thomas;

## ATTORNEY GENERAL LITIGATION:

**State of Mississippi v. Camline, L.L.C. (f/k/a Pamlab, L.L.C.),** Civil Action No. 17-cv-000307, Hinds County Chancery Court, District 1, Judge J. Dewayne Thomas;

**State of Mississippi v. E. Claiborne Robins Company, Inc., et al.,** Civil Action No. 17-cv-000305, Hinds County Chancery Court, District 1, Judge Denise Owens;

**State of Mississippi v. Endo Pharmaceuticals, Inc.,** Civil Action No. 17-cv-000309, Hinds County Chancery Court, District 1, Judge J. Dewayne Thomas;

**State of Mississippi v. United Research Laboratories, Inc., et al.,** Civil Action No. 17-cv-000308, Hinds County Chancery Court, District 1, Judge Denise Owens;

**State of Mississippi v. CVS Health Corporation, et al.,** DeSoto County, Third Chancery District, Trial Court No. 16-cv-01392, Judge Mitchell M. Lundy, Jr.;

**In Re: Mississippi Medicaid Pharmaceutical Average Wholesale Price Litigation,** filed in the Chancery Court of Rankin County, Mississippi, Master Docket No. 09-444, Judge W. Hollis McGehee;

**State of Mississippi v. Fred's, Inc., et al.,** DeSoto County, Third Chancery District, Trial Court No. 16-cv-01389, Judge Mitchell M. Lundy, Jr.;

**State of Mississippi v. Rite Aid Corporation, et al.,** DeSoto County, Third Chancery District, Trial Court No. 16-cv-01390, Judge Percy L. Lynchard, Jr.;

**State of Mississippi v. Walgreen Co., et al.,** DeSoto County, Third Chancery District, Trial Court No. 16-cv-01391,Judge Mitchell M. Lundy, Jr.;

**State of South Carolina v. Abbott Laboratories, Inc., et al.,** In Re: South Carolina Pharmaceutical Pricing Litigation, Master Caption Number: 2006-CP-40-4394, State of South Carolina, County of Richland, Fifth Judicial Circuit, Judge Cordell Maddox, Jr.;

**State of West Virginia v. Merck-Med-co,** Civil Action No. 02-C-2944, Circuit Court of Kanawha County, West Virginia, Judge Jennifer F. Bailey;

## ATTORNEY GENERAL LITIGATION:

**State of Utah v. Abbott Laboratories, et al.,** filed in the Third Judicial District Court of Salt Lake City, Utah, Case No. 07-0915690, Judge Robert Hilder;

**State of Utah v. Actavis US, et al.,** filed in Third Judicial District Court of Salt Lake City, Utah, Case No. 07-0913717, Judge Kate A. Toomey; and

**State of Utah v. Apotex Corporation, et al.,** filed in the Third Judicial District Court of Salt Lake City, Utah, Case No. 08-0907678, Judge Tyrone Medley.




# Practices:
# Class Actions

# PRACTICES: CLASS ACTIONS

Beasley Allen is also a leader in complex class action litigation. We have successfully brought several class actions, some transferred to multidistrict litigation filed in federal and state courts.

**Ace Tree Surgery, Inc. v. Terex Corporation, et al.,** Case No.1:16-cv-00775-SCJD (Northern District of Georgia, filed July 22, 2015);

**In Re: AT&T Inc Customer Data Security Breach Litigation,** United States District Court, Northern District of Texas, Judge Ada Brown, Case No. 3:24-cv-00757-E;

**Brian Fisher, et al v. FCA US, LLC;** Case No 2:23-cv-10426-MFL-EAS (Eastern District of Michigan, Filed February 17, 2023);

**Coates v. MidFirst Bank,** 2:14-cv-01079 (Northern District of Alabama, certified July 29, 2015);

**Danny Thomas, et al. v. Southern Pioneer Life Insurance Company**, No. CIV-2009-257JF, in the Circuit Court of Greene County, State of Arkansas;

**Dickman, et al. v. Banner Life Insurance Company, et al.,** Case No. 1:16-cv-00192-WMN (District of Maryland, filed January 19, 2016);

**Dolores Dillon v. MS Life Insurance Company n/k/a American Bankers Life Assurance Company of Florida,** No. 03-cv-2008-900291, in the Circuit Court of Montgomery County, Alabama;

**Estrada v. Johnson & Johnson, et al.,** Case No. 2:14-cv-01051-TLN-KJN (Eastern District of Alabama, filed April 28, 2014);

**In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,** 3:15-md-02672 (Northern District of California, settlements approved October 25, 2016, and May 17, 2017);

**In Re: Apple Inc. Device Performance Litigation,** Case No. 5:18-md-02827-EJD (Northern District of California, filed April 5, 2018);

**In Re: ARC Airbag Inflators Products Liability Litigation,** 22-md-03051-ELR (Northern District of Georgia);

**In Re: Domestic Airline Travel Antitrust Litigation,** Case No. 1:15-mc-01404-CKK (District Court for the District of Columbia, filed October 13, 2015);

**In Re: Facebook, Inc., Consumer Privacy User Profile Litigation,** Case No. 5-18-md-02827-EJD (Northern District of California, filed June 6, 2018);

**In Re: German Automotive Manufacturers Antitrust Litigation,** Case No.:17-md-02796-CRB (Northern District of California, filed October 5, 2017);

**In re: Nissan North America, Inc. Litigation;** Case 3:19-cv-00843; (Middle District of Tennessee, filed December 31, 2018);

**In Re: Takata Airbag Products Liability Litigation,** 1:15-md-02599 (Southern District of Florida);

**In Re: The Home Depot, Inc., Customer Data Security Breach Litigation,** Case No. Case 1:14-md-02583-TWT (Northern District of Georgia, filed November 13, 2014);

**Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation,** Case No. 3:18-md-02828 (District of Oregon, filed April 5, 2018);

**Jason Compton et al v. General Motors, LLC,** Case No. 1:19-cv-00033-MW-GRJ (Northern District of Florida, filed February 21, 2019);

**Johnson v. General Motors LLC;** Case no. 2:22-cv-11548-DPH-APP; (Eastern District of Michigan, Filed: July 08, 2022);

**Kerkorian et al v. Nissan North America, Inc.,** Case No. 18-cv-07815-DMR (Northern District of California, filed December 31,2018);

**Larry Clairday, et al. v. Tire Kingdom, Inc., et al.,** No. 2007-cv-020 (Southern District of Georgia);

**Lesley S. Rich, et al. v. William Penn Life Insurance Company of New York,** Case No. 1:17-cv-02026-GLR (District of Maryland, filed July 20, 2017);

**Lisa White v. FCA US, LLC;** Case No. 5:21-cv-11696-JEL-DRG (Eastern District of Michigan, filed: July 21, 2021);

**Milstead v. General Motors LLC et al;** Judge Jon S. Tigar, Case No. 4:21-cv-0633 8-JST (Northern District of California (Oakland), Filed: August 17,2021;

**Raul Siqueiros v. General Motors LLC,** Case No. 3:16-cv-07244-EMC (Central District of California, filed December 19, 2016);

**Rose v. Ferrari North America, Inc., et al;** Case No: 2:21-cv-20772-JMV-CLW (District of New Jersey, Filed: December 30, 2021);

**Scott Peckerar et al. v. General Mo-tors, LLC,** Case No. 5:18-cv-02153-DMG-SP (Central District of California, filed December 9, 2018);

**Sigfredo Rubio et al., vs. ZF-TRW Automotive Holdings Corp., et al.,** Case No. 2:19-cv-11295-LVP-RSW (Eastern District of Michigan., filed May 3, 2019);

**Thondukolam et al., vs. Corteva, Inc., et al.,** Case No. 4:19-cv-03857 (Northern District of California, filed July 3, 2019);

**Vivian Farris, et al. v. U.S. Financial Life Insurance Company,** Case No. 1:17-cv-417 (Southern District of Ohio, filed June 19, 2017);

**Walls v. JP Morgan Chase Bank, N.A.,** 3:11-cv-00673 (Western District of Kentucky, certified October 13, 2016);

**Weidman, et al. v. Ford Motor Co.,** Case No. 2:18-cv-12719 (Eastern District of Michigan, filed August 30, 2018); and

**Wimbreth Chism, et al. v. The Pantry,** Inc. d/b/a Kangaroo Express, No. 7:09-cv-02194-LSC (Northern District of Alabama).




# Qui Tam Litigation

# QUI TAM LITIGATION

Beasley Allen's qui tam cases involve various complex legal issues, such as violations of the Anti-Kickback Statute, Stark Law, Medicare/Medicaid fraud, military contractor fraud, abuse of Title IV funds, federal grant fraud and government contracting malfeasance.

Beasley Allen specializes in qui tam litigation. For example, our firm settled a significant qui tam case against U.S. Investigations Services, Inc. (USIS), a private government contractor, for $30 million in collaboration with the U.S. Department of Justice (DOJ). The case is United States ex rel. Blake Percival v. U.S. Investigations Services, Inc., Civil Action No. 2:11-cv-527-WKW, (M.D. Ala.).

***Beasley Allen is also a leader in complex class action litigation.***

In another case, Beasley Allen represented one of six whistleblowers responsible for a $39 million settlement in a False Claims Act case. The case, United States, et al., ex rel. Jada Bozeman v. Daiichi-Sankyo Company, Civil Action No. 14-cv-11606-FDS, alleged illegal kickbacks and off-label marketing against Daiichi-Sankyo Company, Ltd.




# Firm Resource Summary

# FIRM RESOURCE SUMMARY

Beasley Allen's primary offices are located in Atlanta, Georgia; Mobile, Alabama; and Montgomery, Alabama, although our firm has attorneys and clients throughout the country. We have over one hundred attorneys nationwide and over double the amount of support staff. In addition to our litigation teams, Beasley Allen maintains a full-time information technology department and a marketing department, allowing our attorneys to present cases for our clients at hearings and trials with help from the latest technology. This keeps our firm at the forefront of multi-media and case management.

We advocate for better business practices, resulting in positive outcomes for clients and communities. This has led to significant benefits for Americans in the workplace, the automotive industry, healthcare, consumers and the use of daily products.

For more information on our cases, consumer safety topics and original interviews with our attorneys and clients, please visit our website, BeasleyAllen.com.



# Exhibit 2

beasley allen
LAW FIRM

# Dee Miles

Principal, Consumer Fraud Section Head

Dee Miles joined Beasley Allen Law Firm in 1991 and has not only been a pioneer of consumer fraud and commercial litigation nationwide, but he has also demonstrated great leadership resulting in the firm's numerous record-setting verdicts for clients in many areas of law.
In addition to representing clients in litigation, Dee manages the entire Consumer Fraud / Commercial Litigation Section of the firm and is involved in every case.

After Dee graduated from the University of Alabama at Birmingham, he served as a corporate internal auditor for Amsouth Bancorporation (now "Regions Bank") from 1985-1986. Dee then entered Cumberland School of Law where he was chosen to study "Comparative International Law" at the University Heidelberg in Heidelberg, Germany in 1988.

Upon graduation from law school, Dee served as a law clerk to the Honorable John M. Patterson, Judge of the Alabama Court of Criminal Appeals from 1989-1990. Dee was then asked to serve as a staff attorney for the Alabama Supreme Court under Justice Henry Steagall from 1990-1991

## Professional Associations

Dee is presently a sustaining member and Executive Committee member for the Alabama Association for Justice and past president of the Montgomery Trial Lawyers Association. He is also an active member of the Trial Lawyers for Public Justice.

Dee has been appointed by the dean of Samford University's Cumberland School of Law to serve on the Advisory Board of the law school since 2006 and is a past president.
Dee has been appointed to the Product Liability Editorial Advisory Board for the legal news publication Law360 annually since 2018.

## Awards and Recognitions

A Martindale Hubbel AV rated attorney, Dee has been named in the "Who's Who" of lawyers by the Heritage Registry; named to the Lawdragon 500 Leading Plaintiff Consumer Lawyers, which is the 500 best attorneys across the nation in this category; selected annually to the "Best Lawyers in America" list; selected by Alabama Best Lawyers 2015; selected to Alabama (Midsouth) Super Lawyers and Super Lawyers for consecutive years; and was featured on the cover of–and in a feature for–Super Lawyers magazine in 2013.

He was honored by Beasley Allen's lawyers as "Litigator of the Year" in 2008. Dee also was selected as a "2013 Top Rated Lawyer in Commercial Litigation" by Martindale Hubbell and American Lawyer Media, and was featured in The American Lawyer, and Corporate Counsel magazine. Dee and the firm were named "Boss of the Year" by the Montgomery Association of Legal Secretaries.

Dee, along with Beasley Allen principal & founder Jere L. Beasley, was recognized by Business Alabama magazine on its 2012 list of the 10 largest Alabama jury awards in the past five years, for their work on the AWP/Medicaid Fraud litigation. The litigation also was spotlighted by the National Law Journal as part of its 2014 Plaintiffs' Hot List, in particular the Mississippi Average Wholesale Pricing ruling against Watson Pharmaceuticals.

The case was one of about 360 the firm has pursued nationwide involving allegations that drug companies manipulated prices and overcharged Medicaid programs. The firm has recovered more than $1.3 billion for eight states' attorneys general in the fraudulent pharmaceutical pricing scheme.



## CONTACT INFO

Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104
Dee.Miles@beasleyallen.com
800-898-2034

## EDUCATION

- Samford University Cumberland School of Law (J.D., 1989)
- University of Alabama at Birmingham (B.S., 1985)

## LICENSES

- Alabama (1990)

## COURT ADMISSIONS

- U.S. District Court
  - -Middle District of Alabama (1991)
  - -Southern District of Alabama (1992)
  - -Northern District of Alabama (1992)
  - -Eastern District of Wisconsin (2020)
- U.S. Court of Appeals
  - -Eleventh Circuit (1992)
  - -Fourth Circuit (2020)

## MEMBERSHIPS

- Alabama Association for Justice
- Alabama State Bar
- American Bar Association
- Law360 Product Liability Editorial Advisory Board (2018 – 2020)
- Montgomery County Bar Association
- Montgomery County Trial Lawyers Association
- National Trial Lawyers Association
- Public Justice Foundation
- The American Association for Justice

## Professional Associations

Dee is presently a sustaining member and Executive Committee member for the Alabama Association for Justice and past president of the Montgomery Trial Lawyers Association. He is also an active member of the Trial Lawyers for Public Justice.

Dee has been appointed by the dean of Samford University's Cumberland School of Law to serve on the Advisory Board of the law school since 2006 and is a past president.
Dee has been appointed to the Product Liability Editorial Advisory Board for the legal news publication Law360 annually since 2018.

## Publicity

Dee is a regular guest speaker at national, regional and state seminars, and he has authored numerous publications on consumer fraud and commercial litigation. He has been featured on The Today Show, NPR, CNN, USA Today, CBS, Fox News and other national news broadcasts and publications.

## Community Involvement

Dee is from Homewood, Alabama, where he met his wife, the former Sandra Turnblad, while attending Homewood High School. The two later married after they both graduated from college. Sandra and Dee have four children, two girls and two boys. They are active members of The Holy Spirit Catholic Church in Montgomery. The Roman Catholic Church has honored Dee and Sandra by inducting them into the Equestrian Order of the Holy Sepulchre of Jerusalem. The order is responsible for promoting Christianity within the Middle East and protecting the holy shrines in that region of the world. Dee was recently promoted to Knight Grand Cross of that charitable organization.

He is also a volunteer for the Montgomery County YMCA, and he has coached several sports teams. He has regularly raised funds for the Boy Scouts of America, Father Walter Memorial Child Care Center, Montgomery Catholic Schools, Catholic Social Services and several other charitable organizations.

Dee credits his success to his faith: "My daily goal is to serve the Lord by giving generous love to my family and hard work to our clients, in that order. Life is a constant balancing act, but if we know the priorities of the Lord first, then our families and our work third, we can achieve anything in life we seek."

## Notable Cases

**A Proven Leader**

Dee is a proven leader in complex litigation on a national level. He has been appointed by federal district judges to serve in a leadership role for the plaintiffs in numerous Multidistrict Litigations (MDLs) throughout the country, charged with the responsibility of coordinating the litigation for the entire country.

Most recently, Dee served as co-lead counsel for the team that secured a $287 million class settlement between Toyota and a 6.5-million-member class. The plaintiffs alleged that Toyota knowingly marketed and sold vehicles fitted with defective fuel pumps and failed to recall all affected Toyota and Lexus models and model years.

Dee also served as co-lead counsel for the team that secured a $28 million settlement agreement between US Financial Life Insurance Company and a class of nearly 12,000 policyholders. The class alleged the insurer improperly increased the cost of insurance (COI) charges on certain universal life products beginning in 2015.

## MEMBERSHIPS

- Alabama Association for Justice 1995-1996 Chairman of Young Lawyers Committee
- Alabama State Bar Lawyer Referral Board of Trustees 2001-2004
- American Association for Justice Litigation Support Groups for Sulzer, Meridia (Co-Chairman), Lotronex, Baycol, Daubert, Welding Rods, Zyprexa, Hormone Therapy, Heart Devices, COX II and Pain Pumps (Co-Chairman)
- American Association for Justice Product Liability Section
- American Association for Justice Section on Toxic, Environmental & Pharmaceutical Torts (S.T.E.P.)
- Federal Bar Association
- Montgomery County Bar Association
- Montgomery County Trial Lawyers Association

Further, Dee served as co-lead counsel for the team that secured a $38.2 million settlement with the named plaintiffs in two class actions and a settlement class consisting of more than 10,750 policyholders of Banner Life Insurance Co. and William Penn Life Insurance Co. universal life insurance policies. The plaintiffs alleged that the companies unjustifiably increased the cost of insurance charges on the policies. After the lone objector to the settlement appealed to the Fourth Circuit Court of Appeals, Dee co-led the team that successfully obtained a published opinion in which the Fourth Circuit, for the first time, clarified the burden when a class member objects to a settlement. Applying the standards to the settlement before it, the Fourth Circuit upheld the settlement as fair, reasonable, and adequate to all class members, notwithstanding the lone objector's arguments. The case is 1988 Tr. for Allen Child. Dated 8/8/88 v. Banner Life Ins. Co., 28 F.4th 513 (4th Cir. 2022).

Additionally, Dee has served in leadership roles on other cases such as the VW "Clean Diesel" Marketing, Sales Practices and Product Litigation MDL, Chrysler- Dodge- Fiat Ecodiesel Marketing Sales Practices, Toyota sudden unintended acceleration MDL, Target Data Breach MDL, the Home Depot Data Breach MDL, the Blue Cross Blue Shield Antitrust MDL and the Takata airbag MDL, to name a few.

**Defective Airbag Litigation**

Dee also regularly represents States Attorney Generals in various states throughout the country on a variety of litigation. Most recently, Dee was appointed to the Plaintiffs Steering Committee (PSC) for the MDL regarding auto supplier ZF TRW Automotive and its defective airbags. The malfunctioning airbags are linked to at least eight deaths. The cases' origins show noticeable similarities to earlier cases involving defective airbags manufactured by Takata. More than 12 million vehicles by multiple manufacturers are involved.

**Medicaid Fraud & Insurance Litigation**

Dee has settled thousands of cases for clients over the years with settlement value of almost $19 billion. He has in the past and is currently spearheading national global settlements for state attorneys general in various types of litigation, having so far recovered nearly $1 billion in settlement funds for the states' Medicaid agencies. Most recently, Dee worked with the Kentucky Attorney General's office and helped secure a $10.3 million settlement in its case against Fresenius Medical Care Holdings Inc., a Massachusetts-based dialysis company for Medicaid fraud.

He has worked as co-lead counsel in American General race-based premium multi-district litigation pending in Columbia, South Carolina, co-lead counsel in the GenRe Market Conduct MDL in the United States District Court for the Western Division of Tennessee, and lead counsel in the Average Wholesale Price Litigation in:

- State of Alabama v. Abbott (73 pharmaceutical companies);
- State of Mississippi v. Abbott (86 pharmaceutical companies);
- State of Louisiana v. Abbott (108 pharmaceutical companies);
- State of South Carolina v. Abbott (18 pharmaceutical companies);
- State of Kansas v. Abbott (33 pharmaceutical companies);
- State of Utah v. Abbott (43 pharmaceutical companies);
- State of Hawaii v. Abbott (44 pharmaceutical companies);
- and State of Alaska v. Abbott (34 pharmaceutical companies).
- The AWP cases led to the "McKesson Litigation" in which Dee served as lead counsel in: State of Louisiana v. McKesson; State of Kansas v. McKesson; State of Hawaii v. McKesson and State of Alaska v. McKesson.

## RECOGNITION & AWARDS

- Lawdragon 500 Leading Plaintiff Consumer Lawyers
- Midsouth Super Lawyers
- AV Rated
- Best Lawyers
- Alabama Best Lawyers 2012
- Who's Who of Lawyers
- Beasley Allen Litigator of the Year 2008
- Business Alabama Magazine – Top 10 Largest Jury Verdict Awards

**Multimillion Dollar Verdicts**

He has served as lead and co-lead counsel in numerous cases resulting in multi-million-dollar verdicts, including:

- State of Alabama v. AstraZeneca, $215 million for the State;
- State of Alabama v. GlaxoSmithKline, $81 million verdict for the State;
- State of Alabama v. Sandoz, $78 million verdict for the State;
- State of Mississippi v. Sandoz, $38.2 million verdict for the State;
- State of Mississippi v. Watson, $30.2 million verdict for the State;
- State of Alabama v. Novartis, $33 million verdict for the State;
- Barron v. Alfa, $15 million jury verdict;
- Wooten v. Horace Mann Ins. Company, $12.4 million verdict;
- Spann v. Life of Georgia, $2.1 million jury verdict;
- Knox v. Alfa, $1.9 million verdict;
- Sewell v. Alfa, $850,000 verdict;
- and Hudson v. Alfa, $500,000 verdict.

**Whistleblower Litigation**

An important area of the firm's Fraud Section work is whistleblower litigation. Under the whistleblower provisions of the False Claims Act, the whistleblower is entitled to receive up to 30 percent of any money the government recovers. This is both an incentive and a reward for the tremendous sacrifices – both personal and professional – whistleblowers often make by reporting the truth.

Dee recently helped to secure a $30 million settlement agreement in cooperation with the U.S. Department of Justice (DOJ) to settle whistleblower allegations that private contractor U.S. Investigations Services Inc. (USIS), formerly the Federal Government's largest provider of security background checks, violated the False Claims Act (FCA).

Dee represented former USIS employee Blake Percival, who filed a whistleblower complaint in 2011 alleging USIS violated the FCA in performing a contract with the Office of Personnel Management (OPM) to perform background investigations of federal employees and those applying for federal service. USIS acknowledged that it was hired by the U.S. Government to conduct background checks for Edward Snowden, who leaked NSA surveillance documents to the public.

USIS also performed the security background check for Aaron Alexis, a technology contractor who shot 12 people to death at the Washington Navy Yard in 2013. The Snowden and Alexis cases drew the USIS's work, or lack thereof, into the spotlight and underscored Mr. Percival's allegations.

**Other Litigation**

Dee has also pursued settlements for individual plaintiffs against this country's top Fortune 500 companies. Most of these individual settlements involve confidentiality and cannot be discussed publicly, but Dee's leadership in the consumer fraud / commercial litigation areas of law is unprecedented.

# Exhibit 3

beasley allen LAW FIRM

# Rebecca Gilliland

Principal, Business Litigation & Consumer Protection

Rebecca joined Beasley Allen Law Firm as a clerk in November 2010 and as an attorney in November 2012. In 2017, though, she moved home to Pensacola to be closer to family. She has happily returned to Beasley Allen and is working in the Mobile office. Rebecca is currently working in the firm's Consumer Fraud Section where she previously worked on cases related to Average Wholesale Pricing (AWP) / Medicaid Fraud litigation, which sought to recover millions of dollars lost by state Medicaid agencies as a result of fraudulent price reporting by the nation's largest drug manufacturers. Since the beginning of the AWP and McKesson litigations, Beasley Allen has recovered more than a billion dollars for the states it represents and has made a tremendous positive impact on state agencies throughout the country.

Rebecca has been involved in litigation in multiple states that seeks to recover money on behalf of the states that paid for pharmaceutical products and devices as a result of fraudulent and deceptive acts against the states. Rebecca also is currently involved in several class actions, including working with our auto-defect team.

Additionally, Rebecca is working on cases involving Blue Cross and Blue Shield (BCBS) antitrust multidistrict litigation (MDL). The BCBS antitrust MDL, currently pending in the Northern District of Alabama, is a broad-sweeping group of claims against the insurance giant that is divided into two tracks, one for subscribers and one for providers. Beasley Allen is working on the provider track. The BCBS organization is comprised of separate companies that cover different geographical regions of the country. The lawsuit claims those individual companies agreed amongst themselves to stay out of other geographic regions. For example, BCBS of Alabama and BCBS of Mississippi agreed not to compete with each other for providers (hospitals and physicians) or subscribers (individual and group policyholders). Normally, competition in a certain area drives costs down, with each company trying to be the lowest available. Absent competition, the companies were able to set prices for both reimbursement and premiums at any price they chose. This litigation seeks to hold the BCBS entities accountable for their anticompetitive agreements.

Rebecca has previously worked in the firm's Mass Torts Section, where she focused on Hormone Replacement Therapy (HRT) litigation. Hormone Replacement Therapy, including drugs such as Premarin, Prempro and Provera, was prescribed to treat the symptoms of menopause until 2002, when a comprehensive women's health study was halted as a result of increasing incidents of breast cancer. The drugs also were promoted for off-label uses, including prevention of cardiovascular disease and Alzheimer's disease. Additionally, after moving to Pensacola, Rebecca also worked on Roundup, Xarelto, and Low-T cases as part of her MDL practice. With an LL.M. in Insurance Law, Rebecca also has extensive experience in various types of insurance litigation including employee benefits, ERISA, and non-ERISA insurance matters.



## CONTACT INFO

Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104
Rebecca.Gilliland@beasleyallen.com
800-898-2034

## EDUCATION

- University of Connecticut School of Law (LL.M., Insurance Law, with honors, 2018)
- Faulkner University Thomas Goode Jones School of Law (J.D., *magna cum laude*, 2012)
- University of West Florida (B.A., 2007)

## LICENSES

- Alabama (2012)
- Florida (2018)

## COURT ADMISSIONS

- U.S. District Court
  - -Alabama Middle District (2012)
  - -Alabama Northern District (2013)
  - -Florida Middle District (2021)
  - -Florida Northern District (2020)
  - -Michigan Eastern District (2021)
  - -Colorado (2023)
- U.S. Court of Appeals
  - -Eleventh Circuit (2023)
- U.S. Supreme Court (2016)

## MEMBERSHIPS

- Alabama State Bar
- Baldwin County Bar Association
- Escambia-Santa Rosa Bar Association
  - - President
  - -Executive Committee
  - -CLE Chair
- Florida State Bar
- Mobile Bar Association
  - -Women Lawyers Section

## RECOGNITION & AWARDS

- National Trial Lawyers Top 40 under 40 (2018)

Rebecca also is a violinist and violist in her free time and recently performed with the New England Symphonic Ensemble in Carnegie Hall. She is married to Keith Gilliland, and they make their home in Spanish Fort, Alabama. They have four children, so they stay pretty busy with various activities. Prior to becoming a lawyer, Rebecca was a Marine and trained in celestial navigation, flying on C-130s.

## Professional Associations

Rebecca is a member of the Alabama State Bar, Florida State Bar, and Baldwin County Bar Association. She is also a member of the Mobile Bar Association and its Women Lawyers Section. Rebecca currently serves as President of the Escambia-Santa Rosa Bar Association.

## Awards and Recognition

In 2018, she was honored by being selected to the National Trial Lawyers (NTL) Top 40 Under 40 list, a prestigious recognition awarded to a select group of lawyers for their exceptional skills and qualifications in the legal field.

## Education

Rebecca graduated from the University of West Florida in December 2007 with a B.A. in criminal justice. She attended Faulkner University's Thomas Goode Jones School of Law, earning her J.D. in May 2012, graduating magna cum laude. After law school, Rebecca earned an LL.M. in Insurance Law, with honors, from the University of Connecticut School of Law, in 2018.

During law school, she was on the Dean's List each semester, earned six best paper awards, and was on the editorial board for the Law Review. She won several advocacy awards, including best advocate in the preliminary rounds at National Moot Court Competition, the American College of Trial Lawyer's Award for Excellence, best petitioner brief at Mercer Moot Court Competition and second place best advocate at Mercer Moot Court Competition. She was also a national quarter-finalist for the New York rounds of the National Moot Court Competition and was August A. Rendigs National Products Liability Moot Court champion.

# Exhibit 4

beasley allen LAW FIRM

# Leon Hampton

Principal, Consumer Protection, Employment Law & Whistleblower

Leon Hampton, Jr. handles whistleblower, workers compensation, hostile workplace, bad faith insurance, and employment discrimination claims in our Consumer Fraud Section.

Since joining the firm in 2017, Leon has helped secure more than $440 million in settlement, verdicts, and judgments.

Leon is married to Dr. Tonquita K. Hampton and they have two children (a son and daughter). They attend First Baptist Church of Greater Washington Park, where Leon serves as a Senior Pastor




## CONTACT INFO

Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104
Leon.Hampton@beasleyallen.com
800-898-2034


## EDUCATION

- Samford University Cumberland School of Law (J.D. 2013)
- Alabama A&M University (B.S. 2010)

## LICENSES

- Alabama (2013)

## Notable Cases

**Whistleblower – Barry Taul & Alabama Organ Center**

In 2018, Leon was part of the trial team that recovered $14.7 million for a whistleblower in the Northern District of Alabama. Barry Taul (the whistleblower) uncovered and reported an illegal kickback and false billing scheme that defrauded the Alabama Organ Center and Medicare out of millions of dollars. While working for Abanks Mortuary & Crematory, Taul learned that his employer had an arrangement with the Alabama Organ Center to collect tissues for life-saving transplants and medical research prior to the deceased being cremated.

Abanks' owner Jed Nagel made illegal kickback payments to the executive director and assistant executive director at the Alabama Organ Center in exchange for a lucrative contract from the organization, which violated the federal False Claims Act and the Anti-Kickback Statute. After reporting the scheme, Taul suffered physical abuse at the hands of his employers, as well as death threats against him and his family. He was also disparaged and falsely maligned to future employers, resulting in him being wrongfully terminated from other positions.

Leon is currently on the trial team for several whistleblower cases throughout the United States.

**Workplace Injury – Leon Battle & Koch Foods**

Leon also served on the trial team that obtained a $1.9 million verdict on behalf of Leon Battle in Montgomery County, AL. Mr. Battle lost four fingers on his left hand while working to repair a hydraulic hose on a chicken dumper machine at Koch Foods in Montgomery, AL. Mr. Battle was terminated after his employer learned that he hired a lawyer to pursue worker's compensation benefits. Mr. Battle sued his employer under the Alabama Worker's Compensation Statue for retaliatory discharge and co-employee liability. Leon continues to prosecute claims under the Alabama Worker's Compensation Statute.

**Whistleblower- D'anna Nancy et al v. Capstone Medical Resources, LLC**

Our whistleblower team, led by Leon Hampton, secured a staggering $417 million judgment in a qui tam case presided over by Judge Madeline Haikala in the Northern District of Alabama. Nancy D'Anna and Valerie Paige Zeiger, acting as qui tam relators, filed a motion seeking damages from Capstone Medical Resources, LLC, and Dr. Sharon Waltz. They claimed that the defendants broke the law by submitting 29,511 false claims to the government, which led to a loss of $2,116,538.42. When this amount is tripled, it comes to $6,349,615.26.

## COURT ADMISSIONS

- U.S. District Court, Middle, Northern and Southern Districts of Alabama (2017)

## MEMBERSHIPS

- Alabama State Bar
  -Board of Bar Commissioners Member
  -Committee on Disciplinary Rules and Enforcement (2019-2020)
  -Ex Officio Executive Council member
  -Leadership Forum (Class 15)
- Cumberland School of Law Advisory Board
- Montgomery County Bar Association
- Hugh Maddox's Inn of Court
- Alabama Lawyer's Association (Past President)
- Capital City Bar Association (Executive Board Member)
- Alpha Phi Alpha Fraternity, Montgomery Chapter (Annual Martin Luther King Jr. Scholarship Breakfast, Committee Chair)
- Legal Services Alabama (Board of Directors)
- Salvation Army (Board of Directors)
- Mercy House (Board of Directors)
- Mentors of Montgomery (Board of Directors)

## RECOGNITION & AWARDS

- 2026 Lawdragon 500 Leading Plaintiff Consumer Lawyers
- 2026 edition of the Best Lawyers: Ones to Watch® in America
- Lawdragon's 500 Leading Plaintiff Financial Lawyers
- Lawdragon's 500 Leading Civil Rights and Plaintiff Employment Lawyers
- Lawdragon 500 X – The Next Generation (2023, 2024)
- Midsouth Super Lawyers "Rising Stars"
- Chad Steward Award (2023)
- Alabama State Bar Award of Merit (2022)
- Alabama Lawyer's Association Board Member of the Year (2017)

## Professional Associations

Leon is active in state and local bar associations throughout the state. He is also heavily involved in the River Region community. Leon was the 2020-2021 President of the Alabama Lawyers Association, the oldest and largest minority bar association in the state of Alabama. Beginning in 2021, Leon was selected to serve as a commissioner for the Alabama State Bar. The Board of Bar Commissioners is the governing and policy-making body of the Alabama State Bar. Commissioner terms are three years.

Additionally, Leon serves on the Board of Directors for Legal Services of Alabama, Salvation Army, the Mercy House, Mentors of Montgomery, and as an ex officio executive council member of the Alabama State Bar. In 2020, Leon was selected for the Alabama State Bar's Leadership Forum (Class 15). Leon is also a member of the Alpha Phi Alpha Fraternity, Inc.

He was selected to serve on Samford University's Cumberland School of Law Advisory Board in 2023.

## Education

Leon earned his Juris Doctorate from Samford University's Cumberland School of Law. He is also a graduate of Alabama A&M University. While in law school, he clerked for the Attorney General's office and the personal injury/product liability section of Beasley Allen.

Leon was the winner and best oral advocate of the Judge James O. Haley Federal Trial Competition and the first-year moot court competition.

# Exhibit 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STACEY BAILEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, THE DISABILITY BOARD OF THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN; and THE DISABILITY INITIAL CLAIMS COMMITTEE OF THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN,<br><br>Defendants. | ) | Case No. 1:23-cv-02661-JKB |

**SINCLAIR LAW FIRM, LLC RESUME**

Sinclair Law Firm, LLC, is based in Birmingham, Alabama and headed by Thomas O'Neal Sinclair, Esq., an attorney licensed to practice since 1999. The firm itself was established in 2010 and has a nationwide practice. Mr. Sinclair is licensed to practice before the United States Supreme Court, Alabama Supreme Court, the United States District Courts for the Northern, Middle and Southern Districts of Alabama, the United States District Court for the Northern District of Florida, the United States District Court for Eastern District of Tennessee, and the U.S. Courts of Appeal for the Second, Fifth, Sixth and Eleventh Circuits. The firm has previously represented clients *pro hac vice* in Arizona, Arkansas, California, Illinois, Kentucky, Louisiana, Mississippi, New York, North Carolina, Tennessee, and Texas and Mr. Sinclair has been granted admission *pro hac vice* in this case. The firm and Mr. Sinclair have never been subject to any sanctions or reprimand before any court.

Prior to college Mr. Sinclair served in the United States Marine Corps and was honorably discharged. Mr. Sinclair then attended the University of Alabama, graduating with honors with degrees in finance and economics and was named the most outstanding undergraduate in the department.

Mr. Sinclair has previously served as national counsel for a large corporation managing complex and product liability litigation in twelve states and Central and South America. Mr. Sinclair began handling cases involving the Employee Retirement Income Security Act (ERISA) in 2002. The Sinclair Law Firm was established in 2010 with the goal of building a practice devoted to the representation of ERISA claimants. Since that time, the firm's practice remains focused on ERISA claims, including disability welfare benefit and pension litigation both at the ERISA administrative level and before federal courts. Mr. Sinclair has represented more than one hundred thousand ERISA claimants (who resided in various states from Hawaii to New York, in the Middle East and in Europe) in both class actions and in individual actions.

Mr. Sinclair's current and prior affiliations include: Alabama State Bar Association, (Insurance Committee Chair); Birmingham Bar Association (Grievance Committee Group Chair conducting investigations of complaints filed with the Alabama State Bar and Continuing Legal Education Committee); American Bar Association; American Association for Justice; and Alabama Association for Justice (Board Member, Executive Committee, Sustaining Member, Small Firm Section Chair, Employment Law Section Chair, Legislative Committee, AAJ Journal Committee).

Mr. Sinclair and the firm have been recognized by other members of the bar for service to the public requiring assistance with ERISA claims and further Mr. Sinclair has been recognized by various organizations as a "Top Attorney" or "Super Lawyer" for ERISA plaintiffs' litigation.

Mr. Sinclair has presented and spoken on ERISA at dozens of national conferences, particularly from the individual claimant's perspective, at programs for continuing legal education before both small and large groups comprised of practitioners and state and federal judges. The firm has also published numerous articles on handling ERISA benefits claims.

Mr. Sinclair has served as plaintiff counsel in several class actions including being named as interim co-lead class counsel in this matter and as lead class counsel in *Gooch v. Life Investors Insurance Company, et al.,* No. 1:07-CV-00016 (M.D. Tenn.); *Scott v. Bakery & Confectionery Union & Industry Int'l Pension Fund*, No. 12-cv-0142 (VB) (S.D.N.Y.); and *Reyes, et al. v. Bakery & Confectionery Union & Industry Int'l Pension Fund*, No. 14-cv-5596-JST (N.D. Cal.).

Sinclair Law Firm, LLC, together with the other firms in this action, have the staff and financial resources to prosecute the class action claims aggressively and vigorously in this case. Additionally, these firms are fully prepared and able to bear the costs of this litigation, including the costs of such class notice as may be necessary.