**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| **STACEY BAILEY, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.***<br><br>**Defendants.** | Case No. 1:23-cv-02661-JRR |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

Pursuant to Federal Rule of Civil Procedure 23(h), Section 502(g)(1) of ERISA, and 42 U.S.C. § 1988, Plaintiffs Stacey Bailey and Eric Curry ("Plaintiffs"), by and through undersigned counsel, respectfully move this Court for an entry of the accompanying Proposed Order Granting Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards .

1. Plaintiffs are the prevailing parties under both ERISA and 42 U.S.C. § 1981. Through years of complex litigation, extensive discovery, expert development, and arms-length negotiations, Plaintiffs obtained comprehensive relief addressing both past and prospective administration of the Plans, which exceeds what was sought in the Complaint and is both complex and comprehensive.

2. The Settlement remedies alleged race-based practices in the administration of the Plans through mandatory rescoring, reconsideration of claims, payment of additional benefits where warranted, prospective injunctive relief, continuing judicial oversight, and implementation obligations extending well beyond entry of final judgment. The relief achieved through this Class

Settlement removes the vestiges of a racially discriminatory practice of which the Plans had full knowledge of its use and impact on non-white players when applying for benefits under the Plans.

3. This litigation occupies a significant place at the intersection of ERISA and the federal civil-rights laws.

4. Plaintiffs and Class Counsel have satisfied every statutory and equitable consideration governing an award of attorneys' fees. The requested lodestar reflects reasonable market rates, reasonable hours necessarily expended, reasonable and necessary expenses, and exceptional results obtained on behalf of the certified class.

5. The Class Representatives actively participated in discovery, settlement negotiations, and mediation, and materially contributed to achieving the relief ultimately secured for absent class members. The effort of the Plaintiffs, as Class Representatives, was important, risky, and instrumental to reaching the resolution.

6. The accompanying Memorandum demonstrates that the requested award is reasonable primarily under Rule 23(h), but also merited under ERISA § 502(g)(1) and 42 U.S.C. § 1988. Consequently, Plaintiffs' Motion should be granted and the relief, below, awarded.

WHEREFORE, Plaintiffs, for the reasons more fully described in the accompanying Memorandum in Support, respectfully request the Court grant this Motion and enter the Proposed Order: (a) finding that Class Counsel is entitled to their current lodestar through July 15, 2026; (b) that Class Counsel's hourly rates are reasonable; (c) Class Counsel's time expenditure is reasonable, through July 15, 2026; (d) Class Counsel's out-of-pocket costs and expenses, including anticipated costs for travel to the Final Fairness Hearing, are reasonable and were reasonably incurred in prosecution of this case and to the benefit of the Class; and (e) reserving jurisdiction to

consider a Supplemental Fee Petition after substantial completion of the Rescoring Protocol to determine entitlement to and amount of any enhancement to this award.

Respectfully submitted this 21st day of July, 2026.

*/s/ Christopher T. Nace*
Christopher T. Nace (16442)
**NACE LAW GROUP**
1025 Thomas Jefferson Street, NW, Suite 810
Washington, D.C. 20007
Telephone: 202-463-1999
Facsimile: 202-223-6824
ctnace@nacelawgroup.com

W. Daniel "Dee" Miles, III (*pro hac vice)*
Alison D. Hawthorne (*pro hac vice*)
Leon H. Hampton, Jr. (*pro hac vice*)
Paul W. Evans (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: 334-269-2343
Facsimile: 334-954-7555
Dee.Miles@BeasleyAllen.com
Alison.Hawthorne@BeasleyAllen.com
Leon.Hampton@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com
(Signed by Christopher T. Nace with the permission of W. Daniel "Dee" Miles, III)

Rebecca D. Gilliland (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
301 St. Louis Street
Mobile, AL 36602
Telephone: 251-308-1515
Facsimile: 334-954-7555
Rebecca.Gilliland@BeasleyAllen.com
(Signed by Christopher T. Nace with the permission of Rebecca Gilliland)

Thomas O. Sinclair (*pro hac vice*)
**SINCLAIR LAW FIRM, LLC**

Post Office Box 59627
Birmingham, Alabama 35259
Telephone: 205-868-0818
Facsimile: 205-868-0894
tsinclair@sinclairlawfirm.com
(Signed by Christopher T. Nace with the permission of Thomas O. Sinclair)

***Counsel for Plaintiffs***