# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| **STACEY BAILEY, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.***<br><br>**Defendants.** | Case No. 1:23-cv-02661-JRR |

**DECLARATION OF W. DANIEL "DEE" MILES, III IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

I, **W. DANIEL "DEE" MILES, III**, admitted to practice *pro hac vice* in this action, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a named principal of the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C ("Beasley Allen"), located in Montgomery, Alabama, and Atlanta, Georgia, where I head the firm's Consumer Fraud and Commercial Litigation Section. I was appointed as Co-Lead Class Counsel for the Settlement Class pursuant to this Court's June 1, 2026 Order Preliminary Approving Settlement in the Action *Bailey, et al. v. The NFL Player Disability & Survivor Benefit Plan, et al,* No. 1:23-cv-02661-JRR (D. Md. filed September 29, 2023). *See* Doc. 82.

2. I am admitted to practice in the State of Alabama. I have also been admitted to practice in the federal courts of Alabama Middle District, Alabama Southern District, Alabama Northern District, the U.S. District Court District of Colorado, the U.S. District Court Eastern District of Michigan, the U.S. District Court Eastern District of Wisconsin as well as the United

States Courts of Appeals for the Second Circuit, Third Circuit, Fourth Circuit, Sixth Circuit, Ninth Circuit, and Eleventh Circuit.

3. I submit this supplemental declaration in response to Defendants' Opposition to Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards (ECF No. 92), and specifically to address Defendants' characterization of certain time entries, catalogued at Exhibit 1(B-2) to that Opposition, as reflecting duplicative billing by multiple Beasley Allen timekeepers for the same task. I have personal knowledge of the matters set forth herein and are competent to testify with respect thereto.

4. This litigation required Class Counsel to plead, negotiate, and ultimately settle claims arising under two distinct legal frameworks: the Employee Retirement Income Security Act of 1974 ("ERISA") and 42 U.S.C. § 1981. Each framework carries its own substantive standards, procedural requirements, and remedial structure. Successfully litigating and resolving this case required sustained, simultaneous attention to both frameworks throughout the life of the case, from the initial Complaint through the Settlement Agreement and the motion for preliminary approval.

5. The core team members who worked on the documents addressed in Exhibit 1(B-2), and their respective roles, are as follows:

a. I served as lead counsel and the final decision-maker for the litigation team. My review of key filings, including the Complaint, the Settlement Agreement, and the motion for preliminary approval, was directed at ensuring that each document reflected sound overall litigation strategy, adequately protected the interests of the certified class, and was consistent with my assessment, based on more than three decades of complex class action experience, of what could realistically be achieved through negotiation or litigation.

b. Rebecca D. Gilliland is a Beasley Allen partner who holds an LL.M. in Insurance Law and has substantial prior experience in class action trial practice and case management. Ms. Gilliland was principally responsible for day-to-day case management, including primary drafting responsibility for the Settlement Agreement and the motion for preliminary approval, and for coordinating the overall structure of the relief sought on behalf of the class.

c. Leon H. Hampton, Jr. is the most experienced civil rights litigator on this team. Mr. Hampton's review of the Complaint, the Settlement Agreement, and the motion for preliminary approval was directed at ensuring that each document adequately preserved and advanced Plaintiffs' claims and remedies under 42 U.S.C. § 1981, and that the relief negotiated was consistent with the civil-rights theory underlying the case.

d. Thomas O. Sinclair, of Sinclair Law Firm, is an ERISA specialist whose understanding of the structure and requirements of the Plans at issue, and of ERISA's statutory and regulatory framework more generally, informed both the drafting of the Complaint's ERISA claims and the structure of the relief ultimately negotiated in the Settlement Agreement, including the Rescoring Protocol.

e. Other timekeepers who appear in the entries at issue, including Ali D. Hawthorne and Paul W. Evans, served in more limited, supporting roles on these filings, which is reflected in the comparatively smaller amount of time each billed relative to the core team described above. Although, at the outset, because we anticipated lengthy litigation their roles were anticipated to be more in-depth and so their hours early in the case were more extensive for that reason.

6. Because the Complaint, the Settlement Agreement, and the motion for preliminary approval each had to satisfy the requirements of both ERISA and § 1981 simultaneously, and because the Settlement Agreement in particular restructured the Plans' claims-handling procedures on a going-forward basis while also providing make-whole relief for past claims, it was reasonably necessary for more than one attorney to review successive drafts of these documents. No single attorney on the team possessed the combination of civil-rights litigation experience, ERISA and plan-administration expertise, and case-management responsibility necessary to finalize these documents alone.

7. In addition to the entries addressed above, a number of entries in Exhibit 1(B-2) reflect a similar division of labor even where the underlying document was procedural rather than a filing implicating both ERISA and § 1981 simultaneously. In each instance, one attorney served as the primary drafter or editor of the document, while the remaining attorneys' review was limited to a shorter, confirmatory review following that primary work. That second level was not independent, duplicative review of the same task.

8. For example, the time entries reflect: in connection with the leadership motion filed in November 2023, Ms. Gilliland and Ms. Hawthorne each conducted a brief follow-up review after my more substantial edit of the motion. In connection with the proposed protective order, my review and Mr. Hampton's review each explicitly followed and built upon Ms. Gilliland's initial review and comments. In connection with the time-and-expense protocol, four attorneys' review followed, and referenced, the draft Ms. Gilliland had already circulated to the team. And in connection with the mediation statement prepared in September 2024, Mr. Hampton's review and suggested revisions addressed the statement's treatment of Plaintiffs' civil-rights theory, while my own more substantial review addressed the statement's overall persuasiveness and strategic framing for the mediator.

9. These entries reflect a consistent pattern of one attorney's substantive work followed by other attorneys' lighter, purpose-specific review. They do not reflect the kind of simultaneous, undifferentiated review of the same task that would render the additional time duplicative.

10. The time entries reflected in Exhibit 1(B-2) that relate to the Complaint (Groups 1-3, 9), the Settlement Agreement (Groups 16, 20-25, 30, 32-35), and the motion for preliminary approval (Groups 26-27, 29, 31, 36) reflect this differentiated, non-duplicative review process. I do not offer this declaration as to entries reflecting review of purely administrative or procedural matters, such as scheduling, protective order logistics, or routine notices.

11. Additionally, Dr. Malcolm Spica, Ph.D., ABPP, was retained as Class Counsel's expert to analyze the race-based demographic adjustment data at issue in this litigation, evaluate the scope and impact of that practice on Settlement Class Members' benefit determinations, and assist in designing and validating the Rescoring Protocol ultimately incorporated into the

Settlement Agreement. I, Ms. Gilliland, and Mr. Hampton personally coordinated with and oversaw Dr. Spica's work throughout the litigation. I have personal knowledge that this work was, in fact, performed. Dr. Spica billed 171.9 hours at the $450 hourly rate at which Plaintiffs retained him with the addition of travel expenses, for a total of $89,139.60[1]. Dr. Spica's itemized invoices, reflecting the specific dates, tasks and expenses underlying this charge, are attached as Exhibit 1 to this supplemental declaration.

12. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 18th day of August, 2026.

*/s/ W. Daniel "Dee" Miles, III*
**W. Daniel "Dee" Miles, III (*pro hac vice)***
(Signed by Christopher T. Nace with the permission of W. Daniel "Dee" Miles, III)

[1] Dr. Spica's most recent invoice dated June 18, 2026, was billed at an increased rate of $500.00 per hour. Additionally, there was a $10.00 overpayment of that invoice resulting from scrivener's error.

# EXHIBIT 1

D. MALCOLM SPICA, PH.D.
Licensed Clinical Psychologist
Neuropsychologist

# INVOICE

4/4/2024

Tristen Chandler
Paralegal to Paul Evans
334.495.1108 direct
800.898.2034
Tristen.Chandler@BeasleyAllen.com
BeasleyAllen.com

Case Name: **Bailey.Curryv.NFLPlayerPlanNo**
Laboratory #: 123-cv-02661-JRR

| DATE OF SERVICE | PROCEDURE | | UNITS | | | FEE |
|---|---|---|---|---|---|---|
| 3/10/2024 | Review | | 2.20 | hours @ $450.00 | $ | 990.00 |
| 3/11/2024 | Team consult | | 0.60 | | $ | 270.00 |
| 3/23/2024 | Review | | 4.10 | | $ | 1,845.00 |
| 3/24/2024 | Washington Meeting | | 8.00 | | $ | 3,600.00 |
| 3/25/2024 | Washington Meeting | | 8.00 | | $ | 3,600.00 |
| 4/2/2024 | Methodology Prep | | 4.25 | | $ | 1,912.50 |
| 4/3/2024 | Methodology Prep | | 4.75 | | $ | 2,137.50 |
| 4/4/2024 | Team Meeting | | 1.10 | | $ | 495.00 |
| | | | | | $ | - |
| | | | | | $ | - |
| **Expesnes:** | | | | | $ | - |
| Software | 3/13/2024 | Pearson ACS | | | $ | 1,604.17 |
| Flight | 3/24/24-3/26/24 | Delta 5840/5771 | | | $ | 707.20 |
| Uber | 3/24/24-3/26/24 | Total 4 receipts | | | $ | 305.34 |
| Room&Board | Hay Adams | | | | $ | 1,001.00 |
| | | **Amount Due** | | = | **$** | **18,467.71** |



Provider: D. Malcolm Spica, Ph.D.
Licensed Clinical Psychologist

Tennessee License #: 2558

Please remit payment to: Spica Psychology, PLLC
200 Fort Sanders West Boulevard
Medical Office Building 1, Suite 107
Knoxville, TN 37922

Fed Tax ID. #: [redacted]0457

Pearson

# INVOICE

**Customer Bill-to:**
SPICA PSYCHOLOGY
MOB 2 STE 300
220 FORT SANDERS W BLVD
KNOXVILLE, TN 37922-3394

**Attention:**
Accounts Payable

**Customer Contact:** Spica, D Malcolm

**Customer Ship-to:**
D Malcolm Spica
200 Fort Sanders West Blvd Ste 107
Knoxville, TN 37922-3373

**NCS Pearson, Inc.**
5601 Green Valley Dr.
Bloomington, MN 55437
**Tel**: 1-800-843-0019
**Email** credit@pearson.com
**Tax ID No:**
[redacted]0527

| | | |
|---|---|---|
| **Invoice Number** | : | 25070085 |
| **Delivery Number** | : | 525001797 |
| **Date** | : | 13-MAR-2024 |
| **Due Date** | : | 13-MAR-2024 |
| **Payment Terms** | : | IMMEDIATE |
| **Customer Account** | : | 3885395 |
| **Order Number** | : | 54770683 |
| **Currency** | : | USD |
| **Shipment Terms** | : | Prepaid |
| **Certiport Customer ID** | : | 90037337-147347 |
| **Purchase Order Number** | : | |
| **Number of Pages** | : | Page **1** of **2** |

| | | | |
|---|---|---|---|
| **Total Ordered Quantity (No. Of Items)** | : | | 3 |
| **Net Amount** | : | USD | $1,468.35 |
| **Tax Total** | : | USD | $135.82 |
| **Invoice Total** | : | USD | $1,604.17 |
| **Amount Due** | : | USD | $0.00 |

**Do not send additional payment for this invoice**

Pearson



Invoice Number: 25070085

| Order Number | PO Number | Item Number | Item Description | Quantity | List Price | Net Price | Tax | Line Total |
|---|---|---|---|---|---|---|---|---|
| 54770683 | | 015889684X | ACS FOR WAIS-IV AND WMS-IV COMPLETE KIT (PRINT) / TFLS COMPLETE KIT (PRINT) COMBO | 1 | 700.60 | 700.60 | 64.80 | 765.40 |
| 54770683 | | 0158896025 | WAIS-IV SCORING ASSISTANT AND WMS-IV SCORING ASSISTANT COMBO KIT | 1 | 704.70 | 704.70 | 65.19 | 769.89 |
| 54770683 | | FREIGHT | Shipping and Handling | 1 | 63.05 | 63.05 | 5.83 | 68.88 |

| | Subtotal | Total Other Charges | Total Tax | Invoice Total |
|---|---|---|---|---|
| Invoice Total | USD | USD | USD | USD |
| | $1,405.30 | $63.05 | $135.82 | $1,604.17 |

By placing your order, you hereby agree to the Terms and Conditions which govern your purchase: pearsonassessments.com/returns ; pearsonassessments.com/terms

For questions, please visit our support site at: https://www.pearsonassessments.com/contact-us.html

DELTA

**Date of Purchase: Mar 11, 2024**

# Flight Receipt for Nashville, TN to Washington-Reagan National, DC

## PASSENGER INFORMATION

DANIEL M SPICA
SkyMiles Number: [redacted]8789

Confirmation Number: HKPQFW
Ticket Number: 0062218868207

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| BNA>DCA<br>Sun 24Mar2024 YX 5840 | EXCH | D | |
| DCA>BNA<br>Mon 25Mar2024 YX 5771 | EXCH | Z | |

## DETAILED CHARGES

**Air Transportation Charges**

| | |
|---|---|
| Base Fare: | $629.76 USD |

**Taxes, Fees & Charges:**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $47.24 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $10.00 USD |

| | |
|---|---|
| **Total Price:** | **$707.20 USD** |

Paid with American Express ***********2008

| | |
|---|---|
| Applied ECredit (0062218868207,0062218868207) | $707.20 |
| Remaining ECredit Balance() | $707.20 |

## KEY OF TERMS

# - Arrival date different than departure date
** - Check-in required
***- Multiple meals
*S$ - Multiple seats

F - Food available for purchase
L - Lunch
LV - Departs
M - Movie

AR - Arrives
B - Breakfast
C - Bagels / Beverages
D - Dinner
R - Refreshments, complimentary
S - Snack
T - Cold meal
V - Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's check-in requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please email us to share them.

NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fare, promotions, information and flight updates, please visit Delta News & Special Offers or Delta notifications.

---

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2024 Delta Air Lines, Inc. All rights reserved.

Uber

March 26, 2024

# Thanks for tipping, Malcolm

Here's your updated Tuesday evening ride receipt.

| Total | $66.92 |
|---|---|
| Trip fare | $52.04 |
| **Subtotal** | **$52.04** |
| BNA Airport Surcharge | $1.50 |
| Tip | $13.38 |

## Payments

American Express ••••3000 — $66.92
3/26/24 10:12 PM

Visit the trip page for more information, including invoices (where available)

You rode with HOGER
Issued on behalf of HOGER

Black 9.27 miles | 17 min

9:42 PM | BNA Airport, Nashville, TN 37214, US

9:59 PM | [redacted]

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

March 24, 2024

# Thanks for tipping, Malcolm

Here's your updated Sunday morning ride receipt.

| Total | $91.87 |
| --- | --- |
| Trip fare | $60.00 |
| **Subtotal** | **$60.00** |
| Reservation Fee | $12.00 |
| BNA Airport Surcharge | $1.50 |
| Tip | $18.37 |

## Payments

| | | |
| --- | --- | --- |
| AMEX | American Express ••••3000<br>3/24/24 9:28 AM | $58.50 |
| Uber | Uber Cash<br>3/24/24 9:28 AM | $15.00 |
| AMEX | American Express ••••3000<br>3/24/24 9:30 AM | $18.37 |

Visit the trip page for more information, including invoices (where available)

You rode with AHMED

Issued on behalf of AHMED

**Black** 7.72 miles | 17 min

9:10 AM | [redacted]

9:28 AM | Nashville International Airport (BNA), Nashville, TN 37214, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

March 24, 2024

# Thanks for tipping, Malcolm

Here's your updated Sunday afternoon ride receipt.

| Total | $67.98 |
|---|---|
| Trip fare | $49.39 |
| **Subtotal** | **$49.39** |
| DCA Airport Surcharge | $5.00 |
| Tip | $13.59 |

## Payments

American Express ••••3000
3/24/24 3:16 PM

$67.98

Receipt ID # be130be0-a5e9-43ba-9d7f-3b7c328a9b7f

Trip ID: be130be0-a5e9-43ba-9d7f-3b7c328a9b7f

Visit the trip page for more information, including invoices (where available)

You rode with DANIEL

Issued on behalf of DANIEL

Black 5.05 miles | 33 min

**2:21 PM** | Terminal 2, Ronald Reagan Washington National Airport (DCA), Arlington, VA 22202, US

**2:54 PM** | 800 16th St NW, Washington, DC 20006, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

March 25, 2024

# Thanks for tipping, Malcolm

Here's your updated Monday afternoon ride receipt.

| | |
|---|---|
| **Total** | **$78.57** |
| Trip fare | $54.05 |
| **Subtotal** | **$54.05** |
| DCA Airport Surcharge | $5.00 |
| DC Digital Dispatch Surcharge | $0.25 |
| Tip | $15.71 |
| DC Fee | $3.56 |

## Payments

American Express ••••3000
3/25/24 5:50 PM

$78.57

Receipt ID # 2e0a383b-52af-416e-9cb3-57086a8d3e0c

Trip ID: 2e0a383b-52af-416e-9cb3-57086a8d3e0c

Visit the trip page for more information, including invoices (where available)

You rode with Mukhtar
Issued on behalf of Mukhtar

Black 5.62 miles | 38 min

**4:16 PM** | 800 16th St NW, Washington, DC 20006, US

**4:54 PM** | 1 Aviation Cir, Washington, DC 20001, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Sixteenth & H Streets, NW, Washington, DC 20006 Tel: 202 638 6600 Fax: 202 638 2716

**Dr. Daniel Spica**

**United States**

| | | |
|---|---|---|
| Room No. | : | 540 |
| Arrival | : | 03-24-24 |
| Departure | : | 03-26-24 |
| Folio No. | : | 4025640 |
| Cashier No. | : | 67 |
| Conf. No. | : | 3767518 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-24-24 | Off The Record - AM Food<br>Room# 540 : CHECK# 22977 | 77.20 | |
| 03-24-24 | Laundry | 36.00 | |
| 03-24-24 | Laundry Tax (6%) | 2.16 | |
| 03-24-24 | Room Charge | 395.00 | |
| 03-24-24 | Room Tax - 15.95% | 63.00 | |
| 03-25-24 | Room Charge | 395.00 | |
| 03-25-24 | Room Tax - 15.95% | 63.00 | |
| 03-25-24 | Parking - Overnight | 54.24 | |
| 03-25-24 | Parking Tax | 9.76 | |
| 03-26-24 | Visa<br>XXXXXXXXXXXX1921 XX/XX | | 1,095.36 |
| | **Total** | **1,095.36** | **1,095.36** |
| | **Balance** | **0.00** | |

**Guest Signature:** ______________________________

D. MALCOLM SPICA, PH.D.
Licensed Clinical Psychologist
Neuropsychologist

# INVOICE

5/1/2024

Tristen Chandler
Paralegal to Paul Evans
334.495.1108 direct
800.898.2034
Tristen.Chandler@BeasleyAllen.com
BeasleyAllen.com

Case Name: **Bailey.Curryv.NFLPlayerPlanNo**
Laboratory #: 123-cv-02661-JRR

| DATE OF SERVICE | PROCEDURE | UNITS | | | FEE |
|---|---|---|---|---|---|
| 4/28/2024 | Data analysis - Methodology Prep | 6.25 | hours @ $450.00 | $ | 2,812.50 |
| 4/29/2024 | Data analysis | 5.50 | | $ | 2,475.00 |
| 4/30/2024 | Data analysis | 6.25 | | $ | 2,812.50 |
| 5/1/2024 | Team Meeting | 0.75 | | $ | 337.50 |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| **Expenses:** | | | | $ | - |

| **Amount Due** | = | **$** | **8,437.50** |
|---|---|---|---|



Provider: D. Malcolm Spica, Ph.D.
Licensed Clinical Psychologist

Tennessee License #: 2558

Please remit payment to: Spica Psychology, PLLC
200 Fort Sanders West Boulevard
Medical Office Building 1, Suite 107
Knoxville, TN 37922

D. MALCOLM SPICA, PH.D.
Licensed Clinical Psychologist
Neuropsychologist

# INVOICE

10/7/2024

Tristen Chandler
Paralegal to Paul Evans
334.495.1108 direct
800.898.2034
Tristen.Chandler@BeasleyAllen.com
BeasleyAllen.com

Case Name: **Bailey.Curry v. NFLPlayerPlanNo**
Laboratory #: 123-cv-02661-JRR

| DATE OF SERVICE | PROCEDURE | UNITS | | FEE | |
|---|---|---|---|---|---|
| 10/2/2024 | Data analysis - Methodology Prep | 11.25 | hours @ $450.00 | $ | 5,062.50 |
| 10/3/2024 | Meeting Day-Washington | 9.50 | | $ | 4,275.00 |
| 10/4/2024 | Travel | 2.00 | | $ | 900.00 |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| **Expenses:** | Airfare | | Delta | $ | 1,129.96 |
| | Uber | | 10/2/2024 | $ | 52.03 |
| | | | 10/2/2024 | $ | 52.65 |
| | | | 10/4/2024 | $ | 60.38 |
| | | | 10/4/2024 | $ | 75.81 |
| | | **Amount Due** | = | **$** | **11,608.33** |

Provider: D. Malcolm Spica, Ph.D.
Licensed Clinical Psychologist

Tennessee License #: 2558

Please remit payment to: Spica Psychology, PLLC
200 Fort Sanders West Boulevard
Medical Office Building 1, Suite 107
Knoxville, TN 37922

Fed Tax ID. #: [redacted]0457

DELTA

**Date of Purchase: Oct 02, 2024**

# Flight Receipt for Nashville, TN to Washington-Reagan National, DC

## PASSENGER INFORMATION

DANIEL M SPICA
SkyMiles Number: [redacted]8789

Confirmation Number: HTWARQ
Ticket Number: 0062272987680

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| BNA>DCA<br>Wed 02Oct2024 YX 5696 | FLWN | I | |
| DCA>BNA<br>Fri 04Oct2024 YX 5708 | FLWN | D | |

## DETAILED CHARGES

**Air Transportation Charges**

| | |
|---|---|
| Base Fare: | $1,023.03 USD |

**Taxes, Fees & Charges:**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $76.73 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $10.00 USD |

| | |
|---|---|
| **Total Price:** | **$1,129.96 USD** |

Paid with American Express ***********3000

## KEY OF TERMS

# - Arrival date different than departure date
** - Check-in required
***- Multiple meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments, complimentary
S - Snack

C - Bagels / Beverages
D - Dinner
T - Cold meal
V - Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's check-in requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please email us to share them.

NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring

special fare, promotions, information and flight updates, please visit Delta News & Special Offers or Delta notifications.

---

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2024 Delta Air Lines, Inc. All rights reserved.

Uber

October 2, 2024

# Thanks for tipping, Malcolm

Here's your updated Wednesday afternoon ride receipt.

| | |
|---|---|
| **Total** | **$52.03** |
| Trip fare | $36.04 |
| **Subtotal** | **$36.04** |
| Booking Fee | $3.03 |
| Wait Time | $0.29 |
| Airport and City Surcharge | $4.00 |
| Tip | $8.67 |

## Payments

| | | |
|---|---|---|
| Uber | Uber Cash<br>10/2/24 3:18 PM | $15.00 |
| VISA | Visa ••••1921<br>10/2/24 3:18 PM | $28.36 |
| VISA | Visa ••••1921<br>10/2/24 3:34 PM | $8.67 |

Visit the trip page for more information, including invoices (where available)

You rode with Kam

UberXL 7.85 miles | 22 min

2:56 PM | [redacted]

3:18 PM | 1 Terminal Dr, Nashville, TN 37214, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

October 2, 2024

# Thanks for tipping, Malcolm

Here's your updated Wednesday evening ride receipt.

## Total $52.65

| | |
|---|---|
| Trip fare | $38.88 |
| Subtotal | $38.88 |
| DCA Airport Surcharge | $5.00 |
| Tip | $8.77 |

## Payments

VISA Visa ••••1921
10/2/24 10:56 PM
$52.65

Receipt ID # 5187037f-172d-4654-8a4e-3f6a2dcdec29

Trip ID: 5187037f-172d-4654-8a4e-3f6a2dcdec29

Visit the trip page for more information, including invoices (where available)

You rode with Bold
Issued on behalf of Bold

Black 4.05 miles | 14 min

**8:05 PM** | Terminal 2, Ronald Reagan Washington National Airport (DCA), Arlington, VA 22202, US

**8:19 PM** | 800 16th St NW, Washington, DC 20006, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

October 4, 2024

# Thanks for tipping, Malcolm

Here's your updated Friday morning ride receipt.

| | |
|---|---|
| **Total** | **$60.38** |
| Trip fare | $40.33 |
| Subtotal | $40.33 |
| DC Digital Dispatch Surcharge | $0.25 |
| DCA Airport Surcharge | $5.00 |
| Tip | $12.07 |
| DC Fee | $2.73 |

## Payments

VISA Visa ••••1921 $60.38
10/4/24 9:26 AM

Receipt ID # 8cb410a6-7bcb-4bf3-962f-2cffa88741e5

Trip ID: 8cb410a6-7bcb-4bf3-962f-2cffa88741e5

Visit the trip page for more information, including invoices (where available)

You rode with ALI

Issued on behalf of ALI

Black 4.95 miles | 15 min

7:41 AM | 800 16th St NW, Washington, DC 20006, US

7:56 AM | Terminal 2, Ronald Reagan Washington National Airport (DCA), Arlington, VA 22202, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

October 4, 2024

# Thanks for tipping, Malcolm

Here's your updated Friday morning ride receipt.

| | |
|---|---|
| **Total** | **$75.81** |
| Trip fare | $59.15 |
| **Subtotal** | **$59.15** |
| BNA Airport Surcharge | $1.50 |
| Tip | $15.16 |

## Payments

VISA Visa ••••1921
10/4/24 12:06 PM
$75.81

Visit the trip page for more information, including invoices (where available)

You rode with LIAN
Issued on behalf of LIAN

Black 9.28 miles | 18 min

11:33 AM | BNA Airport, Nashville, TN 37214, US

11:51 AM [redacted]

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

D. MALCOLM SPICA, PH.D.
Licensed Clinical Psychologist
Neuropsychologist

# INVOICE

11/2/2024

Tristen Chandler
Paralegal to Paul Evans
334.495.1108 direct
800.898.2034
Tristen.Chandler@BeasleyAllen.com
BeasleyAllen.com

Case Name: **Bailey.Curry v. NFLPlayerPlanNo**
Laboratory #: 123-cv-02661-JRR

| DATE OF SERVICE | PROCEDURE | UNITS | | FEE | |
|---|---|---|---|---|---|
| 10/2/2024 | Data analysis - Methodology Prep | 11.25 | | Paid | |
| 10/3/2024 | Meeting Day-Washington | 9.50 | | Paid | |
| 10/4/2024 | Travel | 2.00 | | Paid | |
| | | | | Paid | |
| | | | | Paid | |
| | | | | Paid | |
| | | | | Paid | |
| **Expenses:** | Airfare | | Delta | Paid | |
| | Uber | | 10/2/2024 | Paid | |
| | **Hotel** | | 10/4/2024-10/3/2024 | $ | 1,286.95 |
| | | **Amount Due** | = | **$** | **1,286.95** |



Provider: D. Malcolm Spica, Ph.D.
Licensed Clinical Psychologist

Tennessee License #: 2558

Please remit payment to: Spica Psychology, PLLC
200 Fort Sanders West Boulevard
Medical Office Building 1, Suite 107
Knoxville, TN 37922

Fed Tax ID. #: [redacted]0457

The Hay-Adams

Dr. Daniel Spica
Farragut TN 37934
United States

INFORMATION INVOICE

| | | |
|---|---|---|
| Room No. | : | 732 |
| Arrival | : | 10-02-24 |
| Departure | : | 10-04-24 |
| Page No. | : | 1 of 2 |
| Folio No. | : | |
| Conf. No. | : | 403277526 |
| Cashier No. | : | 41 |
| Custom Ref. | : | |

Company Name :
Group Name :
Guest Name :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-02-24 | Laundry<br>Post It No.46597324 | 48.00 | |
| 10-02-24 | Laundry Tax (6%)<br>Post It No.46597324 | 2.88 | |
| 10-02-24 | Room Charge | 519.00 | |
| 10-02-24 | Room Tax - 15.95% | 82.78 | |
| 10-03-24 | Lafayette - Breakfast<br>Room# 732 : CHECK# 19947 | 44.10 | |
| 10-03-24 | Room Charge | 509.00 | |
| 10-03-24 | Room Tax - 15.95% | 81.19 | |
| 10-04-24 | Visa<br>XXXXXXXXXXXX1921 XX/XX | | 1,286.95 |

| | | |
|---|---|---|
| Total Charges | 1,286.95 | |
| Total Credits | | 1,286.95 |
| Balance | | 0.00 |

I agree that I am personally liable for payment of this account, and if this person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association.

800 16th Street, N.W., Washington, DC 20006
(202) 638-6600
www.hayadams.com

Dr. Daniel Spica
Farragut TN 37934
United States

INFORMATION INVOICE

| | | |
|---|---|---|
| Room No. | : | 732 |
| Arrival | : | 10-02-24 |
| Departure | : | 10-04-24 |
| Page No. | : | 2 of 2 |
| Folio No. | : | |
| Conf. No. | : | 403277526 |
| Cashier No. | : | 41 |
| Custom Ref. | : | |

Company Name :
Group Name :
Guest Name :

| | | | |
|---|---|---|---|
| Merchant ID | | Credit Card # | XXXXXXXXXXXX1921 |
| Transaction ID | 32589008 | Credit Card Expiry | XX/XX |
| Approval Code | 00981G | Capture Method | Swiped |
| Approval Amount | 1,286.95 | Transaction Amount | 1,286.95 |

I agree that I am personally liable for payment of this account, and if this person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association.

D. MALCOLM SPICA, PH.D.
Licensed Clinical Psychologist
Neuropsychologist

# INVOICE

11/2/2024

Tristen Chandler
Paralegal to Paul Evans
334.495.1108 direct
800.898.2034
Tristen.Chandler@BeasleyAllen.com
BeasleyAllen.com

Case Name: **Bailey.Curry v. NFLPlayerPlanNo**
Laboratory #: 123-cv-02661-JRR

| DATE OF SERVICE | PROCEDURE | UNITS | | FEE | |
|---|---|---|---|---|---|
| 10/22/2024 | Data Analysis | 7.00 | hours @ $450.00 | $ | 3,150.00 |
| 10/23/2024 | Data Analysis | 2.00 | | $ | 900.00 |
| 10/24/2024 | Data Analysis | 8.00 | | $ | 3,600.00 |
| 10/26/2024 | Data Analysis | 6.00 | | $ | 2,700.00 |
| 10/27/2024 | Data Analysis | 7.00 | | $ | 3,150.00 |
| 10/27/2024 | Team conference | 0.50 | | $ | 225.00 |
| 10/28/2024 | Team conference | 1.00 | | $ | 450.00 |
| 10/29/2024 | Data Analysis | 4.00 | | $ | 1,800.00 |
| 10/30/2024 | Washington Meeting | 10.00 | | $ | 4,500.00 |
| 10/31/2024 | Data Analysis | 8.00 | | $ | 3,600.00 |
| 11/1/2024 | Washington Meeting | 8.00 | | $ | 3,600.00 |
| **Expenses:** | | | | | |
| Airfare | | | | $ | 899.95 |
| Hotel: | | | | $ | 3,527.24 |
| Ground Transportation: | | 10/29/24 | Uber 1 | $ | 138.22 |
| | | | Uber 2 | $ | - |
| | | 11/01/24 | Uber 3 | $ | 64.85 |
| | | | Uber 4 | $ | 133.85 |
| | | **Amount Due** | = | **$** | **32,439.11** |



Provider: D. Malcolm Spica, Ph.D.
Licensed Clinical Psychologist

Tennessee License #: 2558

Please remit payment to: Spica Psychology, PLLC
200 Fort Sanders West Boulevard
Medical Office Building 1, Suite 107
Knoxville, TN 37922

Fed Tax ID. #: [redacted]0457

DELTA

**Date of Purchase: Oct 27, 2024**

# Flight Receipt for Nashville, TN to Washington-Reagan National, DC

## PASSENGER INFORMATION

DANIEL M SPICA
SkyMiles Number: [redacted]8789

Confirmation Number: HOL53W
Ticket Number: 0062278206680

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| BNA>DCA<br>Tue 29Oct2024 YX 5777 | FLWN | I | |
| DCA>BNA<br>Fri 01Nov2024 YX 5777 | FLWN | D | |

## DETAILED CHARGES

**Air Transportation Charges**

| | | |
|---|---|---|
| Base Fare: | $809.07 | USD |

**Taxes, Fees & Charges:**

| | | |
|---|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 | USD |
| United States - Transportation Tax (US) | $60.68 | USD |
| United States - Passenger Facility Charge (XF) | $9.00 | USD |
| United States - Flight Segment Tax (ZP) | $10.00 | USD |
| **Total Price:** | **$899.95** | **USD** |

Paid with American Express ***********3000

## KEY OF TERMS

# - Arrival date different than departure date
** - Check-in required
***- Multiple meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments, complimentary
S - Snack

C - Bagels / Beverages
D - Dinner
T - Cold meal
V - Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's check-in requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please email us to share them.

NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring

special fare, promotions, information and flight updates, please visit Delta News & Special Offers or Delta notifications.

---

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2024 Delta Air Lines, Inc. All rights reserved.

The Hay-Adams

Dr. Daniel Spica
Farragut TN 37934
United States

INFORMATION INVOICE

Room No. : 508
Arrival : 10-29-24
Departure : 11-01-24
Page No. : 1 of 2
Folio No. :
Conf. No. : 411291201
Cashier No. : 41
Custom Ref. :

Company Name :
Group Name :
Guest Name :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-29-24 | Laundry<br>Post It No.46673934 | 108.00 | |
| 10-29-24 | Laundry Tax (6%)<br>Post It No.46673934 | 6.48 | |
| 10-29-24 | Leaders Club Exclusive Rate | 1,092.00 | |
| 10-29-24 | Room Tax - 15.95% | 174.17 | |
| 10-30-24 | Leaders Club Exclusive Rate | 902.00 | |
| 10-30-24 | Room Tax - 15.95% | 143.87 | |
| 10-31-24 | Lafayette - Breakfast<br>Room# 508 : CHECK# 12138 | 44.10 | |
| 10-31-24 | R.S. - Dinner<br>Room# 508 : CHECK# 33983 | 66.88 | |
| 10-31-24 | Leaders Club Exclusive Rate | 883.00 | |
| 10-31-24 | Room Tax - 15.95% | 140.84 | |
| 11-01-24 | Breakfast Credit - Leaders Club | -34.10 | |
| | Total Charges | 3,527.24 | |
| | Total Credits | | 0.00 |
| | Balance | | 3,527.24 |

I agree that I am personally liable for payment of this account, and if this person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association.

800 16th Street, N.W., Washington, DC 20006
(202) 638-6600
www.hayadams.com

The Hay-Adams

Dr. Daniel Spica
Farragut TN 37934
United States

INFORMATION INVOICE

| | |
|---|---|
| Room No. | : 508 |
| Arrival | : 10-29-24 |
| Departure | : 11-01-24 |
| Page No. | : 2 of 2 |
| Folio No. | : |
| Conf. No. | : 411291201 |
| Cashier No. | : 41 |
| Custom Ref. | : |

Company Name :
Group Name :
Guest Name :

I agree that I am personally liable for payment of this account, and if this person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association.

Uber

October 29, 2024

# Thanks for tipping, Malcolm

Here's your updated Tuesday afternoon ride receipt.

| | |
|---|---|
| **Total** | **$138.22** |
| Trip fare | $109.08 |
| **Subtotal** | **$109.08** |
| BNA Airport Surcharge | $1.50 |
| Tip | $27.64 |

## Payments

VISA Visa ••••1921
10/29/24 3:56 PM — $138.22

Visit the trip page for more information, including invoices (where available)

You rode with Amon
Issued on behalf of Amon

Black SUV 7.66 miles | 23 min

3:10 PM | [redacted]

3:33 PM | 1 Terminal Dr, Nashville, TN 37214, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

November 1, 2024

# Thanks for tipping, Malcolm

Here's your updated Friday afternoon ride receipt.

## Total $64.85

| | |
|---|---|
| Trip fare | $43.69 |

| | |
|---|---|
| Subtotal | $43.69 |
| DC Digital Dispatch Surcharge | $0.25 |
| DCA Airport Surcharge | $5.00 |
| Tip | $12.97 |
| DC Fee | $2.94 |

## Payments

| | | |
|---|---|---|
| Uber | Uber Cash<br>11/1/24 1:37 PM | $15.00 |
| VISA | Visa ••••1921<br>11/1/24 1:37 PM | $36.88 |
| VISA | Visa ••••1921<br>11/1/24 2:05 PM | $12.97 |

Receipt ID # 81c996d7-b1e3-4002-bdab-8bb8dfb376fd

Trip ID: 81c996d7-b1e3-4002-bdab-8bb8dfb376fd

Visit the trip page for more information, including invoices (where available)

You rode with Shewa (Shewarega)

Issued on behalf of Shewa (Shewarega)

Black 4.99 miles | 14 min

**1:23 PM** | 1701 Pennsylvania Ave NW, Washington, DC 20006, US

**1:37 PM** | Terminal 2, Ronald Reagan Washington National Airport (DCA), Arlington, VA 22202, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

November 1, 2024

## Here's your receipt for your ride, Malcolm

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| **Total** | **$133.85** |
| Trip fare | $132.35 |
| Subtotal | $132.35 |
| BNA Airport Surcharge | $1.50 |

### Payments

VISA Visa ••••1921 $133.85
11/2/24 3:41 AM

Visit the trip page for more information, including invoices (where available)

You rode with HOGIR
Issued on behalf of HOGIR

Black SUV 9.20 miles | 22 min

4:47 PM | BNA Airport, Nashville, TN 37214, US

5:09 PM [redacted]

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

D. MALCOLM SPICA, PH. D.
Licensed Clinical Psychologist
Neuropsychologist

# INVOICE

11/21/2025

Tristen Chandler
Paralegal to Paul Evans
334.495.1108 direct
800.898.2034
Tristen.Chandler@BeasleyAllen.com
BeasleyAllen.com

Case Name: **Bailey.Curry v. NFLPlayerPlanNo**
Laboratory #: 123-cv-02661-JRR

| DATE OF SERVICE | PROCEDURE | UNITS | | FEE | |
|---|---|---|---|---|---|
| 6/23/2025 | Data Analysis | 2.25 | hours @ $450.00 | $ | 1,012.50 |
| 6/24/2025 | Data Analysis | 4.50 | | $ | 2,025.00 |
| 7/1/2025 | Team consult | 0.50 | | $ | 225.00 |
| 7/1/2025 | Test Research | 0.50 | | $ | 225.00 |
| 7/9/2025 | Re-score Materials | 2.50 | | $ | 1,125.00 |
| 7/20/2025 | Re-score Materials | 1.50 | | $ | 675.00 |
| 7/21/2025 | Document prep | 2.20 | | $ | 990.00 |
| 7/21/2025 | Team consult | 0.40 | | $ | 180.00 |
| 7/31/2025 | Meeting Prep | 3.10 | | $ | 1,395.00 |
| 7/31/2025 | June 31 Meeting | 1.50 | | $ | 675.00 |
| 11/19/2025 | Data Analysis | 2.00 | | $ | 900.00 |
| 11/20/2025 | Team consult | 0.25 | | $ | 112.50 |
| | | | | $ | - |
| **Expenses:** | | | | $ | - |
| Airfare | | | | | |
| Hotel: | | | | | |
| Ground Transportation: | | | | $ | - |
| | | **Amount Due** | **=** | **$** | **9,540.00** |



Provider: D. Malcolm Spica, Ph.D.
Licensed Clinical Psychologist

Tennessee License #: 2558

Please remit payment to: Spica Psychology, PLLC
200 Fort Sanders West Boulevard
Medical Office Building 1, Suite 107
Knoxville, TN 37922

Fed Tax ID. #: [redacted]0457

D. MALCOLM SPICA, PH.D.
Licensed Clinical Psychologist
Neuropsychologist

# INVOICE

6/18/2026

Tristen Chandler
Paralegal to Paul Evans
334.495.1108 direct
800.898.2034
Tristen.Chandler@BeasleyAllen.com
BeasleyAllen.com

Case Name: **Bailey.Curry v. NFLPlayerPlanNo**
Laboratory #: 123-cv-02661-JRR

| DATE OF SERVICE | PROCEDURE | UNITS | | FEE | |
|---|---|---|---|---|---|
| 2/12/2026 | Team consult | 0.60 | hours @ $500.00 | $ | 300.00 |
| 5/15/2026 | Rescore | 5.50 | | $ | 2,750.00 |
| 5/18/2026 | Rescore | 3.30 | | $ | 1,650.00 |
| 5/19/2026 | Rescore | 2.70 | | $ | 1,350.00 |
| 5/20/2026 | Rescore | 2.60 | | $ | 1,300.00 |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| **Expenses:** | | | | $ | - |
| Airfare | | | | | |
| Hotel: | | | | | |
| Ground Transportation: | | | | $ | - |
| | | | **Amount Due =** | **$** | **7,350.00** |



Provider: D. Malcolm Spica, Ph.D.
Licensed Clinical Psychologist

Tennessee License #: 2558

Please remit payment to: **Spica Psychology, PLLC**
**PO Box 22340**
**Knoxville, TN 37933**

Fed Tax ID. #: [redacted]0457