**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| **STACEY BAILEY, *et al.*,**<br>**Plaintiffs,**<br><br>v.<br><br>**THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.*,**<br>**Defendants.** | Case No. 1:23-cv-02661-JRR |

**<u>JOINT MOTION FOR APPROVAL OF AMENDED NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND HEARING</u>**

Plaintiffs Stacey Bailey and Eric Curry, by and through Class Counsel, and Defendants, by and through their counsel, jointly move the Court for approval of the proposed Amended Notice of Pendency and Proposed Settlement of Class Action and Hearing (the "Amended Notice"), attached hereto as **Exhibit A**, and for authorization to mail the Amended Notice as set forth below. A redline comparing the Amended Notice to the Notice previously approved by the Court is attached hereto as **Exhibit B**. In support of this Motion, the parties state as follows:

1. On June 30, 2026, in accordance with the Court's June 1, 2026 Order Preliminarily Approving Settlement (the "Preliminary Approval Order"), Defendants' counsel mailed the Court-approved Notice of Pendency and Proposed Settlement of Class Action and Hearing (the "Notice") to 631 Settlement Class Members. *See* Declaration of Jovana Vujovic, ECF No. 94.

2. The Notice stated that the Final Fairness Hearing would be held on September 16, 2026, and that objections and notices of intent to appear were due August 26, 2026. *Id.*

3. The Court has since *sua sponte* adjourned the Final Fairness Hearing to October 20, 2026, and confirmed that the deadline for objections and notices of intent to appear is twenty-one days before that date, *i.e.*, September 29, 2026. *See* ECF Nos. 86, 91.

4. The Notice mailed on June 30, 2026 states the original dates, and the parties agree that Settlement Class Members should be advised of the change.

5. The Settlement Class is defined by reference to individuals who, among other criteria, underwent neuropsychological testing in connection with a benefits application and whose test scores were adjusted using race-based demographic adjustments, which requires review of individual claim files and testing records to ascertain whether a Player is a member of the Class. The Preliminary Approval Order directed that the Notice be mailed to all Settlement Class Members who could be identified with reasonable effort, and Defendants compiled the list used for the June 30, 2026 mailing on that basis. Following that mailing, the parties conferred regarding the completeness of that list and determined that there are additional individuals who fall within the Settlement Class as defined in the Settlement Agreement and to whom the June 30, 2026 Notice was not mailed. Additionally, Class Counsel identified a small set of individuals who were inadvertently removed from the Class List during an earlier de-duplication review. The parties now jointly seek approval to provide those individuals with the Amended Notice.

6. The Amended Notice is identical in substance to the Notice previously approved by the Court, except that it (a) states the October 20, 2026 Final Fairness Hearing date and the September 29, 2026 deadline for objections and notices of intent to appear; (b) carries a prominent legend advising recipients that, if they previously received the Notice, the Amended Notice supersedes it; (c) reflects that Class Counsel's application for an award

of attorneys' fees and reimbursement of expenses was filed on July 21, 2026; and (d) states that any fee and cost award approved by the Court will be paid by the Plans in addition to, and will not reduce, any benefits or payments to Settlement Class Members.

7. The parties request that the Court authorize Defendants' counsel to mail the Amended Notice, by first-class USPS mail, postage prepaid, to the 631 Settlement Class Members to whom the Notice was mailed on June 30, 2026 (other than those individuals whose Notices have been returned to Defendants' counsel as undeliverable, who shall be provided the Amended Notice as set forth in Paragraph 9 below), and to the newly identified additional Settlement Class Members, no later than five (5) business days from the date of the Court's approval of the mailing of the Amended Notice.

8. Any objection or notice of intent to appear already submitted will remain valid and will be considered by the Court.

9. Twenty of the Notices mailed on June 30, 2026 have been returned to Defendants' counsel as undeliverable to date, and additional Notices may be returned as undeliverable hereafter. Three of those twenty Notices were addressed to individuals whom the Plans' records show to be deceased. Defendants' counsel has asked the NFLPBO (the NFL Players Benefits Office) to email the remaining seventeen of those Settlement Class Members, for each of whom the NFLPBO has an email address of record, transmitting copies of the Notice and of the Court's Orders entered after the Notice was issued (ECF Nos. 86, 91), advising them that the Court has rescheduled the Final Fairness Hearing to October 20, 2026 and that any objections to the proposed Settlement must be filed no later than twenty-one calendar days before that date, *i.e.*, September 29, 2026, and requesting their current mailing addresses so that a copy of the Notice may be sent to them by regular U.S. mail. Upon the Court's

approval of the Amended Notice, Defendants' counsel will ask the NFLPBO to email those seventeen Settlement Class Members a copy of the Amended Notice, together with a further request for their current mailing addresses, and will follow the same process as to any Settlement Class Member whose Amended Notice is returned to Defendants' counsel as undeliverable following the mailing described above. Defendants' counsel will not mail the Amended Notice by first-class USPS mail to any such Settlement Class Member unless and until a corrected mailing address is obtained, and any corrected mailing address obtained will be used by Defendants' counsel to re-mail the Amended Notice promptly, by first-class USPS mail, postage prepaid. The parties submit that the foregoing constitutes reasonable efforts to provide notice to these Settlement Class Members, and that no further notice is required as to any Settlement Class Member for whom no current mailing address is obtained.

10. The parties respectfully submit that this approach affords all Settlement Class Members—including those identified after June 30, 2026—an adequate opportunity to exercise their rights consistent with Rule 23 and the Preliminary Approval Order, while preserving the October 20, 2026 Final Fairness Hearing date.

WHEREFORE, the parties respectfully request that the Court enter the accompanying proposed Order approving the Amended Notice and authorizing its mailing as set forth above.

Dated: September 4, 2026

Respectfully submitted,

*<u>/s/ W. Daniel "Dee" Miles, III (w/ consent)</u>*
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
W. Daniel "Dee" Miles, III*
Leon H. Hampton, Jr.*
Paul W. Evans*

*<u>/s/ Edward J. Meehan</u>*
GROOM LAW GROUP, CHARTERED
Edward J. Meehan
Mark C. Nielsen
Jovana Vujovic*
1701 Pennsylvania Ave., N.W., Suite 1200

218 Commerce Street
Montgomery, AL 36104
Dee.Miles@BeasleyAllen.com
Leon.Hampton@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com
(334) 269-2343

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Rebecca Gilliland*
301 St. Louis Street
Mobile, AL 36602
Rebecca.Gilliland@BeasleyAllen.com
(251) 308-1515

SINCLAIR LAW FIRM, LLC
Thomas O. Sinclair*
PO Box 59627
Birmingham, AL 35259
tsinclair@sinclairlawfirm.com
(205) 868-0818

*Class Counsel*

**Admitted Pro Hac Vice*

Washington, D.C. 20006
emeehan@groom.com
mnielsen@groom.com
jvujovic@groom.com
(202) 857-0620

*Attorneys for Defendants*

**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, the foregoing document was filed using the Court's ECF/CM system, which will automatically send notice of such filing to all counsel of record in this matter.

*/s/ Edward J. Meehan*
Edward J. Meehan (04775)