# EXHIBIT A

PLAN ADMINISTRATIVE OFFICIAL CORRESPONDENCE

DATED MAY 27,2020
(CERTIFIED EXTRACT)

---

CONTRACTUAL WINDOW STANDING & WAIVER MATRICES REGISTERED:

---

* EXPLICITLY CONFIRMS THE OPEN INTEGRATED BENEFIT APPLICATION WINDOW ( see EXHIBIT A page 1 )

* FORMALLY ESTABLISHES AND VALIDATES SETTLEMENT CLASS MEMBER STANDING

* EXPLICITLY DEMONSTRATES THAT THE VESTING REQUIREMENTS OF A AND B WILL NOT APPLY (see EXHIBIT A page 3 6.1 ELIGIBILITY 2nd sentence)

* VERIFIES REGULATORY COMPLIANCE LIMITED EXCLUSIVELY TO CATEGORIES C THROUGH I (see EXHIBIT A page 3)

* CONFIRMS THE TOTAL ABSENCE OF A RETROACTIVE SECTION 6.6(c) CAP MECHANISM (see EXHIBIT A page 4)

* STRICTLY GOVERNED BY THE ACTIVE 2019 RESTATEMENT PLAN STRUCTURE

* WAIVES HISTORICAL BARRIERS PRIOR TO THE INSERTION OF REVISED 2020 AUGUST AMENDMENTS

---

REGULATORY STATUS: OFFICIAL PLAN WRITTEN WAIVER
GOVERNING ADMINISTRATIVE BASELINE SECURING THE UNREDUCED 168-MONTH TIMELINE

---

"Notice: Full original written correspondence abridged to preserve judicial economy and brevity; complete certified original communications remain fully available upon direct request of the Court."

NFL NFLPA **NFL PLAYER BENEFITS**
DISABILITY PLAN

200 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

Via E-Mail

April 13, 2020

Mr. Ronald Davis
8419 Ellis Road
Bartlett, TN 38133

**Re:** **NFL Player Disability & Neurocognitive Benefit Plan—Confirmation of Completed Application(s) and Notice of Required Medical Evaluation(s)**

Dear Mr. Davis:

We write to confirm that we received your completed application for disability benefits under the NFL Player Disability & Neurocognitive Benefit Plan ("Plan") on April 9, 2020. You should expect to receive a decision from the Disability Initial Claims Committee within 45 days.

Under the terms of the Plan, a Player may be required to submit to an examination by a physician or other medical professional selected by the Plan (at the Plan's expense), and the Player may be required to submit to such further examinations as, in the opinion of the Plan, are necessary to make an adequate determination regarding the Player's physical or mental condition. Please be advised that **you must attend a medical evaluation with a Plan physician.**

The Plan's physicians are neutral; they are approved jointly by the NFL and the NFL Players Association, and they are obligated to evaluate every Player fully, fairly, and without bias for or against the Player. In addition, these evaluations provide medical evidence necessary to the determination of your application for benefits. The Plan now provides that at least one Plan neutral physician must find that the Player meets the Plan's medical standards before the Player can be eligible for benefits.

The NFL Player Benefits Office will schedule the Plan neutral evaluation(s), which for your planning purposes will likely take place within the next three weeks. Once scheduled, the NFL Player Benefits Office will send a letter confirming the date and location of the evaluation(s). If you cannot attend a scheduled evaluation for any reason, you should contact the NFL Player Benefits Office immediately. **If you fail to attend the medical evaluation(s) without giving the NFL Player Benefits Office at least two business days' advance notice that you are unable to attend, your application may be denied.**

**You (and your representatives, family, friends, etc.) should <u>not</u> contact the physician's office to discuss the evaluation or provide information relating to your application.** The NFL Player Benefits Office will provide your application and records to the physician. If you would like the physician to review any documents that were not provided with your application, you should provide those documents to the NFL Player Benefits Office as soon as possible, and at least 10 days in advance of your evaluation(s).

You can find additional information about the Plan, including a copy of the Plan document and the most recent Summary Plan Description, at NFLPlayerBenefits.com.

NFL NFLPA NFL PLAYER BENEFITS
DISABILITY PLAN

200 St. Paul Street, Suite 2420
Baltimore, Maryland 21202
Phone 800.638.3186
Fax 410.783.0041

Via E-Mail

May 27, 2020

Mr. Ronald Davis
1300 South Church Street #N10
Jonesboro, AR 72401

**Re: NFL Player Disability & Neurocognitive Benefit Plan—Additional Time Needed for Decision on Application for Disability Benefits**

Dear Mr. Davis:

This letter provides a brief update on the status of your pending application for benefits under the NFL Player Disability & Neurocognitive Benefit Plan ("Plan").

The Disability Initial Claims Committee ("Committee") typically decides disability applications within 45 days of the Plan's receipt of a completed application. This deadline may be extended by up to two 30-day extension periods if special circumstances prevent the Committee from rendering a decision in time.

You applied for neurocognitive disability benefits, which are reserved for Players who meet certain standards (see enclosure). As part of your application, the Plan requires you to attend evaluations with Plan neutral physicians. At the evaluations, a physician will evaluate the nature and extent of your disabilities, and provide evidence necessary to the determination of your claim.

As you know from a prior letter, the Plan neutral evaluation process has been suspended indefinitely due to the ongoing impact of the coronavirus pandemic. As a result, the Committee asked that we notify you that it will require additional time to decide your application. At this time, the deadline for a decision has been extended for the full 60 days permitted under the Plan, or until July 23, 2020. If further extensions are warranted or necessary, we will let you know.

Thank you for your patience and understanding during these difficult times. If you have any questions, please contact the NFL Player Benefits Office.

Sincerely,

*Elise Richard*

Elise Richard
Benefits Coordinator

Enclosure

## Standard for Neurocognitive Disability ("NC") Benefits

**6.1 Eligibility.** For applications received before April 1, 2020, a Player will receive a monthly neurocognitive disability benefit ("NC Benefit") in the amount described in Section 6.4 for the months described in Section 6.6 if and only if all of the conditions in (a), (b), (c), (d), (e), (f), (g), (h), and (i) below are met. Effective for applications received on and after April 1, 2020, the requirements of (a) and (b) will not apply, and a Player will receive an NC Benefit in the amount described in Section 6.4 for the months described in Section 6.6 if and only if all of the conditions in (c), (d), (e), (f), (g), (h), and (i) below are met.

(a) The Player must be a Vested Inactive Player based on his Credited Seasons only, and must be under age 55.

(b) The Player must have at least one Credited Season under the Bert Bell/Pete Rozelle Plan after 1994.

(c) The Player must not receive monthly retirement benefits under Articles 4 or 4A of the Bert Bell/Pete Rozelle Plan.

(d) The Player must not receive T&P benefits under this Plan or the Bert Bell/Pete Rozelle Plan.

(e) At least one Plan neutral physician selected pursuant to Section 6.2(d) below must find that the Player has a mild or moderate neurocognitive impairment in accordance with Section 6.2. If no Plan neutral physician renders such a conclusion, then this threshold requirement is not satisfied, and the Player will not be eligible for and will not receive NC Benefits, regardless of any other fact(s), statement(s), or determination(s), by any other person or entity, contained in the administrative record.

(f) After reviewing the report(s) of the Plan neutral physician(s) selected pursuant to Section 6.2(d) below, along with all other facts and circumstances in the administrative record, the Disability Initial Claims Committee or the Disability Board, as the case may be, must conclude, in its absolute discretion, that the Player has a mild or moderate neurocognitive impairment in accordance with Section 6.2.

(g) The Player must execute the release described in Section 6.3.

(h) The Player must not have a pending application for T&P benefits or for line-of-duty disability benefits under this Plan or the Bert Bell/Pete Rozelle Plan, except that a Player can file a claim for the NC Benefit simultaneously with either or both of those benefits.

(i) The Player must satisfy the other requirements of this Article 6.

**Plan Section 6.2(a)** Mild Impairment. Effective for applications received on and after March 1, 2017, a Player eligible for benefits under this Article 6 will be deemed to have a mild neurocognitive impairment if he has a mild objective impairment in one or more domains of neurocognitive

determined pursuant to the previous clause for moderate neurocognitive impairment.

**6.5 Effective Date of NC Benefit.**

NC Benefits will be paid retroactive to the first day of the month that is two months prior to the date a written application for NC Benefits or similar letter that began the administrative process that resulted in an award of NC Benefits was received. Notwithstanding the previous sentence, where a complete application that results in the award of a benefit under this Article 6 is received on or before March 31, 2013, NC Benefits will be paid retroactive to April 1, 2012.

**6.6 Duration of NC Benefits and Re-examination.**

(a) All benefits provided by this Article will be payable for no more than 180 months, but in no case will continue beyond the earliest of (1) the cessation of the Player's neurocognitive impairment, (2) the date the Player attains age 55, or (3) the Player's death.

(b) A Player who qualifies for benefits under this Article 6 may be required to submit to periodic examinations for the purpose of re-examining his condition upon the request of three or more Disability Board members, but not more often than once every two years. If the Disability Board or the Disability Initial Claims Committee then determines that such Player no longer has a neurocognitive impairment, his NC Benefits will terminate. If the Disability Board or the Disability Initial Claims Committee determines that such Player meets the requirements for the other category of NC Benefits, such Player's NC Benefits will be reclassified effective immediately.

**6.7 Player Requests for Reclassification.**

A Player who is awarded "mild impairment" benefits under this Article 6 may request reclassification to the "moderate impairment" category, but not more often than once every three years. Notwithstanding the previous sentence, a Player who has sustained a new injury or illness that causes cognitive impairment following the decision and original award of "mild impairment" benefits may request reclassification at any time. The standards for "mild impairment" and "moderate impairment" in effect on the date a request for reclassification is received will govern such request for reclassification.

**6.8 Relationship to Retirement Benefits.**

A Player who is eligible for and who is receiving NC Benefits and who subsequently elects to receive retirement benefits under Article 4 or Article 4A of the Bert Bell/Pete Rozelle Plan will not receive NC Benefits for any month following the annuity starting date of such retirement benefits.