# EXHIBIT B

**2020 NFL COLLECTIVE BARGAINING AGREEMENT**
**ARTICLE 60, SECTION 8 CONTRACTUAL TEXT**
**(CERTIFIED EXTRACT)**

---

GOVERNING CONTRACT WINDOW & LIFESPAN MATRICES REGISTERED:

---

* **ESTABLISHES THE UNREDUCED NEUROCOGNITIVE TRACK BENEFIT LIFESPAN CEILING**
* **CONTRACTUALLY ANCHORS THE OPEN COMPASSIONATE FILING WINDOWS**
* **CONTAINS NO BACKEND RETROACTIVE 12-MONTH ADMINISTRATIVE TIMELINE CAPS**
* **CONTAINS NO ADMINISTRATIVE TEXT FOR SECTION 8. NEUROCOGNITIVE DISABILITY BENEFITS: ARTICLE 6 OF THE DISABILITY PLAN TO AMEND SECTION 6.6**

---

CONTRACTUAL STATUS: ACTIVE / CONTRACTUALLY BINDING
GOVERNING BASELINE FOR THE VALUATED APRIL 9, 2020 WINDOW APPLICATION

---

"Notice: Full collective bargaining agreement text abridged to preserve judicial economy and brevity; complete certified articles and contractual frameworks remain fully available upon direct request of the Court."

# COLLECTIVE BARGAINING AGREEMENT

2020

NFLPA

***Section 8.*** **Neurocognitive Disability Benefits:** Article 6 of the Disability Plan shall be amended as follows:

(a) Section 6.4(a) shall be amended to increase the minimum amount of the Mild Neurocognitive Impairment Benefit to:

| Plan Year(s) | Minimum Benefit Amount |
|---|---|
| 2020-2021 | $3,000 |
| 2022-2023 | $3,500 |
| 2024-2025 | $4,000 |
| 2026-2027 | $4,500 |
| 2028-2030 | $5,000 |

(b) Section 6.4(b) shall be amended to increase the minimum amount of the Moderate Neurocognitive Impairment Benefit to:

| Plan Year(s) | Minimum Benefit Amount |
|---|---|
| 2020-2021 | $5,000 |
| 2022-2023 | $5,500 |
| 2024-2025 | $6,000 |
| 2026-2027 | $6,500 |
| 2028-2030 | $7,000 |

(c) Section 6.9 shall be amended to change the application deadline to March 31, 2031;

(d) Section 6.10 shall be amended to change the sunset date to March 31, 2031; and

(e) Effective April 1, 2020, Section 6.1 shall be amended to eliminate the requirements under Sections 6.1(a) and 6.1(b).

***Section 9.*** **Treatment for Neurocognitive Disorders:** The Disability Plan shall continue to provide up to $10,000 per Plan Year in reimbursements for an eligible player's out-of-pocket medical expenses relating to the treatment of his neurocognitive disorder that meets the definition of a medical expense under Section 213(d) of the Internal Revenue Code. An eligible player under this Section 9 is a player receiving benefits under Article 6 of the Disability Plan. The Plan shall only be a "secondary payor" covering the eligible player's out-of-pocket medical expenses to the extent not paid by the player's primary health insurer including, but not limited to, the Insurance Plan, but excluding the HRA Plan.

***Section 10.*** **Circuit Breaker:**

(a) If the annualized increase in Gross Disability Benefit Costs is more than 2% greater than the annualized increase in the Player Cost Amount as defined in Article 12, Section 6(c), over the period beginning on April 1, 2020 and ending on March 31, 2026, then the Disability Plan shall be amended effective for T&P applications received on or