# EXHIBIT C

NFL PLAYER BENEFITS PROGRAM - VALID
NEUROPSYCHOLOGICAL EVALUATION
(CERTIFIED EXTRACT)

---

CLINICAL DATA DEFLATION AND RESCORE MATRICES REGISTERED:

---

* IDENTIFIES THE RAW HISTORICAL DATA SUBJECT TO THE CORRECTIONS SETTLEMENT

* DOCUMENTARY PROOF OF ELEVEN (11) RAW METRICS FALLING BELOW THE 7TH PERCENTILE

* DEMONSTRATES SEVERE DEFICITS IN MULTIPLE COGNITIVE DOMAINS

* PROVIDES THE BASELINE OBJECTIVE FACTS TRIGGERING THE LEVEL MODERATE UPGRADE

* ESTABLISHES THE INTERLOCKING MEDICAL INJURY RECOGNIZED IN THE APRIL 2020 WINDOW

---

EVIDENTIARY STATUS: CERTIFIED CLINICAL MATRIX
UNMASKING THE RACE-NORMED HEATON CURVE DATA DEFLATION TRAP

---

"Notice: Full raw psychometric grids and testing appendices abridged to preserve judicial economy and brevity; complete certified original test records and raw score metrics remain fully available upon direct request of the Court."

# EXHIBIT C

**NFL PLAYER BENEFITS PROGRAM - VALID QUALIFIED NEUROPSYCHOLOGICAL EVALUATION (CERTIFIED EXTRACT)**

---

CLINICAL DATA DEFLATION AND RESCORE MATRICES REGISTERED:

---

* **IDENTIFIES THE RAW HISTORICAL DATA SUBJECT TO THE CORRECTIONS SETTLEMENT**

* **DOCUMENTARY PROOF OF ELEVEN (11) RAW METRICS FALLING BELOW THE 7TH PERCENTILE**

* **DEMONSTRATES SEVERE DEFICITS IN MULTIPLE COGNITIVE DOMAINS**

* **PROVIDES THE BASELINE OBJECTIVE FACTS TRIGGERING THE MODERATE LEVEL UPGRADE**

* **ESTABLISHES THE INTERLOCKING MEDICAL INJURY RECOGNIZED IN THE APRIL 2020 WINDOW**

---

EVIDENTIARY STATUS: CERTIFIED CLINICAL MATRIX
UNMASKING THE RACE-NORMED HEATON CURVE DATA DEFLATION TRAP

---

"Notice: Full raw psychometric grids and testing appendices abridged to preserve judicial economy and brevity; complete certified original test records and raw score metrics remain fully available upon direct request of the Court."

**SOUTH TEXAS NEUROPSYCHOLOGY**
**16014 VIA SHAVANO**
**SAN ANTONIO, TX 78249**
**(210) 614-3011**

**NFL PLAYER BENEFITS PROGRAM**
**NEUTRAL NEUROPSYCHOLOGICAL EVALUATION**

**PLAYER'S NAME:** Ronald Davis
**EXAMINATION DATE:** [redacted]
**AGE:** [redacted]
**EDUCATION:** 15
**NEUTRAL NEUROPSYCHOLOGIST:** Douglas B. Cooper, PhD ABPP-CN

**REASON FOR REFERRAL**: Ronald Davis is a 49-year-old, African-American, male who was referred for a neutral neuropsychological evaluation by the NFL Player Benefits Program as part of his application Neurocognitive Disability Benefits. He did not document any specific cognitive complaints on his NFL NCD Application.

**INFORMED CONSENT:** Prior to the start of this evaluation, Ronald Davis provided a driver's license to verify his identification. He was informed about the non-clinical nature of our relationship, that no clinical care or treatment would be offered, and completion of the evaluation did not establish a patient-doctor relationship. He was informed of the limits of confidentiality. He was told that he was required to put forth his best effort during the assessment, that his level of effort would be discussed in the narrative summary, and that failure to do so may impact his benefits. He was informed that the narrative summary would be sent to the NFL Player Benefits Office. He provided written and verbal consent to participate in this neutral neuropsychological evaluation.

**DOCUMENTS REVIEWED**:

- Player's NFL NCD Disability Application (10 pages)
- No medical records were included for review

**TESTS ADMINISTERED**:

Wechsler Adult Intelligence Scale - IV (WAIS-IV) Selected Subtests
Test of Pre-Morbid Functioning (TOPF)
Wisconsin Card Sorting Test (WCST)
Delis-Kaplan (DKEFS) Trail Making (TM)
Delis-Kaplan (DKEFS) Verbal Fluency (VF)
Delis-Kaplan (DKEFS) Color-Word Interference (CWIT)
Boston Naming Test (BNT)
Wechsler Memory Scale - IV (WMS-IV):

**APPENDIX A - TABLE OF TEST RESULTS:** Raw and standardized scores are presented only for use by appropriately trained professionals and to allow for any future test-retest comparison. These scores should not be interpreted without consideration of all the information that is contained in the rest of the report. The most recent standardization samples from the test publisher were used whenever possible to derive standard scores and percentiles; scores were corrected for age, gender, ethnicity and education when available.

| | | | |
|---|---|---|---|
| Age (years): | [redacted] | Education (years): | 15 |

| TOPF and WAIS-IV Composite Scores | Age SS | Demographic Adjusted T score | %tile | Description |
|---|---|---|---|---|
| **Pre-morbid Intellectual Functioning** | | | | |
| TOPF (Standard Score) | 101 | | 53 | Average |
| Demographic Predicted FSIQ (optional) | 93 | | 32 | Average |
| | | | | |
| **WAIS-IV Composite Scores** | | | | |
| Verbal Comprehension (VCI) | 95 | | 37 | Average |
| Perceptual Reasoning (PRI) | 92 | | 30 | Average |
| Working Memory (WMI) | 95 | 49 | 37 | Average |
| Processing Speed (PSI) | 81 | 41 | 10 | **Borderline Impaired |
| Full Scale I.Q. (FSIQ) | 89 | | 23 | Below Average |
| General Ability (GAI) | 93 | | 32 | Average |
| | | | | |
| **WAIS-IV Subtest Scores** | | | | |
| Verbal Comprehension | | | | |
| Similarities | 10 | 52 | 50 | Average |
| Information | 8 | 44 | 25 | Averge |
| | | | | |
| Perceptual Reasoning | | | | |
| Block Design | 8 | 48 | 25 | Average |
| Visual Puzzles | 9 | 52 | 37 | Average |
| | | | | |
| Working Memory | | | | |
| Digit Span | 11 | 56 | 63 | Average |
| Arithmetic | 7 | 42 | 16 | Below Average |
| | | | | |
| Processing Speed | | | | |
| Symbol Search | 7 | 44 | 16 | Below Average |
| Coding | 6 | 40 | 9 | **Borderline Impaired |

| Test | Score | T-Score | %tile | Description |
|---|---|---|---|---|
| **Processing Speed/Efficiency** | | | | |
| WAIS-IV Symbol Search (SS) | 7 | 44 | 16 | Below Average |
| WAIS-IV Coding (SS) | 6 | 40 | 9 | **Borderline Impaired |
| D-KEFS Visual Scanning (SS) | 9 | | 37 | Average |
| D-KEFS Number Sequencing (SS) | 10 | | 50 | Average |
| D-KEFS Letter Sequencing (SS) | 10 | | 50 | Average |
| | | | | |
| **Executive Functioning** | | | | |
| Wisconsin Card Sorting Test (WCST) | | | | |
| Categories Completed (Raw) | 1 | | 2-5 | **Mildly-Moderately Impaired |
| Perv. Responses (Raw Score) | 41 | 29 | 2 | **Moderately Impaired |
| Perv Errors (Raw Score) | 39 | 27 | 1 | **Moderately Impaired |
| Failures to Maintain Set (Raw) | 2 | | 6-10 | **Borderline Impaired |
| DKEFS Color Naming (SS) | 7 | | 16 | Below Average |
| Word Reading (SS) | 11 | | 63 | Average |
| Inhibition (SS) | 8 | | 25 | Average |
| Inhibition/Switching (SS) | 6 | | 9 | **Borderline Impaired |
| Number Letter Switching (SS) | 3 | | 1 | **Moderately Impaired |
| Phonemic Fluency (SS) | 4 | | 2 | **Moderately Impaired |
| Category Fluency (SS) | 3 | | 1 | **Moderately Impaired |
| Category Switching (SS) | 5 | | 5 | **Mildly Impaired |
| | | | | |
| **Attention** | | | | |
| WAIS IV Digit Span (SS) | 11 | 56 | 63 | Average |
| | | | | |
| **Verbal Learning/Recent Memory** | | | | |
| CVLT II Trial 1 (z-score) | -1.0 | | 16 | Below Average |
| Trial 5 (z-score) | 0.0 | | 50 | Average |
| Sum Trials 1-5 (T-Score) | | 44 | 27 | Average |
| Short Delay Free Recall (z-score) | -0.5 | | 31 | Average |
| Short Delay Cued Recall (z-score) | -1.5 | | 7 | **Borderline Impaired |
| Long Delay Free Recall (z-score) | -0.5 | | 31 | Average |
| Long Delay Cued Recall (z-score) | -1.5 | | 7 | **Borderline Impaired |
| LDFR v SDFR (z-score) | 0.0 | | 50 | Average |
| Learning Slope (z-score) | -0.5 | | 31 | Average |
| Repetitions (z-score) | 1.0 | | 16 | Below Average |
| Intrusions (z-score) | 0.5 | | 31 | Average |
| WMS-IV Logical Memory I (SS) | 5 | 37 | 5 | **Mildly Impaired |
| Logical Memory II (SS) | 4 | 34 | 2 | **Moderately Impaired |
| | | | | |
| **Nonverbal Learning/Recent Memory** | | | | |
| WMS IV Visual Reproduction I (SS) | 8 | 46 | 25 | Average |
| Visual Reproduction II (SS) | 10 | 53 | 50 | Average |
| | | | | |

| Test | Score | T-Score | %tile | Description |
|---|---|---|---|---|
| **Language** | | | | |
| Boston Naming Test (Raw Score) | 51 | | | |
| Scale Score and T-Score | 8 | 48 | 42 | Average |
| DKEFS Categorical Fluency (SS) | 3 | | 1 | **Moderately Impaired |
| | | | | |
| **Spatial-Perceptual Skills** | | | | |
| Rey-Osterrieth Figure Copy (Raw Score) | 35 | | >16 | Average |
| Scale Score and T-Score | | | | |
| WAIS IV Block Design (SS) | 8 | 48 | 25 | Average |
| WAIS-IV Visual Puzzles (SS) | 9 | 52 | 37 | Average |
| | | | | |
| **Motor Speed** | | | | |
| DKEFS Motor Speed (SS) | 12 | | 75 | High Average |
| | | | | |

| Performance Validity Indices | Score | Description |
|---|---|---|
| **Effort Measures** | | |
| Test of Memory Malingering Trial 1 | 40 | N/A |
| Test of Memory Malingering Trial 2 | 46 | Valid |
| Test of Memory Malingering Retention | 49 | Valid |
| Medical Symptom Validity Test IR | 95 | Valid |
| Medical Symptom Validity Test DR | 80 | **Invalid |
| Medical Symptom Validity Test CNS | 85 | **Invalid |
| Medical Symptom Validity Test PA | 60 | N/A |
| Medical Symptom Validity Test FR | 35 | N/A |
| CVLT-II Forced Choice Recognition | 16/16 | Valid |
| | | Base Rate Probability |
| ACS – RDS | 10 | Valid > 25 |
| ACS – WMS-IV LM Recognition (Raw) | 20 | ≤ 25 |
| ACS – WMS-IV VR Recognition (Raw) | 7 | Valid > 25 |
| | | |

| Mood/Personality | Score | Range |
|---|---|---|
| BDI-II | Raw= 13 | **Minimal Depression Symptoms |
| BAI | Raw= 5 | **Minimal Anxiety Symptoms |
| | | |
| **MMPI 2-RF** | **T-Score** | |
| Variable Response Inconsistency (VRIN-r) | 48 | WNL |
| True Response Inconsistency (TRIN-r) | 50 | WNL |
| Infrequent Responses (F-r) | 65 | **Mildly Elevated |
| Infrequent Psychopathology Responses (Fp-r) | 42 | WNL |
| Infrequent Somatic Responses (Fs) | 66 | **Mildly Elevated |
| Symptom Validity (FBS-r) | 61 | WNL |
| Response Bias Scale (RBS) | 76 | **Moderately Elevated |
| Emotional/Internalization Dysfunction(EID) | 46 | WNL |
| Thought Dysfunction (THD) | 57 | WNL |
| Behavioral/Externalizing Dysfunction (BXD) | 63 | WNL |
| Demoralization (RCd) | 49 | WNL |
| Somatic Complaints (RC1) | 70 | **Mildly Elevated |
| Low Positive Emotions (RC2) | 54 | WNL |
| Cynicism (RC3) | 38 | WNL |
| Antisocial Behavior (RC4) | 71 | **Mildly Elevated |
| Ideas of Persecution (RC6) | 66 | **Mildly Elevated |
| Dysfunctional Negative Emotions (RC7) | 48 | WNL |
| Aberrant Experiences (RC8) | 59 | WNL |
| Hypomanic Activation (RC9) | 43 | WNL |
| Malaise (MLS) | 52 | WNL |
| Head Pain Complaints (HPC) | 59 | WNL |
| Neurologic Complaints (NUC) | 86 | **Severely Elevated |
| Cognitive Complaints (COG) | 64 | WNL |
| Suicidal/Death Ideation (SUI) | 66 | **Mildly Elevated |
| Stress/Worry (STW) | 36 | WNL |
| Anxiety (AXY) | 44 | WNL |
| Anger Proneness (ANP) | 39 | WNL |
| Substance Abuse (SUB) | 55 | WNL |
| Aggression (AGG) | 51 | WNL |

E-Ballot - 2/23/2021

NFL NFLPA | NFL PLAYER BENEFITS
DISABILITY PLAN

# JOINT PHYSICIAN REPORT FORM

## NEUROCOGNITIVE DISABILITY BENEFITS

**Notice to Physicians:** To preserve your independence and the integrity of the decision-making process, you must avoid contacts with attorneys or other representatives of the Players seeking disability benefits from the NFL Player Disability & Neurocognitive Benefit Plan. Please notify the NFL Player Benefits Office if you are contacted by any of these individuals.

To be completed by NFL Player Benefits Office

**Player's name: Ronald Davis DOB** [redacted]

**Player's address:** [redacted]

**Player's Credited Seasons: 1995**

**Claimed impairments: see application**

1. Did you receive records for this Player? ☐ YES | ☑ NO If so, how many pages? ________
2. Did you evaluate the Player? ☑ YES | ☐ NO If so, when? 2/12/2021, 2/11/21
3. Have you or your colleagues ever treated the Player previously? ☐ YES | ☑ NO
4. Does the Player show evidence of acquired neurocognitive impairment?

   ☑ YES | ☐ NO | ☐ UNABLE TO DETERMINE due to low scores on validity measures

   **If you checked YES:**

   - Is the Player's acquired neurocognitive impairment **mild** or **moderate** as defined by the Plan? ☑ Mild* | ☐ Moderate†
   - Is the Player's neurocognitive impairment likely secondary to a primary psychiatric problem or substance use/abuse problem?

     ☑ No | ☐ Primary psychiatric problem | ☐ Substance use/abuse

---

* Mild Impairment: Player has a mild objective impairment in one or more domains of neurocognitive functioning which reflect acquired brain dysfunction, but not severe enough to interfere with his ability to independently perform complex activities of daily living or to engage in any occupation for remuneration or profit.

† Moderate Impairment: Player has a mild-moderate objective impairment in two or more domains of neurocognitive functioning which reflect acquired brain dysfunction and which may require use of compensatory strategies and/or accommodations in order to independently perform complex activities of daily living or to engage in any occupation for remuneration or profit

5. Do you have any additional remarks? ____________________

Please provide the required narrative reports with this form. **This Joint Physician Report Form will not be complete without the individual reports and the signatures of both Plan neutral physicians.**

We certify that:

- ☑ We reviewed all records of this Player provided to us.
- ☑ We personally examined this Player.
- ☑ This Joint Physician Report Form and the attached narrative report(s) accurately document our findings.
- ☑ Our findings reflect our best professional judgment.
- ☑ We are not biased for or against this Player.

Signature / Neurologist ____________________ Date 2/13/21

Signature / Neuropsychologist ____________________ Date 2/13/2021