# EXHIBIT E

**OFFICIAL NFL CONCUSSION SETTLEMENT VALID
QUALIFYING LEVEL TWO MODERATE IMPAIRMENT
NEUROCOGNITIVE DIAGNOSIS
(CERTIFIED EXTRACT)**

---

REGISTRY VALIDATION & APPROVED STATUS MATRICES REGISTERED:

---

* **FORMALLY ESTABLISHES THE FINAL APPROVED LEVEL 2 MODERATE IMPAIRMENT UPGRADE**

* **OFFICIALLY CERTIFIES A VALID QUALIFYING NEUROCOGNITIVE DIAGNOSIS**

* **PROVIDES THE ULTIMATE MEDICAL HARNESS COUPLING TO THE APRIL 2020 WINDOW**

* **DEMONSTRATES FINAL RESOLUTION OF THE DISPUTED HEATON DATA DEFLATION TRAP**

---

EVIDENTIARY STATUS: COMPLETED MASTER REGISTRY JUDICIAL RECORD PROVING INDISPUTABLE ENTITLEMENT TO THE FULL CONTRACTUAL TIMELINE

---

"Notice: Official settlement program approval records abridged to preserve Judicial economy and brevity; complete certified registry entry forms and validation letters remain fully available upon direct request of the Court."

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*

No. 2:12-md-02323 (E.D. Pa.)

## NEUROPSYCHOLOGICAL TESTING REPORT

This report provides the neuropsychological test results after applying the New Method to the neuropsychological tests for the Retired NFL Football Player identified in Section I below. The Raw Score is the score that was reported in the original neuropsychological testing. The "Calculated Score" was determined using the New Method in accordance with the Court's Order.

### I. RETIRED NFL FOOTBALL PLAYER INFORMATION

| | | | |
|---|---|---|---|
| **Settlement Program ID** | [redacted] | | |
| **Name** | First<br>Ronald | M.I. | Last<br>Davis |
| **Date of Birth** | [redacted] | | |

### II. TESTING INFORMATION

| | | | |
|---|---|---|---|
| **Exam ID** | [redacted] | | |
| **Exam Date** | 1/20/2023 | | |
| **Player's Age at the Time of Exam** | 51 | | |
| **Provider Name** | First<br>Brian | M.I.<br>W. | Last<br>Thomas |
| **Exam Type** | BAP | | |
| **Player's Level of Education** | 15 | | |

**Describe the Player's Level of Education.** Explain any factors that you may have considered when establishing the Player's education level.

| | |
|---|---|
| **Did the Player have any limitations on his ability to perform?** | No |

**If yes, describe the Player's limitations:**

### III. READING LEVEL ASSESSMENT

As in all neuropsychological assessment, impairment across the BAP battery is determined not only by the level of performance on each individual test, but also taking into account the person's Reading Level. Based on the results of the Test of Premorbid Functioning (TOPF) Reading Standard Score, an individual player will be characterized as having Above Average (Reading Standard Score of > 110), Average (90-109), or Below Average (< 89) Reading Level.

| | | | | |
|---|---|---|---|---|
| 4. | WAIS-IV Information | | | ☒ |
| 5. | WMS-IV Designs Subtest I - Immediate Recall | | | ☒ |
| 6. | WMS-IV Designs Subtest II - Delayed Recall | | | ☒ |
| 7. | WMS-IV Spatial Addition | | | ☒ |

## G. Cognitive Test Results

| | Cognitive Domain | Level of Impairment |
|---|---|---|
| 1. | Complex Attention & Processing Speed | Level 2 |
| 2. | Learning and Memory | Level 2 |
| 3. | Executive Functioning | No Impairment |
| 4. | Visual-Perceptual Processing | No Impairment |
| 5. | Language | Level 2 |
| 6. | Overall Cognitive Impairment | Level 2 |

**Summarize your findings:**

## V. Performance Validity Assessment

Score validity should be evaluated by examining ACS performance validity measures, other stand-alone performance validity tests, and the Slick Criteria. Scores for four embedded ACS performance validity measures, to be extracted from WAIS-IV and WMS-IV raw data, and the ACS Word Choice Test should be assessed according to the guidelines set forth in Assessing Performance Validity with the ACS, Chapter 7, by James A. Holdnack, Scott Millis, Glenn J. Larrabee and Grant L. Iverson. Based on the Traumatic Brain Injury comparison group that is part of the ACS package, either 2 of 5 test scores falling below the 10th percentile of the Clinical Sample Base Rates, or 3 of 5 test scores falling below the 15th percentile would indicate high likelihood of invalid performance. These scores will then be evaluated against performance on the other standalone measures (e.g., Test of Memory Malingering, Medical Symptom Validity Test, Victoria Symptom Validity Test).Stand-alone performance validity tests will be administered and interpreted according to their respective manuals.

You must administer all tests, both embedded and standalone, listed below. If you administer other performance validity measures, list the specific test in Section E.

### A. ACS Scored Tests

| | Test | Raw Score | Calculated Percentile Score | Not Performed |
|---|---|---|---|---|
| 1. | WAIS-IV Reliable Digit Span | 10 | <50 | ☐ |
| 2. | WMS-IV Logical Memory Recognition | 19 | <25 | ☐ |

## NEUROPSYCHOLOGICAL TESTING REPORT

| | | | | |
|---|---|---|---|---|
| 7. | RC7 (Dysfunctional Negative Emotions) | 4 | 46 | ☐ |
| 8. | RC8 (Aberrant Experiences) | 2 | 52 | ☐ |
| 9. | RC9 (Hypomanic Activation) | 12 | 50 | ☐ |
| 10. | EID | 6 | 45 | ☐ |
| 11. | THD | 2 | 53 | ☐ |
| 12. | BXD | 11 | 63 | ☐ |

| | MMPI-2RF: PSY-5 Scales | Raw Score | Calculated T-Score | Not Performed |
|---|---|---|---|---|
| 1. | AGGR-r (Aggressiveness - Revised) | 9 | 50 | ☐ |
| 2. | PSYC-r (Psychoticism - Revised) | 2 | 52 | ☐ |
| 3. | DISC-r (Disconstraint - Revised) | 10 | 59 | ☐ |
| 4. | NEGE-r (Negative Emotionality/Neuroticism - Revised) | 6 | 49 | ☐ |
| 5. | INTR-r (Introversion/Low Positive Emotionality - Revised) | 7 | 52 | ☐ |

### C. Other Mental Health Assessment

**If you used any other criteria or test to administer the mental health assessment, summarize your findings here along with the scores and results:**

## VII. PROVIDER INFORMATION

| | |
|---|---|
| **Provider Name** | Thomas, Brian W. |
| **Date of Report** | 1/25/2023 |

[1] The TOPF Reading Standard Score should not be used for choosing an algorithm when the examiner has a strong indication from the patient's history, behavioral observations, and other language test results suggesting that an acquired language disorder or severe learning disability is present. Moreover, if English was learned as a second language in adulthood, the TOPF Reading Standard Score need not be relied upon for choosing an algorithm. If a clinician documents a person's reading score to be fundamentally inaccurate and not representative of his longstanding reading ability, that person could be classified as having "Average Reading Level" for the purpose of applying the algorithms below. Having poor reading skills, or a possible mild learning disability, is not a rationale for classifying a person in a higher reading level (i.e., from Below Average to Average Reading Level). However, a clinician can use clinical judgement in cases of severe language-based learning disability (i.e., severe dyslexia) to use the Average Reading Level algorithms.
[2] For the WAIS IV Letter-Number Sequencing and WAIS-IV Cancellation—normative data is unavailable for individuals over 69 years old. For individuals in this age category, when assessing results for the Complex Attention domain, Qualified BAP Providers should reference scores from the Trails A test in place of the WAIS IV Cancellation test, which is already included in the contemplated test battery, and administer the WMS-IV Symbol Span test in place of the current WAIS-IV Letter-Number Sequencing test.
[3] It is more difficult for the Claims Administrator and AAP experts to give full deference to your decision-making where you have provided a checklist of Slick criteria with only a simple yes or no checkmark next to each criterion. Instead, you should include a thorough written discussion of the Slick criteria and how each criterion applies in the particular case at hand.