FedEx

shipping label here.

ORIGIN ID:JBRA (801) 304-0202
RONALD DAVIS
1300 S CHURCH ST # N10
JONESBORO, AR 72401
UNITED STATES US

SHIP DATE: 11SEP26
ACTWGT: 0.20 LB
CAD: 6571838/ROSA2710

TO CLERK OF COURT
UNITED STAES DISTRICT COURT
101 WEST LOMBARD STREET
ATTN: HON. JUDGE JULIE R. RUBIN
BALTIMORE MD 21201
(000) 000-0000

FedEx Express

E

TRK# 0201 8770 9145 1926

TUE - 15 SEP 5:00P
** 2DAY **

SS MFVA

21201
MD-US BWI

FILED ENTERED
LOGGED RECEIVED

SEP 16 2026

AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

Envelope
recycle me

1006 MON 09/14 06:38
UNITED STAES DISTRICT COURT
101 W LOMBARD ST
ATTN: HON. JUDGE JULIE R. RUBIN
BALTIMORE MD
9339476
E
21201-2605-99
841-6571
SP-PD:100.1
1001008741690002120100877001451926

FedEx®

**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.

© 2025 FedEx 155475/155476 REV 2/25

PAP 21

Please recycle. See how we are connecting the world in responsible and resourceful ways at **fedex.com/sustainability.** Recycling options may vary by location.

**Scan to learn how we can help make Earth a priority together.**

Insert shipping document here.