AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY
SEP 2 2 2026
____ FILED ____ ENTERED
____ LOGGED SS RECEIVED

Bailey Objection

Case No. 1:23-VBC-02661-JRR

I am filing this objection to this terrible settlement. This settlement is more harmful than helpful. The only people that benefit from this settlement are the NFL disability board and the two plaintiff's Bailey and Curry.

The NFL defendants wiped out the billions that were owed to players, including that related to the evaluation of benefits. They basically made themselves liability proof.

Bailey and Curry are getting 4 million, and they didn't fight at all. All they did was file a complaint. Copying one of the hundred arguments that Alford had already made. They filed their complaints, and the NFL never responded.

No fight at all. The NFL, Bailey and Curry just went right into settlement. No discovery fight at all. That should be a huge red flag, because the NFL lawyers always fight tooth and nails. But the most alarming thing is that the lawyers that are supposed to represent players like me are shady.

Beasley just got kicked out of the class action lawsuit this year, for secretly making deals with defendants' lawyers, which hurt clients just to make themselves money. Another lawyer involved is Cuthbert, who is shady as they come. I would know because he used to be my lawyer. He made trouble in the NFL concussion settlement. He only looked out for himself even if it looked bad for his clients. These people should not represent our best interests.

Thank you for accepting my objectives.

Ronnie Dixon