# EXHIBIT B

**From:** Chris Seeger
**To:** Dee Miles
**Subject:** [EXT] Re: NFL Race Norming Class
**Sent:** 10/2/2023 1:09:32 PM

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

**[EXTERNAL]**

I don't see how this is related at all. My case has nothing to do with norming, and yes—I know a lot about race norming because I led the group that literally created the first race neutral demographic adjustments. I don't see your case in any way overlapping with mine. I guess we'll see how this plays out and where you see this going. I'll be watching very closely.

Sent from my iPhone

> On Oct 2, 2023, at 9:21 AM, Dee Miles wrote:
>
> Chris:
> We have filed the attached complaint concerning the issue of "race norming" occurring with NFL disability claims and other benefits. I understand you are familiar with the theory and this case appears to be related, though very different, to your current NFL class in Maryland. As such, under the local rules we had to designate our class case as related to yours, but we are not attempting in anyway to crash-in on your case.
> We should talk soon. Thanks. - Dee
>
> **W. Daniel "Dee" Miles, III**
> Consumer Fraud Section Head
> 800.898.2034
> Dee.Miles@BeasleyAllen.com
> BeasleyAllen.com | My bio
> **Learn more about our ongoing litigation.**
>
> CONFIDENTIALITY & PRIVILEGE NOTICE
>
> <01.pdf>