# EXHIBIT D

11:41

X

For you Following • Add +

**Sheilla Dingus** @SheillaDing... · 17h

@RichMcHugh here's another twist on the race norming issue, only this settlement, instead of compensating players, will strip them of some very important rights. It would make for a great story and we really need to get the word out before it's too late. This is quietly playing out like an ambush, and players will be blissfully unaware of the consequences until it is too late to do anything about it.

**Sheilla Dingus** @SheillaDingus · 1d

This morning I sent an urgent newsletter regarding #NFL Disability's latest attempt to strip #Black retired players of important rights. Please repost. We need to get this out....




14