# EXHIBIT E

2:44

◀ Safari

18

- IT WILL BE EXTREMELY RARE FOR ANY PLAYER IN THE BAILEY SETTLEMENT TO SEE A DOLLAR RESULTING FROM THE BAILEY SETTLEMENT.
  - The fine print of the Bailey settlement EXCLUDES NEARLY ALL retired NFL players in the settlement from receiving ANYTHING of value.
- ALL PLAYERS WHO ARE CLASS MEMBERS IN BAILEY ARE GIVING UP EXTREMELY VALUABLE RIGHTS TO POTENTIAL BENEFITS EVEN THOUGH IT WILL BE RARE FOR ANY PLAYER TO SEE ANY VALUE FROM THE SETTLEMENT.
  - The Bailey settlement is a desperate trap by the NFL disability board to force ALL retired NFL players in the Bailey settlement to waive their rights to pursue ANY AND ALL relief and lawsuits including for benefits or higher levels of benefits, etc. that relate in ANY way to an evaluation of benefits.
- THE NFL DISABILITY BOARD SAYS THAT WHAT THEY ARE GIVING PLAYERS IS AN END TO RACIAL DISCRIMINATION IN TESTING BUT THE NFL DISABILITY BOARD ALREADY AGREED TO END THIS PRACTICE IN JUNE 2021.
  - So what the NFL Disability Board says it is giving to players in the Bailey settlement for waiving all those players' rights WAS ALREADY AGREED TO IN 2021 and had nothing to do with this Bailey settlement.
- BAILEY SETTLED WITH NO ACTUAL FIGHT.
  - Bailey filed a complaint only. The NFL didn't even fight them AT ALL before settling. For this, the Bailey lawyers are looking to pocket $4 million in fees and expenses and for $50K in cash for the two named plaintiffs while most class members will get diddly squat out of the deal.
- A DIFFERENT LAWSUIT (THE ALFORD v NFL DISABILITY LAWSUIT) HAS BEEN SUCCESSFULLY MOVING FORWARD.
  - Alford v. NFL disability lawsuit is a different lawsuit that was filed first and is significantly farther ahead than Bailey. Unlike the Bailey lawsuit, the Alford v. NFL disability lawsuit continues to move forward against the NFL disability board! The Alford players' class action lawsuit largely defeated the NFL disability board's motion to dismiss, overcame statute of limitations defenses for the breaches of fiduciary duties, completed discovery, and defeated three NFL disability board motions for summary judgment

2 days

**New posts for you**