PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$12.90
Origin: 85234
09/24/26
0334040240-16

PRIORITY MAIL®

0 Lb 1.80 Oz
RDC 03

EXPECTED DELIVERY DAY: 09/28/26

C047

SHIP
TO:
101 W LOMBARD ST
BALTIMORE MD 21201-2605

USPS TRACKING® #

9505 5123 7479 6267 1737 02

PRIORITY
MAIL®

trictions apply).*
many international destinations.
orm is required.
ms exclusions see the
ity and limitations of coverage.

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY
SEP 25 2026
FILED ENTERED
LOGGED 523 RECEIVED

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Levi Jones
379 S Melba St
Gilbert, Az 85233

TO: Clerk of the Court
United States District for the
District of Maryland
Edward A Garmatz United States
Court house
101 West Lombard St
Baltimore, MD 21201

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL USE

PAPER POUCH e.info

cvj

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.

UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL®

Freedom 250

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

## TRACKED ■ INSURED

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.