**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**BALTIMORE DIVISION**

| | |
|---|---|
| STACEY BAILEY and ERIC CURRY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN *et al*.,<br><br>Defendants. | **No. 1:23-cv-02661-JRR** |

**DECLARATION OF BENJAMIN R. BARNETT IN SUPPORT OF OBJECTIONS TO CLASS ACTION SETTLEMENT**

BENJAMIN R. BARNETT declares the following pursuant to 28 U.S.C. § 1746:

1. I am a partner in the law firm of Seeger Weiss LLP and am admitted to practice in the State of Maryland, the Commonwealth of Pennsylvania, and the District of Columbia, and I am also admitted to this Court. I submit this Declaration in support of the objections of Jason Alford *et al.* ("Objectors") to the proposed class action settlement in this case (ECF No. 79-3). I have personal knowledge of the matters set forth herein based on my role as one of the counsel of record for Objectors in this case and on my review of the case file of my firm and files of co-counsel relating to *Alford v The NFL Player Disability & Survivor Benefit Plan*, No. 1:23-cv-00358-JRR ("*Alford*"), over which this Court also presides.

2. Annexed hereto as **Exhibit A** is a copy of the NFL Player Disability & Survivor Benefit Plan ("Plan"), as amended and restated effective April 1, 2021. This exhibit was previously filed as an exhibit by the defendants in *Alford*, docketed there at ECF Nos. 69-7 and

115-6, and was also filed as an exhibit by the plaintiffs in *Alford*, docketed there at ECF No. 346-5.

3. Annexed hereto collectively as **Exhibit B** is a copy of the NFL Player Disability & Survivor Benefit Plan, as amended and restated effective April 1, 2017. This exhibit was previously filed as an exhibit by the defendants in *Alford*, and docketed there at ECF No. 115-7, and also filed as an exhibit by the plaintiffs in *Alford*, docketed there at ECF No. 346-7.

4. Annexed hereto as **Exhibit C** is a copy of the public (redacted) version of the plaintiffs' opening memorandum in support of their renewed motion for class certification in *Alford*, docketed at ECF No. 351 in that case.

5. Annexed hereto as **Exhibit D** is a copy of the plaintiffs' memorandum in opposition to the defendants' motion to dismiss the Amended Class Action Complaint in *Alford*, docketed at ECF No. 70 in that case.

6. Annexed hereto as **Exhibit E** is a copy of the Amended Class Action Complaint filed in *Alford*, docketed at ECF No. 56 in that case.

7. Annexed hereto as **Exhibit F** is a copy of the public (redacted) version of the Court's Memorandum Opinion addressing the defendants' motions for summary judgment in *Alford*, docketed at ECF No. 342 in that case.

8. Annexed hereto collectively as **Exhibit G** are copies of the Order and Exhibits thereto entered on March 4, 2022 by the United States District Court for the Eastern District of Pennsylvania in the multidistrict litigation entitled *In re National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323-AB (E.D. Pa. Mar. 4, 2022), docketed at ECF Nos. 11648 to 11648-8 in that case.

9. Annexed hereto as **Exhibit H** is a copy of the public (redacted) version of the plaintiffs' reply memorandum in further support of their renewed motion for class certification in *Alford*, docketed at ECF No. 363 in that case.

10. Annexed hereto as **Exhibit I** is a copy of the Neurology/Neuropsychology Neutral Physician Panel Orientation Manual, effective June 8, 2021. This document was previously filed as an exhibit by the plaintiffs in *Alford*, docketed at ECF Nos. 173-8 and 346-12 in that case.

11. Annexed hereto as **Exhibit J** is a copy of the Neurology/Neuropsychology Neutral Physician Panel Orientation Manual, effective August 2018. This exhibit was previously filed as an exhibit by the defendants in *Alford*, docketed there at ECF No. 124-10, and also by the plaintiffs in *Alford*, docketed there at ECF No. 346-18.

12. Annexed hereto as **Exhibit K** is a copy of the Neurology/Neuropsychology Neutral Physician Panel Orientation Manual, effective August 2024. The document was previously filed as an exhibit by the plaintiffs in *Alford*, docketed at ECF No. 346-13 in that case. The defendants removed the confidentiality designation previously associated with this document.

13. Annexed hereto as **Exhibit L** is a copy of the Memorandum Opinion issued by the Court, addressing the defendants' motion to dismiss the Amended Class Action Complaint in *Alford*, docketed at ECF No. 78 in that case.

14. Annexed hereto as **Exhibit M** is a copy of the public (redacted) version of the defendants' memorandum in opposition to the plaintiffs' renewed motion for class certification in *Alford*, docketed at ECF No. 370 in that case.

15. Annexed hereto as **Exhibit N** is a copy of the public (redacted) version of the plaintiffs' consolidated memorandum in opposition to the defendants' motions for summary judgment in *Alford*, docketed at ECF No. 196 in that case.

16. Annexed hereto as **Exhibit O** is a copy of the Memorandum Opinion issued by the Court, addressing the plaintiffs' motion for class certification in *Alford*, docketed at ECF No. 337 in that case.

17. Annexed hereto as **Exhibit P** is a copy of the complete docket sheet in *Alford*, current as of approximately 6:19 p.m. EDT on Sunday, September 27, 2026.

18. Under penalty of perjury, I declare the foregoing to be true and correct.

Executed this 29th day of September, 2026

*s/ Benjamin R. Barnett*
BENJAMIN R. BARNETT