***Bailey v. The NFL Player Disability & Survivor Benefit Plan*, No. 1:23-cv-02661-JRR**

**INDEX OF EXHIBITS IN SUPPORT OF OBJECTIONS OF JASON ALFORD *ET AL.* TO CLASS ACTION SETTLEMENT**

| Exhibit Letter | Exhibit | Page Number(s) of Objections |
|---|---|---|
| A | NFL Player Disability & Survivor Benefit Plan, as amended and restated effective April 1, 2021. | 10, 34, 37, 38, 45 |
| B | NFL Player Disability & Survivor Benefit Plan, as amended and restated effective April 1, 2017. | 10, 38, 45 |
| C | Plaintiffs' opening memorandum in support of their renewed motion for class certification in *Alford v The NFL Player Disability & Survivor Benefit Plan*, No. 1:23-cv-00358-JRR ("*Alford*"), docketed at ECF No. 351 in that case. | 11, 23 |
| D | Plaintiffs' memorandum in opposition to the defendants' motion to dismiss the Amended Class Action Complaint in *Alford*, docketed at ECF No. 70 in that case. | 17, 22 |
| E | Amended Class Action Complaint filed in *Alford*, docketed at ECF No. 56 in that case. | 17, 22, 24, 29, 39, 41, 42 |
| F | Public (redacted) version of Memorandum Opinion addressing the defendants' motions for summary judgment in *Alford*, docketed at ECF No. 342 in that case. | 13, 18, 23, 24, 35 |
| G | Order and Exhibits thereto entered on March 4, 2022 by the United States District Court for the Eastern District of Pennsylvania in *In re National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323-AB (E.D. Pa. Mar. 4, 2022), and docketed at ECF Nos. 11648 to 11648-8 in that case. | 21 |
| H | Public (redacted) version of the plaintiffs' reply memorandum in further support of their renewed motion for class certification in *Alford*, docketed at ECF No. 363 in that case. | 23, 35, 42 |

| | | |
|---|---|---|
| I | Neurology/Neuropsychology Neutral Physician Panel Orientation Manual, effective June 8, 2021; was previously filed as an exhibit by the plaintiffs in *Alford*, docketed at ECF Nos. 173-8 and 346-12 in that case. | 23, 24 |
| J | Neurology/Neuropsychology Neutral Physician Panel Orientation Manual, effective August 2018, previously filed as an exhibit by the defendants in *Alford* and docketed there at ECF No. 124-10, and also by the plaintiffs in *Alford*, and docketed there at ECF No. 346-18. | 23 |
| K | Neurology/Neuropsychology Neutral Physician Panel Orientation Manual, dated August 2024; previously filed as an exhibit by the plaintiffs in *Alford*, and docketed at ECF No. 346-13 in that case. | 24 |
| L | Memorandum Opinion addressing Defendants' motion to dismiss the Amended Class Action Complaint in *Alford*, docketed at ECF No. 78 in that case. | 18, 22 |
| M | Public (redacted) version of defendants' memorandum in opposition to the plaintiffs' renewed motion for class certification in *Alford*, docketed at ECF No. 370 in that case. | 31 |
| N | Public (redacted) version of the plaintiffs' consolidated memorandum in opposition to the defendants' motions for summary judgment in *Alford*, docketed at ECF No. 196 in that case. | 41 |
| O | Memorandum Opinion addressing the plaintiffs' motion for class certification in *Alford*, docketed at ECF No. 337 in that case. | 23 |
| P | Docket Sheet in *Alford* (showing all entries as of c. 6:19 p.m. EDT, Sept. 27, 2026). | N/A |