**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| **STACEY BAILEY, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.***<br><br>**Defendants.** | Case No. 1:23-cv-02661-JRR |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND CERTIFYING THE PROPOSED CLASS FOR SETTLEMENT PURPOSES ONLY**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Stacey Bailey and Eric Curry ("Plaintiffs") and Defendants The NFL Player Disability & Survivor Benefit Plan, The Disability Board of The NFL Player Disability & Survivor Benefit Plan, The Disability Initial Claims Committee of The NFL Player Disability & Survivor Benefit Plan, The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Retirement Board of The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The Disability Initial Claims Committee of The Bert Bell/Pete Rozelle NFL Player Retirement Plan, The 88 Plan, and The 88 Board (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through undersigned counsel, respectfully and jointly move this Court for entry of the accompanying Final Order Approving Settlement, granting the relief set forth below. In support of this Motion, the Parties submit and incorporate herein by reference the accompanying Memorandum of Law and the exhibits thereto.

Defendants join in the relief requested herein but do not concede the allegations in the Complaint.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter the proposed Order: (a) giving final approval of the proposed Settlement; (b) final certification of the proposed Settlement Class, as defined in the Settlement Agreement, for settlement purposes only under Federal Rules of Civil Procedure 23 (a) and 23(b)(2); (c) appointing Stacey Bailey and Eric Curry as Class Representatives; (d) appointment Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and Sinclair Law Firm, LLC as Class Counsel pursuant to Rule 23(g); (e) enjoining all Settlement Class Members from filing, prosecuting, or maintaining any action that asserts any of the Release Claims as defined in the Settlement Agreement.

Respectfully submitted this 6th day of October, 2026.

*/s/ Christopher T. Nace*
Christopher T. Nace (16442)
**NACE LAW GROUP**
1025 Thomas Jefferson Street, NW, Suite 810
Washington, D.C. 20007
Telephone: 202-463-1999
Facsimile: 202-223-6824
ctnace@nacelawgroup.com

W. Daniel "Dee" Miles, III (*pro hac vice)*
Alison D. Hawthorne (*pro hac vice*)
Leon H. Hampton, Jr. (*pro hac vice*)
Paul W. Evans (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: 334-269-2343
Facsimile: 334-954-7555
Dee.Miles@BeasleyAllen.com
Alison.Hawthorne@BeasleyAllen.com
Leon.Hampton@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com
(Signed by Christopher T. Nace with the permission of W. Daniel "Dee" Miles, III)

*/s/ Edward J. Meehan*
Edward J. Meehan (04775)
Mark C. Nielsen (30913)
Jovana Vujovic (pro hac vice)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. N.W., Suite 1200
Washington, D.C. 20006
Telephone: 202-857-0620
emeehan@groom.com
mnielsen@groom.com
jvujovic@groom.com
(signed and submitted by Christopher T. Nace with permission of Mr. Meehan)
Counsel for Defendants

Rebecca D. Gilliland (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
301 St. Louis Street
Mobile, AL 36602
Telephone: 251-308-1515
Facsimile: 334-954-7555
Rebecca.Gilliland@BeasleyAllen.com
(Signed by Christopher T. Nace with the permission of Rebecca Gilliland)

Thomas O. Sinclair (*pro hac vice*)
**SINCLAIR LAW FIRM, LLC**
Post Office Box 59627
Birmingham, Alabama 35259
Telephone: 205-868-0818
Facsimile: 205-868-0894
tsinclair@sinclairlawfirm.com
(Signed by Christopher T. Nace with the permission of Thomas O. Sinclair)

***Lead Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to all counsel of record in this matter and have served the following counsel via electronic mail:

Anillo Alvaro
Edward J. Meehan
Mark C. Nielsen
Michael L. Junk
Jovana Vujovic
**Groom Law Group, Chartered**
1701 Pennsylvania Ave. N.W. Suite 1200
Washington, D.C. 20006
Telephone: 202-861-5429
aia@groom.com
emeehan@groom.com
mnielsen@groom.com
mjunk@groom.com
jvujovic@groom.com

***Counsel for Defendants***

Christopher A. Seeger
Diogenes P. Kekatos
Hillary R. Fidler
55 Challenger Rd., 6th Fir.,
**Seeger Weiss LLP**
Ridgefield Park, NJ 07660
Telephone: 212-584-0734
cseeger@seegerweiss.com
dkekatos@seegerweiss.com
hfidler@seegerweiss.com

Benjamin R Barnett
**Seeger Weiss LLP**
325 Chestnut Str., Ste 917
Philadelphia, PA 19106
Telephone: 215-553-7980
bbarnett@seegerweiss.com

Sam Katz, Esq.,
Julia M. Damron

Noah T. Reid
**Athlaw LLP**
8383 Wilshire Blvd. Suite 800
Beverly Hills, CA 90211
samkatz@athlawllp.com
Telephone: (818)454-3652
samkatz@athlawllp.com
julia@athlawllp.com
noahreid@athlawllp.com

***Counsel for Objectors Jason Alford et al***.

/s/ Christopher T. Nace
Christopher T. Nace