# EXHIBIT A

## Objector Class Status

| ECF No. | Objector Name | Class Status |
|---|---|---|
| **99**[1] | **Ronald R. Davis** | Class Member |
| **100** | **Vaughn Booker** | Not in Class |
| **101** | **Adrian Ross** | Class Member |
| **102** | **Ronnie Dixon** | Class Member |
| **103** | **Amon Arnold** | Class Member |
| **116** | **Tamarick Vanover** *(Position Statement submitted by non-attorney representative Sheilla J. Dingus)* | Not in Class |
| **109** | **Levi Jeff Jones** *(also on behalf of daughters/heirs)* | Class Member |
| **114** | **Ovie Mughelli** *(submitted with spouse Masika Mughelli)* | Not in Class |
| **115** | **Dewayne Robertson** | Not in Class |
| **118** | **Joseph Horn** | Class Member |
| **119** | **Michael Hamilton** | Class Member |
| **120** | **Michael K. Bankston, Sr.** | Class Member |
| **123** | **Chidi Ahanotu** | Class Member |
| **123** | **Jason Alford** | Class Member |
| **123** | **Matthew Asiata** | Not in Class |
| **123** | **Kentwan Balmer** | Class Member |

[1] ECF 98 was the original filing, but according to Mr. Davis, ECF 99 replaces the prior filing.

| ECF No. | Objector Name | Class Status |
|---|---|---|
| **123** | **Kahlil Bell** | Class Member |
| **123** | **Arrelious Benn** | Class Member |
| **123** | **Davone Bess** | Class Member |
| **123** | **Darnell Bing** | Class Member |
| **123** | **Harold Bishop** | Class Member |
| **123** | **Robert Blanton** | Not in Class |
| **123** | **Michael Boley** | Class Member |
| **123** | **Tyron Brackenridge** | Class Member |
| **123** | **Allen Bradford** | Class Member |
| **123** | **Ahmad Bradshaw** | Class Member |
| **123** | **Andre Brown** | Class Member |
| **123** | **Kaelin Burnett** | Class Member |
| **123** | **Antoine Cason** | Class Member |
| **123** | **Timothy Castille** | Class Member |
| **123** | **Antonio Chatman** | Class Member |
| **123** | **David Clowney** | Class Member |
| **123** | **Marquice Cole** | Class Member |
| **123** | **Richard Crawford** | Class Member |

| ECF No. | Objector Name | Class Status |
|---|---|---|
| 123 | **Britt Davis** | Class Member |
| 123 | **Emmanuel Davis** | Class Member |
| 123 | **Jason Davis** | Class Member |
| 123 | **Louis Delmas** | Class Member |
| 123 | **Alfonzo Dennard** | Class Member |
| 123 | **Sedrick Ellis** | Class Member |
| 123 | **Larry English** | Class Member |
| 123 | **John Estes** | Not in Class |
| 123 | **Ray Feinga** | Class Member |
| 123 | **Jermichael Finley** | Class Member |
| 123 | **Aaron Francisco** | Not in Class |
| 123 | **Michael Gandy** | Class Member |
| 123 | **Quinton Ganther** | Class Member |
| 123 | **Jonathan Goodwin** | Class Member |
| 123 | **Amon Gordon** | Class Member |
| 123 | **Norristorius Gurley** | Class Member |
| 123 | **Nicholas Harper** | Class Member |
| 123 | **Stanley Havili** | Class Member |

| ECF No. | Objector Name | Class Status |
|---|---|---|
| **123** | **Michael Haynes** | Class Member |
| **123** | **Reynaldo Hill** | Class Member |
| **123** | **Daryl Hobbs** | Class Member |
| **123** | **Davon House** | Class Member |
| **123** | **Bradley Jackson** | Class Member |
| **123** | **Lawrence Jackson** | Class Member |
| **123** | **Julius Jones** | Class Member |
| **123** | **Davin Joseph** | Class Member |
| **123** | **Richard Marshall** | Class Member |
| **123** | **Tod McBride** | Class Member |
| **123** | **Marcus McCauley Jr.** | Class Member |
| **123** | **LeRon McClain** | Class Member |
| **123** | **Willis McGahee** | Class Member |
| **123** | **Michael McKenzie** | Class Member |
| **123** | **Jerris McPhail** | Class Member |
| **123** | **Qasim Mitchell** | Not in Class |
| **123** | **Sinorice Moss** | Class Member |
| **123** | **Ogemdi Nwagbuo** | Class Member |

| ECF No. | Objector Name | Class Status |
|---|---|---|
| **123** | **Kevin Ogletree** | Class Member |
| **123** | **Jamize Olawale** | Not in Class |
| **123** | **Kassim Osgood** | Class Member |
| **123** | **Ben Patrick** | Class Member |
| **123** | **Karl Paymah** | Class Member |
| **123** | **Charles Peprah** | Class Member |
| **123** | **Jason Perry** | Class Member |
| **123** | **Will Poole** | Class Member |
| **123** | **Brian Price** | Class Member |
| **123** | **Sidney Rice** | Not in Class |
| **123** | **Frederick Robbins** | Class Member |
| **123** | **Laurent Robinson** | Class Member |
| **123** | **Ramzee Robinson** | Class Member |
| **123** | **Orlando Scandrick** | Class Member |
| **123** | **Marcel Shipp** | Class Member |
| **123** | **Charles Sims** | Class Member |
| **123** | **John “LJ” Smith III** | Class Member |
| **123** | **Tajiddin Smith-Wilson** | Class Member |

| ECF No. | Objector Name | Class Status |
|---|---|---|
| **123** | **Al Smith** | Class Member |
| **123** | **Duane Starks** | Class Member |
| **123** | **Cameron Stephenson** | Class Member |
| **123** | **Hilee Taylor** | Class Member |
| **123** | **Adalius Thomas** | Class Member |
| **123** | **Joseph Thomas** | Class Member |
| **123** | **Gregory Tolver** | Class Member |
| **123** | **Christian Tupou** | Class Member |
| **123** | **Steven Turner** | Class Member |
| **123** | **Marviel Underwood** | Class Member |
| **123** | **DeMarcus Van Dyke** | Class Member |
| **123** | **Clarence Vaughn** | Class Member |
| **123** | **Michael Vick** | Class Member |
| **123** | **Reginald Walker** | Class Member |
| **123** | **Danny Ware** | Class Member |
| **123** | **Chauncey Washington** | Class Member |
| **123** | **Nathaniel “Nate” Washington** | Class Member |
| **123** | **Jeff Webb** | Class Member |

| ECF No. | Objector Name | Class Status |
|---|---|---|
| **123** | **Reginald Wells** | Class Member |
| **123** | **Patrick White** | Class Member |
| **123** | **Bobbie Williams** | Not in Class |
| **123** | **Errick "Ricky" Williams** | Class Member |
| **123** | **Jack Williams** | Class Member |
| **123** | **Lamanzer Williams** | Class Member |
| **123** | **Garrett Wolfe** | Class Member |
| **123** | **Robert Young** | Class Member |
| **135** | **Jamir Miller**[2] | Not in Class |

[2] This objection is untimely, and therefore, invalid for that additional reason.