# DECLARATION OF SHEILLA DINGUS

I, Sheilla J. Dingus, being of legal age, affirm under penalty of perjury the following facts.

1. I am the President and Founder of Advocacy for Fairness in Sports, a small 501(c)(3) nonprofit. Our primary objective is advocating for athletes who find themselves in unfair or unfortunate circumstances.

2. The bulk of our advocacy efforts have centered around retired NFL players because they face some very difficult and extraordinary challenges with little assistance from their former league and union.

3. When I read the proposed *Bailey* settlement, I was deeply concerned about the impact of the terms and especially the releases on absent Class Members. I understood that Sam Katz is a highly respected attorney with numerous clients who are former NFL players, so I invited him to speak to former players at a virtual Town Hall on July 28, 2026. I am not a "facilitator" or "marketer" for Mr. Katz, as Class Counsel states throughout its motion. To be clear, The Town Hall was my idea. It was not Mr. Katz's idea nor did he suggest it.

4. Mr. Katz agreed to present on the condition that it would be clear that he was not attempting to solicit new clients or represent objectors outside his current client base. I agreed.

5. I posted notice of the meeting on my "X" (formerly Twitter) account.

6. I was shocked and embarrassed that I had invited a busy attorney to speak and only three guests were in attendance: Beverly Bussey, Edna Osborne, and someone with the email address, noelle3395@gmail.com.

7. In their motion, on page 14, Class Counsel states, "ECF No. 103 is the objection of Mr. Amon Arnold… First, Mr. Arnold takes issue with the lack of opt-out opportunity. That is

an issue pushed by Mr. Katz during his Town Hall." I do not know Mr. Arnold; he was not present at the Town Hall, as Class Counsel infers.

8. Class Counsel appears to take offense at Mr. Katz's PowerPoint presentation. To the best of my recollection, it primarily consisted of factual matters pertaining to the *Alford* litigation and the *Bailey* litigation. The remainder consisted of direct quotations from the *Bailey*

Settlement Agreement and Notice.

9. My purpose in convening the Town Hall was to to provide former players with information concerning the proposed settlement and an opportunity to hear and ask questions about it.

Pursuant to 28 U.S.C. § 46, I state under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2026

Sheilla J. Dingus