**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| **STACEY BAILEY, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE NFL PLAYER DISABILITY & SURVIVOR BENEFIT PLAN, *et al.***<br><br>**Defendants.** | Case No. 1:23-cv-02661-JRR |

**SUPPLEMENTAL RESPONSE REGARDING CLASS STATUS OF CERTAIN OBJECTORS**

The Parties jointly file this supplemental response regarding class status of certain objectors and provide the following:

The substance of each objector's arguments has been addressed by the Parties' *Joint Motion for Final Approval of Class Settlement and Certifying the Proposed Class for Settlement Purposes Only* ("*Joint Motion*"), ECF 139, and will be further addressed at the Final Fairness Hearing. No new issues not already before the Court were raised by Mr. Mitchell (ECF 121), Mr. Whitley (ECF 122), or Mr. Crittenden (ECF 133).

Objector Tywan Mitchell, ECF 121, is a member of the Class. Mr. Mitchell's concern focuses on the release of other claims, including those raised in *Alford*, and includes mention of inadequate notice and no opportunity to opt-out. Mr. Mitchell did not appeal the determination of his benefits and, therefore, failed to exhaust his administrative remedies and received his final appeal letter on October 22, 2018. Because of the Court's ruling in *Alford* regarding the 42-month limitation on wrongful denial of benefit claims, Mr. Mitchell does not have a claim for any such damages except as provided in the *Bailey* settlement, if approved.

Objector James Whitley, ECF 122, is also a member of the Class. Mr. Whitley's objection addresses exclusions from rescoring and that he "should not have to give up [his] right to pursue back pay or claims involving wrongful denial of benefits and breaches of fiduciary duty without a fair review and meaningful relief." Mr. Whitley received the Board's determination letter (his final appeal letter) on May 19, 2016. Mr. Whitley, therefore, does not have a claim for wrongful denial of benefits in the *Alford* case or individually, outside of *Bailey*.

Objector Raymond Crittenden, ECF 133, is a member of the Class. Mr. Crittenden objects that, in his belief, the Settlement is a "total farce" because players will receive nothing and are "extinguishing all of [their] ERISA remedies. NOTHING of value." Of note, Mr. Crittenden received his final appeal letter from the Board on November 19, 2015, meaning his claim for wrongful denial of benefits is also barred outside of *Bailey*, both individually and in the *Alford* litigation.

Class and Defense Counsel will be happy to address any other questions of the Court regarding these or other objectors at the Final Fairness Hearing on October 20, 2026.

Respectfully submitted this 19th day of October, 2026.

*/s/ Christopher T. Nace*
Christopher T. Nace (16442)
**NACE LAW GROUP**
1025 Thomas Jefferson Street, NW, Suite 810
Washington, D.C. 20007
Telephone: 202-463-1999
Facsimile: 202-223-6824
ctnace@nacelawgroup.com

W. Daniel "Dee" Miles, III (*pro hac vice)*
Alison D. Hawthorne (*pro hac vice*)
Leon H. Hampton, Jr. (*pro hac vice*)
Paul W. Evans (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN,**

*/s/ Edward J. Meehan*
Edward J. Meehan (04775)
Mark C. Nielsen (30913)
Jovana Vujovic (pro hac vice)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. N.W., Suite 1200
Washington, D.C. 20006
Telephone: 202-857-0620
emeehan@groom.com
mnielsen@groom.com
jvujovic@groom.com
(signed and submitted by Christopher T. Nace with permission of Mr. Meehan)
Counsel for Defendants

**PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: 334-269-2343
Facsimile: 334-954-7555
Dee.Miles@BeasleyAllen.com
Alison.Hawthorne@BeasleyAllen.com
Leon.Hampton@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com
(Signed by Christopher T. Nace with the
permission of W. Daniel "Dee" Miles, III)

Rebecca D. Gilliland (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
301 St. Louis Street
Mobile, AL 36602
Telephone: 251-308-1515
Facsimile: 334-954-7555
Rebecca.Gilliland@BeasleyAllen.com
(Signed by Christopher T. Nace with the
permission of Rebecca Gilliland)

Thomas O. Sinclair (*pro hac vice*)
**SINCLAIR LAW FIRM, LLC**
Post Office Box 59627
Birmingham, Alabama 35259
Telephone: 205-868-0818
Facsimile: 205-868-0894
tsinclair@sinclairlawfirm.com
(Signed by Christopher T. Nace with the
permission of Thomas O. Sinclair)

***Lead Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I filed a copy of the foregoing document using the Court's ECF/CM system, which will automatically send notice of such filing to all counsel of record in this matter and have served the following counsel via electronic mail:

Anillo Alvaro
Edward J. Meehan
Mark C. Nielsen
Michael L. Junk
Jovana Vujovic
**Groom Law Group, Chartered**
1701 Pennsylvania Ave. N.W. Suite 1200
Washington, D.C. 20006
Telephone: 202-861-5429
aia@groom.com
emeehan@groom.com
mnielsen@groom.com
mjunk@groom.com
jvujovic@groom.com

***Counsel for Defendants***

Christopher A. Seeger
Diogenes P. Kekatos
Hillary R. Fidler
55 Challenger Rd., 6th Fir.,
**Seeger Weiss LLP**
Ridgefield Park, NJ 07660
Telephone: 212-584-0734
cseeger@seegerweiss.com
dkekatos@seegerweiss.com
hfidler@seegerweiss.com

Benjamin R Barnett
**Seeger Weiss LLP**
325 Chestnut Str., Ste 917
Philadelphia, PA 19106
Telephone: 215-553-7980
bbarnett@seegerweiss.com

Sam Katz, Esq.,
Julia M. Damron
Noah T. Reid
**Athlaw LLP**
8383 Wilshire Blvd. Suite 800
Beverly Hills, CA 90211
samkatz@athlawllp.com
Telephone: (818)454-3652
samkatz@athlawllp.com
julia@athlawllp.com
noahreid@athlawllp.com

***Counsel for Objectors Jason Alford et al***.

*<u>/s/ Christopher T. Nace</u>*
Christopher T. Nace